IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | |
| ) | CHAPTER 11 |
| Z GALLERIE, LLC *et al.*,[1] ) | |
| ) | Case No. 19-10488 |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND SERVICE OF PAPERS

TO ALL PARTIES:

Please take notice that LimNexus LLP, as attorneys for Outlook Resources, Inc., dba Left Bank Art**,** hereby enters its appearance pursuant to Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), and (f) and 3017(a). All such notices should be addressed as follows:

James Till
LIMNEXUS LLP
707 Wilshire Boulevard, Suite 4600
Los Angeles, CA 90017
Phone: 213-955-9500
Fax: 213-955-9511
Email: James.Till@limnexus.com

Please take further notice that the foregoing request includes not only the notice and papers referred to in the Rules specified above but also, includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or telecopier or otherwise, filed with regard to the above case and proceedings. Movant additionally requests that the Debtor and the Clerk of the Court place his name and address on any mailing matrix, or list of creditors to be prepared or existing in the above case.

Dated this 18th day of March 2019

Respectfully submitted,
/s/ James Till
James Till, California Bar No. 200464
LIMNEXUS LLP
707 Wilshire Boulevard, Suite 4600
Los Angeles, CA 90017
*Attorneys for Outlook Resources, Inc., dba Left Bank Art*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Z Gallerie, LLC (3816) and Z Gallerie Holding Company, LLC (5949). The location of the Debtors' service address is: 1855 West 139th Street, Gardena, CA 90249.

{01233368}

## CERTIFICATE OF SERVICE

  I hereby certify that on this 18th day of March 2019, a true and correct copy of the foregoing ***Notice of Appearance and Request for Notices*** was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

                   /s/ *James Till*
                   James Till

{01233368}