**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Z Gallerie, LLC, *et al.* | : | Case No. 19-10488 (LSS) |
| | : | (Jointly Administered) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Bassett Mirror Co., Inc.**, Attn: Gary Turner, 1290 Philpott Drive, Bassett, VA 24055, Phone: 276-627-2707; Fax: 276-629-3709

2. **Tuscany 3PL**, Attn: Scott Decubellis, 740 S. Powerline Road, Suite F, Deerfield Beach, FL 33442, Phone: 954-567-1700, Fax: 954-486-6886

3. **Dallimore & Co.,** Attn: Simon Dallimore, 160 Mercer Street, Floor 2, New York, NY 10012, Phone: 212-503-0101

4. **LSC Communications US LLC,** Attn: Dan Pevonka, 4101 Winfield Rd., Warrenville, IL 60555, Phone: 630-821-3108, Fax: 630-821-3083

5. **Brookfield Property REIT, Inc.,** Attn: Julie Minnick-Bowden, 350 N. Orleans St., Suite 300, Chicago, IL 60654-1607, Phone: 312-960-2707, Fax: 312-442-6374

      ANDREW R. VARA
      Acting United States Trustee, Region 3

      /s/ *Jaclyn Weissgerber* for
      T. PATRICK TINKER
      ASSISTANT UNITED STATES TRUSTEE

DATED: March 20, 2019

Attorney assigned to this Case: Jaclyn Weissgerber, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Domenic Pacitti, Esq., Phone: (302) 552-5511, Fax: (302) 426-9193