## **EXHIBIT B**

**Cohen Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Z GALLERIE, LLC, *et al.*,[1] | ) | Case No. 19-10488 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF JASON A. COHEN IN SUPPORT
OF THE DEBTORS' APPLICATION FOR AN ORDER
(I) AUTHORIZING THE EMPLOYMENT AND RETENTION OF
LAZARD FRÈRES & CO. LLC AND LAZARD MIDDLE MARKET LLC
AS INVESTMENT BANKER EFFECTIVE *NUNC PRO TUNC* TO THE
PETITION DATE, (II) APPROVING THE TERMS OF THE LAZARD AGREEMENT,
(III) WAIVING CERTAIN TIME-KEEPING REQUIREMENTS PURSUANT
TO LOCAL RULE 2016-2(H), AND (IV) GRANTING RELATED RELIEF**

I, Jason A. Cohen, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge and belief:

1. I am a Managing Director in the Restructuring Group at Lazard Middle Market LLC ("LMM," and, together with Lazard Frères & Co. LLC, "Lazard"), which has its principal office at 600 Fifth Avenue, New York, New York 10020. I am authorized to make this declaration on behalf of LMM and in support of the application (the "Application") of the above-captioned debtors and debtors-in-possession (the "Debtors") for entry of an order: (a) authorizing the retention and employment of Lazard as investment banker to the Debtors *nunc pro tunc* to the Petition Date; (b) approving the terms of the Lazard Agreement; (c) waiving certain time-keeping requirements pursuant to Local Rule 2016-2(h); and (d) granting related relief.[2] Unless otherwise

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Z Gallerie, LLC (3816) and Z Gallerie Holding Company, LLC (5949). The location of the Debtors' service address is: 1855 West 139th Street, Gardena, CA 90249.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the

stated in this declaration, I have personal knowledge of the facts set forth herein.[3]  LMM was retained pursuant to that certain engagement letter, dated January 29, 2019 (the "Engagement Letter") by and between LMM and Z Gallerie Holdings, LLC, Z Gallerie Holding Co., LLC, and Z Gallerie, LLC, a copy of which is attached as **Exhibit 1** to **Exhibit A** of the Application, and that certain letter regarding indemnification and related matters, dated as of January 29, 2019 by and between the parties (the "Indemnification Letter").

2.  LMM is a wholly owned subsidiary of Lazard Frères & Co. LLC ("Lazard Frères"), which is the primary U.S. operating subsidiary of a preeminent international financial advisory and asset management firm.  Lazard Frères' principal office is located at 30 Rockefeller Plaza, New York, New York 10020.  Lazard, together with its predecessors and affiliates, has been advising clients around the world for over 150 years.  Lazard has dedicated professionals who provide restructuring services to its clients and the current managing directors, directors, vice presidents, and associates of Lazard have extensive experience working with financially troubled companies in complex financial restructurings out-of-court and in chapter 11 proceedings.  Lazard and its principals have been involved as advisor to debtor, creditor, and equity constituencies and government agencies in many reorganization cases.  Since 1990, Lazard and its affiliates have been involved in over 250 restructurings since 1990, representing over $1 trillion in debtor assets.

3.  Notably, Lazard has been retained as an investment banker and financial advisor in numerous large and complex chapter 11 cases, including, among others, *In re Sears Holdings Corporation,* No. 18-23538 (RDD) (Bankr. S.D.N.Y. Nov. 9, 2018); *In re FirstEnergy Solutions*

---

Application.

[3]  Certain disclosures herein relate to matters within the personal knowledge of other professionals at Lazard and are based on information provided by them.

*Corp.*, No. 18-50757 (Bankr. N.D. Ohio May 8, 2018); *In re Claire's Stores, Inc.*, No. 18-10584 (MFW) (Bankr. D. Del. Apr. 4, 2018); *In re Toys "R" Us, Inc.*, Case No. 17-34665 (KLP) (Bankr. E.D.Va. Oct. 25, 2017); *In re GST AutoLeather, Inc.*, Case No. 17-12100 (LSS) (Bankr D. Del. Oct. 27, 2017); *In re Sabine Oil & Gas Corp.*, No. 15-11835 (SCC) (Bankr. S.D.N.Y. Sept. 10, 2015); *In re The Standard Register Co.*, No. 15-10541 (BLS) (Bankr. D. Del. Apr. 13, 2015); *In re AWI Delaware, Inc.*, No. 14-12092 (KJC) (Bankr. D. Del. Sep. 17, 2014); *In re Longview Power, LLC*, No. 13-12211 (BLS) (Bankr. D. Del. Sept. 24, 2013); *In re Cengage Learning, Inc.*, No. 13-44106 (ESS) (Bankr. E.D.N.Y. July 24, 2013); *In re Exide Techs.*, No. 13-11482 (KJC) (Bankr. D. Del. July 10, 2013); *In re A123 Sys., Inc.*, No. 12-12859 (KJC) (Bankr. D. Del. Nov. 9, 2012).

