**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Z GALLERIE, LLC, *et al.*,[1] | ) Case No. 19-10488 (LSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Related to Docket No. 106** |
|  | ) |
|  | ) **Objection Deadline: April 24, 2019 at 4:00 p.m.** |
|  | ) **Hearing Date: May 1, 2019 at 10:00 a.m.** |
|  | ) |

**NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER
(I) APPROVING THE ADEQUACY OF THE DISCLOSURE STATEMENT;
(II) APPROVING THE SOLICITATION AND NOTICE PROCEDURES
WITH RESPECT TO CONFIRMATION OF THE DEBTORS' JOINT
CHAPTER 11 PLAN; (III) APPROVING THE FORMS OF BALLOTS AND
NOTICES IN CONNECTION THEREWITH; (IV) SCHEDULING CERTAIN
DATES WITH RESPECT THERETO; AND (V) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on March 22, 2019, the above-captioned debtors (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), the *Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan; (III) Approving the Forms of Ballots and Notices in Connection Therewith; (IV) Scheduling Certain Dates with Respect Thereto; and (V) Granting Related Relief* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the Motion will be held on **May 1, 2019 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing") before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, 824 N. Market Street, Courtroom 2, 6th Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure for the Bankruptcy Court for the District of Delaware. Objections, if any, to the Motion must be filed with the Bankruptcy Court such that the Bankruptcy Court actually receives the objections and proof of service on or before **April 24, 2019 at 4:00 p.m.**

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Z Gallerie, LLC (3816) and Z Gallerie Holding Company, LLC (5949).  The location of the Debtors' service address is:  1855 West 139th Street, Gardena, CA 90249.

**(prevailing Eastern Time)** and such objections must be promptly served on: (i) the Debtors, c/o Z Gallerie, LLC, 1855 West 139th Street, Gardena, CA 90249 (Attn: Mark Weinsten); (ii) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022 (Attn: Joshua A. Sussberg, Esq., Justin Bernbrock, Esq., and Joshua M. Altman, Esq.) and Klehr Harrison Harvey Branzburg LLP (Attn: Domenic E. Pacitti); (iii) Buchanan Ingersoll & Rooney, PC, 919 N. Market Street, Wilmington, DE 19801 (Attn: Mary F. Caloway); (iv) counsel to the official committee of unsecured creditors, Cooley LLP, 1114 Avenue of the Americas, New York, NY 10036 (Attn: Seth Van Aalten and Michael Klein) and Whiteford Taylor & Preston LLC, The Renaissance Centre, 405 North King Street, Suite 500, Wilmington, De 19801 (Attn: Christopher M. Samis and L. Katherine Good); and (e) the U.S. Trustee, 844 King Street, Suite 2007, Lockbox 35, Wilmington, Delaware 19801 (Attn: Jaclyn Weissgerber, Esq.).

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion can be obtained through the Court's website at https://ecf.deb.uscourts.gov, referencing Case No. 19-10488 (LSS), and on the website of the Debtors' notice and claims agent, Stretto, at http://cases.stretto.com/zgallerie. Further information may be obtained by calling (855) 276-9008 or emailing ZGallerieInquiries@stretto.com or upon request from the undersigned proposed counsel to the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or at a later hearing. The Debtors will file an agenda before the Hearing, which may modify or supplement the Motion to be heard at the Hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT WANT THE COURT TO GRANT THE RELIEF REQUESTED IN THE MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEW ON THE MOTION, THEN YOU OR YOUR ATTORNEY MUST ATTEND THE HEARING. IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

[*Remainder of page intentionally left blank*]

PHIL1 7771470v.1

Dated:  March 25, 2019                      */s/ Domenic E. Pacitti*
Wilmington, Delaware                        Domenic E. Pacitti (DE Bar No. 3989)
                                            **KLEHR HARRISON HARVEY BRANZBURG LLP**
                                            919 North Market Street, Suite 1000
                                            Wilmington, Delaware 19801
                                            Telephone:    (302) 426-1189
                                            Facsimile:    (302) 426-9193
                                            Domenic E. Pacitti (DE Bar No. 3989)

                                            -and-

                                            Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
                                            **KIRKLAND & ELLIS LLP**
                                            **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                            601 Lexington Avenue
                                            New York, New York 10022
                                            Telephone:    (212) 446-4800
                                            Facsimile:    (212) 446-4900

                                            -and-

                                            Justin R. Bernbrock (admitted *pro hac vice*)
                                            **KIRKLAND & ELLIS LLP**
                                            **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                            300 North LaSalle
                                            Chicago, Illinois 60654
                                            Telephone:    (312) 862-2000
                                            Facsimile:    (312) 862-2200

                                            *Proposed Co-Counsel for the Debtors and Debtors in*
                                            *Possession*