**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Z GALLERIE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-10488 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: April 3, 2019 at 4:00 p.m. (ET);** **extended until April 5, 2019 at 4:00 p.m. (ET)** |

**RESERVATION OF RIGHTS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS WITH RESPECT TO DEBTORS' MOTION SEEKING ENTRY OF AN ORDER (I) APPROVING THE BIDDING PROCEDURES, (II) SCHEDULING THE BID DEADLINES AND THE AUCTION, (III) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, AND (IV) GRANTING RELATED RELIEF**

The Official Committee of Unsecured Creditors (the "Committee") of Z Gallerie, LLC, *et al.*, as debtors and debtors-in-possession (collectively, the "Debtors"), by and through its undersigned proposed counsel, hereby submits this reservation of rights to the Debtors' motion seeking entry of an order approving the proposed bidding procedures (the "Bidding Procedures") [Dkt. No. 22],[2] and respectfully states as follows:

The Committee supports the Debtors' efforts to conduct a postpetition marketing and sale process that will deliver the greatest value to the Debtors' estates under the Plan for all parties in interest. The Committee believes that by and large, the Bidding Procedures will facilitate an orderly and value-maximizing Auction and generally supports the Bidding Procedures, including the Bid Protections for a Stalking Horse Bidder if one is selected.

However, given the extent of the marketing process to date, the Committee is mindful that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Z Gallerie, LLC (3816) and Z Gallerie Holding Company, LLC (5949). The location of the Debtors' service address is: 1855 West 139th Street, Gardena, CA 90249.

[2] Capitalized terms used but not otherwise defined in this Statement shall have the meanings given to them in the Bidding Procedures.

the sale timeline contemplated in the Bidding Procedures could preclude potentially interested purchasers from conducting the diligence necessary to fully and actively participate in the sale process.

As such, the Committee hereby reserves its rights to seek an extension of the Bid Deadline and Auction Date to the extent that a Potential Bidder requests more time to conduct diligence in furtherance of submitting a Bid. The Debtors agreed to other modifications to the Bidding Procedures requested by the Committee and other parties, and such modifications will be reflected in the revised proposed order and revised Bidding Procedures the Debtors will file with the Court.

Dated: April 5, 2019

WHITFORD, TAYLOR & PRESTON LLP

*/s/ L. Katherine Good*
Christopher M. Samis, Esq. (No. 4909)
L. Katherine Good, Esq. (No. 5101)
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801-3700
Telephone:   (302) 353-4144
Facsimile:   (302) 661-7950
csamis@wtplaw.com
kgood@wtplaw.com

- and -

COOLEY LLP
Seth Van Aalten
Michael Klein
55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: svanaalten@cooley.com
            mklein@cooley.com

*Proposed Co-Counsel for the Debtors*