## CERTIFICATE OF SERVICE

I, L. Katherine Good, do hereby certify that on April 5, 2019, I caused a copy of the foregoing **Reservation of Rights of Official Committee of Unsecured Creditors with Respect to Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures, (II) Scheduling the Bid Deadlines, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief** to be served on the parties listed on the attached service list by first class mail.

*/s/ L. Katherine Good*
L. Katherine Good (No. 5101)

10056589v1

## SERVICE LIST

| | |
|---|---|
| **The Debtors**<br>Mark Weinstein<br>c/o Z Gallerie, LLC<br>1855 West 139th Street<br>Gardena, CA 90249 | **Counsel for the Debtors**<br>Joshua A. Sussberg, Esq.<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022 |
| **Counsel for the Debtors**<br>Justin Bernbrock, Esq.<br>Joshua M. Altman, Esq.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | **Counsel for the Debtors**<br>Dominic E. Pacitti, Esq.<br>KLEHR HARRISON HARVEY BRNAZBURG LLP<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801 |
| **Counsel to KeyBank National Association**<br>Mark Pfeiffer, Esq.<br>BUCHANAN INGERSOLL & ROONEY, PC<br>50 S. 16th Street, Suite 3200<br>Philadelphia, PA 19102 | **Counsel to KeyBank National Association**<br>Mary F. Coloway, Esq.<br>BUCHANAN INGERSOLL & ROONEY, PC<br>919 N. Market Street<br>Wilmington, DE 19801 |
| **Counsel to KKR Credit Advisors (US) LLC**<br>Vincent Indelicato, Esq.<br>Chris Theodoridis, Esq.<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036 | **Counsel to KKR Credit Advisors (US) LLC**<br>Curtis S. Miller, Esq.<br>Matthew B. Harvey, Esq.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street, Suite 1800<br>Wilmington, DE 19801 |
| **United States Trustee**<br>Jaclyn Weissgerber, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2007<br>Lockbox 35<br>Wilmington, DE 19801 | |