# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Z GALLERIE, LLC, *et al.*,[1] | ) ) ) | Case No. 19-10488 (LSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**SECOND AMENDED** NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 10, 2019 AT 10:00 A.M. (PREVAILING EASTERN TIME)[2]

UNCONTESTED MATTERS WITH CERTIFICATION OF COUNSEL:

1. Debtors' Application for Entry of an Order Authorizing the Retention and Employment Klehr Harrison Harvey Branzburg LLP as Co-Counsel for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date [Docket No. 88; Filed 3/20/2019]

    Related Documents:

    A. Supplemental Declaration of Domenic E. Pacitti in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Klehr Harrison Harvey Branzburg LLP as Co-Counsel for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date [Docket No. 117; Filed 3/26/2019]

    B. Certificate of Counsel [Docket No. 142; Filed 4/5/2019]

    C. Proposed Order

    Response Deadline:    April 3, 2019 at 4:00 p.m.[3]

    Responses Received:    None

    Status:    A Certification of Counsel has been filed on this matter. This matter is going forward unless otherwise directed by the Court.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Z Gallerie, LLC (3816) and Z Gallerie Holding Company, LLC (5949). The location of the Debtors' service address is: 1855 West 139th Street, Gardena, CA 90249.

[2]  Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

[3]  Unless otherwise specified, all times used herein are prevailing Eastern Time.

UNCONTESTED MATTERS GOING FORWARD:

2. Debtors' Motion Seeking Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (II) Granting Related Relief [Docket No. 5; Filed 3/11/2019]

   Related Documents:

   A. Omnibus Notice of Second Day Hearing to be Held on April 10, 2019 at 10:00 a.m. [Docket No. 79; Filed 3/15/2019]

   **B. Certification of Counsel Regarding Docket No. 5 [Docket No. 180; Filed 4/9/2019]**

   Response Deadline:   April 3, 2019 at 4:00 p.m.

   Responses Received:  None

   **Status:   A Certification of Counsel has been filed on this matter. This matter is going forward unless otherwise directed by the Court.**

3. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms, and (II) Granting Related Relief [Docket No. 7; Filed 3/11/2019]

   Related Documents:

   A. Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms and (II) Granting Related Relief [Docket No. 53; Filed 3/12/2019]

   B. Omnibus Notice of Second Day Hearing to be Held on April 10, 2019 at 10:00 a.m. [Docket No. 79; Filed 3/15/2019]

   C. Certification of Counsel Regarding Docket No. 7 [Docket No. 155; Filed 4/9/2019]

   Response Deadline:   April 3, 2019 at 4:00 p.m.

   Responses Received:  None

|     |     |
| --- | --- |
| | Status:     A Certification of Counsel has been filed on this matter. This matter is going forward unless otherwise directed by the Court. |

4. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief [Docket No. 8; Filed 3/11/2019]

      Related Documents:

          A.    Interim Order (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto, and (II) Granting Related Relief [Docket No. 57; Filed 3/12/2019]

          B.    Omnibus Notice of Second Day Hearing to be Held on April 10, 2019 at 10:00 a.m. [Docket No. 79; Filed 3/15/2019]

          C.    Certification of Counsel Regarding Docket No. 8 [Docket No. 157; Filed 4/9/2019]

      Response Deadline:    April 3, 2019 at 4:00 p.m.

      Responses Received:  None

      Status:    A Certification of Counsel has been filed on this matter. This matter is going forward unless otherwise directed by the Court.

5. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, (IV) Authorizing Fee Payments to Engie for Services Performed, (V) Requiring Utility Providers to Return Deposits for Utility Services No Longer in Use, and (VI) Granting Related Relief [Docket No. 9; Filed 3/11/2019]

      Related Documents:

          A.    Interim Order (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, (IV) Authorizing Fee Payments to Engie for Services Performed, (V) Requiring Utility Providers to Return Deposits for Utility Services No Longer in Use, and (VI) Granting Related Relief [Docket No. 54; Filed 3/12/2019]

        B.        Omnibus Notice of Second Day Hearing to be Held on April 10, 2019 at 10:00 a.m. [Docket No. 79; Filed 3/15/2019]

        C.        Certification of Counsel Regarding Docket No. 9 [Docket No. 162; Filed 4/9/2019]

Response Deadline:    April 3, 2019 at 4:00 p.m.

Responses Received:  None

Status:    A Certification of Counsel has been filed on this matter. This matter is going forward unless otherwise directed by the Court.

6. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 10; Filed 3/11/2019]

    Related Documents:

        A.        Interim Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (II) Granting Related Relief [Docket No. 55; Filed 3/12/2019]

        B.        Omnibus Notice of Second Day Hearing to be Held on April 10, 2019 at 10:00 a.m. [Docket No. 79; Filed 3/15/2019]

        C.        Certification of Counsel Regarding Docket No. 10 [Docket No. 161; Filed 4/9/2019]

Response Deadline:    April 3, 2019 at 4:00 p.m.

Responses Received:  None

Status:    A Certification of Counsel has been filed on this matter. This matter is going forward unless otherwise directed by the Court.

7. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing (A) Debtors to Pay Certain Prepetition Claims of Trade Claimants and Other Vendors, and (B) Procedures Related Thereto, (II) Granting Administrative Priority for Outstanding Orders, and (III) Granting Related Relief [Docket No. 11; Filed 3/11/2019]

Related Documents:

A. Interim Order (I) Authorizing (A) Debtors to Pay Certain Prepetition Claims of Trade Claimants and (B) Procedures Related Thereto, (II) Granting Administrative Priority for Outstanding Orders, and (III) Granting Related Relief [Docket No. 56; Filed 3/12/2019]

B. Omnibus Notice of Second Day Hearing to be Held on April 10, 2019 at 10:00 a.m. [Docket No. 79; Filed 3/15/2019]

C. Certification of Counsel Regarding Docket No. 11 [Docket No. 156; Filed 4/9/2019]

Response Deadline: April 3, 2019 at 4:00 p.m.

Responses Received: None

Status: A Certification of Counsel has been filed on this matter. This matter is going forward unless otherwise directed by the Court.

8. Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to (A) Pay Their Obligations Under Insurance Policies Entered into Prepetition, (B) Continue to Pay Brokerage Fees, and (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (II) Granting Related Relief [Docket No. 12; Filed 3/11/2019]

Related Documents:

A. Interim Order (I) Authorizing the Debtors to (A) Pay Their Obligations Under Insurance Policies Entered Into Prepetition, (B) Continue to Pay Brokerage Fees, and (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (II) Granting Related Relief [Docket No. 58; Filed 3/12/2019]

B. Omnibus Notice of Second Day Hearing to be Held on April 10, 2019 at 10:00 a.m. [Docket No. 79; Filed 3/15/2019]

C. Certification of Counsel Regarding Docket No. 12 [Docket No. 158; Filed 4/9/2019]

Response Deadline: April 3, 2019 at 4:00 p.m.

Responses Received: None

Status: A Certification of Counsel has been filed on this matter. This matter is going forward unless otherwise directed by the Court.

9.     Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing, but Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, Reimbursable Employee Expenses, and Non-Insider Employee Incentive Programs, and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 14; Filed 3/11/2019]

    Related Documents:

        A.     Interim Order (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 59; Filed 3/12/2019]

        B.     Omnibus Notice of Second Day Hearing to be Held on April 10, 2019 at 10:00 a.m. [Docket No. 79; Filed 3/15/2019]

        C.     Certification of Counsel Regarding Docket No. 14 [Docket No. 163; Filed 4/9/2019]

    Response Deadline:     April 3, 2019 at 4:00 p.m.

    Responses Received: None

    Status:     A Certification of Counsel has been filed on this matter. This matter is going forward unless otherwise directed by the Court.

10.     Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures, (II) Scheduling the Bid Deadlines and the Auction, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief [Docket No. 22; Filed 3/11/2019]

    Related Documents:

        A.     Omnibus Notice of Second Day Hearing to be Held on April 10, 2019 at 10:00 a.m. [Docket No. 79; Filed 3/15/2019]

        **B.     Certification of Counsel Regarding Docket No. 22 [Docket No. 167; Filed 4/9/2019]**

    Response Deadline:     April 3, 2019 at 4:00 p.m.; extended solely for the United States Trustee, the Official Committee of Unsecured Creditors, KeyBank National Association, KKR Credit Advisors (US) LLC, and Brookfield Property REIT Inc. until April 5, 2019 at 4:00 p.m.

Responses Received:

    A.    Reservation of Rights of Official Committee of Unsecured Creditors with Respect to Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures, (II) Scheduling the Bid Deadlines, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief [Docket No. 144; Filed 4/4/2019]

**Status:** **A Certification of Counsel has been filed on this matter. This matter is going forward unless otherwise directed by the Court.**

11. Debtors' Application for an Order Authorizing (I) the Debtors to Retain A&G Partners, LLC as a Real Estate Consultant and Advisor Nunc Pro Tunc to the Petition Date and (II) a Waiver of Certain Reporting Requirements Pursuant to Local Rule 2016-2(h) [Docket No. 89; Filed 3/20/2019]

    Related Documents:

        A.    Certification of Counsel Regarding Docket No. 89 [Docket No. 150; Filed 4/8/2019]

    Response Deadline:    April 3, 2019 at 4:00 p.m.