   4. In connection with its proposed retention by the Debtors in these chapter 11 cases, Lazard obtained from the Debtors' counsel the names of individuals and entities that may be parties-in-interest in these chapter 11 cases (the "Potential Parties-in-Interest"), which parties are listed on **Schedule 1**, annexed hereto. Lazard then compared the names of the Potential Parties-in-Interest with the names of entities that have entered into engagement agreements with Lazard in the last three years. To the extent that this inquiry revealed that any of the Potential Parties-in-Interest (or any of their known or apparent affiliates) entered into any such engagement agreements with Lazard within the last three years, such parties are listed on **Schedule 2** annexed hereto. To the best of my knowledge and belief, Lazard's representation of each entity listed on **Schedule 2** (or its known or apparent affiliates) was or is only on matters that are unrelated to the Debtors and these cases. Other than as listed on **Schedule 2**, I am unaware of any investment banking engagements of Lazard by the Potential Parties-in-Interest within the last three years. Given the size of the Firm and the breadth of Lazard's client base, however, it is possible that

Lazard may now or in the future be retained by one or more of the Potential Parties-in-Interest in unrelated matters without my knowledge. To the extent that Lazard discovers or enters into any new, material relationship with Potential Parties-in-Interest, it will supplement this Declaration.

5.  In addition to the parties listed on **Schedule 2**, Lazard may also represent, or may have represented, affiliates, equity holders or sponsors of Potential Parties-in-Interest and Lazard may have worked with, continue to work with, have or had mutual clients with, been represented by and/or advised certain accounting and law firms that are Potential Parties-in-Interest (and, in the case of law firms, may have entered into engagement agreements in which the law firm was named as client although the work was performed for a mutual client of Lazard's and the applicable law firm). Lazard may also represent, or may have represented in the past, committees or groups of lenders or creditors in connection with certain restructuring or refinancing engagements, which committees or groups include, or included, entities that are Potential Parties-in-Interest. Certain of the Potential Parties-in-Interest may also be vendors and/or have other non-investment banking relationships with Lazard.

6.  Lazard also has asset management affiliates, Lazard Asset Management LLC ("LAM") and Lazard Frères Gestion SAS ("LFG"), and an affiliate, Edgewater HoldCo LLC, that hold interests in the management companies for certain private funds (collectively, "Edgewater"). Although Lazard receives payments from LAM, LFG, and Edgewater generated by their respective business operations, each of LAM, LFG, and Edgewater is operated as a separate and distinct affiliate and is separated from Lazard's other businesses. As part of their regular business operations, LAM and LFG may act as investment advisor for or trade securities (including in discretionary client accounts, and through the operation of hedge funds and mutual funds, in which cases investment decisions are made by LAM or LFG), including on behalf of creditors, equity

4

holders or other parties in interest in these cases, and Lazard or its respective affiliates, managing directors and employees.  Some of these LAM or LFG accounts and funds may have held, may now hold or may in the future hold debt or equity securities of the Debtors or the Debtors' creditors, equity holders, or other parties in interest in these cases, and LAM or LFG may have relationships with such parties.  Furthermore, some of the investment funds managed by Edgewater may have held, may now hold or may in the future hold debt or equity securities of the Debtors or the Debtors' creditors, equity holders, or other parties in interest in these cases.  Additionally, the Debtors, creditors, equity holders, or other parties in interest in these cases, and Lazard or its affiliates, managing directors, and employees, may be investors in investment funds that are managed by Edgewater.  Lazard has in place compliance procedures to ensure that no confidential or non-public information concerning the Debtors has been or will be available to employees of LAM, LFG, or Edgewater.

7.      Although Lazard has researched the Potential Parties-in-Interest list, the Debtors may also have numerous customers, creditors, competitors, and other parties with whom they maintain business relationships that are not included as Potential Parties-in-Interest and with whom Lazard may maintain business relationships.  Additionally, as noted above, Lazard is a U.S. operating subsidiaries of an international financial advisory and asset management firm that has several legally separate and distinct affiliates.  Although it is possible that employees of certain affiliates may assist Lazard in connection with Lazard's engagement, as Lazard is the only entity being retained by the Debtors, we have researched only the electronic client files and records of Lazard, not of all of its affiliates, to determine relationships with any Potential Parties-in-Interest.

8.      In addition, as of the date hereof, Lazard and its affiliates have approximately 2,600 employees worldwide.  It is possible that certain of Lazard's and its affiliates' respective directors,

5

officers, and employees may have had in the past, may currently have, or may in the future have connections to (i) the Debtors, (ii) Potential Parties-in-Interest in these chapter 11 cases or (iii) funds or other investment vehicles that may own debt or securities of the Debtors or other Potential Parties-in-Interest.

9. During the 90 day period prior to the commencement of these cases, Lazard was paid in the ordinary course certain Monthly Fees and expense reimbursements. Specifically, on March 7, 2019, Lazard was paid its February and March Monthly Fees and related expense reimbursements for a total of $155,394.47.[4] Additionally, Lazard was provided a $75,000 expense retainer in connection with the payment of its March Monthly Fee on March 7, 2019. Lazard will apply the $75,000 in retainer amounts received from the Debtors before the Petition Date first to any prepetition expenses incurred but not reimbursed prepetition, second to any postpetition expenses and third to Monthly Fees. As of the Petition Date, no other amounts were due and payable to Lazard under the Lazard Agreement. Accordingly, Lazard is not a prepetition creditor of the Debtors.

10. Other than as disclosed herein, Lazard has no relationship with the Debtors of which I am aware after due inquiry.

11. Based upon the foregoing, except as otherwise set forth herein, to the best of my knowledge, information, and belief, Lazard (a) is not a creditor, equity security holder or an insider of the Debtors and (b) is not or was not, within two years before the Petition Date, a director, officer, or employee of any of the Debtors.