    Responses Received:  None

    Status:    A Certification of Counsel has been filed on this matter. This matter is going forward unless otherwise directed by the Court.

12. Debtors' Application for Entry of an Order Authorizing the (I) Retention of Berkeley Research Group, LLC and (II) Designation of Mark Weinsten as Interim Chief Executive Officer, Nunc Pro Tunc to the Petition Date and (III) Granting Related Relief [Docket No. 90; Filed 3/20/2019]

    Related Documents:

        A.    Certification of Counsel Regarding Docket No. 90 [Docket No. 151; Filed 4/8/2019]

    Response Deadline:    April 3, 2019 at 4:00 p.m.

    Responses Received:  None

    Status:    A Certification of Counsel has been filed on this matter. This matter is going forward unless otherwise directed by the Court.

13. Debtors' Application for Appointment of Stretto as Administrative Advisor Nunc Pro Tunc to the Petition Date [Docket No. 91; Filed 3/20/2019]

    Related Documents:

    A. Certification of Counsel Regarding Docket No. 91 [Docket No. 154; Filed 4/9/2019]

    Response Deadline:    April 3, 2019 at 4:00 p.m.

    Responses Received:   None

    Status:    A Certification of Counsel has been filed on this matter.  This matter is going forward unless otherwise directed by the Court.

14. Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Lazard Frères & Co. LLC and Lazard Middle Market LLC as Investment Banker to the Debtors and Debtors in Possession, Effective Nunc Pro Tunc To the Petition Date, (II) Approving the Terms of the Lazard Agreement, (III) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016-2(H), and (IV) Granting Related Relief [Docket No. 92; Filed 3/20/2019]

    Related Documents:

    A. Supplemental Declaration of Jason A. Cohen In Support of the Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Lazard Frres & Co. LLC and Lazard Middle Market LLC as Investment Banker to the Debtors and Debtors in Possession, Effective Nunc Pro Tunc To the Petition Date, (II) Approving the Terms of the Lazard Agreement, (III) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016-2(H), and (IV) Granting Related Relief [Docket No. 148; Filed 4/8/2019]

    B. Certification of Counsel Regarding Docket No. 92 [Docket No. 153; Filed 4/9/2019]

    Response Deadline:    April 3, 2019 at 4:00 p.m.

    Responses Received:   None

    Status:    A Certification of Counsel has been filed on this matter.  This matter is going forward unless otherwise directed by the Court.

15. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date [Docket No. 93; Filed 3/20/2019]

   Related Documents:

   A. Certification of Counsel Regarding Docket No. 93 [Docket No. 152; Filed 4/8/2019]

   Response Deadline: April 3, 2019 at 4:00 p.m.

   Responses Received: None

   Status: A Certification of Counsel has been filed on this matter. This matter is going forward unless otherwise directed by the Court.

16. Debtors' Motion for Entry of an Order Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business [Docket No. 120; Filed 3/27/2019]

   Related Documents:

   A. Certification of Counsel Regarding Docket No. 120 [Docket No. 160; Filed 4/9/2019]

   Response Deadline: April 3, 2019 at 4:00 p.m.

   Responses Received: None

   Status: A Certification of Counsel has been filed on this matter. This matter is going forward unless otherwise directed by the Court.

17. Debtors' Motion Seeking Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(B)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(B)(9) Requests, and (IV) Approving Form and Manner of Notice Thereof [Docket No. 121; Filed 3/27/2019]

   **Related Documents:**

   **A. Certification of Counsel Regarding Docket No. 121 [Docket No. 183; Filed 4/9/2019]**

   Response Deadline: April 3, 2019 at 4:00 p.m. m.; extended solely for Brookfield Property REIT Inc. until April 5, 2019 at 4:00 p.m.

9

        Responses Received:  None

        **Status:** **A Certification of Counsel has been filed on this matter. This matter is going forward unless otherwise directed by the Court.**

18. Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. 122; Filed 3/27/2019]

        Related Documents:

                **A.** Certification of Counsel Regarding Docket No. 122 [Docket No. 159; Filed 4/9/2019]

        Response Deadline:  April 3, 2019 at 4:00 p.m.

        Responses Received:  None

        Status:  A Certification of Counsel has been filed on this matter. This matter is going forward unless otherwise directed by the Court.