[*Remainder of page intentionally left blank*]

---

[4] Although the Lazard Agreement was effective January 29, 2019, Lazard did not charge the Debtors a Monthly fee for the three days worked in January 2019.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 20, 2019
      Wilmington, Delaware

*/s/ Jason A. Cohen*
Jason A. Cohen
Lazard Middle Market LLC
Managing Director

## Schedule 1

## Potential Parties-in-Interest

**Bank Accounts**
   Bank of America
   JPMorgan Chase Bank
   Well Fargo Bank

**Bankruptcy Professionals**
   Gasthalter & Co. LP

**Banks**
   Bank of America
   JPMorgan Chase Bank
   Well Fargo Bank

**Current & Former Directors & Officers**
   Behrens, Laura
   Frank, Robert
   Gall, Kristen
   Gardener, Shelley
   Goddu, Roger
   Gripenstraw, Judith
   Hernandez, Laura
   Kahn, Matthew
   Kilbourne, Lynn
   Kim, Shin
   Lam, Justin
   Lyberg, Linda
   McGinty, Jim
   Mckay Grbich, Mary
   Miller, Alan
   Montenegro, Laura
   Moore, Steve
   Navarrette, Victor
   Nicklo, Christopher M.
   Otto, Rob
   Ozkay, Kerem
   Poer, Jim
   Roitman, Mara
   Rondon, Courtney
   Ross, Peter
   Tanaka, Rhonda
   Truong, Theresa
   Watson, Sharon
   Weinsten, Mark
   Wolk, Malcom
   Zeiden, Joseph
   Zeiden, Michael G.

   Zorko, Gary

**Debtor Entities, Subsidiaries & Affiliates**
   Z Gallerie Founder Holdings Inc.
   Z Gallerie Holding Co. LLC
   Z Gallerie Holdings LLC
   Z Gallerie LLC

**Debtors, Subsidiaries & Affiliates**
   Z Gallerie Holding Company, LLC
   Z Gallerie Holdings, LLC
   Z Gallerie, LLC

**Directors & Officers**
   Behrens, Laura
   Frank, Robert
   Gall, Kristen
   Gripenstraw, Judith
   Hernandez, Laura
   Lam, Justin
   Lyberg, Linda
   McGinty, Jim
   Montenegro, Laura
   Navarrette, Victor
   Nicklo, Christopher M.
   Rondon, Courtney
   Ross, Peter
   Tanaka, Rhonda
   Truong, Theresa
   Watson, Sharon
   Wolk, Malcolm
   Zeiden, Joseph
   Zeiden, Michael

**Equity Holders**
   Brentwood ZG LLC
   Brentwood ZG, LLC
   Joseph L. Zeiden 2010 Children's Trust
   Joseph L. Zeiden Family Trust
   Malfatti Family Trust
   Malfatti, Carole
   Malfatti, Daniel
   Michael & Debra Zeiden Children's Trust
   Michael & Debra Zeiden Family Trust
   Z Gallerie Founder Holdings Inc.
   Zeiden, Brandon Joshua

Zeiden, Debra A.
Zeiden, Joseph
Zeiden, Joseph L.
Zeiden, Liam Graham
Zeiden, Matthew Spencer
Zeiden, Michael G.
Zeiden, Olivia Caroline Graham

**Governmental & Taxing Authorities**
Ada (ID) County
Arapahoe County (CO), Treasurer
Bexar (TX), Appraisal District
Broward County (FL), Property Appraiser
CITY OF CENTENNIAL
CITY OF DENVER
CITY OF MESA
CITY OF PHOENIX
CITY OF SCOTTSDALE
CITY OF TUCSON
Collin Central (TX)  Appraisal District
County of Los Angeles
Dallas Central Appraisal District (TX)
Dekalb County (GA), Tax Collector
Denver County (CO)
Fort Bend County (TX), Tax Assessor
Fulton County (GA), Commission
GULFSTREAM DIF
Hamilton County (IN)
Harris County (TX) Appraisal District
Hillsborough County (FL)
King County (WA)
Los Angeles County (CA), Tax Collector
Maricopa County (AZ)
Metropolitan Government of Nashville and Davidson County (TN)
Miami Dade County (FL), Property Appraiser
Orange County (CA)
Orange County (FL)  Property Appraiser
Palm Beach County Property Appraiser
Placer County, (CA)
Riverside County (CA)
Salt Lake County (UT), Assessor
San Diego County (CA), Treasurer
San Francisco County (CA)
Santa Clara County (CA)
STATE OF ALABAMA
STATE OF ARIZONA
STATE OF CALIFORNIA
STATE OF COLORADO
STATE OF FLORIDA
STATE OF GEORGIA
STATE OF IDAHO
STATE OF ILLINOIS
STATE OF INDIANA
STATE OF KANSAS
STATE OF KENTUCKY
STATE OF LOUISIANA
STATE OF MARYLAND
STATE OF MASSACHUSETTS
STATE OF MINNESOTA
STATE OF MISSOURI
STATE OF N CAROLINA
STATE OF NEBRASKA
STATE OF NEVADA
STATE OF NEW JERSEY
STATE OF NEW YORK
STATE OF OHIO
STATE OF OREGON
STATE OF RHODE ISLAND
STATE OF TENNESSEE
STATE OF TEXAS
STATE OF UTAH
STATE OF VIRGINIA
STATE OF WASHINGTON
STATE OF WISCONSIN
Travis County (TX), Central Appraisal District
Wake County (NC), Revenue Dept
Washington County (OR)

**Insurers**
Ace American Insurance Company
Allianze SE
Beazley Group
Chubb Limited
Federal Insurance Company
Fireman's Fund Insurance Company
Great American Insurance Co.
Lloyd's of London
Lockton Companies
Sompo International
The Continental Insurance Company
The Hanover Insurance Company

**Investment Bankers**
LAZARD MIDDLE MARKET LLC

**Landlords**
  1515 N Halsted, LLC
  223-1 DL Holdings
  4TH STREET HOLDINGS LLC.
  AD Pembroke Land Co
  Bellevue Square, LLC
  Berman Enterprises
  Beverly Drive Enterprises
  BV Centercal, LLC
  Causeway, LLC
  CBL & Associates
  City Centre Partners
  Clearfork Retail Venture
  Colonial Properties Trust
  Coventry II/Trademark Montgomery Farm
  Edens
  Encinitas Town Center Assoc.
  Forest City
  FRIT San Jose Town & Country
  Gateway Woodside
  General Growth Properties, Inc.
  Highland Village LTD Partnership
  Hines
  Jones Lang LaSalle
  Kenwood Collection Retail, LLC
  Knox St Village Holdings
  Legacy Village Investors
  Macerich
  McCaffery
  Mercato, LLP Managed by Madison Marquette
  Millenia Crossing
  Old Town De Lacey LLC
  Regency Galleria North
  Second Paramus Associates
  Simon Property Group
  Skyview Drive LLC
  SLTS Grand Avenue
  SOUTH COAST PLAZA
  Southglenn Property Holdings
  Steiner & Assoc
  Taubman Centers, Inc.
  The Irvine Company, LLC
  The Retail Property Trust
  The Roseville Fountains LP
  TM Market ST
  Town Center Lakeside
  UE PATSON MT. DIABLO A LP
  Village Square Dana Park, LLC
  Washington Prime Group
  Westfield Corp.
  WP Glimcher
  Zeiden Properties, LLC

**Lease Counterparties**
  1515 N Halsted, LLC
  223-1 DL Holdings LLC
  4th Street Holdings, LLC
  AD Pembroke Land Co
  Bellevue Square, LLC
  Berman Enterprises LP
  Beverly Drive Enterprises
  BV Centercal, LLC
  Causeway, LLC
  CBL & Associates Properties Inc
  City Centre Partners (Midway Companies LLC?)
  Clearfork Retail Venture LLC
  Colonial Properties Trust
  Coventry II DDR/Trademark Montgomery Farm
  Edens Inc
  Encinitas Town Center Assoc.
  Forest City Enterprises, Inc
  FRIT  San Jose Town & Country Village LLC
  Gateway Woodside Inc
  General Growth Properties, Inc.
  Highland Village LTD Partnership
  Hines Global REIT Inc
  Jones Lang LaSalle Inc
  Kenwood Collection Retail, LLC
  Knox St Village Holdings Inc
  Legacy Village Investors LLC
  Macerich Company
  McCaffery Interests, Inc.
  Mercato, LLP Managed by Madison Marquette
  Millenia Crossing (Morris Millenia Associates LLC)
  Old Town De Lacey LLC
  Regency Galleria North LLC
  Second Paramus Associates LLC
  Simon Property Group Inc
  Skyview Drive LLC
  SLTS Grand Avenue LP / II LP
  SOUTH COAST PLAZA
  Southglenn Property Holdings, LLC
  Steiner & Assoc Inc
  Taubman Centers, Inc.

10

The Irvine Company, LLC
The Retail Property Trust
The Roseville Fountains LP
TM Market ST (Trademark Property Company)
Town Center Lakeside (Planned Community Developers, Ltd)
UE Patson Mt Diablo LP
Village Square Dana Park, LLC
Washington Prime Group Inc
Westfield Corp.
WP Glimcher (Washington Prime Group Inc)
Zeiden Properties, LLC

**Lenders/Surety Bonds**
Keybank N.A.

**Litigants**
Alston, Tenisha
Correa, Rolando
Dagostino, Ravit
Gilmore, Kristal
Goode, Camille
Harper, Shelita
Jackson, Mikala
Johnson, David
Olmedo, Ramona
Rosenthal, Kiera
Smith, Antwaunette
Williams, Ankha

**Ordinary Course Professionals**
ERNST & YOUNG US LLP
KIRKLAND & ELLIS
KLEHR HARRISON
Marcum LLC
STRETTO

**Professionals**
BPE GROWTH & OPERATIONS LLC
Buchanan Ingersoll & Rooney
DALLIMORE & CO. INC.
ERNST & YOUNG US LLP
KIRKLAND & ELLIS
KLEHR HARRISON
STRETTO

**Shippers**
ASAP TRUCKING COMPANY INC.
BOSS LOGISTICS LLC
BRAVO WAREHOUSE & DISTRIBUTION INC.
C.H. ROBINSON COMPANY
COMPASS LOGISTICS, INC.
COYOTE LOGISTICS LLC
CUSTOM GLOBAL LOGISTICS
DEL MAR DELIVERY
DESIGNER MOVING
EDC MOVING SYSTEMS
ELITE DELIVERY
FEDERAL EXPRESS (FEDEX)
FIDELITONE LAST MILE INC.
HGL TRUCKING COMPANY INC.
HOME DELIVERY SERVICE LLC
JJT LOGISTICS INC.
K.K.W. TRUCKING INC.
LANDSTAR LOGISTICS
MCKINNEY TRAILER RENTALS
R AND R DELIVERY SERVICES INC
RED CARPET MOVING INC.
SUN DELIVERY LLC
TUSCANY 3PL
UPS SUPPLY CHAIN SOLUTIONS INC.
WDI CO. OF OREGON INC.
XPO LOGISTICS

**Top 50 Unsecured Creditors**
4TH STREET HOLDINGS LLC.
ACCURATE PERSONNEL LLC
APTOS INC.
ARENT FOX LLP
AT&T
BASSETT MIRROR COMPANY INC.
BERKELEY RESEARCH GROUP
BPE GROWTH & OPERATIONS LLC
BRENTWOOD PRIVATE V LP
C.H. ROBINSON COMPANY
CAF LAW GROUP
CLASSIC CONCEPTS INC.
CONWAY MACKENZIE
CORRA TECHNOLOGY INC.
COYOTE LOGISTICS LLC
CUSTOM GLOBAL LOGISTICS
DALLIMORE & CO. INC.
DUKE REALTY LP
EDC MOVING SYSTEMS
ELITE DELIVERY

FACEBOOK INC.
FACILITYSOURCE LLC
FEDERAL EXPRESS (FEDEX)
FEIZY RUGS
HIGHLAND VILLAGE LTD PTSHP
KD KNOX STREET VILLAGE HOLDCO
KIERLAND GREENWAY LLC
LANDSBERG CO.
LAZARD MIDDLE MARKET LLC
LEFTBANK ART
LISTRAK INC.
LSC COMMUNICATIONS US LLC
MCG LOGISTICS
MICROEXCEL INC.
MIDLAND PAPER COMPANY
PEKING HANDICRAFT INC.
PEOPLEREADY INC.
PRLHC MERCATO RETAIL 454802
RETAILNEXT INC.
RR DONNELLEY
SADA SYSTEMS INC.
SOUTH COAST PLAZA
SOVOS COMPLIANCE LLC
SPENCER N. ENTERPRISES INC.
TERRENO 139TH LLC
TUSCANY 3PL
UE PATSON MT. DIABLO A LP
UPS SUPPLY CHAIN SOLUTIONS INC.
WPROMOTE INC.
XPO LOGISTICS

**US Trustee, Judges, and Court Contacts for the District of Delaware (and key staff members)**
Attrix, Lauren
Buchbinder, David
Carey, Kevin J.
Casey, Linda J.
Dice, Holly
Dortch, Shakima L.
Fox, Timothy J., Jr.
Giordano, Diane
Green, Christine
Gross, Kevin
Hackman, Benjamin
Heck, Jeffrey
Keilson, Brya
Kenny, Mark
Leamy, Jane

McCollum, Hannah M.
O'Malley, James R.
Panacio, Michael
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.
Shannon, Brendan L.
Silverstein, Laurie Selber
Sontchi, Christopher S.
Starr, Karen
Tinker, T. Patrick
Vinson, Ramona
Walrath, Mary F.
Weissgerber, Jaclyn
West, Michael
Wynn, Dion

**Utilities**
Advanced Disposal - PQ
Advanced Disposal Services Inc.
Alabama Power
Alabama Power Co.
All States Mall Service II
All States Mall Services II
All States Services
Ameren Missouri
APS
Arizona Public Service Co.
Atmos Energy
Atmos Energy Corp.
Austell Natural Gas System
Austin, City of (TX)
Baltimore Gas & Electric Co.
Berkeley, City of (CA)
Beverly Hills, City of (CA)
BGE
Brask Mall Services I
CenterPoint Energy
CenterPoint Energy Inc.
City of Austin TX
City of Berkeley CA/23523
City of Beverly Hills CA
City of Corona CA
City of Dallas TX
City of Houston TX - Water/Wastewater
City of Pasadena CA
City of Roseville CA

City of Torrance Utilities
Columbia Gas of Ohio
Columbia Gas of Ohio Inc.
Com Ed
Commonwealth Edison
Corona, City of (CA)
CPS Energy
Dallas, City of (TX)
Dominion Energy Ohio
Douglas, County of (GA)
Douglasville, City of (GA)
Douglasville-Douglas County GA
East Bay Municipal Utility Dist (EBMUD)
East Bay Municipal Utility District (CA)
EDCO Waste & Recycling Service
Entergy Gulf States LA LLC
Entergy Louisiana Inc.
Entergy Texas Inc.
Eversource Energy
Flagg Creek Water Reclamation District
Flagg Creek Water Reclamation District (IL)
Florida Power & Light Co.
Florida Power & Light Company (FPL)
Golden State Water Co.
GreyStone Power Corp.
GreyStone Power Corporation (elec)
Grogan Disposal Co. LLC
Grogan Disposal Company LLC
Houston, City of (TX), Water & Wastewater
Idaho Power
Idaho Power Co.
Illuminating Co., The
Intermountain Gas Co.
Intermountain Gas Company
International Environmental Management
International Environmental Management Inc.
Interstate Waste Services
Jefferson Parish LA
Jefferson, Parish of (LA)
Kansas City Power & Light Co.
Keter Environmental Services Inc
Keter Environmental Services Inc.
LG&E - Louisville Gas & Electric
Los Angeles Dept of Water & Power
Los Angeles, City of (CA), Department of Water & Power
Louisiana Water Co.
Louisville Gas & Electric
Murray City Corporation UT
Murray, City of (UT)
Nashville Electric Service
National Grid - Rhode Island
Nicor Gas
NW Natural
Oak Brook, Village of (IL)
O'Keefe Group, The
Olympic II Mall Services
Olympic IV Mall Services
Orlando Utilities Commission
Pacific Gas & Electric
Pacific Gas & Electric Co.
Pasadena, City of (CA)
Pinto Service Inc.
Portland General Electric
Portland General Electric (PGE)
Precision Waste Solutions L.L.C.
Precision Waste Solutions LLC
Professional Waste Management
Professional Waste Management Ltd.
PSE&G-Public Service Elec & Gas Co
PSEG Long Island
PSEGLI
Public Service Electric & Gas Co.
Puget Sound Energy
Recology Golden Gate
Reliant Energy Solutions
Republic Services
Republic Services Inc.
Roseville, City of (CA)
Salt River Project
San Diego Gas & Electric
San Francisco, City of (CA), Public Utilities Commission
Sawnee EMC
SCANA Energy
Scana Energy 1
SF - Water
Southern California Edison
Southern California Gas
Southern California Gas (The Gas Co.)
SRP -Salt River Project
Submeter One
Sunshine Recycling Inc.
Sustainable Solutions Group

The Illuminating Company
TOG
Torrance, City of (CA), Utilities
TXU Energy
Utility Payment Processing/BR Water
Village of Oak Brook IL
Waste Industries - Douglasville
Waste Industries - Douglasville GA
Waste Management
Waste Management
Waste Resources Gardena
Waste Resources Inc
Waste Resources Inc.
WCA Waste Systems Inc
WCA Waste Systems Inc.
WE Energies
WE Energies/Wisconsin Electric/Gas
XCEL Energy
XCEL Energy:Northern States Power Co.
XCEL Energy:Public Service Company of CO

**Vendors**
119 LEAWOOD LLC
1515 N HALSTED LLC
3 GGG'S TRUCK LINES INC.
4TH STREET HOLDINGS LLC.
A&G REALTY PARTNERS, LLC
A.R.T. FURNITURE INC.
AETNA GLASS
AETNA HEALTH MANAGEMENT
AKBAR BRASS PRODUCTS
AMERICAN EXPRESS
AMERICAN SOLUTIONS FOR BUSINESS
ANCHOR COMPUTER INC.
ANS
ARBORETUM MALL LLC.
ARDA CAM DIS TIC A.S.
ARIZONA DEPT. OF REVENUE
AROMASONG HOME PRODUCTS CO LTD
ART DECORATION INTERNATIONAL (PVT) LTD.
ARVIND IMPEX (INDIA) PVT.LTD.
ASIADES HONG KONG LTD
AT&T
AUDIOEYE INC.
BAOBEI INT'L CO. LTD.
BASSETT MIRROR COMPANY INC.
BAY VIEW FUNDING

BAYBROOK LPC LLC
BAZAARVOICE INC.
BELLEVUE SQUARE LLC
BERKELEY RESEARCH GROUP
Beverly Drive Enterprises
BLUE SHIELD OF CALIFORNIA
BOOMI
BPE GROWTH & OPERATIONS LLC
BRE DDR IVA MILLENIA FL LLC
BRENTWOOD PRIVATE V LP
BV CENTERCAL LLC
CDW DIRECT LLC.
CHAOZHOU CANTAKE CRAFT CO. LTD.
CITICRAFTS CORPORATION
CITY & COUNTY OF DENVER
CITY OF CRANSTON, RI
CITYCENTRE TWO PARTNERS LP
CLAY TERRACE PARTNERS LLC
Clearfork Retail Venture LLC
COAST TO COAST IMPORTS LLC
COMA INDUSTRY CO. LTD.
COMMA
COMPTROLLER OF MARYLAND
CONTAINER MARKETING INC.
CONWAY MACKENZIE
CORRA TECHNOLOGY INC.
COUNTY OF ORANGE
CRAWFISH LLC.
CREATIVE RETAIL PACKAGING INC.
CRITEO CORP.
CROCKER DOWNTOWN DEVELOPMENT ASSOC.
CURALATE INC.
CUSTOM GLOBAL LOGISTICS
DALIAN CRYSTAL COAST GLASSWARE CO. LTD.
DALIAN HARVEST TRADING COMPANY LTD
DALIAN WANHENGDA IMP-EXP CO. LTD.
DALLAS COUNTY TAX OFFICE
DALLIMORE & CO. INC.
DECO TEXTIL/SWAN SILK P LTD
DECORINA COMPANY LTD.
DEEPAK CORPORATION
DEL AMO FASHION CENTER
DESIGNWORKS INK
DOS LAGOS CRN LLC
D'SILY INTERNATIONAL COMPANY LIMITED
DUKE REALTY LP

DURO HILEX POLY LLC
EAST BATON ROUGE SHERIFF
EAST INDIA COMPANY
EASTON GATEWAY LLC
ELIANO BALUYUT POTTERY INC
EMPOWER
ENCINITAS TOWN CENTER ASSOC I LLC
ERNST & YOUNG US LLP
ESCONDIDO MISSION VILLAGE LP
ESKRIDGE (E&A) LLC
EUROSA FURNITURE CO (PTE) LTD
EUROSTYLE
EVERGREEN INTERNATIONAL EXPORTS
FACEBOOK INC.
FALCON SOCIAL INC. DBA FALCON.IO
FASHION PLACE ANCHOR ACQUISITION LLC
FASHION SHOW MALL LLC
FASHION SQUARE
FLORIDA DEPT OF REVENUE/STATE
FORTITUDE TECHNOLOGY
FOUNTAINS AT ROSEVILLE
FRANCHISE TAX BOARD
FRINGE STUDIO LLC
FRIT SAN JOSE TOWN & COUNTRY VILLAGE LLC
FRIT SHOPS AT SUNSET PLACE OWNER LLC
FURNITURE DELIVERY SOLUTIONS INC.
FUZHOU SENWELL FURNITURE MFG CO. LTD.
GA DEPT OF REVENUE
GALLERIA SHOPPING CENTER LLC
Gasthalter & Co. LP
GATEWAY WOODSIDE INC.
GLOBAL BEST INDUSTRIAL LTD.
GLOPARKS CO. LTD.
GNS IMPEX
GOLD EAGLE USA
GREATER LAKESIDE CORPORATION
GREEN HILLS MALL TRG LLC
GREENBERG TRAURIG LLP
H. LAL INTERNATIONAL
HARRIS TECHNOLOGIES INC.
HEILONGJIANG GRASSLAND LTD
HERITAGE INDIA EXPORTS PVT. LTD.
HERO INTERNATIONAL GROUP COMPANY LIMITED
HIGHLAND VILLAGE LTD PTSHP
HITAISHI KK MANUFACTURING CO. PVT.LTD.
HOCKER OXMOOR LLC
HOME INSIGHTS FURNITURE
ILLINOIS DEPT. OF REVENUE
IMI MSW LLC
INDIA INTERNATIONAL EXPORTERS
INDIANA DEPT OF REVENUE
INLOOK INDUSTRIAL LIMITED
J&J SEASONAL COMPANY LTD
JAGA INTERNATIONAL LTD.
JASON FURNITURE(HANGZHOU)CO LTD.
JELLYCAT INC.
JETTCORP LIMITED
JIANGSU BSD INDUSTRIAL CO. LTD
JONES DAY
JRA HHF VENTURE LLC
JULES AND ASSOCIATES INC.
KD KNOX STREET VILLAGE HOLDCO
KENWOOD COLLECTION RETAIL
KIERLAND GREENWAY LLC
KIRKLAND & ELLIS LLP
KISHORIJI EXIM PVT LTD
KISHORIJI EXPORTS
KLEHR HARRISON HARVEY BRANZBURG LLP
KNOX STREET VILLAGE INC.
KUKA (HK) TRAD CO. LIMITED
LA CANTERA SPECIALTY RETAIL L.P.
LANTELLIGENCE INC.
LAVIHEX CO. LTD.
LAZARD MIDDLE MARKET LLC
LCFRE SUGAR LAND TOWN SQUARE LLC
Legacy Village Investors LLC
LIAONING LONGDE NEW ARTS & CRAFTS
LIAOYANG JENNY GIFT CO. LTD.
LSC COMMUNICATIONS US LLC
M.R. INDUSTRIES
MAGENTO INC.
MALIK EXPORTS
MALL IN COLUMBIA
MARCUM LLP
MARSHAL EXPORTS
MAUYISING ENTERPRISE CORPORATION
MAYFAIR MALL LLC
MCG LOGISTICS
MELTWATER NEWS US INC
MERIDIAN CENTERCAL LLC
METAL WORLD
METROPOLITAN TELECOMMUNICATIONS

MIDLAND PAPER COMPANY
MINHOU MINXING WEAVING CO. LTD.
MN DEPT OF REVENUE
MO DEPT OF REVENUE
MOOV CORPORATION
MRSAKAHN, LLC
MURANO INTERNATIONAL COMPANY LIMITED
NANTONG SIGMA INTERTRADE CORPORATION
NATICK MALL
NAVARRE AND ASSOCIATES INC.
NAVKAR HOME
NEW JERSEY DIV OF TAXATION
NEW YORK STATE SALES TAX
NIELSEN & BAINBRIDGE llc
NORTH CAROLINA DEPT OF REVENUE
NORTH GEORGIA PREMIUM OUTLETS
OAKBROOK SHOPPING CENTER LLC.
OLD ORCHARD URBAN LTD. PTSHP.
OLD TOWN DELACEY LLC
OLIVER GAL ARTIST CO.
ONELOGIN, INC.
ONICA GROUP LLC
OPTIV
ORIENT EXPRESS FURNITURE INC.
PERIMETER MALL LLC
PHILLIPS COLLECTION INC.
PHILLIPS EDISON STRATEGIC
PINTEREST INC.
PNG FURNISHINGS PVT LTD
PPF RTL ATLANTIC TOWN CENTER LLC
PRINT STRATEGY INC
PRLHC MERCATO RETAIL 454802
PROSKAUER ROSE LLP
PT. INDOTRADE MULTI NIAGA
QINGDAO SMILE TRADING CO. LTD.
QUALITY PRODUCTS OF INDIA
QUANZHOU ALLEN LIGHT INDUSTRY CO. LTD.
QUANZHOU JIANWEN CRAFT CO. LTD
R SQUARED MARKETING LLC.
RAVIT D'AGOSTINO
REBCOR CONSTRUCTION INC.
Regency Galleria North LLC
REMER & GEORGES-PIERRE, PLLC
RETAIL CONSTRUCTION SERVICES INC.
RETAIL MAINTENANCE SPECIALISTS
RETAILNEXT INC.
ROBERT N. WEINGARTEN
ROOSEVELT FIELD
RPAI SOUTHWEST MANAGEMENT LLC
SADA SYSTEMS INC.
SAINIK ENTERPRISES
SAINT LOUIS GALLERIA L.L.C.
SAMSON INTERNATIONAL ENTERPRISES LIMITED
SAPOTA INTERNATIONAL LTD.
SCOTTSDALE FASHION SQUARE LLC
Second Paramus Associates LLC
SHAANXI J&P ENTERPRISE CO. LTD.
SHANGHAI EVERGREEN CO. LTD.
SHANGHAI HUAXING GLASS & CERAMICS CO LTD
SHANXI YUENCHENG TRADING COMPANY LIMITED
SHAYNE INTERNATIONAL HOLDINGS LTD.
SHENYANG HAODE NEW FOREIGN TRADE CO LTD
SHENZHEN SUNNIE INDUSTRIAL LIMITED
SHINETIE TRADING COMPANY SHISHI
SHINN YEOU GLASS CO. LTD
SHOPCORE PROPERTIES L.P.
SHOPS AT MISSION VIEJO LLC
SHOPS AT ST. JOHNS, LLC
SIMPLY RACK & WAREHOUSE EQUIPMENT, INC.
SOCIAL ANNEX, INC.
Sompo International
SOUTH COAST PLAZA
SOUTHGLENN PROPERTY HOLDINGS LLC
SOVOS COMPLIANCE LLC
STAIART LIGHTING
STATE BOARD OF EQUALIZATION
STATE COMPTROLLER TX
STEFAN & GLAS BEIJING CO LTD
STYLECRAFT HOME COLLECTION
SUMMER GIFTS CO. LTD.
SUNRISE HANDICRAFTS
SUNRISE HOME DECORATION LTD
TAIWAN MELAMINE PRODUCTS INDUSTRIAL CO
TAIZHOU MOCRYSTAL CO. LTD
TAMPA WESTSHORE ASSOCIATES LP
TAUBMAN CHERRY CREEK SHOPPING CENTER LLC

Case 19-10488-LSS    Doc 92-3    Filed 03/20/19    Page 18 of 19

TAX ASSESSOR COLLECTOR-TARRANT COUNTY
TB MALL AT UTC LLC
TENNESSEE DEPT OF REVENUE
TERRENO 139TH LLC
TESSIE INDUSTRIAL CO. LTD.
TGO CONSULTING INC.
THE CREATIVE CONNECTION LTD.
THE HEN HOUSE INC.
THE HOWARD ELLIOT COLLECTION
THINKLP
TIANJIN LIHO GROUP ANIMAL BY-PRODUCTS IMP&EXP CO LTD
TIC RETAIL PROP-FASHION ISLAND
TM WILLOW BEND SHOPS LP
TRANS-WORLD ASSOCIATES INC.
TRAVIS COUNTY TAX COLLECTOR
TUSCANY 3PL
U.S. SHELL INC.
UE PATSON MT. DIABLO A LP
UNIVERSAL ARK ENTERPRISES
UNIVERSAL ARQUATI
UNUSED CODE' OPEN FOR USE
USPS/PITNEY BOWES
UTAH STATE TAX COMM
VA DEPT OF TAXATION
VACO LOS ANGELES LLC
VENUS INTERNATIONAL
VILLAGE AT GULFSTREAM PARK LLC
VILLAGE AT WESTFIELD TOPANGA
WAI MING HONG
WASHINGTON DEPT OF REVENUE
WESTFIELD ANNAPOLIS
WHITESTONE REIT
WINS COMPANY LIMITED
WOODFIELD MALL LLC
WORKFRONT, INC.
WPROMOTE INC.
WUXI GREENTEX TECHNOLOGY CO. LTD.
XIAMEN HANKA HOME INTERNATIONAL TRADE CO
XIAMEN HOMESTYLE ENTERPRISES LIMITED
XIAMEN MILLION STONE
YANCHENG SHINY ARTS&CRAFTS CO LTD
YANGZHOU QUANHUA GLASS ARTS CO. LTD.
YRULER INC.
ZEBRA RETAIL SOLUTIONS
ZEDSONS
ZEIDEN PROPERTIES
ZENITH INSURANCE COMPANY
ZHEJIANG SNOWING INDUSTRIAL & TRADE CO LTD
ZHONGSHAN ALBA IMP AND EXP CO LTD
ZHONGSHAN JIAXIN IMP AND EXP CO LTD
ZHONGSHAN RONGJING GLASS FURNITURE CO
ZIBO CITY ZICHUAN ZHENHUA GLASS
ZONES

## Schedule 2

**Engagements with Potential Parties-in-Interest**

AETNA HEALTH MANAGEMENT
AMERICAN EXPRESS
Baltimore Gas & Electric Co.
BGE
BRENTWOOD PRIVATE V LP
Brentwood ZG LLC
Brentwood ZG, LLC
Com Ed
Commonwealth Edison
Florida Power & Light Co.
Florida Power & Light Company (FPL)
Forest City
Forest City Enterprises, Inc
Hines
Hines Global REIT Inc
Illuminating Co., The
Pacific Gas & Electric
Pacific Gas & Electric Co.
PHILLIPS EDISON STRATEGIC
Portland General Electric
Portland General Electric (PGE)
San Diego Gas & Electric
Southern California Gas
Southern California Gas (The Gas Co.)
The Illuminating Company
USPS/PITNEY BOWES

Notes:

1. Lazard has also been engaged by several entities and/or their known affiliates on Schedule 1 that, due to confidentiality obligations, Lazard is unable to disclose. These entities and/or their known affiliates are listed under the category of "Utilities" and have claims that are not material, either individually or in the aggregate, in the context of all claims in this case. Lazard's representations of these entities and/or their affiliates are or were on matters that are unrelated to the Debtors and this case.

2. Lazard notes that it has been engaged by an affiliate of Brentwood Associates, a beneficial owner of the Debtors. Lazard's representation of that entity was on matters that are unrelated to the Debtors and this case.