<u>CONTESTED MATTERS</u>:

19. Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) Authorizing the Debtors to Redact Certain Personal Identification Information for Individual Creditors, and (III) Granting Related Relief [Docket No. 4]

        Related Documents:

                A. Omnibus Notice of Second Day Hearing to Be Held on April 10, 2019 at 10:00 a.m. [Docket No. 79; Filed 3/15/2019]

                B. Certification of Counsel Regarding Creditor Matrix Motion [Docket No. 82; Filed 3/18/2019]

                C. Certification of Counsel Regarding Docket No. 4 [Docket No. 149; Filed 4/8/2019]

        Response Deadline:  April 3, 2019 at 4:00 p.m.

        Responses Received:

                A. The United States Trustee's Objection to the Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to File a

|   |   |
|---|---|
|   | Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) Authorizing the Debtors to Redact Certain Personal Identification Information for Individual Creditors, and (III) Granting Related Relief [Docket No. 128; Filed 4/1/2019] |
| Status: | A Certification of Counsel has been filed on this matter.  This matter is going forward unless otherwise directed by the Court. |

20. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property, (II) Approving Procedures for Store Closing Sales, (III) Authorizing Customary Bonuses to Employees of Closing Stores, and (IV) Granting Related Relief [Docket No. 13; Filed 3/11/2019]

    Related Documents:

        A.    Interim Order (I) Approving Procedures For Store Closing Sales, (II) Authorizing Customary Bonuses to Employees of Closing Stores, and (III) Granting Related Relief [Docket No. 74; Filed 3/15/2019]

        B.    Omnibus Notice of Second Day Hearing to be Held on April 10, 2019 at 10:00 a.m. [Docket No. 79; Filed 3/15/2019]

        **C.**    **Certification of Counsel Regarding Docket No. 13 [Docket No. 184; Filed 4/9/2019]**

    Response Deadline:    April 3, 2019 at 4:00 p.m.; extended solely for Brookfield Property REIT Inc. and 1515 N. Halstead, LLC until April 5, 2019 at 4:00 p.m.

    Responses Received:

        A.    Local Texas Tax Authorities' Objection to Debtors' Motion Seeking Interim and Final Orders (I) Authorizing Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property, (II) Approving Procedures For Store Closing Sales, and (IV) Granting Related Relief [Docket No. 138; Filed 4/3/2019]

    **Status:**    **A Certification of Counsel has been filed on this matter.  This matter is going forward unless otherwise directed by the Court.**

PHIL1 7807011v.1

21. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 26; Filed 3/11/2019]

   Related Documents:

   A. Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and Rules 2002, 4001, and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Incurrence by the Debtors of Postpetition Senior Secured Indebtedness, (II) Authorizing Use of Cash Collateral by the Debtors, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Scheduling A Final Hearing [Docket No. 75; Filed 3/15/2019]

   B. Omnibus Notice of Second Day Hearing to Be Held on April 10, 2019 at 10:00 a.m. [Docket No. 79; Filed 3/15/2019]

   **C. Certification of Counsel Regarding Docket No. 26 [Docket No. 178; Filed 4/9/2019]**

   Response Deadline: April 3, 2019 at 4:00 p.m.; extended solely for the United States Trustee, the Official Committee of Unsecured Creditors, KKR Credit Advisors (US) LLC, and Brookfield Property REIT Inc. until April 8, 2019 at 4:00 p.m.

   Responses Received:

   A. Comenity Bank's Limited Objection and Reservation of Rights with Respect to Debtor's Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief [Docket No. 136; Filed 4/3/2019]

   **Status:** **A Certification of Counsel has been filed on this matter. This matter is going forward unless otherwise directed by the Court.**

22. Debtors' Motion Seeking Entry of an Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases, (II) Authorizing and Approving Procedures to Provide Notice of Additional Closing Stores, If Required, and Procedures Related Thereto, and (III) Granting Related Relief [Docket No. 123; Filed 3/27/2019]

    **Related Documents:**

    A.  **Certification of Counsel Regarding Docket No. 123 [Docket No. 177; Filed 4/9/2019]**

    Response Deadline:    April 3, 2019 at 4:00 p.m.; extended solely for Brookfield Property REIT Inc. until April 8, 2019 at 4:00 p.m.

    Responses Received:

    A.  Comenity Bank's Limited Objection and Reservation of Rights with Respect to Debtor's Motion Seeking Entry of an Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases, (II) Authorizing and Approving Procedures to Provide Notice of Additional Closing Stores, If Required, and Procedures Related Thereto, and (III) Granting Related Relief [Docket No. 137; Filed 4/3/2019]

    **Status:**    **A Certification of Counsel has been filed on this matter. This matter is going forward unless otherwise directed by the Court.**

*{Remainder of Page Intentionally Left Blank}*

| | |
|---|---|
| Dated: April **9**, 2019<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:    (302) 426-1189<br>Facsimile:    (302) 426-9193<br><br>-and-<br><br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>-and-<br><br>Justin R. Bernbrock (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |