## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Z GALLERIE, LLC, *et al.*,[1] | ) | Case No. 19-10488 (LSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## AMENDED SCHEDULES OF ASSETS AND LIABILITIES FOR
## Z GALLERIE, LLC
## 19-10488

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Z Gallerie, LLC (3816) and Z Gallerie Holding Company, LLC (5949). The location of the Debtors' service address is: 1855 West 139th Street, Gardena, CA 90249.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Z GALLERIE, LLC, *et. al.*,[1] | ) Case No. 19-10488-LSS |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## GLOBAL NOTES AND
## STATEMENT OF LIMITATIONS, METHODOLOGY,
## AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES
## OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Z Gallerie, LLC and Z Gallerie Holding Company, LLC, as debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors"), have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

Robert Steven Otto has signed each set of the Schedules and Statements. Mr. Otto serves as the Chief Financial Officer at Z Gallerie, LLC, and he is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Otto has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' legal and financial advisors. Given the scale of the Debtors' business and the more than 70 stores covered by the Schedules and Statements, Mr. Otto has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made every commercially reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtors hereby reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. The Debtors and their agents,

attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtors or their agents, attorneys, and/or financial advisors be liable, as a result of the Schedules and Statements,  to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

## **Global Notes and Overview of Methodology**

1.   **Description of Cases.**  On March 11, 2019 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On March 12, 2019, an order was entered directing procedural consolidation and joint administration of these chapter 11 cases [Docket No. 50].  Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The information provided herein, except as otherwise noted, is reported as of the close of business on the Petition Date.

2.   **Global Notes Control.**  These Global Notes pertain to and comprise an integral part of each of the Debtors' Schedules and Statements and should be referenced in connection with any review thereof.  In the event that the Schedules and/or Statements conflict with these Global Notes, these Global Notes shall control.

3.   **Reservations and Limitations.**  Reasonable efforts were made to prepare and file complete and accurate Schedules and Statements but, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.  Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a)   **No Admission.**  Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

(b)  **Recharacterization.**  Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as may be determined to be necessary and/or appropriate.

(c)  **Classifications.**  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

(d)  **Claims Description.**  Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve all rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim.  Moreover, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or by any of the Debtors.  The Debtors reserve all rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

(e)  **Estimates and Assumptions.**  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

(f)  **Causes of Action.**  Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all rights with respect to any causes of action, and nothing in these Global Notes or the Schedules and Statements should be construed as a waiver of any such causes of action.

(g)  **Intellectual Property Rights.**  Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been

abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

(h)    **Insiders.**    In the circumstance where the Schedules and Statements require information regarding "insiders" the Debtors have included information with respect to the individuals who the Debtors believe are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities.

The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for the purposes of determining control of the Debtors, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtors, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

4.    **Methodology.**

(a)    **Basis of Presentation.**    The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

(b)    **Confidential Information.**    There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality and protection of sensitive commercial information (*e.g.*, names of customers), or concerns for the privacy of an individual.

(c)    **Duplication.**    Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and

Schedules.  To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

(d)    **Net Book Value.**  In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtors.  Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of March 2, 2019 (the end of fiscal February).  Market values may vary, at certain times materially, from net book values.  Given the time constrains prior to filing the Schedules and Statements, the Debtors were unable to complete an updated valuation of their property for the Schedules and Statements prior to this filing.  Accordingly, the Debtors have indicated in the Schedules and Statements that the values of certain assets and liabilities are undetermined.  The Debtors are working on an updated valuation for purposes of procuring financing for a post-emergence entity.  Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

(e)    **Property and Equipment.**  Unless otherwise indicated, owned property and equipment are valued at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  To the extent possible, any such leases are listed in the Schedules and Statement on Schedule G.  Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect thereto.

(f)    **Allocation of Liabilities.**  The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

(g)    **Undetermined Amounts.**  The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

(h)    **Unliquidated Amounts.**  Amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated."

(i)    **Totals.**  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

(j)     **Paid Claims.**  The Debtors have authority to pay certain outstanding prepetition payables pursuant to bankruptcy or other court order; as such, outstanding liabilities may have been reduced by any court-approved postpetition payments made on prepetition payables.  Where and to the extent these liabilities have been satisfied, they are not listed in the Schedules and Statements with the exception that liabilities with respect to the Debtors' prepetition vendors may be listed at the amount outstanding as of the Petition Date, regardless of whether such claims have been settled and paid postpetition in accordance with the *Final Order (I) Authorizing (A) Debtors to Pay Certain Prepetition Claims of Trade Claimants and Other Vendors, and (B) Procedures Related Thereto, (II) Granting Administrative Priority for Outstanding Orders, and (III) Granting Related Relief [Docket No. 171]* (the "Comprehensive Vendor Order").  To the extent the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to the Comprehensive Vendor Order or any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.  Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

(k)     **Intercompany Claims.**  Receivables and payables among and between the Debtors and their non-Debtor affiliates are reported on Schedule E/F per the Debtors' books and records.  There is an intercompany claim between Z Gallerie Holding Company, LLC and its ultimate parent, Z Gallerie Holdings, LLC arising from the 2014 transaction with Brentwood ZG, LLC, as reflected in the Schedules and Statements.  The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances, as debt, equity, or otherwise.  The Debtors reserve all rights with respect to such claims.

(l)     **Guarantees and Other Secondary Liability Claims.**  The Debtors have exercised reasonable efforts to locate and identify guarantees in their executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees have been identified, they have been included in the relevant Schedules G and H for the affected Debtor or Debtors.  The Debtors may have inadvertently omitted guarantees embedded in their contractual agreements and may identify additional guarantees as they continue their review of their books and records and contractual agreements.  The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if additional guarantees are identified.

(m)     **Excluded Assets and Liabilities.**  The Debtors have excluded the following categories of assets and liabilities from the Schedules and Statements: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; goodwill and other intangibles; deferred revenue accounts; and certain accrued liabilities

including, but not limited to, accrued salaries and employee benefits.  Other immaterial assets and liabilities may also have been excluded.

(n)   **Liens.** The inventories, property and equipment listed in the Schedules and Statements are presented without consideration of any liens**.**

(o)   **Currency.**  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

(p)   **Setoffs.**  The Debtors occasionally incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, and negotiations and/or disputes between Debtors and their customers and/or suppliers.  These normal, ordinary course setoffs and nettings are common to the retail industry.  Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

5.   **Specific Schedules Disclosures.**

(a)   **Schedule A/B, Part 1, Question 4 – Accounts Receivable.** The Debtors consider credit card A/R as a "cash equivalent" and such amounts are listed in Schedule A/B, Part 1, Question 4 rather than A/B Part 3, Question 11.

(b)   **Schedule A/B, Parts 1 and 2 – Cash and Cash Equivalents; Deposits and Prepayments.**  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms, and (II) Granting Related Relief* [Docket No. 7] (the "Cash Management Motion") and any orders of the Bankruptcy Court granting the Cash Management Motion [Docket Nos. 53,181].

As described in the Cash Management Motion, the Debtors have 79 non-consolidated store-level deposit accounts, all of which are swept daily to a zero balance. For purposes of the Schedules and Statements, therefore, the Debtors have listed such balances at the amount as of March 2, 2019.

Additionally, the Bankruptcy Court, pursuant to the *Final Order (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment,*

*(IV) Authorizing Fee Payments to ENGIE for Services Performed, (V) Requiring Utility Providers to Return Deposits for Utility Services No Longer In Use, and (IV) Granting Related Relief* [Docket No. 176], has authorized the debtors to provide adequate assurance of payment for future utility services, including an initial deposit in the aggregate amount of $75,000.  Such deposits are not listed on Schedule A/B, Part 2, which has been prepared as of the Petition Date.

(c)    **Schedule A/B, Part 2, Question 7 – Deposits.** The Debtors are required to make deposits from time to time with various vendors and service providers in the ordinary course of business. The Debtors have exercised reasonable efforts to report the current value of any deposits. The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if deposits are incorrectly identified.

(d)    **Schedule A/B, Part 2, Question 8 – Prepayments.** The Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers as part of the ordinary course of business. The Debtors have exercised reasonable efforts to identify any prepayments. The Debtors may have inadvertently omitted certain prepayments and conversely may have reported prepayments for which services have already been provided. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if prepayments are incorrectly identified.

In addition, the Debtors pay several merchandise vendors prior to the receipt of the merchandise into the company's perpetual inventory and accounting systems. As such, at any given point in time, the Debtors may appear to be in a prepayment position on their books and records with many of these merchandise vendors. Such merchandise is treated as in-transit inventory as title of the merchandise has passed to the Debtors at the time of payment.

(e)    **Schedule A/B, Part 3, Question 11 – Accounts Receivable.** No Accounts Receivable are listed in either Question 11a or 11b.  The Debtors' accounting practice is to book any credit card accounts receivable as cash in-transit and to net any non-business receivables against expenses.

(f)    **Schedule A/B Part 5, Question 19-22 – Inventory.**  The debtors do not designate inventory into Raw Materials, WIP, or Finished Goods categories.  Inventory is stated at the lower of cost (first-in-first-out) or net realizable value (based on estimated selling prices in the ordinary course of business).

(g)    **Schedule A/B Part 5, Question 25 – Goods Purchased within 20 Days Prior to Filing Date.**  The Debtors have made a good faith effort to quantify the value of goods received within 20 days prior to filing date, but reserve the right to revise this amount as they continue to review their books and records.  In the case where a Critical Trade Agreement has been executed (or is reasonably likely to be executed) with a vendor that delivered goods within 20 days prior to filing and

agreed to waive any portion of its 503(b)(9) claim, such amount has been excluded from this estimate.

(h)  **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.**  Ownership interests in subsidiaries, partnerships, and joint ventures have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors, and may differ significantly from their net book value.

(i)  **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles.**  Dollar amounts are presented net of accumulated depreciation and other adjustments.

(j)  **Schedule A/B, Part 9 – Real Property.**  The Debtors do not own any real property. Because of the large number of the Debtors' executory contracts and unexpired leases, as well as the size and scope of such documents, the Debtors have not attached such agreements to Schedule A/B. Instead, the Debtors have only listed such agreements on Schedule G.

(k)  **Schedule A/B, Part 10 – Intangibles and Intellectual Property.** The Debtors review Goodwill and other intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of these assets are might exceed their current fair values.  Results from an impairment test given the Chapter 11 filing were unavailable at the time that the Statements and Schedules were prepared and therefore several of the company's intangible asset values may be listed as undetermined.

(l)  **Schedule A/B, Part 11 – All Other Assets.**  Dollar amounts are presented net of impairments and other adjustments.

Additionally, the Debtors may receive refunds for sales and use tax at various times throughout their fiscal year.  As of the Petition Date, however, certain of these amounts are unknown to the Debtors, and accordingly, may not be listed in Schedule A/B.

### *Loan Origination Costs*

Pursuant to revised accounting guidance as required by ASU 2015-03, Interest – Imputation of Interest (Subtopic 836-30), and effective as of the Debtors fiscal year ended January 28, 2017, the Debtors were required to present debt issuance costs related to debt liabilities in its consolidated balance sheets as a direct deduction from the carrying amount of those liabilities. Such amounts, net of accumulated amortization, are reported in Schedule A/B Part 11.

### *Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims.*  In the

ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, refunds with their customers and suppliers, potential warranty claims against their suppliers, or certain class action claims.  Additionally, the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant.  Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

**Interests in Insurance Policies or Annuities.**  A list of the Debtors' insurance policies and related information is available in the *Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to (A) Pay Their Obligations Under Insurance Policies Entered Into Prepetition, (B) Continue to Pay Brokerage Fees, and (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (II) Granting Related Relief* [Docket No. 12].  The Debtors believe that there is little or no cash value to the vast majority of such insurance policies.  To the extent an insurance policy is determined to have value, it will be included in Schedule A/B.

**Executory Contracts and Unexpired Leases.**  Because of the large number of the Debtors' executory contracts and unexpired leases, as well as the size and scope of such documents, the Debtors have not attached such agreements to Schedule A/B.  Instead, the Debtors have only listed such agreements in Schedule G.

(m)    **Schedule D – Creditors Who Have Claims Secured by Property.**  Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.  Although there are multiple parties that hold a portion of the debt included in the secured facilities, only the administrative agents have been listed for purposes of Schedule D.

Additionally, the treatment of certain secured creditors' claims listed in Schedule D are subject to the payment priority set forth in that certain Credit Agreement, dated as of October 8, 2014 (as amended by that certain Ratification and Amendment Agreement, dated as of October 15, 2018, and as further amended, restated, supplemented, or otherwise modified from time to time).

(n)    **Schedule E/F – Creditors Who Have Unsecured Claims.**

*Part 1 – Creditors with Priority Unsecured Claims.* Pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief* [Docket No. 175] (the "Taxes Order"), the Debtors have been granted the authority to pay, in their discretion, certain tax liabilities that accrued prepetition. Accordingly, any unsecured priority claims based upon prepetition tax accruals that have been paid pursuant to the Taxes Order are not listed in Schedule E/F.

(o)    Furthermore, pursuant to the *Final Order (I) Authorizing, but not Directing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 182] (the "Wages Order") the Debtors received final authority to pay certain prepetition obligations, including to pay employee wages and other employee benefits, in the ordinary course of business. The Debtors have not listed on Schedule E/F any wage or wage-related obligations for which the Debtors have been granted authority to pay pursuant to the Wages Order or other order that may be entered by the Bankruptcy Court to the extent that such obligations were satisfied at the time that the Statements and Schedules were prepared. The Debtors believe that any non-insider employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been or will be satisfied, and such satisfied amounts are not listed.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

As more fully described in the *Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief* [Docket No. 8] (the "Customer Programs Motion"), the Debtors collect prepayments from customers in the ordinary course of business. The final order approving the Customer Programs Motion [Docket No. 173] (the "Interim Customer Programs Order") provides that the Debtors can continue to honor all obligations on account of the prepayments and continue their customer programs in the ordinary course. The Debtors intend to fulfill orders on account of the prepayments in the ordinary course of business on a postpetition basis. Further, the Interim Customer Programs Order provides the Debtors need not provide notices in these chapter 11 cases (aside from a notice of

commencement) to customers who made prepayments prior to the Petition Date. Notwithstanding the foregoing, consistent with their books and records, the Debtors have listed one line item for the aggregate amount of the customer deposits, marked as "Contingent." Listing customer deposits in any other manner would be unduly burdensome and costly given the volume of such transactions. The Debtors reserve all rights related to the foregoing.

***Part 2 – Creditors with Nonpriority Unsecured Claims.*** The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors. The amounts of these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements. For the avoidance of doubt, demand letters received from potential litigants as a result of alleged injuries sustained at one of the Debtors' stores that do not list a specific Debtor are listed on Debtor Z Gallerie, LLC's Schedules as Z Gallerie, LLC is the signatory (or successor in interest to a signatory) to all store leases.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors had not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights, but undertake no obligations, to amend Schedules D and E/F if and as they receive such invoices.

The Debtors sell gift cards (or provide customers gift-cards as part of a return or customer appeasement) as part of ordinary course of business. The Debtors report on gift cards on an aggregate basis, not by individual outstanding gift-card. As such,

the debtors have listed one line item for outstanding gift cards, marked as "Contingent."

(p)     **Schedule G – Executory Contracts and Unexpired Leases.**

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.  Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth separately on Schedule G.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreement, which documents may not be set forth in Schedule G. While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the same supplier or provider may appear multiple times in Schedule G.  Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract.  The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. The Debtors are guarantors and parties to guaranty agreements regarding the Debtors' prepetition credit facility.  The guaranty obligations arising under these agreements are reflected on Schedules D and F only.

(q)     **Schedule H – Co-Debtors.**  For purposes of Schedule H, only the agent under the prepetition credit facility or counterparties that are subject to a guaranty are listed as Co-Debtors on Schedule H.  The Debtors have not listed any litigation-related Co-Debtors on Schedule H.  Instead, all such listings can be found on the Debtors' Schedule E/F.

6.    **Specific Statements Disclosures.**

(a)    **Statements Part 1, Question 1-Gross Business Revenue.**  The Debtors fiscal year 2017 ended 2/3/2018 and fiscal year 2018 ended 2/2/2019.  Gross revenue from business operations for the stub period 2/3/2019-3/11/2019 is estimated based on written sales for the fiscal year to date.

(b)    **Statements, Part 1, Question 2-Non-Business Revenue.**    The Debtors net non-business revenue against expenses and therefore have not listed any amounts.

(c)    **Statements, Part 2, Question 4-Payments to Insiders**. To the extent: (i) a person qualified as an "insider" in the year prior to the Petition Date, but later resigned their insider status or (ii) did not begin the year as an insider, but later became an insider, the Debtors have only listed those payments made while such person was defined as an insider in Statements, Part 13, Question 30. For the avoidance of doubt, this section (and all references to insiders herein) is subject to section 3.h of these Global Notes.

(d)    **Statements, Part 2, Question 6 – Setoffs.**  For a discussion of setoffs and nettings incurred by the Debtors, refer to paragraph 4(p) of these Global Notes.

(e)    **Statements, Part 5, Question 10 – Certain Losses.**  Given the scale of the Debtors' store footprint, certain losses, including those losses attributable to theft, are unable to be tracked by the Debtors with complete accuracy. Accordingly, such losses have not been listed on the Debtors' Statements.  Instead, the Company carries a reserve on the balance sheet to account for such losses and reports inventories net of such losses on its financial statements. The recovery value of inventory after accounting for such losses is reported in Schedule A/B Part 5, Question 21.

(f)    **Statements, Part 6, Question 13 – Transfers not Already Listed on Statements.**  In the ordinary course of their business, the Debtors often close or remodel store locations, and in the process of doing so, may give away certain fixtures possessing little to no economic value.  Given the frequency of such gifts and the difficulty in accounting for them, the Debtors have not listed such transfers in their Statements.

(g)    **Statements, Part 12, Questions 22-24 – Details About Environmental Information.**  The Debtors have endeavored to disclose all applicable information in response to Statements, Part 12, Questions 22–24.

(h)    **Statements, Part 13, Question 26 – Books, Records, and Financial Statements.**  The Debtors provide certain parties, such as banks, auditors, potential investors, vendors, and financial advisors, with financial statements that may not be part of a public filing. The Debtors have made a good faith effort to identify all of the parties that books, records, and financial statements have been provided to, but inadvertently may have not listed all of these entities.

14

(i)  **Statements, Part 13, Question 28 – Current Partners, Officers, Directors, and Shareholders.**  The Debtors incorporate by reference the *List of Equity Security Holders* filed as part of their Voluntary Petitions.

(j)  **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.**  Distributions by the Debtors to their directors and officers are listed on the attachment to Question 4.  Certain directors and executive officers of Z Gallerie, LLC are also directors and executive officers of Z Gallerie Holding Company, LLC, and non-Debtor Z Gallerie Holdings, LLC.  To the extent payments to such individuals are not listed in the response to Question 4 on the Statements for such Debtor affiliates, they did not receive payment for their services as directors or executive officers of these entities.  Certain of the Debtors' directors and executive officers received distributions net of tax withholdings in the year preceding the Petition Date.  The amounts listed under Question 4 reflect the gross amounts paid to such directors and executive officers, rather than the net amounts after deducting for tax withholdings.

*      *      *      *      *

**Fill in this information to identify the case:**

**Debtor name: Z Gallerie, LLC**

**United States Bankruptcy for the District of: Delaware**

**Case number: 19-10488**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

| Part 1: | **Summary of Assets** |
| --- | --- |

1. Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

1a. Real property:
Copy line 88 from Schedule A/B

$0.00

1b. Total personal property:
Copy line 91A from Schedule A/B

$94,415,241.41

1c. Total of all property:
Copy line 92 from Schedule A/B

$94,415,241.41

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2. Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

$111,935,993.45

3. Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

3a. Total claim amounts of priority unsecured claims:
Copy the total claims from Part 1 from line 5a of Schedule E/F

$9,749,449.15

3b. Total amount of claims of nonpriority amount of unsecured claims:
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F

$60,347,589.90

4. Total Liabilities
Lines 2 + 3a + 3b

$182,033,032.50

**Fill in this information to identify the case:**

Debtor name: **Z Gallerie, LLC**

United States Bankruptcy for the District of: Delaware

Case number: **19-10488**

☑ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ○ No. Go to Part 2.

   ◉ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0 | UNDETERMINED |
| | ADA COUNTY TREASURER, PO BOX 2868, BOISE, ID 83701 | ☑ Contingent | | |
| | Date or dates debt was incurred | ☑ Unliquidated | | |
| | | ☐ Disputed | | |
| | Last 4 digits of account number | Basis for the claim: | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | Is the claim subject to offset? ◉ No ○ Yes | | |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0 | UNDETERMINED |
| | ALABAMA DEPT OF REVENUE, BUSINESS PRIVELEGE TAX SECTION, PO BOX 327320, MONTGOMERY, AL 36132-7320 | ☑ Contingent | | |
| | Date or dates debt was incurred | ☑ Unliquidated | | |
| | | ☐ Disputed | | |
| | Last 4 digits of account number | Basis for the claim: | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | Is the claim subject to offset? ◉ No ○ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0 | UNDETERMINED |

ALAMEDA COUNTY TAX COLLECTOR, 1221 OAK STREET, OAKLAND, CA 94612-4286

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (_____)

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?
◉ No
◯ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0 | UNDETERMINED |

ANNE ARUNDEL COUNTY, OFFICE OF FINANCE, PO BOX 17003, BALTIMORE, MD 21297-1003

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (_____)

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?
◉ No
◯ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0 | UNDETERMINED |

ARAPAHOE COUNTY TREASURER, PO BOX 571, LITTLETON, CO 80160-0571

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (_____)

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?
◉ No
◯ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0 | UNDETERMINED |

ARIZONA DEPT. OF REVENUE, PO BOX 29082, PHOENIX, AZ 85038-9082

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (_____)

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?
◉ No
◯ Yes

2.7   Priority creditor's name and mailing address

BEXAR COUNTY TAX ASSESSOR-COLLECTOR, PO BOX 2903, SAN ANTONIO, TX 78299-2903

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

○ Yes

$ 0 _____                 UNDETERMINED

---

2.8   Priority creditor's name and mailing address

BOROUGH OF PARAMUS, ONE JOCKISH SQUARE, PARAMUS, NJ 07652

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

○ Yes

$ 0 _____                 UNDETERMINED

---

2.9   Priority creditor's name and mailing address

BROWARD COUNTY TAX COLLECTOR (FL), GOVERNMENTAL CENTER ANNEX, 115 S. ANDREWS AVE, ROOM #A100, FORT LAUDERDALE, FL 33301

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

○ Yes

$ 0 _____                 UNDETERMINED

---

2.10   Priority creditor's name and mailing address

CA DEPT TAX & FEE ADMINISTRATION, CULVER CITY OFFICE, PO BOX 942879, SACRAMENTO, CA 94279-0001

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

○ Yes

$ 0 _____                 UNDETERMINED

**2.11**

Priority creditor's name and mailing address

CITY & COUNTY OF DENVER, PO BOX 660859, DALLAS, TX 75266-0859

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

● No
○ Yes

$ 0                    UNDETERMINED

---

**2.12**

Priority creditor's name and mailing address

CITY & COUNTY OF DENVER, ATTN: TREASURY DIVISION, PO BOX 17420, DENVER, CO 80217-0420

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

● No
○ Yes

$ 0                    UNDETERMINED

---

**2.13**

Priority creditor's name and mailing address

CITY & COUNTY OF SF TAX COLLECTOR, UNSECURED PROPERTY TAX, PO BOX 7427, SAN FRANCISCO, CA 94120-7427

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

● No
○ Yes

$ 0                    UNDETERMINED

---

**2.14**

Priority creditor's name and mailing address

CITY OF BATON ROUGE, DEPT OF FINANCE-REVENUE DIV., PO BOX 2590, BATON ROUGE, LA 70821-2590

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

● No
○ Yes

$ 0                    UNDETERMINED

2.15 Priority creditor's name and mailing address

CITY OF BELLEVUE, LOCKBOX, PO BOX 34372, SEATTLE, WA 98124-1372

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

○ Yes

$ 0                                    UNDETERMINED

---

2.16 Priority creditor's name and mailing address

CITY OF BEVERLY HILLS, BUSINESS TAX DIVISION, PO BOX 844731, LOS ANGELES, CA 90084-4731

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

○ Yes

$ 0                                    UNDETERMINED

---

2.17 Priority creditor's name and mailing address

CITY OF CENTENNIAL, TAX AND LICENSING DIVISION, MAIL CENTER: PO BOX 17383, DENVER, CO 80217-0383

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

○ Yes

$ 0                                    UNDETERMINED

---

2.18 Priority creditor's name and mailing address

CITY OF CHICAGO, 121 NORTH LASALLE STREET, CHICAGO, IL 60602

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

○ Yes

$ 0                                    UNDETERMINED

2.19    Priority creditor's name and mailing address

CITY OF CORONA, 400 SOUTH VICENTIA AVENUE, PO
BOX 940, CORONA, CA 92878-0940

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

⦿ No

◯ Yes

$ 0                                    UNDETERMINED

2.20    Priority creditor's name and mailing address

CITY OF COSTA MESA, TREASURY MANAGEMENT
DIVISION, 77 FAIR DRIVE / PO BOX 1200, COSTA
MESA, CA 92628-1200

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

⦿ No

◯ Yes

$ 0                                    UNDETERMINED

2.21    Priority creditor's name and mailing address

CITY OF CRANSTON, RI, TAX COLLECTOR, PO BOX
1177, PROVIDENCE, RI 02901-1177

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

⦿ No

◯ Yes

$ 0                                    UNDETERMINED

2.22    Priority creditor's name and mailing address

CITY OF DUNWOODY, 41 PERIMETER CENTER EAST
STE 250, DUNWOODY, GA 30346

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

⦿ No

◯ Yes

$ 0                                    UNDETERMINED

2.23    Priority creditor's name and mailing address

CITY OF GARDENA, REVENUE DIVISION, 1700 WEST
162ND ST, GARDENA, CA 90247-3778

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

⦿ No

◯ Yes

$ 0                                    UNDETERMINED

---

2.24    Priority creditor's name and mailing address

CITY OF HALLANDALE BEACH, BUS TAX
RECEIPT/DEVEL SVCS DEPT, 400 S FEDERAL
HIGHWAY, HALLANDALE BEACH, FL 33009-6433

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

⦿ No

◯ Yes

$ 0                                    UNDETERMINED

---

2.25    Priority creditor's name and mailing address

CITY OF HOMEWOOD, PO BOX 59666, HOMEWOOD,
AL 35259

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

⦿ No

◯ Yes

$ 0                                    UNDETERMINED

---

2.26    Priority creditor's name and mailing address

CITY OF LEAWOOD (KS), 4800 TOWN CENTER DRIVE,
LEAWOOD, KS 66211

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

⦿ No

◯ Yes

$ 0                                    UNDETERMINED

2.27   Priority creditor's name and mailing address

CITY OF LIVERMORE, ATTN: BUSINESS LICENSE, 1052 S. LIVERMORE AVENUE, LIVERMORE, CA 94550-4319

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

⦿ No

◯ Yes

$ 0                    UNDETERMINED

---

2.28   Priority creditor's name and mailing address

CITY OF NEWPORT BEACH, PO BOX 4999, WHITTIER, CA 90607-4999

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

⦿ No

◯ Yes

$ 0                    UNDETERMINED

---

2.29   Priority creditor's name and mailing address

CITY OF PALM BEACH GARDENS, CASHIER'S OFFICE, 10500 N MILITARY TRAIL, PALM BEACH GARDE, FL 33410

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

⦿ No

◯ Yes

$ 0                    UNDETERMINED

---

2.30   Priority creditor's name and mailing address

CITY OF PEMBROKE PINES, 601 CITY CENTER WAY, PEMBROKE PINES, FL 33026

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

⦿ No

◯ Yes

$ 0                    UNDETERMINED

2.31 Priority creditor's name and mailing address

CITY OF RICHMOND HEIGHTS, CITY CLERK, 1330 SOUTH BIG BEND BLVD., RICHMOND HEIGHTS, MO 63117

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

○ Yes

$ 0                          UNDETERMINED

---

2.32 Priority creditor's name and mailing address

CITY OF ROSEVILLE CA, FINANCE - LICENSING, 8839 N CEDAR AVE #212, FRESNO, CA 93720

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

○ Yes

$ 0                          UNDETERMINED

---

2.33 Priority creditor's name and mailing address

CITY OF SAN JOSE, BUS TAX & REG PERMIT DEPT #34370, PO BOX 39000, SAN FRANCISCO, CA 94139-0001

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

○ Yes

$ 0                          UNDETERMINED

---

2.34 Priority creditor's name and mailing address

CITY OF SCOTTSDALE, PO BOX 1570, SCOTTSDALE, AZ 85252-1570

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

○ Yes

$ 0                          UNDETERMINED

2.35 Priority creditor's name and mailing address

CITY OF SOUTH MIAMI, FINANCE DEPARTMENT, 6130 SUNSET DRIVE, S. MIAMI, FL 33143

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?
◉ No
◯ Yes

$ 0                              UNDETERMINED

---

2.36 Priority creditor's name and mailing address

CITY OF TAMPA, BUSINESS TAX DIVISION, PO BOX 2200, TAMPA, FL 33601-2200

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?
◉ No
◯ Yes

$ 0                              UNDETERMINED

---

2.37 Priority creditor's name and mailing address

CITY OF TORRANCE, REVENUE DIVISION, 3031 TORRANCE BLVD., TORRANCE, CA 90503

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?
◉ No
◯ Yes

$ 0                              UNDETERMINED

---

2.38 Priority creditor's name and mailing address

CITY OF TUALATIN, FINANCE DEPT/BUSINESS LICENSE, 18880 SW MARTINAZZI AVE., TUALATIN, OR 97062-7092

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?
◉ No
◯ Yes

$ 0                              UNDETERMINED

2.39    Priority creditor's name and mailing address

CITY OF WALNUT CREEK, PO BOX 5010, SAN RAMON, CA 94583-0810

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

◯ Yes

$ 0                    UNDETERMINED

---

2.40    Priority creditor's name and mailing address

CLARK COUNTY BUSINESS LICENSE, 500 S. GRAND CENTRAL PKY, 3RD FLOOR, LAS VEGAS, NV 89155-4512

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

◯ Yes

$ 0                    UNDETERMINED

---

2.41    Priority creditor's name and mailing address

CLARK COUNTY CLERK/ASSESSOR, 500 S. GRAND CENTRAL PKWY, 2ND FL, PO BOX 551401, LAS VEGAS, NV 89155-1401

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

◯ Yes

$ 0                    UNDETERMINED

---

2.42    Priority creditor's name and mailing address

CLEAR CREEK I.S.D. TAX OFFICE, PO BOX 799, LEAGUE CITY, TX 77574

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

◯ Yes

$ 0                    UNDETERMINED

2.43  Priority creditor's name and mailing address

CLERK OF COURT HOWARD COUNTY, LAND RECORDS/LICENSING DEPT, 9250 BENDIX ROAD, COLUMBIA, MD 21045

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

○ No

○ Yes

$ 0                    UNDETERMINED

---

2.44  Priority creditor's name and mailing address

CLERK OF THE CIRCUIT COURT, 8 CHURCH CIRCLE, ROOM H-101, ANNAPOLIS, MD 21401

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

○ No

○ Yes

$ 0                    UNDETERMINED

---

2.45  Priority creditor's name and mailing address

COLLIER COUNTY TAX COLLECTOR (FL), 3291 E TAMIAMI TRAIL, NAPLES, FL 34112-5758

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

○ No

○ Yes

$ 0                    UNDETERMINED

---

2.46  Priority creditor's name and mailing address

COLLIN COUNTY COLLECTOR, 2300 BLOOMDALE ROAD STE 2324, PO BOX 8046, MCKINNEY, TX 75071

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

○ No

○ Yes

$ 0                    UNDETERMINED

2.47  Priority creditor's name and mailing address

COLORADO DEPT. OF REVENUE, 1375 SHERMAN STREET, DENVER, CO 80261-0013

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

◉ No

◯ Yes

$ 0 _____          UNDETERMINED

---

2.48  Priority creditor's name and mailing address

COMPTROLLER OF MARYLAND, REVENUE ADMIN DIV/TAXPAYER SVC SECTION, PO BOX 2601, ANNAPOLIS, MD 21404-2601

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

◉ No

◯ Yes

$ 0 _____          UNDETERMINED

---

2.49  Priority creditor's name and mailing address

COUNTY OF ALAMEDA, WTS & MEASURES, 224 WEST WINTON AVEUE, ROOM #184, HAYWARD, CA 94544

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

◉ No

◯ Yes

$ 0 _____          UNDETERMINED

---

2.50  Priority creditor's name and mailing address

COUNTY OF FAIRFAX VA, DEPT OF TAX ADMINISTRATION, PO BOX 10203, FAIRFAX, VA 22035-0203

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

◉ No

◯ Yes

$ 0 _____          UNDETERMINED

2.51    Priority creditor's name and mailing address

COUNTY OF MONTGOMERY TX, TAMMY J. MCRAE - TAX ASSESSOR-COLLECTOR, 400 N. SAN JACINTO, CONROE, TX 77301-2823

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

◯ Yes

$ 0                         UNDETERMINED

---

2.52    Priority creditor's name and mailing address

COUNTY OF ORANGE, ATTN: TREASURER-TAX COLLECTOR, PO BOX 4005, SANTA ANA, CA 92702-4005

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

◯ Yes

$ 0                         UNDETERMINED

---

2.53    Priority creditor's name and mailing address

COUNTY OF ORANGE (SEALER-TREASURER), ATTN: ORANGE COUNTY TREASURER/SEALER, PO BOX 4005, SANTA ANA, CA 92702-4005

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

◯ Yes

$ 0                         UNDETERMINED

---

2.54    Priority creditor's name and mailing address

DALLAS COUNTY TAX OFFICE, PO BOX 139066, DALLAS, TX 75313-9066

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

◯ Yes

$ 0                         UNDETERMINED

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0 | UNDETERMINED |

**2.55**

Priority creditor's name and mailing address

DAWSON COUNTY GA, 25 JUSTICE WAY STE 2321, DAWSONVILLE, GA 30534

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
◉ No
○ Yes

$ 0                    UNDETERMINED

**2.56**

Priority creditor's name and mailing address

DEKALB COUNTY TAX COLLECTOR, PO BOX 100004, DECATUR, GA 30031-7004

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
◉ No
○ Yes

$ 0                    UNDETERMINED

**2.57**

Priority creditor's name and mailing address

DEPT OF WEIGHTS & MEASURES, PO BOX 1089, RIVERSIDE, CA 92502-1089

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
◉ No
○ Yes

$ 0                    UNDETERMINED

**2.58**

Priority creditor's name and mailing address

DOUGLAS COUNTY, 8700 HOSPITAL FLOOR, 1ST FLOOR, OCC TAX, DOUGLASVILLE, GA 30134

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
◉ No
○ Yes

$ 0                    UNDETERMINED

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0 | UNDETERMINED |

DUCHARME MCMILLEN & ASSOC INC., PO BOX 914, MIDDLETOWN, OH 45044

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( _____ )

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
◉ No
◯ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0 | UNDETERMINED |

EAST BATON ROUGE SHERIFF, PARISH OF EAST BATON ROUGE, PO BOX 919319, DALLAS, TX 75391-9319

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( _____ )

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
◉ No
◯ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0 | UNDETERMINED |

FLORIDA DEPT OF REVENUE/STATE, 5050 W. TENNESSEE ST., TALLAHASSEE, FL 32399-0100

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( _____ )

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
◉ No
◯ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0 | UNDETERMINED |

FORT BEND COUNTY TAX ASSESSOR, ATTN: PATSY SCHULTZ, RTA, PO BOX 1028/PMT PROCESSING DEPT, SUGAR LAND, TX 77487-1028

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( _____ )

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
◉ No
◯ Yes

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0 | UNDETERMINED |

FRANCHISE TAX BOARD, PO BOX 942857, SACRAMENTO, CA 94257-0511

☑ Contingent

Date or dates debt was incurred

☑ Unliquidated

☐ Disputed

Last 4 digits of account number

Basis for the claim:

Specify Code subsection of PRIORITY unsecured claim:

Is the claim subject to offset?

11 U.S.C. § 507(a) (_____)

◉ No
○ Yes

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0 | UNDETERMINED |

FULTON COUNTY COMMISSIONER, PO BOX 105052, ATLANTA, GA 30348-5052

☑ Contingent

Date or dates debt was incurred

☑ Unliquidated

☐ Disputed

Last 4 digits of account number

Basis for the claim:

Specify Code subsection of PRIORITY unsecured claim:

Is the claim subject to offset?

11 U.S.C. § 507(a) (_____)

◉ No
○ Yes

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0 | UNDETERMINED |

GA DEPT OF REVENUE, TAXPAYER SERVICES DIVISION, PO BOX 740321, ATLANTA, GA 30374-0321

☑ Contingent

Date or dates debt was incurred

☑ Unliquidated

☐ Disputed

Last 4 digits of account number

Basis for the claim:

Specify Code subsection of PRIORITY unsecured claim:

Is the claim subject to offset?

11 U.S.C. § 507(a) (_____)

◉ No
○ Yes

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0 | UNDETERMINED |

HAMILTON COUNTY TREASURER, 33 N. 9TH STREET, NOBLESVILLE, IN 46060

☑ Contingent

Date or dates debt was incurred

☑ Unliquidated

☐ Disputed

Last 4 digits of account number

Basis for the claim:

Specify Code subsection of PRIORITY unsecured claim:

Is the claim subject to offset?

11 U.S.C. § 507(a) (_____)

◉ No
○ Yes

2.67 Priority creditor's name and mailing address

HARRIS COUNTY TAX COLLECTOR, ATTN: ANN HARRIS BENNETT/TAX ASSESSOR-COLLECTOR, PO BOX 4622, HOUSTON, TX 77210-4622

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

◉ No
○ Yes

$ 0 _____    UNDETERMINED

---

2.68 Priority creditor's name and mailing address

HILLSBOROUGH COUNTY TAX COLLECTOR, PO BOX 30012, TAMPA, FL 33630-3012

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

◉ No
○ Yes

$ 0 _____    UNDETERMINED

---

2.69 Priority creditor's name and mailing address

IDAHO STATE TAX COMMISSION, PO BOX 83784, BOISE, ID 83707-3784

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

◉ No
○ Yes

$ 0 _____    UNDETERMINED

---

2.70 Priority creditor's name and mailing address

ILLINOIS DEPT. OF REVENUE, PO BOX 19006, SPRINGFIELD, IL 62794-9006

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

◉ No
○ Yes

$ 0 _____    UNDETERMINED

2.71 Priority creditor's name and mailing address

INDIANA DEPT OF REVENUE, PO BOX 1028, INDIANAPOLIS, IN 46206-1028

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

⦿ No

◯ Yes

$ 0                    UNDETERMINED

2.72 Priority creditor's name and mailing address

JEFFERSON COUNTY AL TAX COLLECTOR, ROOM 160 COURTHOUSE, 716 RICHARD ARRINGTON JR BLVD N, BIRMINGHAM, AL 35203

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

⦿ No

◯ Yes

$ 0                    UNDETERMINED

2.73 Priority creditor's name and mailing address

JEFFERSON COUNTY DEPT OF REVENUE, PO BOX 12207, BIRMINGHAM, AL 35202-2207

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

⦿ No

◯ Yes

$ 0                    UNDETERMINED

2.74 Priority creditor's name and mailing address

JEFFERSON PARISH SHERIFF & TAX COLLECTOR, PO BOX 248, GRETNA, LA 70054

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

⦿ No

◯ Yes

$ 0                    UNDETERMINED

2.75    Priority creditor's name and mailing address

JEFFERSON PARISH SHERIFF'S OFFICE, BUREAU OF
REVENUE AND TAXATION, SALES TAX DIVISION,
GRETNA, LA 70054

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

⦿ No

◯ Yes

$ 0                                    UNDETERMINED

2.76    Priority creditor's name and mailing address

KANSAS DEPT OF REVENUE, 915 SW HARRISON ST.,
TOPEKA, KS 66625-5000

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

⦿ No

◯ Yes

$ 0                                    UNDETERMINED

2.77    Priority creditor's name and mailing address

KENTUCKY DEPT OF REVENUE, PO BOX 856910,
LOUISVILLE, KY 40285-6910

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

⦿ No

◯ Yes

$ 0                                    UNDETERMINED

2.78    Priority creditor's name and mailing address

KING COUNTY TREASURER, 500 4TH AVENUE #600,
SEATTLE, WA 98104-2340

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

⦿ No

◯ Yes

$ 0                                    UNDETERMINED

2.79 Priority creditor's name and mailing address

LOS ANGELES COUNTY TAX COLLECTOR, PO BOX 514818, LOS ANGELES, CA 90051-4818

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?
● No
○ Yes

$ 0                              UNDERTERMINED

---

2.80 Priority creditor's name and mailing address

LOUISIANA DEPT OF AGRICULTURE, DIVISON OF WEIGHTS & MEASURES, 5825 FLORIDA BLVD. STE 1003, BATON ROUGE, LA 70806

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?
● No
○ Yes

$ 0                              UNDERTERMINED

---

2.81 Priority creditor's name and mailing address

LOUISIANA DEPT OF REVENUE, PO BOX 3138, BATON ROUGE, LA 70821-3138

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?
● No
○ Yes

$ 0                              UNDERTERMINED

---

2.82 Priority creditor's name and mailing address

MA DEPT OF UNEMPLOYMENT ASSISTANCE, PO BOX 419815, BOSTON, MA 02441-9815

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?
● No
○ Yes

$ 0                              UNDERTERMINED

2.83  Priority creditor's name and mailing address

MARYLAND UNEMPLOYMENT INS FUND, DIVISION OF UNEMPLOYMENT INS, PO BOX 1683, BALTIMORE, MD 21203-1683

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

○ No

○ Yes

$ 0                          UNDETERMINED

---

2.84  Priority creditor's name and mailing address

MASSACHUSETTS DEPT OF REVENUE, PO BOX 7089, BOSTON, MA 02241-7089

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

○ No

○ Yes

$ 0                          UNDETERMINED

---

2.85  Priority creditor's name and mailing address

METROPOLITAN TRUSTEE, PERSONAL PROPERTY TAX DEPT, PO BOX 305012, NASHVILLE, TN 37230-5012

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

○ No

○ Yes

$ 0                          UNDETERMINED

---

2.86  Priority creditor's name and mailing address

MIAMI DADE TAX COLLECTOR, 200 N.W. 2ND AVENUE, MIAMI, FL 33128

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

○ No

○ Yes

$ 0                          UNDETERMINED

2.87    Priority creditor's name and mailing address

MIAMI-DADE COUNTY TAX COLLECTOR, LOCAL
BUSINESS TAX SECTION, PO BOX 13701, MIAMI, FL
33101-3701

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

[x] Contingent

[x] Unliquidated

[ ] Disputed

Basis for the claim:

Is the claim subject to offset?
( ) No
( ) Yes

$ 0                              UNDETERMINED

---

2.88    Priority creditor's name and mailing address

MINNESOTA UI FUND, PO BOX 64621, SAINT PAUL,
MN 55164-0621

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

[x] Contingent

[x] Unliquidated

[ ] Disputed

Basis for the claim:

Is the claim subject to offset?
( ) No
( ) Yes

$ 0                              UNDETERMINED

---

2.89    Priority creditor's name and mailing address

MO DEPT OF REVENUE, TAXATION DIVISION, PO BOX
3360, JEFFERSON CITY, MO 65105-3360

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

[x] Contingent

[x] Unliquidated

[ ] Disputed

Basis for the claim:

Is the claim subject to offset?
( ) No
( ) Yes

$ 0                              UNDETERMINED

---

2.90    Priority creditor's name and mailing address

MURRAY CITY CORPORATION, BUSINESS LICENSING,
4646 SOUTH 500 WEST, MURRAY, UT 84123

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

[x] Contingent

[x] Unliquidated

[ ] Disputed

Basis for the claim:

Is the claim subject to offset?
( ) No
( ) Yes

$ 0                              UNDETERMINED

2.91   Priority creditor's name and mailing address

NEVADA DEPT OF TAXATION/REVENUE, PO BOX 52609, PHOENIX, AZ 85072-2609

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?
◉ No
○ Yes

$ 0 _____    UNDETERMINED

---

2.92   Priority creditor's name and mailing address

NEVADA DEPT OF TAXATION/REVENUE, 2550 PASEO VERDE PKWY, #180, HENDERSON, NV 89074

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?
◉ No
○ Yes

$ 0 _____    UNDETERMINED

---

2.93   Priority creditor's name and mailing address

NEW YORK STATE SALES TAX, CORP - V, PO BOX 15163, ALBANY, NY 12212-5163

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?
◉ No
○ Yes

$ 0 _____    UNDETERMINED

---

2.94   Priority creditor's name and mailing address

NORTH CAROLINA DEPT OF REVENUE, PO BOX 25000, RALEIGH, NC 27640-0650

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?
◉ No
○ Yes

$ 0 _____    UNDETERMINED

2.95 Priority creditor's name and mailing address

NYS FILING FEE, STATE PROCESSING CENTER, PO BOX 4148, BINGHAMTON, NY 13902-4148

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No
◯ Yes

$ 0 _____    UNDETERMINED

---

2.96 Priority creditor's name and mailing address

OFF OF FINANCECITY OF LOS ANGELES, BUSINESS TAX, PO BOX 513996, LOS ANGELES, CA 90051-3996

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No
◯ Yes

$ 0 _____    UNDETERMINED

---

2.97 Priority creditor's name and mailing address

OHIO BUREAU OF WORKER'S COMPENSATION, PO BOX 89492, CLEVELAND, OH 44101-6492

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No
◯ Yes

$ 0 _____    UNDETERMINED

---

2.98 Priority creditor's name and mailing address

OHIO STATE TREASURER, SALES & USE TAX DIVISION, PO BOX 530, CLEVELAND, OH 43216-0530

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No
◯ Yes

$ 0 _____    UNDETERMINED

2.99 Priority creditor's name and mailing address

ORANGE COUNTY FL TAX COLLECTOR, PO BOX 545100, ORLANDO, FL 32854

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

◯ Yes

$ 0          UNDETERMINED

---

2.100 Priority creditor's name and mailing address

OREGON DEPT OF REVENUE, PO BOX 14260, SALEM, OR 97309-5060

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

◯ Yes

$ 0          UNDETERMINED

---

2.101 Priority creditor's name and mailing address

PALM BEACH COUNTY TAX COLLECTOR, PO BOX 3353, WEST PALM BCH, FL 33402-3353

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

◯ Yes

$ 0          UNDETERMINED

---

2.102 Priority creditor's name and mailing address

PARISH & CITY TREASURER BATON ROUGE, CITY OF BATON ROUGE, PO BOX 2590, BATON ROUGE, LA 70821-2590

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

◯ Yes

$ 0          UNDETERMINED

2.103  Priority creditor's name and mailing address

PLACER COUNTY TAX COLLECTOR, 2976
RICHARDSON DRIVE, AUBURN, CA 95603

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

[x] Contingent

[x] Unliquidated

[ ] Disputed

Basis for the claim:
_____

Is the claim subject to offset?

(●) No
( ) Yes

$ 0 _____    UNDETERMINED

---

2.104  Priority creditor's name and mailing address

RHODE ISLAND DIV OF TAXATION, RHODE ISLAND
DIV OF TAXATION, ONE CAPITOL HILL, PROVIDENCE,
RI 02908-5800

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

[x] Contingent

[x] Unliquidated

[ ] Disputed

Basis for the claim:
_____

Is the claim subject to offset?

(●) No
( ) Yes

$ 0 _____    UNDETERMINED

---

2.105  Priority creditor's name and mailing address

RIVERSIDE COUNTY TREASURER, PO BOX 12005,
RIVERSIDE, CA 92502-2205

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

[x] Contingent

[x] Unliquidated

[ ] Disputed

Basis for the claim:
_____

Is the claim subject to offset?

(●) No
( ) Yes

$ 0 _____    UNDETERMINED

---

2.106  Priority creditor's name and mailing address

SALT LAKE COUNTY ASSESSOR, 2001 S STATE ST.
N2-600, PO BOX 410470, SALT LAKE CTY, UT 84114-
0470

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

[x] Contingent

[x] Unliquidated

[ ] Disputed

Basis for the claim:
_____

Is the claim subject to offset?

(●) No
( ) Yes

$ 0 _____    UNDETERMINED

2.107 Priority creditor's name and mailing address

SAN DIEGO COUNTY TREASURER-TAX COLLECTOR, TREASURER - TAX COLLECTOR, PO BOX 129009, SAN DIEGO, CA 92112

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

○ Yes

$ 0                             UNDETERMINED

---

2.108 Priority creditor's name and mailing address

SAN FRANCISCO TAX COLLECTOR, BUSINESS TAX SECTION, PO BOX 7425, SAN FRANCISCO, CA 94120-7425

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

○ Yes

$ 0                             UNDETERMINED

---

2.109 Priority creditor's name and mailing address

SARASOTA COUNTY TAX COLLECTOR, 101 S. WASHINGTON BLVD., SARASOTA, FL 34236-6993

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

○ Yes

$ 0                             UNDETERMINED

---

2.110 Priority creditor's name and mailing address

SCC TAX COLLECTOR, COUNTY GOVERNMENT CENTER, EAST WING, 70 W. HEDDING STREET, SAN JOSE, CA 95110-1767

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

○ Yes

$ 0                             UNDETERMINED

2.111    Priority creditor's name and mailing address

SOVOS COMPLIANCE LLC, PO BOX 347977,
PITTSBURGH, PA 15251-4977

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No
○ Yes

$ 0                                    UNDETERMINED

2.112    Priority creditor's name and mailing address

SOVOS COMPLIANCE LLC, 200 BALLARDVALE
STREET, 4TH FLOOR, WILMINGTON, MA 01887

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No
○ Yes

$ 0                                    UNDETERMINED

2.113    Priority creditor's name and mailing address

SPRING BRANCH I.S.D., TAX ASSESSOR -
COLLECTOR, PO BOX 19037, HOUSTON, TX 77224-
9037

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No
○ Yes

$ 0                                    UNDETERMINED

2.114    Priority creditor's name and mailing address

STATE BOARD OF EQUALIZATION, SPECIAL TAXES
AND FEES, PO BOX 942879, SACRAMENTO, CA
94279-8041

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No
○ Yes

$ 0                                    UNDETERMINED

2.115   Priority creditor's name and mailing address

STATE COMPTROLLER TX, COMPTROLLER OF PUBLIC ACCOUNTS, PO BOX 149359, AUSTIN, TX 78714-9359

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

◉ No

○ Yes

$ 0 _____          UNDETERMINED

---

2.116   Priority creditor's name and mailing address

STATE OF NEW JERSEY, DIVISION OF EMPLOYER ACCOUNTS, PO BOX 059, TRENTON, NJ 08646-0059

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

◉ No

○ Yes

$ 0 _____          UNDETERMINED

---

2.117   Priority creditor's name and mailing address

TAX ASSESSOR COLLECTOR-TARRANT COUNTY, P O BOX 961018, FORT WORTH, TX 76161-0018

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

◉ No

○ Yes

$ 0 _____          UNDETERMINED

---

2.118   Priority creditor's name and mailing address

TENNESSEE DEPT OF REVENUE, ANDREW JACKSON BUILDING, 500 DEADERICK ST., NASHVILLE, TN 37242-1399

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

◉ No

○ Yes

$ 0 _____          UNDETERMINED

2.119   Priority creditor's name and mailing address

TEXAS WORKFORCE COMMISSION, ATTN: CASHIER,
101 E. 15TH STREET, AUSTIN, TX 78778-0091

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No
○ Yes

$ 0                              UNDETERMINED

---

2.120   Priority creditor's name and mailing address

TOWN OF NATICK, OFFICE OF THE TOWN CLERK, 13
EAST CENTRAL ST, NATICK, MA 01760

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No
○ Yes

$ 0                              UNDETERMINED

---

2.121   Priority creditor's name and mailing address

TRAVIS COUNTY TAX COLLECTOR, PO BOX 149328,
AUSTIN, TX 78714-9328

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No
○ Yes

$ 0                              UNDETERMINED

---

2.122   Priority creditor's name and mailing address

TREASURER OF VIRGINIA, STATE CORP
COMMISSION-CLERK'S OFFICE, PO BOX 7607,
MERRIFIELD, VA 22116-7607

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No
○ Yes

$ 0                              UNDETERMINED

2.123  Priority creditor's name and mailing address

UTAH STATE TAX COMM, TAXPAYER SERVICES DIV.,
210 N. 1950 WEST, SALT LAKE CITY, UT 84134-0180

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No
◯ Yes

$ 0 _____    UNDETERMINED

---

2.124  Priority creditor's name and mailing address

VA DEPT OF TAXATION, ACCELERATED SALES & USE
TAX, PO BOX 26627, RICHMOND, VA 23261-6627

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No
◯ Yes

$ 0 _____    UNDETERMINED

---

2.125  Priority creditor's name and mailing address

WA STATE DEPT OF LABOR & INDUSTRIES, PO BOX
34022, SEATTLE, WA 98124-1022

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No
◯ Yes

$ 0 _____    UNDETERMINED

---

2.126  Priority creditor's name and mailing address

WAKE COUNTY REVENUE DEPT., PO BOX 580084,
CHARLOTTE, NC 28258-0084

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No
◯ Yes

$ 0 _____    UNDETERMINED

2.127  Priority creditor's name and mailing address

WASHINGTON COUNTY (OR), PROPERTY TAX PAYMENT CENTER, PO BOX 3587, PORTLAND, OR 97208-3587

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

◯ Yes

$ 0                     UNDETERMINED

---

2.128  Priority creditor's name and mailing address

WASHINGTON DEPT OF REVENUE, PO BOX 34456, SEATTLE, WA 98124-1456

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

◯ Yes

$ 0                     UNDETERMINED

---

2.129  Priority creditor's name and mailing address

WI DEPT OF REVENUE, CUSTOMER SERVICE BUREAU, PO BOX 8949, MAIL STOP 5-77, MADISON, WI 53708-8949

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

◯ Yes

$ 0                     UNDETERMINED

---

2.130  Priority creditor's name and mailing address

CUSTOMER DEPOSITS

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

◉ No

◯ Yes

$ 9,722,789.00          $9,722,789.00

2.131  Priority creditor's name and mailing address

AETNA INC., ALIC, P.O. BOX 601034, PASADENA, CA
91189-1034

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:          $ 9,451.91          $9,451.91
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE BENEFITS

Is the claim subject to offset?

◉ No

◯ Yes

2.132  Priority creditor's name and mailing address

AETNA HEALTH MANAGEMENT, 151 FARMINGTON
AVENUE, HARTFORD, CT 06156

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:          $ 17,208.24          $17,208.24
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE BENEFITS

Is the claim subject to offset?

◉ No

◯ Yes

2.133  Priority creditor's name and mailing address

VOYA FINANCIAL, 230 PARK AVE., NEW YORK, NY
10169

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:          $ 0          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYMENT BENEFITS

Is the claim subject to offset?

◉ No

◯ Yes

---

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claim** |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the
Additional Page of Part 2.

Amount of claim

3.1  Nonpriority creditor's name and mailing address
119 LEAWOOD LLC, TOWN CENTER CROSSING, PO BOX 3536,
COLUMBUS, OH 43260-3536

Date or dates debt was incurred

As of the petition filing date, the claim is:          $4,838.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

◯ No

◯ Yes

3.2  Nonpriority creditor's name and mailing address
1515 N HALSTED LLC, P.O. BOX 851319, MINNEAPOLIS, MN 55485-1319

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $14,166.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.3  Nonpriority creditor's name and mailing address
24 SEVEN STAFFING, INC., P.O. BOX 5786, HICKSVILLE, NY 11802-5786

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $53,213.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
STAFFING/ TEMPORARY SERVICES

Is the claim subject to offset?

○ No

○ Yes

3.4  Nonpriority creditor's name and mailing address
4TH STREET HOLDINGS LLC., C/O BOND RETAIL, 5 THIRD STREET, STE 1225, SAN FRANCISCO, CA 94103

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $28,201.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.5  Nonpriority creditor's name and mailing address
A.R.T. FURNITURE INC., 1165 AUTO CENTER DRIVE, ONTARIO, CA 91761

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $9,882.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.6    Nonpriority creditor's name and mailing address
ACCOUNTING PRINCIPALS, 3245 PEACHTREE PARKWAY, SUITE D-224, SUWANEE, GA 30024

Date or dates debt was incurred

As of the petition filing date, the claim is:      $3,530.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.7    Nonpriority creditor's name and mailing address
ACCURATE PERSONNEL LLC, 33 S ROSELLE ROAD, SCHAUMBURG, IL 60193

Date or dates debt was incurred

As of the petition filing date, the claim is:      $98,461.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
STAFFING/ TEMPORARY SERVICES

Is the claim subject to offset?

○ No

○ Yes

3.8    Nonpriority creditor's name and mailing address
ACTIVE SALES CO. INC., P.O. BOX 3908, SANTA FE SPRINGS, CA 90670

Date or dates debt was incurred

As of the petition filing date, the claim is:      $2,208.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.9    Nonpriority creditor's name and mailing address
ADAMS, BRENDA, 3249 MURIEL DRIVE, RIVERSIDE, CA 92509

Date or dates debt was incurred
12/08/2015

As of the petition filing date, the claim is:      UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.10 Nonpriority creditor's name and mailing address
ADAMS, NICOLE, 23191 FASHION DRIVE #310, ESTERO, FL 33928

Date or dates debt was incurred
10/06/2014

As of the petition filing date, the claim is:                              UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

---

3.11 Nonpriority creditor's name and mailing address
ADVANCE CONCRETE SERVICES LLC, 6849 PEACHTREE DUNWOODY
RD B, SUITE 300, ATLANTA, GA 30328

Date or dates debt was incurred

As of the petition filing date, the claim is:                              $2,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
○ No
○ Yes

---

3.12 Nonpriority creditor's name and mailing address
AETNA GLASS, 1001 HAMPSHIRE LANE, STE #100, RICHARDSON, TX
75080

Date or dates debt was incurred

As of the petition filing date, the claim is:                              $16,468.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?
○ No
○ Yes

---

3.13 Nonpriority creditor's name and mailing address
AGUIRRE, BRITTANY, 15717 BRIGHTON AVENUE #B, GARDENA, CA
90247

Date or dates debt was incurred
12/01/2016

As of the petition filing date, the claim is:                              UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.14    Nonpriority creditor's name and mailing address
        AGUSTIN, DAVENA, 843 WEST 169TH STREET, GARDENA, CA 90247

        Date or dates debt was incurred
        06/07/2018

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.15    Nonpriority creditor's name and mailing address
        AIR ESSCENTIALS INC., 7055 SW 47TH STREET, MIAMI, FL 33155

        Date or dates debt was incurred

As of the petition filing date, the claim is:                    $470.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.16    Nonpriority creditor's name and mailing address
        AIT WORLDWIDE LOGISTICS, PO BOX 775379, CHICAGO, IL 60677-5379

        Date or dates debt was incurred

As of the petition filing date, the claim is:                    $7,709.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRANSPORTATION

Is the claim subject to offset?

○ No

○ Yes

3.17    Nonpriority creditor's name and mailing address
        AJILON PROFESSIONAL STAFFING LLC., DEPT CH 14031, PALATINE, IL 60055-4031

        Date or dates debt was incurred

As of the petition filing date, the claim is:                    $38,283.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
STAFFING/ TEMPORARY SERVICES

Is the claim subject to offset?

○ No

○ Yes

3.18   Nonpriority creditor's name and mailing address
ALEXANDRE, RALPH, 20740 NW 7 AVENUE, MIAMI, FL 33169

Date or dates debt was incurred
05/05/2018

As of the petition filing date, the claim is:     UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.19   Nonpriority creditor's name and mailing address
ALIX, OSMIN, 5555 COLLINS AVE #170, MIAMI BEACH, FL 33140

Date or dates debt was incurred
12/20/2013

As of the petition filing date, the claim is:     UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.20   Nonpriority creditor's name and mailing address
ALLEN, CAROL

Date or dates debt was incurred
10/18/2018

As of the petition filing date, the claim is:     UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
GL/AUTO LIABILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.21   Nonpriority creditor's name and mailing address
ALSTON, TENISHA, 50 AUSTIN AVE. #223, HAYWARD, CA 94555

Date or dates debt was incurred
09/26/2017

As of the petition filing date, the claim is:     UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.22    Nonpriority creditor's name and mailing address
ALSTON, TENISHA, 50 AUSTIN AVE. #223, HAYWARD, CA 94555

Date or dates debt was incurred
04/21/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.23    Nonpriority creditor's name and mailing address
ALVARADO, JULIO, 439 SALT MEADOW CIRCLE #303, BRADENTON, FL 34208

Date or dates debt was incurred
11/25/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.24    Nonpriority creditor's name and mailing address
AMATO, DENISE, 1830 HAZELWOOD STREET, SARASOTA, FL 34231

Date or dates debt was incurred
01/14/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.25    Nonpriority creditor's name and mailing address
AMERICAN EXPRESS, BOX 0001, LOS ANGELES, CA 90096-0001

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
CREDIT CARD PAYABLE

Is the claim subject to offset?

○ No

○ Yes

$3,309,168.00

3.26    Nonpriority creditor's name and mailing address
AMERICAN HERITAGE BILLIARD'S, PO BOX 74704, CLEVELAND, OH
44194-4704

Date or dates debt was incurred

As of the petition filing date, the claim is:    $20,725.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.27    Nonpriority creditor's name and mailing address
AMERICAN SOLUTIONS FOR BUSINESS, 8479 SOLUTION CENTER,
CHICAGO, IL 60677-8004

Date or dates debt was incurred

As of the petition filing date, the claim is:    $70,633.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.28    Nonpriority creditor's name and mailing address
AMIRDZHANOVA, ELINA, 509 ELMONT TERRACE, NASHVILLE, TN
37211

Date or dates debt was incurred
12/17/2015

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.29    Nonpriority creditor's name and mailing address
APTOS INC., 945 EAST PACES FERRY ROAD, SUITE 2500, ATLANTA,
GA 30326

Date or dates debt was incurred

As of the petition filing date, the claim is:    $559,701.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.30   Nonpriority creditor's name and mailing address
ARAMARK REFRESHMENT SERVICES, 4300 HIGHLANDS PARKWAY
STE D, SMYRNA, GA 30082

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $14,209.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.31   Nonpriority creditor's name and mailing address
ARBORETUM MALL LLC., P.O. BOX 281637, ATLANTA, GA 30384-1637

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $8,346.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.32   Nonpriority creditor's name and mailing address
ARENT FOX LLP, 555 WEST FIFTH STREET, 48TH FLOOR, LOS
ANGELES , CA 90013

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $88,116.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

3.33   Nonpriority creditor's name and mailing address
ARIZONA ON SITE REPAIR & SERVICE, 7303 N 14TH ST. #11,
PHOENIX, AZ 85020

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $45.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.34    Nonpriority creditor's name and mailing address
ARLAN RECEIVING DELIVERY, 5400 SOUTH GARNETT ROAD, TULSA,
OK 74146

As of the petition filing date, the claim is:                    $1,065.00
*Check all that apply.*

Date or dates debt was incurred

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRANSPORTATION

Is the claim subject to offset?

○ No

○ Yes

3.35    Nonpriority creditor's name and mailing address
ARMSTRONG, DARRIUS, 5642 S. TRUMBULL, CHICAGO, IL 60629

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

Date or dates debt was incurred
10/12/2016

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.36    Nonpriority creditor's name and mailing address
ART TRENDS, DIVISION OF ATI INDUSTRIES, 27992 CAMINO
CAPISTRANO UNIT K, LAGUNA NIGUEL, CA 92677

As of the petition filing date, the claim is:                    $70,366.95
*Check all that apply.*

Date or dates debt was incurred

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.37    Nonpriority creditor's name and mailing address
ARTISTS GUILD OF AMERICA, 13225 S. WESTERN AVENUE,
GARDENA, CA 90249

As of the petition filing date, the claim is:                    $28,662.00
*Check all that apply.*

Date or dates debt was incurred

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.38 Nonpriority creditor's name and mailing address
ASAP TRUCKING COMPANY INC., P.O. BOX 515, TYRONE, GA 30290

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRANSPORTATION

Is the claim subject to offset?

○ No

○ Yes

$2,520.00

---

3.39 Nonpriority creditor's name and mailing address
ASMARIAN, VICKI, 5427 LEMON GROVE AVE, HOLLYWOOD, CA 90038

Date or dates debt was incurred
07/22/2014

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.40 Nonpriority creditor's name and mailing address
AT&T, P.O. BOX 5091, CAROL STREAM, IL 60197-5091

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

$3,067.88

---

3.41 Nonpriority creditor's name and mailing address
AT&T (UNIPLAN), P.O. BOX 5080, CAROL STREAM, IL 60197-5080

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

$245.59

3.42  Nonpriority creditor's name and mailing address
AT&T GLOBAL SVCS CANADA CO, PO BOX 9266 STN A, TORONTO, ON
M5W 3M1 CANADA

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

◯ No

◯ Yes

$1,556.34

---

3.43  Nonpriority creditor's name and mailing address
AUDIOEYE INC., 5210 E. WILLIAMS CIRCLE STE 750, TUCSON, AZ
85711

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

◯ No

◯ Yes

$12,634.25

---

3.44  Nonpriority creditor's name and mailing address
AVERY DENNISON, 15178 COLLECTIONS CENTER DRIVE, CHICAGO, IL
60693

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

◯ No

◯ Yes

$7,294.64

---

3.45  Nonpriority creditor's name and mailing address
AXE, JASON, 15905 BENT TREE FOREST CIRCLE, DALLAS, TX 75248

Date or dates debt was incurred
07/16/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

◯ No

◯ Yes

UNDETERMINED

3.46    Nonpriority creditor's name and mailing address
BABOOMIAN, SHAWNT, 3318 EMERAL ISLE DRIVE, GLENDALE, CA 91206

Date or dates debt was incurred
05/20/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.47    Nonpriority creditor's name and mailing address
BALKUM, SHAUN, 800 ROSS AVE, APT 2137, DALLAS, TX 75202

Date or dates debt was incurred
03/15/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.48    Nonpriority creditor's name and mailing address
BANK OF AMERICA MERCHANT SVCS, POST OFFICE BOX 1256, ENGLEWOOD, CO 80150

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
BANK FEES

Is the claim subject to offset?

○ No

○ Yes

$9,581.27

---

3.49    Nonpriority creditor's name and mailing address
BARNES & THORNBURG LLP, 2029 CENTURY PARK EAST, STE 300, LOS ANGELES, CA 90067-2904

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

$59,601.00

3.50    Nonpriority creditor's name and mailing address
BARNES, PAMELA, PO BOX 363, FRISCO, TX 75034

Date or dates debt was incurred
07/22/2014

As of the petition filing date, the claim is:                        UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.51    Nonpriority creditor's name and mailing address
BARTEL, PHIL, 10708 MISTY HOLLOW AVE, BATON ROUGE, LA 70810

Date or dates debt was incurred
01/03/2014

As of the petition filing date, the claim is:                        UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.52    Nonpriority creditor's name and mailing address
BARTEL, PHIL LAWRENCE, 10708 MISTY HOLLOW AVE, BATON ROUGE, LA 70810

Date or dates debt was incurred
12/26/2014

As of the petition filing date, the claim is:                        UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.53    Nonpriority creditor's name and mailing address
BARTKY MINERALOGICAL ENT., 26 COMMERCE ROAD, FAIRFIELD, NJ 07004

Date or dates debt was incurred

As of the petition filing date, the claim is:                        $12,220.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.54    Nonpriority creditor's name and mailing address
BASKERVILLE, TAZANIQUA, 101 EASTWYCK, DECATUR, GA 30032

Date or dates debt was incurred
03/01/2016

As of the petition filing date, the claim is:                UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.55    Nonpriority creditor's name and mailing address
BASSAN, JACKIE & JILLIANNA

Date or dates debt was incurred
01/01/2019

As of the petition filing date, the claim is:                UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
GL/AUTO LIABILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.56    Nonpriority creditor's name and mailing address
BASSETT MIRROR COMPANY INC., 1290 PHILPOTT DRIVE, BASSETT, VA 24055

Date or dates debt was incurred

As of the petition filing date, the claim is:                $1,616,145.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.57    Nonpriority creditor's name and mailing address
BAUER, WESCOTT, 1715 ADAMS AVE #9, SAN DIEGO, CA 37982

Date or dates debt was incurred
07/04/2014

As of the petition filing date, the claim is:                UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.58 Nonpriority creditor's name and mailing address
BAYBROOK LPC LLC, PO BOX 860414, MINNEAPOLIS, MN 55486-0414

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

$11,596.31

---

3.59 Nonpriority creditor's name and mailing address
BEHR, NADINE, 11300 FOOTHILL BLVD #85, SYLMAR, CA 91342

Date or dates debt was incurred
07/19/2018

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.60 Nonpriority creditor's name and mailing address
BEHR, NADINE, 11300 FOOTHILL BLVD #85, SYLMAR, CA 91342

Date or dates debt was incurred
10/25/2014

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.61 Nonpriority creditor's name and mailing address
BELARDI-WONG, PO BOX 5173, NEW YORK, NY 10087-5173

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

$35,890.34

3.62  Nonpriority creditor's name and mailing address
BELLEVUE SQUARE LLC, 575 BELLEVUE SQUARE, BELLEVUE, WA
98004

Date or dates debt was incurred

As of the petition filing date, the claim is:  $18,771.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.63  Nonpriority creditor's name and mailing address
BELLEVUE SQUARE MERCHANTS ASSOC, 575 BELLEVUE SQUARE,
BELLEVUE, WA 98004

Date or dates debt was incurred

As of the petition filing date, the claim is:  $2,315.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.64  Nonpriority creditor's name and mailing address
BELTON, AUJANAY, 5007 CREEKBRIDGE COURT, SPRING, TX 77379

Date or dates debt was incurred
08/24/2016

As of the petition filing date, the claim is:  UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.65  Nonpriority creditor's name and mailing address
BELTRAN, EMMA, 305 ST FRANCIS AVE, SAN ANTONIO, TX 78204

Date or dates debt was incurred
12/04/2017

As of the petition filing date, the claim is:  UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.66    Nonpriority creditor's name and mailing address
BEN BROCK FURNITURE REPAIR, 2100 S.W. 9TH STREET UNIT A,
BLUE SPRINGS, MO 64015

As of the petition filing date, the claim is:          $205.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.67    Nonpriority creditor's name and mailing address
BENJAMIN, TAYLOR, 13837 FOLKSTONE CIRCLE, WELLINGTON, FL
33414

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

Date or dates debt was incurred
11/07/2013

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.68    Nonpriority creditor's name and mailing address
BENSON, THERESA, 1598 HARBOR DRIVE, VISTA, CA 92081-8780

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

Date or dates debt was incurred
11/14/2018

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.69    Nonpriority creditor's name and mailing address
BENSON, THERESA, 1598 HARBOR DRIVE, VISTA, CA 92081-8780

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

Date or dates debt was incurred
08/18/2017

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.70  Nonpriority creditor's name and mailing address
BERGER TRANSFER AND STORAGE, NW 7215, P.O. BOX 1450,
MINNEAPOLIS, MN 55485-7215

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRANSPORTATION

Is the claim subject to offset?

○ No

○ Yes

$9,765.10

---

3.71  Nonpriority creditor's name and mailing address
BEVERLY DRIVE ENTERPRISES, ATTN: ALAN ABRAMSON, 9405
BRIGHTON WAY #34, BEVERLY HILLS, CA 90210

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

$17,624.63

---

3.72  Nonpriority creditor's name and mailing address
BILLING, KAYLA

Date or dates debt was incurred
04/11/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
GL/AUTO LIABILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.73  Nonpriority creditor's name and mailing address
BING ADS, MICROSOFT ONLINE INC., PO BOX 847543, DALLAS, TX
75284-7543

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

$21,693.75

3.74   Nonpriority creditor's name and mailing address
BLACKMAN, TAYLOR, 2020 PECAN LAKE DRIVE , RICHMOND, TX
77406

Date or dates debt was incurred
08/08/2016

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.75   Nonpriority creditor's name and mailing address
BLANCHE, ANTWANE, 11821 ORCHARD AVENUE, LOS ANGELES, CA
90047

Date or dates debt was incurred
01/09/2018

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.76   Nonpriority creditor's name and mailing address
BLOOMCRAFT FABRICS LLC DBA BLOOMCRAFT HO, PO BOX 418440,
BOSTON, MA 02241-8440

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $63,838.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

---

3.77   Nonpriority creditor's name and mailing address
BOND, CLAUDIA, 3248 RABLEWOOD DR. N, SARASOTA, FL 34237

Date or dates debt was incurred
11/04/2017

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.78    Nonpriority creditor's name and mailing address
BOND, CLAUDIA, 3248 RABLEWOOD DR. N, SARASOTA, FL 34237

Date or dates debt was incurred
05/15/2017

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.79    Nonpriority creditor's name and mailing address
BOSS LOGISTICS LLC, 6710 GRADE LANE, SUITE 610, LOUISVILLE, KY 40213

Date or dates debt was incurred

As of the petition filing date, the claim is:    $5,544.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRANSPORTATION

Is the claim subject to offset?

○ No

○ Yes

3.80    Nonpriority creditor's name and mailing address
BOUDREAUX, ASHLEY, 11916 SAGE DR., BATON ROUGE, LA 70818

Date or dates debt was incurred
01/30/2017

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.81    Nonpriority creditor's name and mailing address
BOWMAN, ELIZABETH, 320 GRANELLO AVE #548, CORAL GABLES, FL 33146

Date or dates debt was incurred
02/22/2016

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.82 Nonpriority creditor's name and mailing address
BPE GROWTH & OPERATIONS LLC, 11150 SANTA MONICA BLVD. STE 1200, LOS ANGELES, CA 90025

Date or dates debt was incurred

As of the petition filing date, the claim is: $361,772.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
CONSULTING FEES AND EXPENSES

Is the claim subject to offset?

○ No

○ Yes

3.83 Nonpriority creditor's name and mailing address
BRADLEY, LINDSAY, 200 LESLIE DRIVE #514, HALLANDALE BEACH, FL 33009

Date or dates debt was incurred
05/25/2017

As of the petition filing date, the claim is: UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.84 Nonpriority creditor's name and mailing address
BRANDES PRINTING COMPANY, 726 ADDISON STREET, BERKELEY, CA 94710

Date or dates debt was incurred

As of the petition filing date, the claim is: $3,752.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.85 Nonpriority creditor's name and mailing address
BRAVO WAREHOUSE & DISTRIBUTION INC., 3330 WEST PAPAGO STREET SUITE C, PHOENIX, AZ 85009

Date or dates debt was incurred

As of the petition filing date, the claim is: $46,612.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRANSPORTATION

Is the claim subject to offset?

○ No

○ Yes

3.86    Nonpriority creditor's name and mailing address
BRE DDR IVA MILLENIA FL LLC, DEPT 367954 25503 61373, P.O. BOX
930371, ATLANTA, GA 31193-0371

Date or dates debt was incurred

As of the petition filing date, the claim is:    $11,540.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?
○ No
○ Yes

3.87    Nonpriority creditor's name and mailing address
BRENTWOOD PRIVATE V LP, ATTN: RYAN FOLTZ, 11150 SANTA
MONICA STE 1200, LOS ANGELES, CA 90025

Date or dates debt was incurred

As of the petition filing date, the claim is:    $912,989.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MANAGEMENT FEES

Is the claim subject to offset?
○ No
○ Yes

3.88    Nonpriority creditor's name and mailing address
BRENTWOOD ZG, LLC, 11150 SANTA MONICA BLVD., SUITE 1200, LOS
ANGELES, CA 90025

Date or dates debt was incurred

As of the petition filing date, the claim is:    $10,462,979.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
UNSECURED BRENTWOOD TRANCHE 1

Is the claim subject to offset?
○ No
○ Yes

3.89    Nonpriority creditor's name and mailing address
BRENTWOOD ZG, LLC, 11150 SANTA MONICA BLVD., SUITE 1200, LOS
ANGELES, CA 90025

Date or dates debt was incurred

As of the petition filing date, the claim is:    $16,943,932.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
UNSECURED BRENTWOOD TRANCHE 2

Is the claim subject to offset?
○ No
○ Yes

3.90    Nonpriority creditor's name and mailing address
BRINK'S INC., 550 SOUTH HILL, ROOM 805, LOS ANGELES, CA 90013

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:                    $3,180.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes


3.91    Nonpriority creditor's name and mailing address
BRIZO, CHRISTIAN, 516 S. FLOWER AVE, INGLEWOOD, CA 90301

Date or dates debt was incurred
03/11/2014

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes


3.92    Nonpriority creditor's name and mailing address
BROOKS, ARETHA, 108 S. RITA, WACO, TX 76705

Date or dates debt was incurred
08/03/2018

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes


3.93    Nonpriority creditor's name and mailing address
BROUSSET, CRISTINA, 5922 PATIO DRIVE, BOCA RATON, FL 33433

Date or dates debt was incurred
03/27/2018

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.94  Nonpriority creditor's name and mailing address
BROWN, MICHAEL, 30 MASON ST. #202, SAN FRANCISCO, CA 94102

Date or dates debt was incurred
10/06/2015

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.95  Nonpriority creditor's name and mailing address
BRUENING, CHRISTINE, 645 NORTH 5TH AVE #1, PHOENIX, AZ 85003

Date or dates debt was incurred
07/15/2017

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.96  Nonpriority creditor's name and mailing address
BUHMANN, JEFF, 624 E. MADISON, VILLA PARK, IL 60181

Date or dates debt was incurred
02/28/2018

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.97  Nonpriority creditor's name and mailing address
BUI, LOC, 1048 JAMESTOWN AVENUE, SAN FRANCISSCO, CA 94124

Date or dates debt was incurred
02/24/2014

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.98   Nonpriority creditor's name and mailing address
BURBOROUGH, ADAM, 4006 W CASSIA ST, BOISE, ID 83705-2113

Date or dates debt was incurred
12/21/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.99   Nonpriority creditor's name and mailing address
BURBOROUGH, ADAM, 4006 W CASSIA ST, BOISE, ID 83705-2113

Date or dates debt was incurred
10/04/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.100   Nonpriority creditor's name and mailing address
BURGOS, ADRIANA, 5225 WELLINGTON PARK CIRCLE, ORLANDO, FL 32839

Date or dates debt was incurred
04/09/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.101   Nonpriority creditor's name and mailing address
BURNS, BETH, 700 NE HARBOUR TERRACE #323, BOC RATON, FL 33434

Date or dates debt was incurred
04/05/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.102  Nonpriority creditor's name and mailing address
BV CENTERCAL LLC, PO BOX 6136, PROPERTY: Z601510,
HICKSVILLE, NY 11802-6136

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

$12,356.51

3.103  Nonpriority creditor's name and mailing address
BYRD, TRAVIS, 28 CALENDULA CT, HOMOSASSA, FL 34446

Date or dates debt was incurred
09/02/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.104  Nonpriority creditor's name and mailing address
BYRD, TRAVIS, 28 CALENDULA CT, HOMOSASSA, FL 34446

Date or dates debt was incurred
10/03/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.105  Nonpriority creditor's name and mailing address
C.H. ROBINSON COMPANY, CHRIS WAASTED, 14701 CHARLSON
ROAD, EDEN PRAIRIE, MN 55347-5076

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRANSPORTATION

Is the claim subject to offset?

○ No

○ Yes

$649,276.16

3.106   Nonpriority creditor's name and mailing address
CAF LAW GROUP, 8444 WILSHIRE BLVD., 8TH FLOOR, BEVERLY HILLS,
CA 90211

Date or dates debt was incurred

As of the petition filing date, the claim is:                          $155,180.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

---

3.107   Nonpriority creditor's name and mailing address
CALCAGNO, TAYLOR, 10660 NEWBURY STREET, WESTCHESTER, IL
60154

Date or dates debt was incurred
05/30/2018

As of the petition filing date, the claim is:                          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.108   Nonpriority creditor's name and mailing address
CALDERON-WALKER, ALYCIA, 5119 CHELWYN CT, ORLANDO, FL
32837-4934

Date or dates debt was incurred
12/15/2018

As of the petition filing date, the claim is:                          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.109   Nonpriority creditor's name and mailing address
CALIFORNIA UMBRELLA, 4645 TROY COURT, RIVERSIDE, CA 92509

Date or dates debt was incurred

As of the petition filing date, the claim is:                          $197.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.110   Nonpriority creditor's name and mailing address
CALLES, JOSE ROBERTO, 6656 E ROSECRANS AVE, SPC-S46,
PARAMOUNT, CA 90723

Date or dates debt was incurred
04/20/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

◯ No

◯ Yes

UNDETERMINED

---

3.111   Nonpriority creditor's name and mailing address
CALLES, ROBERTO, 6656 E. ROSECRANS AVE SPC-S46, PARAMOUNT,
CA 90723

Date or dates debt was incurred
03/17/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

◯ No

◯ Yes

UNDETERMINED

---

3.112   Nonpriority creditor's name and mailing address
CANADIAN ART PRINTS INC., 110-6311 WESTMINSTER HWY.,
RICHMOND, BC V7C 4V4 CANADA

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

◯ No

◯ Yes

$982.95

---

3.113   Nonpriority creditor's name and mailing address
CANNON, HOWARD, 2111 VERMILLION OAK, FRESNO, TX 77545

Date or dates debt was incurred
02/23/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

◯ No

◯ Yes

UNDETERMINED

3.114   Nonpriority creditor's name and mailing address
CANNON, HOWARD, 2111 VERMILLION OAK, FRESNO, TX 77545

Date or dates debt was incurred
09/17/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.115   Nonpriority creditor's name and mailing address
CANNON, HOWARD, 2111 VERMILLION OAK, FRESNO, TX 77545

Date or dates debt was incurred
03/04/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.116   Nonpriority creditor's name and mailing address
CANNON, HOWARD, 2111 VERMILLION OAK, FRESNO, TX 77545

Date or dates debt was incurred
09/16/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.117   Nonpriority creditor's name and mailing address
CANNON, HOWARD, 2111 VERMILLION OAK, FRESNO, TX 77545

Date or dates debt was incurred
03/28/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.118  Nonpriority creditor's name and mailing address
CAPREF BROOKWOOD VILLAGE LLC, P.O. BOX 713934, CINCINNATI,
OH 45271-3934

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

$5,001.12

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.119  Nonpriority creditor's name and mailing address
CARDENAS, HECTOR, 8932 SAN ANTONIO AVENUE, SOUTH GATE, CA
90280

Date or dates debt was incurred
07/04/2017

As of the petition filing date, the claim is:
*Check all that apply.*

UNDETERMINED

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.120  Nonpriority creditor's name and mailing address
CARDENAS, JULIO, 420 W. 94TH STREET, LOS ANGELES, CA 90003

Date or dates debt was incurred
08/16/2016

As of the petition filing date, the claim is:
*Check all that apply.*

UNDETERMINED

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.121  Nonpriority creditor's name and mailing address
CARDENAS, LAWRENCE, 530 MARCHMONT, SAN ANTONIO, TX 78213

Date or dates debt was incurred
10/28/2013

As of the petition filing date, the claim is:
*Check all that apply.*

UNDETERMINED

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.122  Nonpriority creditor's name and mailing address
CAREER GROUP INC., FOURTH FLOOR FASHION TALENT, PO BOX
203654, DALLAS, TX 75320-3654

Date or dates debt was incurred

As of the petition filing date, the claim is:            $32,926.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.123  Nonpriority creditor's name and mailing address
CAREERBUILDER EMPLOYMENT SCREENING LLC, 13047
COLLECTION CENTER DR., CHICAGO, IL 60693-0130

Date or dates debt was incurred

As of the petition filing date, the claim is:            $1,565.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.124  Nonpriority creditor's name and mailing address
CARLA CASTILLO, 957 ARLINGTON AVENUE, BERKELEY, CA 94707

Date or dates debt was incurred

As of the petition filing date, the claim is:            UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.125  Nonpriority creditor's name and mailing address
CAROLINA HANDLING LLC., PO BOX 890352, CHARLOTTE, NC 28289-
0352

Date or dates debt was incurred

As of the petition filing date, the claim is:            $3,129.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.126    Nonpriority creditor's name and mailing address
CARTER, CHAD, 4936 6TH AVENUE, LOS ANGELES, CA 90043

Date or dates debt was incurred
08/30/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.127    Nonpriority creditor's name and mailing address
CARTER, KEISHA, 21021 ERWIN STREET #140, WOODLAND HILLS, CA 91367

Date or dates debt was incurred
03/23/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.128    Nonpriority creditor's name and mailing address
CARTER, KIRSTEN, 1308 DANBERRY, BURKBURNETT, TX 76354

Date or dates debt was incurred
07/24/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.129    Nonpriority creditor's name and mailing address
CASTILLO, DESTINY, 1847 FULLER DRIVE, DALLAS, TX 75228

Date or dates debt was incurred
06/09/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.130  Nonpriority creditor's name and mailing address
CASTILLO, VANESSA, 1406 NARCISSUS LANE, MEQUITE, TX 75149

Date or dates debt was incurred
10/03/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

---

3.131  Nonpriority creditor's name and mailing address
CDW DIRECT LLC., P.O. BOX 75723, CHICAGO, IL 60675

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
○ No
○ Yes

$4,653.37

---

3.132  Nonpriority creditor's name and mailing address
CEDENO, JORGE, 8920 ALEXANDER AVE #3/4, SOUTH GATE, CA 90280

Date or dates debt was incurred
08/10/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

---

3.133  Nonpriority creditor's name and mailing address
CENTURYLINK, BUSINESS SERVICES, P.O. BOX 52187, PHOENIX, AZ 85072-2187

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
○ No
○ Yes

$80.33

3.134   Nonpriority creditor's name and mailing address
CHAMBERS, KIM, 1117 ARBOR CREEK DRIVE #2B, KIRKWOOD, MO
63122

Date or dates debt was incurred
12/24/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.135   Nonpriority creditor's name and mailing address
CHANG, JEFFRY TRABANINO, 1545 W. 87TH STREET, LOS ANGELES,
CA 90047

Date or dates debt was incurred
04/03/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.136   Nonpriority creditor's name and mailing address
CHRISTENSEN, WENDA, 5941 S. POTOMAC DR, MURRAY, UT 84123

Date or dates debt was incurred
09/24/2013

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.137   Nonpriority creditor's name and mailing address
CITY OF LOS ANGELES, FALSE ALARMS, P.O. BOX 30879, LOS
ANGELES, CA 90030-0879

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TAXES AND RELATED LIABILITIES

Is the claim subject to offset?

○ No

○ Yes

$32.00

3.138  Nonpriority creditor's name and mailing address
CITYCENTRE TWO PARTNERS LP, CITYCENTRE ONE, 800 TOWN AND
COUNTRY BLVD. STE 200, HOUSTON, TX 77024

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

$9,546.26

---

3.139  Nonpriority creditor's name and mailing address
CLARK, SHANNA, 5056 N WHITE CAP LANE #202, MERIDIAN, ID
83646

Date or dates debt was incurred
04/12/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.140  Nonpriority creditor's name and mailing address
CLASSIC CONCEPTS INC., 4505 BANDINI BOULEVARD, VERNON, CA
90058

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

$249,337.00

---

3.141  Nonpriority creditor's name and mailing address
CLAY TERRACE PARTNERS LLC, PO BOX 643726, PITTSBURGH, PA
15264-726

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

$6,816.53

3.142  Nonpriority creditor's name and mailing address
CLEARFORK RETAIL VENTURE LLC, THE SHOPS AT CLEARFORK, PO
BOX 775217, CHICAGO, IL 60677-5217

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

$10,053.47

3.143  Nonpriority creditor's name and mailing address
COCHRAN, DEBRA, 2722 DRACUT LANE, NASHVILLE, TN 37211

Date or dates debt was incurred
07/02/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.144  Nonpriority creditor's name and mailing address
COCHRAN, DEBRA, 2722 DRACUT LANE, NASHVILLE, TN 37211

Date or dates debt was incurred
04/23/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.145  Nonpriority creditor's name and mailing address
COCHRANE, AMANDA, 9001 ANNONHILL ST., WAKE FOREST, NC
27587

Date or dates debt was incurred
03/24/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

**3.146**   Nonpriority creditor's name and mailing address
COMFORT DESIGN, AKA COMFORT DESIGN C/O CIT GROUP-COMM'L,
PO BOX 33453, CHARLOTTE, NC 28233-3453

Date or dates debt was incurred

As of the petition filing date, the claim is:     $8,737.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

---

**3.147**   Nonpriority creditor's name and mailing address
COMMONWEALTH HOME FASHIONS INC., P.O. BOX 10032, ALBANY,
NY 12201

Date or dates debt was incurred

As of the petition filing date, the claim is:     $27,423.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

---

**3.148**   Nonpriority creditor's name and mailing address
COMPASS LOGISTICS, INC., PO BOX 667, SNELLVILLE, GA 30078

Date or dates debt was incurred

As of the petition filing date, the claim is:     $5,160.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

---

**3.149**   Nonpriority creditor's name and mailing address
COMPENDIUM INC., 2100 NORTH PACIFIC STREET, SEATTLE, WA
98103

Date or dates debt was incurred

As of the petition filing date, the claim is:     $26,900.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.150  Nonpriority creditor's name and mailing address
CONCUR TECHNOLOGIES INC., 62157 COLLECTIONS CENTER DRIVE, CHICAGO, IL 60693

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

$3,346.90

3.151  Nonpriority creditor's name and mailing address
CONNEXITY, INC., PO BOX 740539, LOS ANGELES, CA 90074-0539

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

$40,454.25

3.152  Nonpriority creditor's name and mailing address
CONOR, LACEY, 507 BISHOP ST NW APT 2502, ATLANTA, GA 30318-4464

Date or dates debt was incurred
01/11/2019

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.153  Nonpriority creditor's name and mailing address
CORPORATE IT SOLUTIONS INC., 1311 CALLE BATIDO STE 150, SAN CLEMENTE, CA 92673

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

$5,114.55

3.154 Nonpriority creditor's name and mailing address
CORRA TECHNOLOGY INC., 363 BLOOMFIELD AVENUE, MONCTLAIR,
NJ 07042

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

$219,142.50

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

---

3.155 Nonpriority creditor's name and mailing address
CORREA, ROLANDO, 1714 1/2 LAUREL CANYON BLVD, LOS ANGELES,
CA 90046

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

UNDETERMINED

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.156 Nonpriority creditor's name and mailing address
CORREA, ROLANDO, 1714 1/2 LAUREL CANYON BLVD, LOS ANGELES,
CA 90046

Date or dates debt was incurred
11/14/2016

As of the petition filing date, the claim is:
*Check all that apply.*

UNDETERMINED

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.157 Nonpriority creditor's name and mailing address
CORREA, ROLANDO, 1714 1/2 LAUREL CANYON BLVD, LOS ANGELES,
CA 90046

Date or dates debt was incurred
10/05/2016

As of the petition filing date, the claim is:
*Check all that apply.*

UNDETERMINED

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.158   Nonpriority creditor's name and mailing address
CORREA, ROLANDO, 1714 1/2 LAUREL CANYON BLVD, LOS ANGELES, CA 90046

Date or dates debt was incurred
02/19/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.159   Nonpriority creditor's name and mailing address
CORTS, HALEY, 8700 SAN ANITA DRIVE, BOISE, ID 83704

Date or dates debt was incurred
02/14/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.160   Nonpriority creditor's name and mailing address
CORWIN, CHARLEY, 19040 ORLANDO RD S., FT. MYERS, FL 33967

Date or dates debt was incurred
05/22/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.161   Nonpriority creditor's name and mailing address
CORWIN, CHARLEY, 19040 ORLANDO RD S., FT. MYERS, FL 33967

Date or dates debt was incurred
11/25/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.162   Nonpriority creditor's name and mailing address
COYOTE LOGISTICS LLC, MAGGIE NEILL, 2545 WEST DIVERSEY
AVENUE, 3RD FLOOR, CHICAGO, IL 60647

Date or dates debt was incurred

As of the petition filing date, the claim is:          $274,403.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRANSPORTATION

Is the claim subject to offset?

○ No

○ Yes

---

3.163   Nonpriority creditor's name and mailing address
CRAWFISH LLC., PERKINS ROWE ATTN: MGMT OFFICE, 10202
PERKINS ROAD, STE 195, BATON ROUGE, LA 70810

Date or dates debt was incurred

As of the petition filing date, the claim is:          $6,263.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

---

3.164   Nonpriority creditor's name and mailing address
CRESCENT CARDBOARD, 35243 EAGLE WAY, CHICAGO, IL 60678-1352

Date or dates debt was incurred

As of the petition filing date, the claim is:          $5,528.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

---

3.165   Nonpriority creditor's name and mailing address
CRITEO CORP., PO BOX 22764, DEPT LA 22764, PASADENA, CA
91185-2764

Date or dates debt was incurred

As of the petition filing date, the claim is:          $68,846.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.166 Nonpriority creditor's name and mailing address
CROCKER DOWNTOWN DEVELOPMENT ASSOC., SDS-12-2563, P.O.
BOX 86, MINNEAPOLIS, MN 55486-2563

Date or dates debt was incurred

As of the petition filing date, the claim is:            $14,328.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.167 Nonpriority creditor's name and mailing address
CROWN EQUIPMENT CORPORATION, P.O. BOX 641173, CINCINNATI,
OH 45264-1173

Date or dates debt was incurred

As of the petition filing date, the claim is:            $30,867.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.168 Nonpriority creditor's name and mailing address
CRYSTORAMA, 95 CANTIAGUE ROCK ROAD, WESTBURY, NY 11590

Date or dates debt was incurred

As of the petition filing date, the claim is:            $31,075.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.169 Nonpriority creditor's name and mailing address
CT CORPORATION SYSTEM, P.O. BOX 4349, CAROL STREAM, IL
60197-4349

Date or dates debt was incurred

As of the petition filing date, the claim is:            $4,128.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.170   Nonpriority creditor's name and mailing address
CUEVAS, JULIO CARDENAS, 420 W. 94TH STREET, LOS ANGELES, CA
90003

Date or dates debt was incurred
01/19/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.171   Nonpriority creditor's name and mailing address
CUMMINS, SAWYER, 1686 NORTH MANSFIELD WAY, EAGLE, ID 83616

Date or dates debt was incurred
03/05/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.172   Nonpriority creditor's name and mailing address
CUSTOM GLOBAL LOGISTICS, BEN DENNIS, 317 WEST LAKE STREET,
NORTHLAKE, IL 60164

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRANSPORTATION

Is the claim subject to offset?
○ No
○ Yes

$166,826.83

3.173   Nonpriority creditor's name and mailing address
CYAN DESIGN, P.O. BOX 961008, FORT WORTH, TX 76161

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?
○ No
○ Yes

$5,566.30

3.174 Nonpriority creditor's name and mailing address
CYBERNETIC SOLUTIONS, INC.

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:                    $28,287.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes


3.175 Nonpriority creditor's name and mailing address
DAGOSTINO, RAVIT, 2831 NE 185TH STREET #607, AVENTURA, FL
33180

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:                    $25,000.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION CLAIM

Is the claim subject to offset?

○ No

○ Yes


3.176 Nonpriority creditor's name and mailing address
DALENO INC., RE: DALENO, INC., PO BOX 88926, CHICAGO, IL 60695-
1926

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:                    $285.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes


3.177 Nonpriority creditor's name and mailing address
DALLAS POLICE DEPARTMENT, ALARM PERMIT COMPLIANCE UNIT,
PO BOX 840186, DALLAS, TX 75284-0186

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:                    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TAXES AND RELATED LIABILITIES

Is the claim subject to offset?

○ No

○ Yes

3.178  Nonpriority creditor's name and mailing address
DALLIMORE & CO. INC., 160 MERCER STREET, FLOOR 2, NEW YORK, NY 10012

Date or dates debt was incurred

As of the petition filing date, the claim is:    $225,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

---

3.179  Nonpriority creditor's name and mailing address
DAWSON, MIRNA, 540 SE 34TH TERRACE, HOMESTEAD, FL 33033

Date or dates debt was incurred
04/13/2016

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.180  Nonpriority creditor's name and mailing address
DECICCO, JOMATHON, 11517 HARO AVE APT 14, DOWNEY, CA 90241-4119

Date or dates debt was incurred
03/07/2019

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.181  Nonpriority creditor's name and mailing address
DEL AMO FASHION CENTER, OPERATING COMPANY LLC, PO BOX 409657, ATLANTA, GA 30384-9657

Date or dates debt was incurred

As of the petition filing date, the claim is:    $13,619.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.182   Nonpriority creditor's name and mailing address
DEL MAR DELIVERY, 4165 S BROADWAY, ENGLEWOOD, CO 80113

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:                    $29,078.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRANSPORTATION

Is the claim subject to offset?

○ No

○ Yes

3.183   Nonpriority creditor's name and mailing address
DELL MARKETING L.P., C/O DELL USA LP, P.O. BOX 910916,
PASADENA, CA 91110-0916

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:                    $1,212.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.184   Nonpriority creditor's name and mailing address
DELMAR, MEGHAN

Date or dates debt was incurred
11/09/2018

_____

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
GL/AUTO LIABILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.185   Nonpriority creditor's name and mailing address
DELUCA, DOROTHY

Date or dates debt was incurred
02/04/2015

_____

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.186   Nonpriority creditor's name and mailing address
DELUCA, DOROTHY

Date or dates debt was incurred
04/11/2014

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.187   Nonpriority creditor's name and mailing address
DELUXE BUSINESS CHECKS & SOLUTIONS, P.O. BOX 742572,
CINCINNATI, OH 45274-2572

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $254.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.188   Nonpriority creditor's name and mailing address
DENAHY, MONIQUE, 713 BOCCE COURT, PALM BEACH GARDENS, FL
33410

Date or dates debt was incurred
07/05/2015

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.189   Nonpriority creditor's name and mailing address
DENNIS, MISHA, 3 NANTUCKET LANE, ALISO VIEJO, CA 92656

Date or dates debt was incurred
05/27/2015

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.190 Nonpriority creditor's name and mailing address
DERENDAL, DANIEL, 732 WEST ROSE LANE, PHOENIX, AZ 85013

Date or dates debt was incurred
04/05/2018

As of the petition filing date, the claim is:
*Check all that apply.*

UNDETERMINED

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.191 Nonpriority creditor's name and mailing address
DESIGNER MOVING, P.O. BOX 510647, SALT LAKE CTY, UT 84151

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

$9,559.65

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.192 Nonpriority creditor's name and mailing address
DFEH, 2218 KAUSEN DRIVE, SUITE 100, ELK GROVE, CA 95758

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

UNDETERMINED

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.193 Nonpriority creditor's name and mailing address
DIAZ, EVANNY, 1735 WEST WAVELAND AVE THIRD, CHICAGO, IL 60613

Date or dates debt was incurred
03/27/2017

As of the petition filing date, the claim is:
*Check all that apply.*

UNDETERMINED

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.194   Nonpriority creditor's name and mailing address
DIXON, KERYN, 3811 S DUNSMUIR AVE, LOS ANGELES, CA 90008

Date or dates debt was incurred
01/14/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.195   Nonpriority creditor's name and mailing address
DOELP, AMY, 4 SIENA - LAGUNA NIGUEL, LAGUNA NIGUEL, CA 92677

Date or dates debt was incurred
11/24/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.196   Nonpriority creditor's name and mailing address
DONAVILLE-COOPER, SHAYLON, 3943 HUMMINGBIRD DR., ANTIOCH, CA 94509

Date or dates debt was incurred
04/12/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.197   Nonpriority creditor's name and mailing address
DONOHUE, CHRISTINA, 1819 FLINT STREET, ROSEVILLE, CA 95747

Date or dates debt was incurred
03/14/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.198   Nonpriority creditor's name and mailing address
        DOS LAGOS CRN LLC, C/O EQUIMAX MANAGEMENT, 3415 S.
        SEPULVEDA BLVD. STE 400, LOS ANGELES, CA 90034

        Date or dates debt was incurred

As of the petition filing date, the claim is:                    $47,019.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

---

3.199   Nonpriority creditor's name and mailing address
        DOWNSTREAM LOGISTICS, PO BOX 2231, BIRMINGHAM, AL 35201

        Date or dates debt was incurred

As of the petition filing date, the claim is:                    $5,184.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRANSPORTATION

Is the claim subject to offset?

○ No

○ Yes

---

3.200   Nonpriority creditor's name and mailing address
        DOWNTOWN COMPANY, 55 HAUL ROAD, WAYNE, NJ 07470

        Date or dates debt was incurred

As of the petition filing date, the claim is:                    $938.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

---

3.201   Nonpriority creditor's name and mailing address
        DRYDEN, DARRYL, PO BOX 511862, MILWAUKEE, WI 53203-0311

        Date or dates debt was incurred
        11/20/2018

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.202  Nonpriority creditor's name and mailing address
DUCHARME MCMILLEN & ASSOC INC., P.O. BOX 914, MIDDLETOWN,
OH 45044

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $1,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

3.203  Nonpriority creditor's name and mailing address
DUKE REALTY LP, 600 EAST 96TH STREET, SUITE 100, INDIANAPOLIS,
IN 46240

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $28,529.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.204  Nonpriority creditor's name and mailing address
DUNLAP, SHANTIKA, 290 CEDAR HURST CT, COLLEGE PARK, GA
30349-4412

Date or dates debt was incurred
01/25/2019

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.205  Nonpriority creditor's name and mailing address
DUNN, CINDY, 4579 BEBVERLY GLEN DR, OCEANSIDE, CA 92056

Date or dates debt was incurred
01/31/2016

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.206  Nonpriority creditor's name and mailing address
DURO HILEX POLY LLC, P.O. BOX 630115, CINCINNATI, OH 45263-0115

Date or dates debt was incurred

As of the petition filing date, the claim is:                $53,652.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.207  Nonpriority creditor's name and mailing address
EASTON GATEWAY LLC, L-3780, COLUMBUS, OH 43260-3780

Date or dates debt was incurred

As of the petition filing date, the claim is:                $8,732.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.208  Nonpriority creditor's name and mailing address
EATMAN, ELAINE, 1601 ALIVIRA STREET #4, LOS ANGELES, CA 90035

Date or dates debt was incurred
07/03/2014

As of the petition filing date, the claim is:                UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.209  Nonpriority creditor's name and mailing address
ECCOLO LTD., C/O ECCOLO, PO BOX 842932, BOSTON, MA 02284-2932

Date or dates debt was incurred

As of the petition filing date, the claim is:                $3,784.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.210   Nonpriority creditor's name and mailing address
ECHEVARRIA, JAN, 8420 ARROWHEAD CIRCLE, ORLANDO, FL 32825

Date or dates debt was incurred
01/14/2015

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.211   Nonpriority creditor's name and mailing address
ECHEVARRIA, JAN, 8420 ARROWHEAD CIRCLE, ORLANDO, FL 32825

Date or dates debt was incurred
10/21/2014

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.212   Nonpriority creditor's name and mailing address
EDC MOVING SYSTEMS, (REPAIRS), P.O. BOX 920680, HOUSTON, TX
77292-0680

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $516,519.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.213   Nonpriority creditor's name and mailing address
EDINA POLICE DEPT, 4801 W 50TH STREET, EDINA, MN 55424

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $220.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TAXES AND RELATED LIABILITIES

Is the claim subject to offset?

○ No

○ Yes

3.214   Nonpriority creditor's name and mailing address
EDITIONS LIMITED GALLERIES, 4090 HALLECK STREET, EMERYVILLE,
CA 94608

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $559.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.215   Nonpriority creditor's name and mailing address
EEOC, 131 M STREET NE, WASHINGTON, DC 20507

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $2,100.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.216   Nonpriority creditor's name and mailing address
ELIJAH, ANGELA, 1002 STONEY MEADOW DRIVE #H, MANCHESTER,
MO 63088

Date or dates debt was incurred
06/30/2018

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.217   Nonpriority creditor's name and mailing address
ELITE DELIVERY, 4935 INDUSTRIAL WAY, BENICIA, CA 94510

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $124,476.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRANSPORTATION

Is the claim subject to offset?

○ No

○ Yes

3.218   Nonpriority creditor's name and mailing address
ELIZARRARAZ, JONATHAN, 2107 W. 160TH ST, TORRANCE, CA 90504

Date or dates debt was incurred
01/15/2014

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.219   Nonpriority creditor's name and mailing address
ENCINITAS TOWN CENTER ASSOC I LLC, C/O ZELMAN RETAIL
PARTNERS, INC., 515 SOUTH FIGUEROA ST. STE 1230, LOS ANGELES,
CA 90071

Date or dates debt was incurred

As of the petition filing date, the claim is:          $8,347.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.220   Nonpriority creditor's name and mailing address
ENGIE INSIGHT SERVICES, INC., 1313 N ATLANTIC ST., STE 5000,
SPOKANE, WA 99201-2330

Date or dates debt was incurred

As of the petition filing date, the claim is:          $16,856.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.221   Nonpriority creditor's name and mailing address
ERNST & YOUNG US LLP, 5 TIMES SQUARE, NEW YORK, NY 10036-
6530

Date or dates debt was incurred

As of the petition filing date, the claim is:          $46,950.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

3.222  Nonpriority creditor's name and mailing address
ESCAMILLA, HECTOR, 2640 BRANDYWINE DRIVE, FARMERS BRANCH,
TX 75234

Date or dates debt was incurred
05/30/2016

As of the petition filing date, the claim is:       UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.223  Nonpriority creditor's name and mailing address
ESKRIDGE (E&A) LLC, DEPT # 2356, P.O. BOX 822315, PHILADELPHIA,
PA 19182-2315

Date or dates debt was incurred

As of the petition filing date, the claim is:       $10,358.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?
○ No
○ Yes

3.224  Nonpriority creditor's name and mailing address
EVOQUE DATA CENTER SOLUTIONS

Date or dates debt was incurred

As of the petition filing date, the claim is:       $3,676.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
○ No
○ Yes

3.225  Nonpriority creditor's name and mailing address
FACEBOOK INC., ATTN: ACCTS RECEIVABLE, 15161 COLLECTIONS
CENTER DRIVE, CHICAGO, IL 60693

Date or dates debt was incurred

As of the petition filing date, the claim is:       $178,723.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
○ No
○ Yes

3.226  Nonpriority creditor's name and mailing address
FACILITYSOURCE LLC, 200 EAST CAMPUS VIEW BOULEVARD, SUITE
301, COLUMBUS, OH 43235

Date or dates debt was incurred

As of the petition filing date, the claim is:    $200,844.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
○ No
○ Yes

---

3.227  Nonpriority creditor's name and mailing address
FARAH, HASSAN, 1489 FRUITDALE AVENUE #2, SAN JOSE, CA 95128

Date or dates debt was incurred
09/10/2014

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

---

3.228  Nonpriority creditor's name and mailing address
FASHION PLACE ANCHOR ACQUISITION LLC, FASHION PLACE
ANCHOR ACQ, SDS-12-2945 / PO BOX 86, MINNEAPOLIS, MN 55486-
2945

Date or dates debt was incurred

As of the petition filing date, the claim is:    $9,428.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?
○ No
○ Yes

---

3.229  Nonpriority creditor's name and mailing address
FASHION SHOW MALL LLC, SDS-12-2773, P.O. BOX 86, MINNEAPOLIS,
MN 55486-2773

Date or dates debt was incurred

As of the petition filing date, the claim is:    $15,242.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?
○ No
○ Yes

3.230   Nonpriority creditor's name and mailing address
FASHION SQUARE, BANK OF AMERICA, FILE #56991, LOS ANGELES, CA 90074-6991

Date or dates debt was incurred

As of the petition filing date, the claim is:    $15,555.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.231   Nonpriority creditor's name and mailing address
FEDERAL EXPRESS (FEDEX), JOE CHANG, 3610 HACKS CROSS ROAD, MEMPHIS, TN 38125

Date or dates debt was incurred

As of the petition filing date, the claim is:    $917,848.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRANSPORTATION

Is the claim subject to offset?

○ No

○ Yes

3.232   Nonpriority creditor's name and mailing address
FELIX ROSENTIEL'S WIDOW & SON LTD., 33-35 MARKHAM STREET, CHELSEA GREEN LONDON, UNITED KINGDOM, EN SW3 3NR UNITED KINGDOM

Date or dates debt was incurred

As of the petition filing date, the claim is:    $2,746.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.233   Nonpriority creditor's name and mailing address
FERMIN, JANET, 6382 GAGE AVE #239, BELL GARDENSS, CA 90201

Date or dates debt was incurred
03/18/2015

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.234   Nonpriority creditor's name and mailing address
FERNANDEZ, JAIME, 19327 LARISSA, KATY, TX 77449

Date or dates debt was incurred
09/11/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.235   Nonpriority creditor's name and mailing address
FERNANDEZ, JAIME, 19327 LARISSA, KATY, TX 77449

Date or dates debt was incurred
04/23/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.236   Nonpriority creditor's name and mailing address
FLORES, JAIME, 8916 DATAPOINT DR. #201, SAN ANTONIO, TX 78229

Date or dates debt was incurred
07/03/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.237   Nonpriority creditor's name and mailing address
FLORES, MAURICIO, 9833 S. ATLANTIC AVENUE #20, SOUTH GATE, CA 90280

Date or dates debt was incurred
05/12/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.238  Nonpriority creditor's name and mailing address
FONG, JULIE, 33A MCCOPPIN ST, SAN FRANCISSCO, CA 94103

Date or dates debt was incurred
09/19/2013

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

---

3.239  Nonpriority creditor's name and mailing address
FORTITUDE TECHNOLOGY, 9089 CLAIREMONT MESA BLVD., STE 210,
SAN DIEGO, CA 92123

Date or dates debt was incurred

As of the petition filing date, the claim is:          $35,980.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
○ No
○ Yes

---

3.240  Nonpriority creditor's name and mailing address
FOUNTAINS AT ROSEVILLE, 540 FULTON AVE., SACRAMENTO, CA
95825

Date or dates debt was incurred

As of the petition filing date, the claim is:          $7,726.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?
○ No
○ Yes

---

3.241  Nonpriority creditor's name and mailing address
FRAMERICA, 2 TODD COURT, YAPHANK, NY 11980

Date or dates debt was incurred

As of the petition filing date, the claim is:          $30,741.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?
○ No
○ Yes

3.242    Nonpriority creditor's name and mailing address
FRANKO, NICOLE, 5738 S PARKSIDE, CHICAGO, IL 60638

Date or dates debt was incurred
12/08/2017

As of the petition filing date, the claim is:                                        UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.243    Nonpriority creditor's name and mailing address
FRANKO, NICOLE, 5738 S PARKSIDE, CHICAGO, IL 60638

Date or dates debt was incurred
08/25/2017

As of the petition filing date, the claim is:                                        UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.244    Nonpriority creditor's name and mailing address
FREEMAN, TRACEY, 9219 SHERRY LANE, CLINTON, MD 20735

Date or dates debt was incurred
08/21/2018

As of the petition filing date, the claim is:                                        UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.245    Nonpriority creditor's name and mailing address
FRIENDLY PRINTING, 2519 KANSAS AVENUE #104, SANTA MONICA,
CA 90404

Date or dates debt was incurred

As of the petition filing date, the claim is:                                        $21,190.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.246  Nonpriority creditor's name and mailing address
FRIT SAN JOSE TOWN & COUNTRY VILLAGE LLC, C/O FEDERAL
REALTY INV TRUST, P.O. BOX 79408, CITY OF INDUSTRY, CA 91716-
9408

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

$15,788.46

---

3.247  Nonpriority creditor's name and mailing address
FRIT SHOPS AT SUNSET PLACE OWNER LLC, PO BOX 865314,
ORLANDO, FL 32886-5314

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

$8,158.82

---

3.248  Nonpriority creditor's name and mailing address
FURNITURE CLINIC OF OREGON, 14750 SW 81 AVENUE, TIGARD, OR
97224

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

$75.00

---

3.249  Nonpriority creditor's name and mailing address
FURNITURE DELIVERY SOLUTIONS INC., 3301 LEONIS BLVD.,
VERNON, CA 90058

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

$25,033.70

3.250   Nonpriority creditor's name and mailing address
G&I VIII CBL TTC LLC, PO BOX 9559727, ST. LOUIS, MO 63195-9727

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:                                    $4,350.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

---

3.251   Nonpriority creditor's name and mailing address
GALANTE, GARY

Date or dates debt was incurred
10/27/2015

_____

As of the petition filing date, the claim is:                                UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
GL/AUTO LIABILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.252   Nonpriority creditor's name and mailing address
GALICIA, ALFREDO, 17701 S. AVALON BLVD, CARSON, CA 90746

Date or dates debt was incurred
12/28/2016

_____

As of the petition filing date, the claim is:                                UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.253   Nonpriority creditor's name and mailing address
GALICIA, ALFREDO, 17701 S. AVALON BLVD, CARSON, CA 90746

Date or dates debt was incurred
07/28/2014

_____

As of the petition filing date, the claim is:                                UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.254   Nonpriority creditor's name and mailing address
GALLERIA SHOPPING CENTER LLC, 62810 COLLECTION CENTER
DRIVE, CHICAGO, IL 60693-6281

As of the petition filing date, the claim is:          $15,103.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

Date or dates debt was incurred

---

3.255   Nonpriority creditor's name and mailing address
GALLOWAY, DIANE, 4061 DAVIS ST , SANTA CLARA, CA 95054

Date or dates debt was incurred
11/19/2015

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.256   Nonpriority creditor's name and mailing address
GARCIA, CAROLINE

Date or dates debt was incurred
06/13/2016

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.257   Nonpriority creditor's name and mailing address
GARCIA, CAROLINE

Date or dates debt was incurred
11/06/2013

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.258  Nonpriority creditor's name and mailing address
GARNER, JENNIFER, 31202 CASA GRANDE DR, SAN JUAN
CAPISTRANO, CA 92675

Date or dates debt was incurred
04/29/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.259  Nonpriority creditor's name and mailing address
GASPAR, AUDREY, 1068 CLIPPER CT, COSTA MESA, CA 92627

Date or dates debt was incurred
12/20/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.260  Nonpriority creditor's name and mailing address
GASPAR, AUDREY, 1068 CLIPPER CT, COSTA MESA, CA 92627

Date or dates debt was incurred
09/21/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.261  Nonpriority creditor's name and mailing address
GATEWAY WOODSIDE INC., C/O GARDEN CITY CENTER, FILE #55770,
LOS ANGELES, CA 90074-5770

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?
○ No
○ Yes

$9,298.23

3.262  Nonpriority creditor's name and mailing address
GB INDUSTRIAL SERVICES INC., PO BOX 386, LA HABRA, CA 90631

Date or dates debt was incurred

As of the petition filing date, the claim is:                              $375.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.263  Nonpriority creditor's name and mailing address
GERGEL, KATHERINE, 1940 NICE DRIVE #201, CORONA, CA 92882

Date or dates debt was incurred
09/17/2017

As of the petition filing date, the claim is:                              UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.264  Nonpriority creditor's name and mailing address
GETZ, ATALIE, 2620 WENDY DRIVE, NAPERVILLE, IL 60565

Date or dates debt was incurred
08/29/2015

As of the petition filing date, the claim is:                              UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.265  Nonpriority creditor's name and mailing address
GHAFOURIAN, KIYANA, 27960 CABOT DR #517, LAGUNA NIGUEL, CA 92677

Date or dates debt was incurred
03/15/2017

As of the petition filing date, the claim is:                              UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.266   Nonpriority creditor's name and mailing address
GIFT CARD BALANCES

Date or dates debt was incurred
_____

_____

As of the petition filing date, the claim is:                    $8,472,768.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
GIFT CARD BALANCES

Is the claim subject to offset?

○ No

○ Yes

---

3.267   Nonpriority creditor's name and mailing address
GILMORE, KRISTAL, 13111 S. SAN PEDRO STREET #27, LOS
ANGELES, CA 90061

Date or dates debt was incurred
_____

_____

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.268   Nonpriority creditor's name and mailing address
GIRARD, STEVEN, 1649 WENDY DRIVE, PLEASANT HILL, CA 94523

Date or dates debt was incurred
03/10/2016

_____

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.269   Nonpriority creditor's name and mailing address
GIRARD, STEVEN, 1649 WENDY DRIVE, PLEASANT HILL, CA 94523

Date or dates debt was incurred
03/07/2016

_____

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.270  Nonpriority creditor's name and mailing address
GLOBAL GLASS COMPANY DBA GRAND GLASS CO, 3120 E VIA
MONDO AVE, RANCHO DOMINGUEZ, CA 90221

Date or dates debt was incurred

As of the petition filing date, the claim is:          $35,184.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.271  Nonpriority creditor's name and mailing address
GOLEM, MARIE, 8123 CANTABRIA FALLS DRIVE, BOYNTON BEACH, FL
33473

Date or dates debt was incurred
11/09/2016

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.272  Nonpriority creditor's name and mailing address
GOMEZ, RAMIRO, 219 N. POINSETTIA AVE #D, COMPTON, CA 90221

Date or dates debt was incurred
09/24/2013

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.273  Nonpriority creditor's name and mailing address
GONZALEZ PALLET, P.O. BOX 976, PARAMOUNT, CA 90723

Date or dates debt was incurred

As of the petition filing date, the claim is:          $12,142.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.274  Nonpriority creditor's name and mailing address
GONZALEZ, OSCAR, 11710 S. BUDLONG #2, LOS ANGELES, CA 90044

Date or dates debt was incurred
05/25/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.275  Nonpriority creditor's name and mailing address
GONZALEZ, PAUL, 5997 SCORPIO DRIVE, SALT LAKE CITY, UT 84118-4656

Date or dates debt was incurred
02/21/2019

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.276  Nonpriority creditor's name and mailing address
GOODE, CAMILLE, 511 LISA COURT, EL SOBRANTE, CA 94803

Date or dates debt was incurred
09/13/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.277  Nonpriority creditor's name and mailing address
GOODE, CAMILLE, 511 LISA COURT, EL SOBRANTE, CA 94803

Date or dates debt was incurred
01/11/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.278   Nonpriority creditor's name and mailing address
        GOODMAN, JAMES, 2818 GOODMAN RIDGE DR, MISSOURTI CITY, TX
        77459

        Date or dates debt was incurred
        08/18/2014

As of the petition filing date, the claim is:         UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.279   Nonpriority creditor's name and mailing address
        GOODWIN, ESSENCE, 1645 1/2 W. 79TH STREET, LOS ANGELES, CA
        90047

        Date or dates debt was incurred
        05/01/2017

As of the petition filing date, the claim is:         UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.280   Nonpriority creditor's name and mailing address
        GRAND IMAGE, PO BOX 80507, SEATTLE, WA 98108

        Date or dates debt was incurred

As of the petition filing date, the claim is:         $4,456.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.281   Nonpriority creditor's name and mailing address
        GRANITE TELECOMMUNICATIONS, CLIENT ID#311, PO BOX 983119,
        BOSTON, MA 02298-3119

        Date or dates debt was incurred

As of the petition filing date, the claim is:         $50,175.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.282   Nonpriority creditor's name and mailing address
GREATER LAKESIDE CORPORATION, GREATER LAKESIDE
CORPORATION, PO BOX 6401, METAIRIE, LA 70009-0000

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $13,153.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.283   Nonpriority creditor's name and mailing address
GREEN HILLS MALL TRG LLC, P.O. BOX 674523, DETROIT, MI 48267-
4523

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $4,838.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.284   Nonpriority creditor's name and mailing address
GREEN, DARIUS, 6083 CLAIRE DRIVE, ELKRIDGE, MD 21075

Date or dates debt was incurred
02/14/2018

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.285   Nonpriority creditor's name and mailing address
GREEN, DERRICK, 203 S. EDGEFIELD AVE., DALLAS, TX 75208

Date or dates debt was incurred
11/01/2017

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.286   Nonpriority creditor's name and mailing address
GRIFFIN, TIFFANI, 945 OASIS PALM CIRCLE4105, OCOEE, FL 34761-6491

Date or dates debt was incurred
02/04/2019

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.287   Nonpriority creditor's name and mailing address
GUTMAN, BRIAN, 2932 CRANSTON PL, PLANO, TX 75025

Date or dates debt was incurred
01/27/2016

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.288   Nonpriority creditor's name and mailing address
HAKIMIAN, COURTNEY, 775 N VILLAGE DR N UNIT 204, ST PETERSBURG, FL 33716

Date or dates debt was incurred
07/21/2016

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.289   Nonpriority creditor's name and mailing address
HARAMBASIC, ALVINA, 5433 W. BECKTON COURT, WEST VALLEY CITY, UT 84120

Date or dates debt was incurred
10/27/2016

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.290   Nonpriority creditor's name and mailing address
HARDIN, CRYSTAL, 10371 JOHNSON AVE, CUPERTINO, CA 95014

Date or dates debt was incurred
05/17/2017

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.291   Nonpriority creditor's name and mailing address
HARON, SUSIE, 4620 MOTLEY DR, MESQUITE, TX 75150

Date or dates debt was incurred
06/08/2015

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.292   Nonpriority creditor's name and mailing address
HARON, SUSIE, 4620 MOTLEY DR, MESQUITE, TX 75150

Date or dates debt was incurred
06/01/2015

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.293   Nonpriority creditor's name and mailing address
HARPER, KATIE, 1601 JOHN'S LAKE RD APT 932, CLERMONT, FL 34711

Date or dates debt was incurred
07/30/2015

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.294   Nonpriority creditor's name and mailing address
HARPER, SHELLY, 818 WOODSON DRIVE, OAKLAND , CA 94603

Date or dates debt was incurred
04/29/2017

As of the petition filing date, the claim is:                UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.295   Nonpriority creditor's name and mailing address
HARPERCOLLINS PUBLISHERS, P.O. BOX 360846, PITTSBURGH, PA
15251-6846

Date or dates debt was incurred

As of the petition filing date, the claim is:                $4,433.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.296   Nonpriority creditor's name and mailing address
HARRIS TECHNOLOGIES INC., P.O. BOX 1010, BALLWIN, MO 63022-
1010

Date or dates debt was incurred

As of the petition filing date, the claim is:                $23,797.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.297   Nonpriority creditor's name and mailing address
HARRIS, KIMBERLY, 2924 CLAIRMONT RD. NE #524, ATLANTA , GA
30329

Date or dates debt was incurred
11/24/2015

As of the petition filing date, the claim is:                UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.298   Nonpriority creditor's name and mailing address
HARRIS, SUZANNE, 14724 PERTHSHIRE RD #A, HOUSTON , TX 77079

Date or dates debt was incurred
09/13/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.299   Nonpriority creditor's name and mailing address
HARRIS, SUZANNE, 14724 PERTHSHIRE RD #A, HOUSTON , TX 77079

Date or dates debt was incurred
06/03/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.300   Nonpriority creditor's name and mailing address
HARTNESS, CLAUDIA YOUNG, 550 N. LINCOLN AVENUE #158, LOVELAND, CO 80537

Date or dates debt was incurred
06/29/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.301   Nonpriority creditor's name and mailing address
HASKINS, KINNIE, 16086 SPACE DRIVE, MORENO VALLEY, CA 92551

Date or dates debt was incurred
05/25/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.302    Nonpriority creditor's name and mailing address
HASSOUN, EMMA, EIMAN HASSOUN, 14424 MAGNOLIA BLVD #201,
SHERMAN OAKS, CA 91423

Date or dates debt was incurred
05/12/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.303    Nonpriority creditor's name and mailing address
HEATLEY, KATHLEEN, 3525 COUNTRY SQUARE DR. #F101,
CARROLLTON, TX 75006

Date or dates debt was incurred
12/02/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.304    Nonpriority creditor's name and mailing address
HEITMAN, GARRISON, 1708 ROBINSON AVE, SAN DIEGO, CA 92103

Date or dates debt was incurred
05/28/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.305    Nonpriority creditor's name and mailing address
HERNANDEZ, JACKIE, 222 MANOR AVE, ROSHARON, TX 77583

Date or dates debt was incurred
06/16/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.306  Nonpriority creditor's name and mailing address
HERNANDEZ, JOHNNY

Date or dates debt was incurred
12/09/2013

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.307  Nonpriority creditor's name and mailing address
HERNANDEZ, MANUEL, 1408 N. WILLOWBROOK AVE, COMPTON, CA 90222

Date or dates debt was incurred
07/14/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.308  Nonpriority creditor's name and mailing address
HERNANDEZ, MANUEL, 1408 N. WILLOWBROOK AVE, COMPTON, CA 90222

Date or dates debt was incurred
03/24/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.309  Nonpriority creditor's name and mailing address
HERNANDEZ, MANUEL, 1408 N. WILLOWBROOK AVE, COMPTON, CA 90222

Date or dates debt was incurred
02/28/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.310  Nonpriority creditor's name and mailing address
HERNANDEZ, MANUEL, 1408 N. WILLOWBROOK AVE, COMPTON, CA
90222

Date or dates debt was incurred
03/07/2014

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.311  Nonpriority creditor's name and mailing address
HERNANDEZ, MANUEL, 1408 N. WILLOWBROOK AVE, COMPTON, CA
90222

Date or dates debt was incurred
03/18/2014

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.312  Nonpriority creditor's name and mailing address
HERNANDEZ, MANUEL, 1408 N. WILLOWBROOK AVE, COMPTON, CA
90222

Date or dates debt was incurred
02/21/2014

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.313  Nonpriority creditor's name and mailing address
HERNANDEZ, MANUEL, 1408 N. WILLOWBROOK AVE, COMPTON, CA
90222

Date or dates debt was incurred
09/05/2013

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.314  Nonpriority creditor's name and mailing address
HGL TRUCKING COMPANY INC., 6061 GRAYWOOD AVENUE,
LAKEWOOD, CA 90712

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $25,660.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRANSPORTATION

Is the claim subject to offset?

○ No

○ Yes

---

3.315  Nonpriority creditor's name and mailing address
HIGHLAND VILLAGE LTD PTSHP, 4055 WESTHEIMER RD, HOUSTON,
TX 77027

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $26,185.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

---

3.316  Nonpriority creditor's name and mailing address
HIRE STORY, DEPT #880121, PO BOX 29650, PHOENIX, AZ 85038-
9650

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $450.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

---

3.317  Nonpriority creditor's name and mailing address
HOCKER OXMOOR LLC, SDS-12-3059, P.O. BOX 86, MINNEAPOLIS, MN
55486-3059

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $6,968.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.318   Nonpriority creditor's name and mailing address
HOME DELIVERY SERVICE LLC, 1416 GENTRY STREET, NORTH
KANSAS CITY, MO 64116

Date or dates debt was incurred

As of the petition filing date, the claim is:                            $1,110.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRANSPORTATION

Is the claim subject to offset?

○ No

○ Yes

---

3.319   Nonpriority creditor's name and mailing address
ILLINOIS DEPT OF HUMAN RIGHTS, 100 W. RANDOLPH ST 10TH FL,
INTAKE UNIT, CHICAGO, IL 60601

Date or dates debt was incurred

As of the petition filing date, the claim is:                            $2,100.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.320   Nonpriority creditor's name and mailing address
IMAGE SPRING ADVERTISING, 325 HILBRICH DRIVE, SCHEREVILLE, IN
46375

Date or dates debt was incurred

As of the petition filing date, the claim is:                            $8,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

---

3.321   Nonpriority creditor's name and mailing address
IMI MSW LLC, PO BOX 846133, DALLAS, TX 75284-6133

Date or dates debt was incurred

As of the petition filing date, the claim is:                            $8,652.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.322  Nonpriority creditor's name and mailing address
INTOUCH SERVICES, ATTN: ACCTS RECEIVABLE, 427 N TATNALL ST.
#42053, WILMINGTON, DE 19801-2230

Date or dates debt was incurred

As of the petition filing date, the claim is:     $3,603.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.323  Nonpriority creditor's name and mailing address
IRIZARRY, JOEL, 5496 GENEVIEVE CIRCLE, ZEPHYRHILLS, FL 33542

Date or dates debt was incurred
05/23/2017

As of the petition filing date, the claim is:     UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.324  Nonpriority creditor's name and mailing address
JACINTO, PETER, 9529 BECKLEYCREST AVE, DALLAS, TX 75232-5901

Date or dates debt was incurred
10/03/2018

As of the petition filing date, the claim is:     UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.325  Nonpriority creditor's name and mailing address
JACINTO, PETER, 9529 BECKLEYCREST AVE, DALLAS, TX 75232-5901

Date or dates debt was incurred
09/11/2017

As of the petition filing date, the claim is:     UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.326  Nonpriority creditor's name and mailing address
JACINTO, PETER, 9529 BECKLEYCREST AVE, DALLAS, TX 75232-5901

Date or dates debt was incurred
07/23/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.327  Nonpriority creditor's name and mailing address
JACKSON, MIKALA, 2571 EL PORTAL DRIVE #B, SAN PABLO, CA 94806

Date or dates debt was incurred
10/28/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.328  Nonpriority creditor's name and mailing address
JACKSON, WADE, 14803 S. BUDLONG AVE, GARDENA, CA 90247

Date or dates debt was incurred
01/15/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.329  Nonpriority creditor's name and mailing address
JAIPUR LIVING INC, PO BOX 890626, CHARLOTTE, NC 28289

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

$4,870.90

3.330 Nonpriority creditor's name and mailing address
JARA, TERESA, 1118 S. WILLOWBROOK AVENUE #A, COMPTON, CA 90222

Date or dates debt was incurred
04/17/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

---

3.331 Nonpriority creditor's name and mailing address
JDA SOFTWARE INC., P.O. BOX 202621, DALLAS, TX 75320-2621

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
○ No
○ Yes

$52,871.97

---

3.332 Nonpriority creditor's name and mailing address
JENNIFER CAUDILL, 860 HOLLY LANE, PETALUMA, CA 94952

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

---

3.333 Nonpriority creditor's name and mailing address
JETTCORP LIMITED, RM 2206 TECHNOLOGY PLAZA 651, KINGS ROAD QUARRY BAY, HONG KONG, HK HONG KONG

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?
○ No
○ Yes

$129,576.00

3.334  Nonpriority creditor's name and mailing address
JJT LOGISTICS INC., 1090 E. BELMONT STREET, ONTARIO, CA 91761

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $831.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRANSPORTATION

Is the claim subject to offset?
○ No
○ Yes

3.335  Nonpriority creditor's name and mailing address
JLA ART, 45875 NORTHPORT LOOP EAST, FREMONT, CA 94538

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $5,475.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?
○ No
○ Yes

3.336  Nonpriority creditor's name and mailing address
JLA HOME, 45875 NORTHPORT LOOP EAST, FREMONT, CA 94538

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $38,131.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?
○ No
○ Yes

3.337  Nonpriority creditor's name and mailing address
JOHNDRO, CORIE, 467 SOLANA REAL, FALLBROOK, CA 92028

Date or dates debt was incurred
05/27/2017

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.338   Nonpriority creditor's name and mailing address
JOHNSON, DAVID, 1025 93RD STREET #7, BAY HARBOR ISLAND, FL
33154

Date or dates debt was incurred

As of the petition filing date, the claim is:          $50,000.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.339   Nonpriority creditor's name and mailing address
JONATHAN LOUIS INTERNATIONAL, FBO JONATHAN LOUIS
INTERNATIONAL, P.O. BOX 1036, CHARLOTTE, NC 28201-1036

Date or dates debt was incurred

As of the petition filing date, the claim is:          $542,223.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.340   Nonpriority creditor's name and mailing address
JONES, KIESHA, 61 S. ALVARADO TRACE, ATLANTA, GA 30311

Date or dates debt was incurred
12/02/2014

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.341   Nonpriority creditor's name and mailing address
JONES, LEE, 5157 E. MONTE VISTA RD, PHOENIX, AZ 85008

Date or dates debt was incurred
07/10/2015

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.342   Nonpriority creditor's name and mailing address
        JORGENSON, MONIKA, 8147 SW LANGTREE STREET, TIGARD, OR
        97224

        Date or dates debt was incurred
        01/04/2017

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.343   Nonpriority creditor's name and mailing address
        JOSEPH, MICHAEL, 13567 RYE STREET #5, SHERMAN OAKS, CA
        91423

        Date or dates debt was incurred
        06/26/2014

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.344   Nonpriority creditor's name and mailing address
        JOSEPH, MICHAEL, 13567 RYE STREET #5, SHERMAN OAKS, CA
        91423

        Date or dates debt was incurred
        01/02/2014

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.345   Nonpriority creditor's name and mailing address
        JRA HHF VENTURE LLC, THE SHOPS AT PEMBROKE GARDENS, DEPT
        781885 PO BOX 78000, DETROIT, MI 48278-1885

        Date or dates debt was incurred

As of the petition filing date, the claim is:          $8,117.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?
○ No
○ Yes

3.346    Nonpriority creditor's name and mailing address
K.K.W. TRUCKING INC., P.O. BOX 2960, POMONA, CA 91769-2960

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:                    $57,437.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRANSPORTATION

Is the claim subject to offset?

○ No

○ Yes

---

3.347    Nonpriority creditor's name and mailing address
KALANTARY, TINA, 17 DEL PERLATTO, IRVINE, CA 92614

Date or dates debt was incurred
08/16/2017

_____

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.348    Nonpriority creditor's name and mailing address
KASTNER, MICHAEL, 4545 N. 67TH AVE., PHOENIX, AZ 85033

Date or dates debt was incurred
07/29/2017

_____

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.349    Nonpriority creditor's name and mailing address
KD KNOX STREET VILLAGE HOLDCO, 1209 ORANGE STREET,
CORPORATION TRUST CENTER, WILMINGTON, DE 19801

Date or dates debt was incurred

_____

As of the petition filing date, the claim is:                    $26,539.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.350 Nonpriority creditor's name and mailing address
KEEN, SARAH, 301 ORLANDO STREET #36, LAS VEGAS, NV 89107

Date or dates debt was incurred
10/20/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.351 Nonpriority creditor's name and mailing address
KEEN, SARAH, 301 ORLANDO STREET #36, LAS VEGAS, NV 89107

Date or dates debt was incurred
08/03/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.352 Nonpriority creditor's name and mailing address
KESSLER, HANNAH, 4022 SARATOGA DRIVE, LOUISVILLE, KY 40299

Date or dates debt was incurred
06/13/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.353 Nonpriority creditor's name and mailing address
KEUROGHLIAN, TALEEN, 22915 MARIANO ST, WOODLAND HILLS, CA 91367-6133

Date or dates debt was incurred
12/05/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.354  Nonpriority creditor's name and mailing address
KIERLAND GREENWAY LLC, 15205 N. KIERLAND, SUITE 150,
SCOTTSDALE, AZ 85254

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

$31,027.82

3.355  Nonpriority creditor's name and mailing address
KINDLE, NICHOLE, 503 S.FLOWER ST #5, INGLEWOOD, CA 90301

Date or dates debt was incurred
08/13/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.356  Nonpriority creditor's name and mailing address
KINDLE, NICHOLE, 503 S.FLOWER ST #5, INGLEWOOD, CA 90301

Date or dates debt was incurred
06/23/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.357  Nonpriority creditor's name and mailing address
KNOCK KNOCK, 6080 CENTER DRIVE #500, LOS ANGELES, CA 90045

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

$1,224.00

3.358  Nonpriority creditor's name and mailing address
KOLA, MERIEN, 85 EDEN RD., ELK GROVE VILLAGE, IL 60007

Date or dates debt was incurred
12/09/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.359  Nonpriority creditor's name and mailing address
KOPULOS, MARY, 16420 THOMSON PEAK PKWY #2135, SCOTTSDALE, AZ 85260

Date or dates debt was incurred
11/24/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.360  Nonpriority creditor's name and mailing address
KOUNT INC, 917 S. LUSK STREET STE 300, BOISE, ID 83706

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

$3,404.77

3.361  Nonpriority creditor's name and mailing address
KUKA (HK) TRAD CO. LIMITED, ROOM 06 13A/F SOUTH TOWER, WORLD FINANCE CENTRE, HARBOUR CITY, HONG KONG

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

$523,572.00

3.362 Nonpriority creditor's name and mailing address
LA CANTERA SPECIALTY RETAIL L.P., SDS-12-2532, MINNEAPOLIS,
MN 55486-2532

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $7,768.82
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?
○ No
○ Yes

3.363 Nonpriority creditor's name and mailing address
LAC, MY-HANH, 994 60TH ST. #F, EMMERYVILLE, CA 94608

Date or dates debt was incurred
09/05/2013

As of the petition filing date, the claim is:                    UNDETERMINED
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.364 Nonpriority creditor's name and mailing address
LANDRY, ASHLEY

Date or dates debt was incurred
08/03/2015

As of the petition filing date, the claim is:                    UNDETERMINED
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.365 Nonpriority creditor's name and mailing address
LANDSBERG CO. - ORORA NORTH AMERICA, 1388 SAN MATEO
AVENUE, SOUTH SAN FRANCISCO, CA 94080

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $178,321.65
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
○ No
○ Yes

3.366  Nonpriority creditor's name and mailing address
LANGSAM, KAREN, 4222 LEVELSIDE AVE., LAKEWOOD, CA 90712

Date or dates debt was incurred
04/01/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.367  Nonpriority creditor's name and mailing address
LANIER, JOHN, 1903 MAYFLOWER DR., DALLAS, TX 75208

Date or dates debt was incurred
03/13/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.368  Nonpriority creditor's name and mailing address
LAP, SHANNON, 1067 CRIMSON DR, SAN MARCOS, CA 92069

Date or dates debt was incurred
06/23/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.369  Nonpriority creditor's name and mailing address
LARSON JUHL, P.O. BOX 102431, ATLANTA, GA 30368-2431

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?
○ No
○ Yes

$17,580.90

3.370   Nonpriority creditor's name and mailing address
LASCH, BELINDA, 8915 MARKSFIELD CIRCLE, LOUISVILLE, KY 40222

Date or dates debt was incurred
11/29/2014

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.371   Nonpriority creditor's name and mailing address
LAUX, KIMBERLY, 4719 PALM AVENUE, LA MESA, CA 91941

Date or dates debt was incurred
11/12/2016

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.372   Nonpriority creditor's name and mailing address
LAUX, KIMBERLY, 4900 VINELAND AVE. #403, NORTH HOLLYWOOD, CA 91601

Date or dates debt was incurred
07/20/2016

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.373   Nonpriority creditor's name and mailing address
LAWSON, NATALIE, 6817 E GELDING DRIVE, SCOTTSDALE, AZ 85254

Date or dates debt was incurred
11/14/2016

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.374  Nonpriority creditor's name and mailing address
LAWSON, NATALIE, 6817 E GELDING DRIVE, SCOTTSDALE, AZ 85254

Date or dates debt was incurred
12/08/2015

As of the petition filing date, the claim is:      UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.375  Nonpriority creditor's name and mailing address
LCFRE SUGAR LAND TOWN SQUARE LLC, P.O. 842262, DALLAS, TX 75284-2262

Date or dates debt was incurred

As of the petition filing date, the claim is:      $8,442.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

---

3.376  Nonpriority creditor's name and mailing address
LEDESMA, ELIAZAR

Date or dates debt was incurred
10/13/2015

As of the petition filing date, the claim is:      UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.377  Nonpriority creditor's name and mailing address
LEES, CONSTANCE, 339 SW 2ND AVENUE, DANIA BEACH, FL 33004

Date or dates debt was incurred
12/23/2017

As of the petition filing date, the claim is:      UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.378   Nonpriority creditor's name and mailing address
LEFTBANK ART, 14821 ARTESIA BLVD., LA MIRADA, CA 90638

Date or dates debt was incurred

As of the petition filing date, the claim is:                          $397,369.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.379   Nonpriority creditor's name and mailing address
LEGACY VILLAGE INVESTORS LLC, P.O. BOX 635159, CINCINNATI, OH
45263-5159

Date or dates debt was incurred

As of the petition filing date, the claim is:                          $8,099.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.380   Nonpriority creditor's name and mailing address
LELLO, MICHAEL, 103 ALBACORE LN, JUPITER, FL 33477

Date or dates debt was incurred
05/06/2014

As of the petition filing date, the claim is:                          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.381   Nonpriority creditor's name and mailing address
LEONARDO, ABIGAIL, 13590 MOSSVINE DR, FRISCO, TX 75035

Date or dates debt was incurred
07/15/2016

As of the petition filing date, the claim is:                          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.382   Nonpriority creditor's name and mailing address
LEWIS, ADRIENNE CUTILLETTA, 29 CRESTMOOR DRIVE, DENVER, CO
80220

Date or dates debt was incurred
08/24/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.383   Nonpriority creditor's name and mailing address
LI, ZHENG

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.384   Nonpriority creditor's name and mailing address
LINDSTORFF-RICO, INGE , 3444 SAHARA SPRINGS BLVD, POMPANO
BEACH, FL 33069

Date or dates debt was incurred
09/05/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.385   Nonpriority creditor's name and mailing address
LINO, ANDY, 5016 S. SEELEY AVENUE, CHICAGO, IL 60609

Date or dates debt was incurred
04/16/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.386 Nonpriority creditor's name and mailing address
LIPFIELD, LOIS, 1301 SW 10TH AVE APT. M201, DELRAY BEACH, FL 33444

Date or dates debt was incurred
06/30/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

◯ No

◯ Yes

UNDETERMINED

---

3.387 Nonpriority creditor's name and mailing address
LISTRAK INC., 100 W. MILLPORT ROAD, LITITZ, PA 17543

Date or dates debt was incurred


As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

◯ No

◯ Yes

$95,750.00

---

3.388 Nonpriority creditor's name and mailing address
LOCKTON INSURANCE BROKERS LLC, 725 SOUTH FIGUEROA, 35TH FLOOR, LOS ANGELES, CA 90017

Date or dates debt was incurred


As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

◯ No

◯ Yes

$80,918.16

---

3.389 Nonpriority creditor's name and mailing address
LOLOI RUGS, PO BOX 95344, GRAPEVINE, TX 76099-9732

Date or dates debt was incurred


As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

◯ No

◯ Yes

$46,973.47

3.390  Nonpriority creditor's name and mailing address
LOPEZ, SACOWAI, 813 N. ROSE AVENUE #B, COMPTON, CA 90221

Date or dates debt was incurred
03/11/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.391  Nonpriority creditor's name and mailing address
LOPEZ, SACOWAI, 813 N. ROSE AVENUE #B, COMPTON, CA 90221

Date or dates debt was incurred
01/30/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.392  Nonpriority creditor's name and mailing address
LOREDO, JESSE, 2560 RICHLAND AVE, SAN JOSE, CA 95125

Date or dates debt was incurred
01/20/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.393  Nonpriority creditor's name and mailing address
LOUIS, NATALIE, 64 KERNOCHAN AVENUE, HEMPSTRAD, NY 11550

Date or dates debt was incurred
02/23/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.394  Nonpriority creditor's name and mailing address
LSC COMMUNICATIONS US LLC, KEITH KANTOR, 35 WEST WACKER DRIVE, CHICAGO, IL 60601

Date or dates debt was incurred

As of the petition filing date, the claim is:    $332,587.00
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
○ No
○ Yes

3.395  Nonpriority creditor's name and mailing address
LUIS TENORIO, P.O. BOX 962, LYNWOOD, CA 90262

Date or dates debt was incurred

As of the petition filing date, the claim is:    UNDETERMINED
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.396  Nonpriority creditor's name and mailing address
LUNA, MAURO, 1101 ELDER STREET #202, HOUSTON, TX 77007-6245

Date or dates debt was incurred
11/12/2018

As of the petition filing date, the claim is:    UNDETERMINED
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.397  Nonpriority creditor's name and mailing address
LUNA, MAURO, 1101 ELDER STREET #202, HOUSTON, TX 77007-6245

Date or dates debt was incurred
05/21/2018

As of the petition filing date, the claim is:    UNDETERMINED
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.398  Nonpriority creditor's name and mailing address
LUXE WEST INC., RE: LUKE WEST INC, 1525 S BROADWAY STREET,
LOS ANGELES, CA 90015

As of the petition filing date, the claim is:
*Check all that apply.*

$6,650.00

Date or dates debt was incurred

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.399  Nonpriority creditor's name and mailing address
MACIEJUNES, MICHAEL, 7650 LILY MAR LANE, ANTELOPE, CA 95843

As of the petition filing date, the claim is:
*Check all that apply.*

UNDETERMINED

Date or dates debt was incurred
03/29/2018

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.400  Nonpriority creditor's name and mailing address
MACMILLAN/MPS, 175 FIFTH AVENUE, NEW YORK, NY 10010

As of the petition filing date, the claim is:
*Check all that apply.*

$11,245.50

Date or dates debt was incurred

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.401  Nonpriority creditor's name and mailing address
MADONA, MICHEL

As of the petition filing date, the claim is:
*Check all that apply.*

UNDETERMINED

Date or dates debt was incurred
06/16/2018

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
GL/AUTO LIABILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.402   Nonpriority creditor's name and mailing address
MADSEN, KARENE, 910 1/2 O FARRELL, BOISE, ID 83702

Date or dates debt was incurred
12/04/2015

As of the petition filing date, the claim is:                          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.403   Nonpriority creditor's name and mailing address
MADSEN, KARENE, 910 1/2 O FARRELL, BOISE, ID 83702

Date or dates debt was incurred
11/20/2014

As of the petition filing date, the claim is:                          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.404   Nonpriority creditor's name and mailing address
MAHER, MAUREEN, 4710 COLFAX AVE, N HOLLYWOOD, CA 91602

Date or dates debt was incurred
12/05/2014

As of the petition filing date, the claim is:                          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.405   Nonpriority creditor's name and mailing address
MALL IN COLUMBIA, SDS-12-2738, PO BOX 86, MINNEAPOLIS, MN
55486-2738

Date or dates debt was incurred

As of the petition filing date, the claim is:                          $9,978.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.406   Nonpriority creditor's name and mailing address
MALLAU, JAN, 1451 ROCKY RIDGE, ROSEVILLE, CA 95661

Date or dates debt was incurred
03/14/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.407   Nonpriority creditor's name and mailing address
MAR, FLORENCE, 124 CORAL DR, ORINDA, CA 94563

Date or dates debt was incurred
07/01/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.408   Nonpriority creditor's name and mailing address
MARCELIN, NEGBY, 4687 NW 22ND ST., COCONUT CREEK, FL 33063

Date or dates debt was incurred
03/11/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.409   Nonpriority creditor's name and mailing address
MARCONI, DAWN, 13532 CROSSPOINTE DRIVE, PALM BEACH GARDENS, FL 33418

Date or dates debt was incurred
01/15/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.410  Nonpriority creditor's name and mailing address
MARCUM LLP, 2049 CENTURY PARK EAST STE 300, LOS ANGELES,
CA 90067

Date or dates debt was incurred

As of the petition filing date, the claim is:     $15,450.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

3.411  Nonpriority creditor's name and mailing address
MARTELL, ALIDA, 64 PARK TERRACE, MILL VALLEY, CA 94941

Date or dates debt was incurred
08/03/2016

As of the petition filing date, the claim is:     UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.412  Nonpriority creditor's name and mailing address
MARTIN, SARAH, 6433 TOPANGA CYN. BL, CANOGA PARK, CA 91303

Date or dates debt was incurred
06/17/2015

As of the petition filing date, the claim is:     UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.413  Nonpriority creditor's name and mailing address
MARTIN, SHARON, 579 CAMPBELL STREET, CLEVELAND, GA 30528

Date or dates debt was incurred
10/10/2018

As of the petition filing date, the claim is:     UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.414 Nonpriority creditor's name and mailing address
MARTINEZ, THERESA, 1498 MARIN AVENUE, ALBANY, CA 94706

Date or dates debt was incurred
07/29/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.415 Nonpriority creditor's name and mailing address
MARUBASHI, NEIL, 8560 PERSHING AVE. , FAIR OAKS, CA 95628

Date or dates debt was incurred
05/13/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.416 Nonpriority creditor's name and mailing address
MATAMOROS, ROBERTO, 3170 SATURN AVE, HUNTINGTON PARK, CA 90256

Date or dates debt was incurred
08/03/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.417 Nonpriority creditor's name and mailing address
MAX HOME LLC., 101 MAX PLACE, FULTON, MS 38843

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

$21,469.32

3.418 Nonpriority creditor's name and mailing address
MAYFAIR MALL LLC, MAYFAIR, PO BOX 772816, CHICAGO, IL 60677-2816

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

$9,802.00

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.419 Nonpriority creditor's name and mailing address
MAZZUCO, THIAGO, 11729 CHANNING DR, AUSTIN, TX 78748

Date or dates debt was incurred
02/13/2017

As of the petition filing date, the claim is:
*Check all that apply.*

UNDETERMINED

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.420 Nonpriority creditor's name and mailing address
MCDERMOTT, CLOE

Date or dates debt was incurred
03/28/2014

As of the petition filing date, the claim is:
*Check all that apply.*

UNDETERMINED

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.421 Nonpriority creditor's name and mailing address
MCG LOGISTICS, 23456 MADERO, STE 100, MISSION VIEJO, CA 92691

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

$103,625.59

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRANSPORTATION

Is the claim subject to offset?

○ No

○ Yes

3.422 Nonpriority creditor's name and mailing address
MCINTYRE, LEO, 3543 HOMELAND DR, VIEW PARK, CA 90008-4932

Date or dates debt was incurred
09/01/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.423 Nonpriority creditor's name and mailing address
MCKINNEY TRAILER RENTALS, 8400 E SLAUSON AVENUE, PICO RIVERA, CA 90660

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
○ No
○ Yes

$11,700.00

3.424 Nonpriority creditor's name and mailing address
MCMILLAN, ALEXIS, 87 SHIRE CT, ZEBULON, NC 27597-6694

Date or dates debt was incurred
12/06/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.425 Nonpriority creditor's name and mailing address
MEANEY, DENNIS, 8688 ADDISON PLACE CIRCLE #207, NAPLES, FL 34119

Date or dates debt was incurred
08/12/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.426 Nonpriority creditor's name and mailing address
MEDINA, GUILLERMINA, 801 MEADOWSWEET DRIVE #Q, CORTE
MADERA, CA 94925

Date or dates debt was incurred
11/05/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

---

3.427 Nonpriority creditor's name and mailing address
MELTWATER NEWS US INC, DEPT LA 23721, PASADENA, CA 91185-
3721

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
○ No
○ Yes

$22,000.00

---

3.428 Nonpriority creditor's name and mailing address
MEMINGER, ALEXANDRIA, 8000 E. GIRARD 508, DENVER, CO 80231

Date or dates debt was incurred
02/22/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

---

3.429 Nonpriority creditor's name and mailing address
MENDEZ, MARIA, 4512 W. 153RD STREET #19, LAWNDALE, CA 90260

Date or dates debt was incurred
01/26/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.430   Nonpriority creditor's name and mailing address
MENDEZ, MARIA, 4512 W. 153RD STREET #19, LAWNDALE, CA 90260

Date or dates debt was incurred
10/14/2014

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.431   Nonpriority creditor's name and mailing address
METROPOLITAN TELECOMMUNICATIONS, 55 WATER STREET 32ND
FLOOR, NEW YORK, NY 10041-3299

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $82,652.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.432   Nonpriority creditor's name and mailing address
MGR DESIGN INTERNATIONAL, RE: MGR DESIGN INT'L, PO BOX
740952, LOS ANGELES, CA 90074-0952

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $16,933.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.433   Nonpriority creditor's name and mailing address
MICHEL CONSULTING LLC, 61903 BROKEN TOP DRIVE, BEND, OR
97702

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.434 Nonpriority creditor's name and mailing address
MICKLE, EDWARD, 6751 ALLEN ST. , HOLLYWOOD, FL 33024

Date or dates debt was incurred
11/17/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.435 Nonpriority creditor's name and mailing address
MIDLAND PAPER COMPANY, 1140 PAYSPHERE CIRCLE, CHICAGO, IL
60674

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

$274,205.38

3.436 Nonpriority creditor's name and mailing address
MILD, LINDA, 9071 GROSS POINT RD. #1E, SKOKIE , IL 60076

Date or dates debt was incurred
09/14/2013

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.437 Nonpriority creditor's name and mailing address
MINER, GREGORY, 11011 SW 43 COURT, MIAMI, FL 33165

Date or dates debt was incurred
01/02/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.438   Nonpriority creditor's name and mailing address
MINER, GREGORY, 11011 SW 43 COURT, MIAMI, FL 33165

Date or dates debt was incurred
08/20/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.439   Nonpriority creditor's name and mailing address
MINES, KATRINA

Date or dates debt was incurred
02/20/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
GL/AUTO LIABILITY CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.440   Nonpriority creditor's name and mailing address
MINYAZOVA, YANA, 1750 NE 191 STREET #415, MIAMI, FL 33179

Date or dates debt was incurred
09/25/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.441   Nonpriority creditor's name and mailing address
MIRROR IMAGE HOME, 2710 SUPPLY AVENUE, COMMERCE, CA 90040

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?
○ No
○ Yes

$810.90

3.442   Nonpriority creditor's name and mailing address
MITCHELL, CHASITY, 9207 COMANCHE PEAK LANE, HOUSTON, TX
77089

Date or dates debt was incurred
06/18/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

---

3.443   Nonpriority creditor's name and mailing address
MOBILE MINI INC., P.O. BOX 7144, PASADENA, CA 91109-7144

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
○ No
○ Yes

$1,517.35

---

3.444   Nonpriority creditor's name and mailing address
MODUS FURNITURE INTERNATIONAL INC, DEPT LA 23052,
PASADENA, CA 91185-3052

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?
○ No
○ Yes

$10,612.00

---

3.445   Nonpriority creditor's name and mailing address
MOHAWK HOME, 3032 SUGAR VALLEY ROAD, SUGAR VALLEY, GA
30746

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?
○ No
○ Yes

$1,195.95

3.446   Nonpriority creditor's name and mailing address
MOMENI INC., 60 BROAD STREET, CARLSTADT, NJ 07072

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

$920.00

---

3.447   Nonpriority creditor's name and mailing address
MONTEMAYOR, ALMA, 12025 RICHMOND AVE. #12102, HOUSTON , TX 77082

Date or dates debt was incurred
11/22/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.448   Nonpriority creditor's name and mailing address
MONTENEGRO, LAURA, 1049 GILMAN DRIVE, DALY CITY, CA 94015-2002

Date or dates debt was incurred
01/28/2019

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.449   Nonpriority creditor's name and mailing address
MOORE, NATALIE, 4715 SPRINGMAID LANE, OXON HILL, MD 20745

Date or dates debt was incurred
12/08/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.450  Nonpriority creditor's name and mailing address
MORA, NELLIE, 815 N. ROSE AVE APT E, COMPTON, CA 90221

Date or dates debt was incurred
04/11/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.451  Nonpriority creditor's name and mailing address
MORA, NELLIE, 815 N. ROSE AVE APT E, COMPTON, CA 90221

Date or dates debt was incurred
07/15/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.452  Nonpriority creditor's name and mailing address
MORALES, JULIANA, 9452 RANDAL PARK BLVD #2121, ORLANDO, FL 32832

Date or dates debt was incurred
05/04/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.453  Nonpriority creditor's name and mailing address
MORALES, JULIANA, 9452 RANDAL PARK BLVD #2121, ORLANDO, FL 32832

Date or dates debt was incurred
11/05/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.454  Nonpriority creditor's name and mailing address
MORAN, JAIME, 2627 W. 164TH ST., TORRANCE, CA 90504

Date or dates debt was incurred
12/09/2013

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.455  Nonpriority creditor's name and mailing address
MORENO, JOAQUIN, 302 N. BEWLEY STREET, SANTA ANA, CA 92703

Date or dates debt was incurred
08/28/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.456  Nonpriority creditor's name and mailing address
MOULTON, BARRY, 2400 NW 8TH AVENUE, WILTON MANORS, FL 33311

Date or dates debt was incurred
12/03/2013

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.457  Nonpriority creditor's name and mailing address
MUNOZ, JOSHUA, 1319 CARROLL AVE, CAROLTON, TX 75006

Date or dates debt was incurred
11/18/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.458   Nonpriority creditor's name and mailing address
MURILLO, RICARDO, 1125 STARBIRD CIRCLE #3, SAN JOSE, CA 95117

Date or dates debt was incurred
09/02/2013

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.459   Nonpriority creditor's name and mailing address
MUTUAL PROPANE, 17117 S. BROADWAY, GARDENA, CA 90248-3191

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
○ No
○ Yes

$236.05

3.460   Nonpriority creditor's name and mailing address
NAHAMAURA, TUTI

Date or dates debt was incurred
01/09/2019

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
GL/AUTO LIABILITY CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.461   Nonpriority creditor's name and mailing address
NATICK MALL, SDS-12-3111, PO BOX 86, MINNEAPOLIS, MN 55486-3111

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?
○ No
○ Yes

$11,664.15

3.462  Nonpriority creditor's name and mailing address
NAVARRO, NICK, 13717 PRESTON RD. #108, DALLAS, TX 75240

Date or dates debt was incurred
01/15/2014

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.463  Nonpriority creditor's name and mailing address
NEGOTIATUS CORP, 260 W. 39TH STREET, FLOOR 15, NEW YORK, NY 10018

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $57,585.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.464  Nonpriority creditor's name and mailing address
NEW ERA PORTFOLIO, 2100 E. GRAND AVE, SUITE 400, EL SEGUNDO, CA 90245

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $13,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.465  Nonpriority creditor's name and mailing address
NIELSEN & BAINBRIDGE LLC, PO BOX 207252, DALLAS, TX 75320-7252

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $17,935.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.466   Nonpriority creditor's name and mailing address
NIEVES, JOSE, 609 UNION AVENUE, FRAMINGHAM, MA 01702

Date or dates debt was incurred
12/22/2017

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.467   Nonpriority creditor's name and mailing address
NORTH GEORGIA PREMIUM OUTLETS, PO BOX 822900,
PHILADELPHIA, PA 19182-2900

Date or dates debt was incurred

As of the petition filing date, the claim is:          $4,140.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.468   Nonpriority creditor's name and mailing address
NORTH SOUTH PTNRS DBA WORLD ART GROUP, DBA WORLD ART
GROUP, 8080 VILLA PARK DRIVE, RICHMOND, VA 23228

Date or dates debt was incurred

As of the petition filing date, the claim is:          $63,885.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.469   Nonpriority creditor's name and mailing address
NUEVO-A DIV OF NOUVEAU AMERICANA INC, 900 CALEDONIA ROAD,
UNIT #9, TORONTO, ON M6B 3Y1 CANADA

Date or dates debt was incurred

As of the petition filing date, the claim is:          $2,790.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.470  Nonpriority creditor's name and mailing address
NULOOM, 134 W 29TH STREET, 5TH FLOOR, NEW YORK, NY 10001

Date or dates debt was incurred
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

$3,371.00

3.471  Nonpriority creditor's name and mailing address
NUNO, ELIZABETH, 9722 MCNERNEY AVENUE, SOUTH GATE, CA 90280

Date or dates debt was incurred
07/26/2018
_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.472  Nonpriority creditor's name and mailing address
OAKBROOK SHOPPING CENTER LLC., OAKBROOK CENTER SDS-12-2892, P.O. BOX 86, MINNEAPOLIS, MN 55486-2892

Date or dates debt was incurred
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

$19,576.74

3.473  Nonpriority creditor's name and mailing address
OFFSHORE EXPRESS INC., PO BOX 117, NEW RIEGEL, OH 44853

Date or dates debt was incurred
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRANSPORTATION

Is the claim subject to offset?

○ No

○ Yes

$5,959.12

3.474  Nonpriority creditor's name and mailing address
OLD TOWN DELACEY LLC, ATTN: PIERCE YEDIDSION, 9311
CHEROKEE LANE, BEVERLY HILLS, CA 90210

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?
○ No
○ Yes

$12,287.56

---

3.475  Nonpriority creditor's name and mailing address
OLEMEDO, RAMONA, 1017 MILTON STREET, TORRANCE, CA 90502

Date or dates debt was incurred
12/09/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

---

3.476  Nonpriority creditor's name and mailing address
OLIVER GAL ARTIST CO., 2590 HOLLYWOOD BLVD, HOLLYWOOD, FL
33020

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?
○ No
○ Yes

$46,211.00

---

3.477  Nonpriority creditor's name and mailing address
OLIVER, BRADY, 4448 N. BRIARWOOD LANE, LEHI, UT 84943

Date or dates debt was incurred
04/19/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.478   Nonpriority creditor's name and mailing address
OLMEDO, RAMONA, 1017 MILTON STREET, TORRANCE, CA 90502

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $50,000.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.479   Nonpriority creditor's name and mailing address
OMEGA MOULDING, 1 SAW GRASS DRIVE, BELLPORT, NY 11713

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $8,934.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.480   Nonpriority creditor's name and mailing address
ONICA GROUP LLC, PO BOX 845902, LOS ANGELES, CA 90084-5902

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $37,050.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.481   Nonpriority creditor's name and mailing address
ORACLE AMERICA INC., P.O. BOX 44471, SAN FRANCISCO, CA 94144

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $44,267.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.482   Nonpriority creditor's name and mailing address
ORELLANA, MAURICIO, 9004 COMPTON AVE, LOS ANGELES, CA
90002

Date or dates debt was incurred
04/06/2016

As of the petition filing date, the claim is:     UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.483   Nonpriority creditor's name and mailing address
ORELLANA, MAURICIO, 9004 COMPTON AVE, LOS ANGELES, CA
90002

Date or dates debt was incurred
10/01/2015

As of the petition filing date, the claim is:     UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.484   Nonpriority creditor's name and mailing address
ORIENTAL WEAVERS USA INC., DEPT 40232, PO BOX 2153,
BIRMINGHAM, AL 35287-9325

Date or dates debt was incurred

As of the petition filing date, the claim is:     $307.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.485   Nonpriority creditor's name and mailing address
OROZCO, JOSE, 252 E LANZIT ST, LOS ANGELES, CA 90061

Date or dates debt was incurred
08/12/2016

As of the petition filing date, the claim is:     UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.486   Nonpriority creditor's name and mailing address
OROZCO, JOSE, 252 E LANZIT ST, LOS ANGELES, CA 90061

Date or dates debt was incurred
04/22/2015

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.487   Nonpriority creditor's name and mailing address
OROZCO, JOSE, 252 E LANZIT ST, LOS ANGELES, CA 90061

Date or dates debt was incurred
01/28/2015

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.488   Nonpriority creditor's name and mailing address
ORTEGA, HENRY, 1344 W. 216TH STREET, TORRANCE, CA 90501

Date or dates debt was incurred
07/26/2017

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.489   Nonpriority creditor's name and mailing address
ORTEGA, HENRY, 1344 W. 216TH STREET, TORRANCE, CA 90501

Date or dates debt was incurred
11/21/2013

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.490   Nonpriority creditor's name and mailing address
        PADDYWAX INC., 2934 SIDCO DR., STE 140, NASHVILLE, TN 37204

        Date or dates debt was incurred

As of the petition filing date, the claim is:                    $4,725.00
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

---

3.491   Nonpriority creditor's name and mailing address
        PAGLE, ADAM, 3919 SOLANO AVENUE, RICHMOND, CA 94895

        Date or dates debt was incurred
        11/19/2014

As of the petition filing date, the claim is:                    UNDETERMINED
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.492   Nonpriority creditor's name and mailing address
        PALLET CONSULTANTS OF GEORGIA, 810 NW 13TH AVE, POMPANO
        BEACH, FL 33069

        Date or dates debt was incurred

As of the petition filing date, the claim is:                    $3,765.54
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

---

3.493   Nonpriority creditor's name and mailing address
        PARAGON WALL DECOR, P.O. BOX 1187, 195 PARAGON DRIVE,
        ALBERTVILLE, AL 35950

        Date or dates debt was incurred

As of the petition filing date, the claim is:                    $1,779.00
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.494  Nonpriority creditor's name and mailing address
PARKMAN, WETONAH POWELL

Date or dates debt was incurred
02/16/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.495  Nonpriority creditor's name and mailing address
PARKSMART INC., 1630 NORTH MAIN ST. #372, WALNUT CREEK, CA 94596

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

$400.00

3.496  Nonpriority creditor's name and mailing address
PARRA, SERGIO, 3420 GRAPE STREET, DENVER, CO 80207

Date or dates debt was incurred
02/20/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.497  Nonpriority creditor's name and mailing address
PATRICIO, MICHELLE, 1048 IRVINE AVE #206, NEWPORT BEACH, CA 92660

Date or dates debt was incurred
01/22/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.498   Nonpriority creditor's name and mailing address
PEBLER, KRISTIN, 802 S. ADDISON RD., BNSENVILLE, IL 60106

Date or dates debt was incurred
02/13/2017

As of the petition filing date, the claim is:                    UNDETERMINED
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
Basis for the claim:
WORKERS COMP CLAIM
Is the claim subject to offset?
○ No
○ Yes

3.499   Nonpriority creditor's name and mailing address
PEHRSON, ERIKA, 3976 S 400 E, SALT LAKE CITY, UT 84107

Date or dates debt was incurred
03/14/2018

As of the petition filing date, the claim is:                    UNDETERMINED
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
Basis for the claim:
WORKERS COMP CLAIM
Is the claim subject to offset?
○ No
○ Yes

3.500   Nonpriority creditor's name and mailing address
PEKING HANDICRAFT INC., 1388 SAN MATEO AVENUE, SO SAN
FRANCISCO, CA 94080

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $395,456.08
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:
MERCHANDISE
Is the claim subject to offset?
○ No
○ Yes

3.501   Nonpriority creditor's name and mailing address
PERCHES, ALICE, 916 1/2 W. 75TH STREET, LOS ANGELES, CA 90044

Date or dates debt was incurred
10/13/2014

As of the petition filing date, the claim is:                    UNDETERMINED
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
Basis for the claim:
WORKERS COMP CLAIM
Is the claim subject to offset?
○ No
○ Yes

3.502  Nonpriority creditor's name and mailing address
PERIMETER MALL LLC, P.O. BOX 860381, MINNEAPOLIS, MN 55486-0381

Date or dates debt was incurred

As of the petition filing date, the claim is:                                    $9,609.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.503  Nonpriority creditor's name and mailing address
PERRY, JANELLE, 4911 FRAY AVE, RICHMOND, CA 94804

Date or dates debt was incurred
11/09/2015

As of the petition filing date, the claim is:                                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.504  Nonpriority creditor's name and mailing address
PHILLIPS COLLECTION INC., 916 FINCH AVE., HIGH POINT, NC 27263

Date or dates debt was incurred

As of the petition filing date, the claim is:                                    $219,467.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.505  Nonpriority creditor's name and mailing address
PHILLIPS EDISON STRATEGIC, RE: KENWOOD COLLECTION RETAIL, PO BOX 775772, CHICAGO, IL 60677-5772

Date or dates debt was incurred

As of the petition filing date, the claim is:                                    $7,733.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.506  Nonpriority creditor's name and mailing address
PI CREATIVE ART, 1180 CALEDONIA ROAD, TORONTO, ON M6A 2W5
CANADA

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $531.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.507  Nonpriority creditor's name and mailing address
PIAZZA, MARCUS, 3532 HANKS ST., SACRAMENTO, CA 95827

Date or dates debt was incurred
11/13/2013

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.508  Nonpriority creditor's name and mailing address
PINTEREST INC., 808 BRANNAN STREET, SAN FRANCISCO, CA 94103-
4904

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $75,815.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.509  Nonpriority creditor's name and mailing address
PIRBAZARI, ARSHIA, 3438 WATERMARKE PLACE, IRVINE, CA 92612

Date or dates debt was incurred
09/22/2017

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.510  Nonpriority creditor's name and mailing address
PIRBAZARI, ARSHIA, 3438 WATERMARKE PLACE, IRVINE, CA 92612

Date or dates debt was incurred
10/04/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.511  Nonpriority creditor's name and mailing address
PLAYNETWORK INC., P.O. BOX 21550, NEW YORK, NY 10087-1550

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

$6,938.32

3.512  Nonpriority creditor's name and mailing address
PLEMONS, MEGAN, 9905 ROBINSON RD, LOUISVILLE, KY 40299

Date or dates debt was incurred
04/18/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.513  Nonpriority creditor's name and mailing address
PONTIUS, JOYCE, 928 N. RIDGELAND AVE, OAK PARK, IL 60302

Date or dates debt was incurred
09/23/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.514   Nonpriority creditor's name and mailing address
POST, KEVIN, 1447 CLEARVIEW WAY, SAN MARCOS, CA 92078

Date or dates debt was incurred
06/15/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.515   Nonpriority creditor's name and mailing address
POWELL, MARY, 5515 COUNTY DRIVE #7, NASHVILLE, TN 37211

Date or dates debt was incurred
06/23/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.516   Nonpriority creditor's name and mailing address
POWERS, ROSS, 19700 N.76TH STREET, SCOTTSDALE, AZ 85255

Date or dates debt was incurred
01/06/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.517   Nonpriority creditor's name and mailing address
PPF RTL ATLANTIC TOWN CENTER LLC, P.O. BOX 733138, DALLAS,
TX 75373-3138

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

$9,577.29

3.518   Nonpriority creditor's name and mailing address
PR 150 ROOSEVELT SHOPS LLC, PO BOX 2044, DEPT. 7500,
MEMPHIS, TN 38101

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $5,596.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?
○ No
○ Yes

3.519   Nonpriority creditor's name and mailing address
PREPTY, JANELLE, 270 NW 207TH WAY, PEMBORKE PINES, FL 33029

Date or dates debt was incurred
01/17/2018

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.520   Nonpriority creditor's name and mailing address
PRETE, NICHOLAS, 521 SUMMER COURT, EL DORADO HILLS, CA
95762

Date or dates debt was incurred
12/28/2013

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.521   Nonpriority creditor's name and mailing address
PRIETO, SARA, 1545 W. PIERSON AVE. , PHOENIX, AZ 85015

Date or dates debt was incurred
12/03/2015

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.522   Nonpriority creditor's name and mailing address
PRINT STRATEGY INC, PO BOX 579, ROSS, CA 94957-0579

Date or dates debt was incurred

As of the petition filing date, the claim is:                          $28,395.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.523   Nonpriority creditor's name and mailing address
PRLHC MERCATO RETAIL 454802, P.O. BX 732937, DALLAS, TX 75303

Date or dates debt was incurred

As of the petition filing date, the claim is:                          $46,055.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.524   Nonpriority creditor's name and mailing address
PRO TOUR MEMORABILIA LLC (PTM IMAGES), P.O. BOX 88926,
CHICAGO, IL 60695-1926

Date or dates debt was incurred

As of the petition filing date, the claim is:                          $53,725.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.525   Nonpriority creditor's name and mailing address
PRO-MOTION TECHNOLOGY GROUP, ATTN: ACCTS RECEIVABLE,
29755 BECK ROAD, WIXOM, MI 48393

Date or dates debt was incurred

As of the petition filing date, the claim is:                          $798.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.526 Nonpriority creditor's name and mailing address
PURIFOY, LATOYA, 1984 HOWELL RD UNIT 19585, ATLANTA , GA
30325

Date or dates debt was incurred
08/09/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.527 Nonpriority creditor's name and mailing address
R AND R DELIVERY SERVICES INC, 61683 TAYBERRY CIRCLE, SOUTH
LYON, MI 48178

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRANSPORTATION

Is the claim subject to offset?

○ No

○ Yes

$5,077.50

---

3.528 Nonpriority creditor's name and mailing address
RABUN, TERRY, 245 BEDFORD DRIVE, BATON ROUGE, LA 70806

Date or dates debt was incurred
11/10/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.529 Nonpriority creditor's name and mailing address
RAMAZZINA, MATHEW, 3054 EASY AVE, LONG BEACH, CA 90810

Date or dates debt was incurred
12/31/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.530  Nonpriority creditor's name and mailing address
RAMAZZINA, MATTHEW, 3054 EASY AVE, LONG BEACH, CA 90810

Date or dates debt was incurred
09/09/2014

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.531  Nonpriority creditor's name and mailing address
RAMAZZINA, MATTHEW, 3054 EASY AVE, LONG BEACH, CA 90810

Date or dates debt was incurred
12/21/2013

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.532  Nonpriority creditor's name and mailing address
RAMIREZ, ANDREA, 24262 FORDVIEW ST. , LAKE FOREST, CA 92630

Date or dates debt was incurred
12/12/2014

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.533  Nonpriority creditor's name and mailing address
RAMIREZ, LILIETT, 4797 WALDEN CIRCLE #1, ORLANDO, FL 32811

Date or dates debt was incurred
06/03/2015

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.534   Nonpriority creditor's name and mailing address
RAMIREZ, LORENZO, 9226 JOLLYVILLE ROAD #123, AUSTIN, TX
78759

Date or dates debt was incurred
09/05/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.535   Nonpriority creditor's name and mailing address
RAMIREZ, MARINA, 12234 BRITTAIN STREET, HAWAIIAN GARDENS,
CA 90716

Date or dates debt was incurred
08/15/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.536   Nonpriority creditor's name and mailing address
RAMOS, HERIBERTO, 4461 W. 132ND STREET, HAWTHORNE, CA
90250

Date or dates debt was incurred
07/22/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.537   Nonpriority creditor's name and mailing address
RAMOS, JULIO, 15412 LARCH AVE., LAWNDALE, CA 90260

Date or dates debt was incurred
01/15/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.538 Nonpriority creditor's name and mailing address
RAMOS, JULIO, 15412 LARCH AVE., LAWNDALE, CA 90260

Date or dates debt was incurred
11/01/2013

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.539 Nonpriority creditor's name and mailing address
RANGEL, JOSE, 120 W. 3RD ST, SAN PEDRO, CA 90731

Date or dates debt was incurred
03/12/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.540 Nonpriority creditor's name and mailing address
RANGEL, JOSE, 120 W. 3RD ST, SAN PEDRO, CA 90731

Date or dates debt was incurred
05/14/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.541 Nonpriority creditor's name and mailing address
RAY, BRITTANY, 7630 AMELIA ROAD #305, HOUSTON, TX 77055

Date or dates debt was incurred
08/10/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.542   Nonpriority creditor's name and mailing address
RED CARPET MOVING INC., 5435 SOUTH PROCYON ST. STE 200, LAS
VEGAS, NV 89118

Date or dates debt was incurred

As of the petition filing date, the claim is:         $12,518.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
○ No
○ Yes

3.543   Nonpriority creditor's name and mailing address
REEVE STORE EQUIPMENT COMPANY INC., 9131 BERMUDEZ STREET,
PICO RIVERA, CA 90660

Date or dates debt was incurred

As of the petition filing date, the claim is:         $4,780.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
○ No
○ Yes

3.544   Nonpriority creditor's name and mailing address
REGENCY GALLERIA NORTH LLC, P.O. BOX 846094, DALLAS, TX
75284-6094

Date or dates debt was incurred

As of the petition filing date, the claim is:         $5,978.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?
○ No
○ Yes

3.545   Nonpriority creditor's name and mailing address
REGENCY LIGHTING, DBA REGENCY LIGHTING, P.O. BOX 205325,
DALLAS, TX 75320-5325

Date or dates debt was incurred

As of the petition filing date, the claim is:         $2,644.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
○ No
○ Yes

3.546   Nonpriority creditor's name and mailing address
REID, HEATHER, 14875 OX CART LANE, DRAPER, UT 84020

Date or dates debt was incurred
02/18/2018

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.547   Nonpriority creditor's name and mailing address
RELIAM INC., 6033 W. CENTURY BLVD. #805, LOS ANGELES, CA 90045

Date or dates debt was incurred

As of the petition filing date, the claim is:          $6,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.548   Nonpriority creditor's name and mailing address
RETAILNEXT INC., 60 S MARKET STREET, 10TH FLOOR, SAN JOSE, CA 95113

Date or dates debt was incurred

As of the petition filing date, the claim is:          $69,410.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.549   Nonpriority creditor's name and mailing address
RIZTEX USA DBA RIZZY HOME, 900 MARINE DRIVE, CALHOUN, GA 30701

Date or dates debt was incurred

As of the petition filing date, the claim is:          $2,842.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.550    Nonpriority creditor's name and mailing address
RJF ENTERPRISES INC., 905 STANTON ROAD, OLYPHANT, PA 18447

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:    $26,937.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

---

3.551    Nonpriority creditor's name and mailing address
ROBERTSON, JOSEPH, 19447 RUM RIVER COURT, KATY, TX 77449

Date or dates debt was incurred
08/17/2018

_____

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.552    Nonpriority creditor's name and mailing address
ROBINSON, KAYCE, 832 102ND AVENUE N, NAPLES, FL 34106

Date or dates debt was incurred
02/16/2018

_____

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.553    Nonpriority creditor's name and mailing address
ROBINSON, TONY, 4719 NEW HOPE RD. #A7, RALEIGH, NC 27604

Date or dates debt was incurred
10/12/2013

_____

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.554 Nonpriority creditor's name and mailing address
RODRIGUEZ, ANDRES, 20706 SHEARER AVENUE, CARSON, CA 90745

Date or dates debt was incurred
04/15/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.555 Nonpriority creditor's name and mailing address
RODRIGUEZ, JAMIE, 2301 S. MILBEND #104, THE WOODLANDS, TX 77380

Date or dates debt was incurred
04/19/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.556 Nonpriority creditor's name and mailing address
RODRIGUEZ, ROBERT, 738 BATESWOOD DRI #15, HOUSTON, TX 77079

Date or dates debt was incurred
12/10/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.557 Nonpriority creditor's name and mailing address
RODRIGUEZ, ROBERT, 738 BATESWOOD DRI #15, HOUSTON, TX 77079

Date or dates debt was incurred
08/20/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.558    Nonpriority creditor's name and mailing address
RODRIGUEZ, ROBERT, 738 BATESWOOD DRI #15, HOUSTON, TX 77079

Date or dates debt was incurred
05/27/2014

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.559    Nonpriority creditor's name and mailing address
ROMA MOULDING INC., 6230A N IRWINDALE AVENUE, IRWINDALE, CA 91702

Date or dates debt was incurred

As of the petition filing date, the claim is:          $3,317.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.560    Nonpriority creditor's name and mailing address
ROOSEVELT FIELD, PO BOX 772854, CHICAGO, IL 60677-2854

Date or dates debt was incurred

As of the petition filing date, the claim is:          $13,782.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.561    Nonpriority creditor's name and mailing address
ROSALES, LESLY, 2360 LILY PAD LANE, KISSIMMEE, FL 34743

Date or dates debt was incurred
07/01/2018

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.562   Nonpriority creditor's name and mailing address
ROSAS, CARLOS, 12620 S. FIGUEROA #I, LOS ANGELES, CA 90061

Date or dates debt was incurred
09/20/2013

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.563   Nonpriority creditor's name and mailing address
ROSENTHAL, KIERA, 10909 55TH AVENUE COURT E, PUYALLUP, WA
98373

Date or dates debt was incurred
10/19/2016

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.564   Nonpriority creditor's name and mailing address
ROSS, PETER, 4060 E MORSE RD, LODI, CA 95240

Date or dates debt was incurred
09/01/2017

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.565   Nonpriority creditor's name and mailing address
RPAI SOUTHWEST MANAGEMENT LLC, 15105 COLLECTION CENTER
DR., CHICAGO, IL 60693-5105

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $7,241.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.566   Nonpriority creditor's name and mailing address
RR DONNELLEY, 35 WEST WACKER DRIVE, CHICAGO, IL 60601

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

$64,126.28

---

3.567   Nonpriority creditor's name and mailing address
SABUS, ANDREW, 25051 LUNA BONITA, LAGUNA HILLS, CA 92653

Date or dates debt was incurred
02/22/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.568   Nonpriority creditor's name and mailing address
SACALXOT, NATALIE, 8797 HAMMERLY BLVD APT. 3203, HOUSTON , TX 77080

Date or dates debt was incurred
07/30/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.569   Nonpriority creditor's name and mailing address
SADA SYSTEMS INC., 5250 LANKERSHIM BLVD. STE 620, N HOLLYWOOD, CA 91601

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

$75,000.00

3.570   Nonpriority creditor's name and mailing address
        SAINT LOUIS GALLERIA L.L.C., C/O SAINT LOUIS GALLERIA, SDS-12-
        2351 / P.O. BOX 86, MINNEAPOLIS, MN 55486-2351

        Date or dates debt was incurred

As of the petition filing date, the claim is:                $9,649.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

   ○ No

   ○ Yes

3.571   Nonpriority creditor's name and mailing address
        SAJONA, ROMANSANTO, 13110 SPINNING AVENUE, GARDENA, CA
        90249

        Date or dates debt was incurred
        11/02/2015

As of the petition filing date, the claim is:                UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

   ○ No

   ○ Yes

3.572   Nonpriority creditor's name and mailing address
        SAJONA, ROMANSANTO, 13112 SPINNING AVENUE, GARDENA, CA
        90249

        Date or dates debt was incurred
        04/08/2014

As of the petition filing date, the claim is:                UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

   ○ No

   ○ Yes

3.573   Nonpriority creditor's name and mailing address
        SALDANA, COLT, 70 NORTH LOCHWOOD DR., THE WOODLANDS, TX
        77375

        Date or dates debt was incurred
        06/24/2017

As of the petition filing date, the claim is:                UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

   ○ No

   ○ Yes

3.574   Nonpriority creditor's name and mailing address
SALIM, MUMAL, 1518 FAIRVIEW ST. , BERKELEY, CA 94703

Date or dates debt was incurred
11/15/2017

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.575   Nonpriority creditor's name and mailing address
SAMS INTERNATIONAL, 306 SOUTH MAPLE AVENUE, SOUTH SAN
FRANCISCO, CA 94080

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $1,388.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.576   Nonpriority creditor's name and mailing address
SANTOY, ALEXANDER, 13694 ERWIN STREET, VALLEY GLEN, CA
91401

Date or dates debt was incurred
06/12/2018

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.577   Nonpriority creditor's name and mailing address
SANTOY, ALEXANDER, 13694 ERWIN STREET, VALLEY GLEN, CA
91401

Date or dates debt was incurred
07/21/2017

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.578   Nonpriority creditor's name and mailing address
SANTOY, ALEXANDER, 13694 ERWIN STREET, VALLEY GLEN, CA
91401

Date or dates debt was incurred
04/19/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.579   Nonpriority creditor's name and mailing address
SARABIA, ADRIANA, 11742 PURYEAR LN, GARDEN GROVE, CA 92840-
2622

Date or dates debt was incurred
11/29/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.580   Nonpriority creditor's name and mailing address
SAW ENTERPRISES FURNITURE REPAIR, 105 LAMP LIGHT CIRCLT,
SUMMERVILLE, SC 29483

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
○ No
○ Yes

$8,722.50

3.581   Nonpriority creditor's name and mailing address
SCHUCH, LINDA

Date or dates debt was incurred
08/09/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
GL/AUTO LIABILITY CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

3.582   Nonpriority creditor's name and mailing address
SCOTT, DAVID

Date or dates debt was incurred
05/17/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

---

3.583   Nonpriority creditor's name and mailing address
SCOTT, KELLY, 3 E. BERKLEY LANE, HOFFMAN ESTATES, IL 60169

Date or dates debt was incurred
04/22/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

---

3.584   Nonpriority creditor's name and mailing address
SCOTT, MARCUS, 50 ATASCADERO , MANVEL, TX 77578

Date or dates debt was incurred
05/28/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

---

3.585   Nonpriority creditor's name and mailing address
SCOTTSDALE FASHION SQUARE LLC, PO BOX 31001-2156,
PASADENA, CA 91110-2156

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?
○ No
○ Yes

$7,654.11

3.586 Nonpriority creditor's name and mailing address
SEABAUGH, CHERYL, 6247 PALO PINTO AVEN, DALLAS, TX 75214

Date or dates debt was incurred
03/15/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.587 Nonpriority creditor's name and mailing address
SEABAUGH, CHERYL, 6247 PALO PINTO AVEN, DALLAS, TX 75214

Date or dates debt was incurred
09/29/2013

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.588 Nonpriority creditor's name and mailing address
SECOND PARAMUS ASSOCIATES LLC, 1 KALISA WAY, STE 301, PARAMUS, NJ 07652-3512

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

$9,960.48

---

3.589 Nonpriority creditor's name and mailing address
SEDOR, ELLEN, 18552 CLARK STREET, TARZANA, CA 91356

Date or dates debt was incurred
09/02/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.590   Nonpriority creditor's name and mailing address
        SEDOR, ELLEN, 18552 CLARK STREET, TARZANA, CA 91356

        Date or dates debt was incurred
        10/07/2014

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.591   Nonpriority creditor's name and mailing address
        SEPE, DIANA, 8923 MANOR LOOP #206, LAKEWOOD RANCH, FL
        34202

        Date or dates debt was incurred
        09/01/2015

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.592   Nonpriority creditor's name and mailing address
        SERRES, SHAY, 5916 NE SAIDA LN, HILLSBORO, OR 97124-7243

        Date or dates debt was incurred
        12/04/2018

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.593   Nonpriority creditor's name and mailing address
        SHACKLEFORD, RYAN

        Date or dates debt was incurred
        12/12/2017

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.594   Nonpriority creditor's name and mailing address
SHAY, SERRES, 5916 NE SAIDA LN, HILLSBORO, OR 97124

Date or dates debt was incurred
09/19/2017

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*
☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.595   Nonpriority creditor's name and mailing address
SHOPCORE PROPERTIES L.P., C/O EXCEL GARDENS LLC, PO BOX
27324, SAN DIEGO, CA 92198-1324

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $11,841.06
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?
○ No
○ Yes

3.596   Nonpriority creditor's name and mailing address
SHOPS AT MISSION VIEJO LLC, 7415 SOLUTION CENTER, CHICAGO,
IL 60677-7004

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $8,339.95
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?
○ No
○ Yes

3.597   Nonpriority creditor's name and mailing address
SHOPS AT ST. JOHNS, LLC, PO BOX 404796, ATLANTA, GA 30384-
4796

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $14,697.33
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?
○ No
○ Yes

3.598  Nonpriority creditor's name and mailing address
SHORE, ERZSEBET, 2284 DURANGO WAY, SAN MARCOS, CA 92078

Date or dates debt was incurred
06/23/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.599  Nonpriority creditor's name and mailing address
SHORE, ERZSEBET, 2284 DURANGO WAY, SAN MARCOS, CA 92078

Date or dates debt was incurred
12/09/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.600  Nonpriority creditor's name and mailing address
SHORE, ERZSEBET, 2284 DURANGO WAY, SAN MARCOS, CA 92078

Date or dates debt was incurred
05/03/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.601  Nonpriority creditor's name and mailing address
SICAJA, GUMERCINDO, 316 W. 105TH STREET, LOS ANGELES, CA 90003

Date or dates debt was incurred
11/01/2013

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.602   Nonpriority creditor's name and mailing address
SILVA, ORLANDO, 1501 PARK LAKE LANE, PEACHTREE CORNERS, GA
30092

Date or dates debt was incurred
09/30/2017

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.603   Nonpriority creditor's name and mailing address
SILVA, TAMI, 4709 22ND STREET, SACRAMENTO, CA 95822

Date or dates debt was incurred
11/29/2016

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.604   Nonpriority creditor's name and mailing address
SIMMONS, SIVA, 260 E. FLMAINGO RD #128, LAS VEGAS, NV 89169

Date or dates debt was incurred
12/01/2015

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.605   Nonpriority creditor's name and mailing address
SIMON, KELLY, 17633 IBERIA AVE, LAKEVILLE, MN 55044

Date or dates debt was incurred
08/25/2018

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.606  Nonpriority creditor's name and mailing address
SINGH, STEPHENY, PO BOX 620556, OVIEDO, FL 32762

Date or dates debt was incurred
05/02/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.607  Nonpriority creditor's name and mailing address
SKINNER, BRYAN, 1529 WINDCHIME DR, DALLAS, TX 75224

Date or dates debt was incurred
06/05/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.608  Nonpriority creditor's name and mailing address
SKYLINE FURNITURE MFG INC., 401 N. WILLIAMS STREET,
THORNTON, IL 60476

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

$49,620.00

---

3.609  Nonpriority creditor's name and mailing address
SMITH, ANTWAUNETTE, 3330 W. 147TH STREET #219, HAWTHORNE,
CA 90250

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.610   Nonpriority creditor's name and mailing address
SMITH, KARALYNN

Date or dates debt was incurred
02/04/2016

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.611   Nonpriority creditor's name and mailing address
SMITH, PATRICE, 4368 AQUA VISTA DR, ORLANDO, FL 32839

Date or dates debt was incurred
06/26/2015

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.612   Nonpriority creditor's name and mailing address
SMOCK, BRAD, 12533 TIERRA GRANDE TRAIL, AUSTIN, TX 78732

Date or dates debt was incurred
02/23/2015

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.613   Nonpriority creditor's name and mailing address
SOCWELL, EMILY, 784 N. 739 W., TOOELE, UT 84074

Date or dates debt was incurred
09/06/2016

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.614   Nonpriority creditor's name and mailing address
SOCWELL, EMILY, 784 N. 739 W., TOOELE, UT 84074

Date or dates debt was incurred
10/25/2014

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.615   Nonpriority creditor's name and mailing address
SOTO, CARLOS, PO BOX 1282, ROWLETT, TX 75030

Date or dates debt was incurred
11/07/2014

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.616   Nonpriority creditor's name and mailing address
SOTO, MICHAEL, 505 E. 16TH STREET, HIALEAH, FL 33010

Date or dates debt was incurred
06/07/2016

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.617   Nonpriority creditor's name and mailing address
SOUTH COAST PLAZA, 3333 BRISTOL STREET, COSTA MESA, CA 92626

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $17,627.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.618   Nonpriority creditor's name and mailing address
SOUTHGLENN PROPERTY HOLDINGS LLC, P.O. BOX 843524, LOS
ANGELES, CA 90084-3524

Date or dates debt was incurred

As of the petition filing date, the claim is:          $10,309.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.619   Nonpriority creditor's name and mailing address
SOVOS COMPLIANCE LLC, 200 BALLARDVALE STREET, 4TH FLOOR,
WILMINGTON, MA 01887

Date or dates debt was incurred

As of the petition filing date, the claim is:          $104,279.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

3.620   Nonpriority creditor's name and mailing address
SPENCER N. ENTERPRISES INC., 10810 SAINT LOUIS DRIVE, EL
MONTE, CA 91731

Date or dates debt was incurred

As of the petition filing date, the claim is:          $115,494.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.621   Nonpriority creditor's name and mailing address
STAIART LIGHTING, STAIART INTERNATIONAL LTD., 6412 MAPLE
AVENUE, WESTMINSTER, CA 92683

Date or dates debt was incurred

As of the petition filing date, the claim is:          $83,929.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.622  Nonpriority creditor's name and mailing address
STANDARD SECURITY LIFE INS CO OF NY, P.O. BOX 2875, CLINTON, IA
52733-2875

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $822.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

---

3.623  Nonpriority creditor's name and mailing address
STAR CREATIONS INC., 75 ALBRECHT DRIVE, LAKE BLUFF, IL 60044

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $7,220.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

---

3.624  Nonpriority creditor's name and mailing address
STATFORD, QUEVA, 1855 W 139TH ST, GARDENA, CA 90249-3013

Date or dates debt was incurred
03/17/2019

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.625  Nonpriority creditor's name and mailing address
STEPHENS, KRISTEN, 1234 WASHINGOTN ST. #304, DENVER, CO
80203

Date or dates debt was incurred
10/18/2015

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.626  Nonpriority creditor's name and mailing address
STEVENS, STEVEN DOAN, 1727 N. PRAIRIE AVENUE, DALLAS, TX
75204

Date or dates debt was incurred
07/20/2017

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.627  Nonpriority creditor's name and mailing address
STEVENS, STEVEN DOAN, 1727 N. PRAIRIE AVENUE, DALLAS, TX
75204

Date or dates debt was incurred
01/26/2017

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.628  Nonpriority creditor's name and mailing address
STEVENSON, TIM, 2700 LLANDOVERY DR., LOUISVILLE, KY 40299

Date or dates debt was incurred
03/17/2016

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.629  Nonpriority creditor's name and mailing address
STEVENSON, TIM, 2700 LLANDOVERY DRIVE, LOUISVILLE, KY 40299

Date or dates debt was incurred
07/01/2016

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.630   Nonpriority creditor's name and mailing address
STEVENSON, TIMOTHY, 2700 LLANDOVERY DRIVE, LOUISVILLE, KY
40299

Date or dates debt was incurred
04/18/2018

As of the petition filing date, the claim is:          UNDETERMINED
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.631   Nonpriority creditor's name and mailing address
STEVENSON, TIMOTHY, 2700 LLANDOVERY DRIVE, LOUISVILLE, KY
40299

Date or dates debt was incurred
04/01/2015

As of the petition filing date, the claim is:          UNDETERMINED
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.632   Nonpriority creditor's name and mailing address
STEVENSON, TIMOTHY, 2700 LLANDOVERY DRIVE, LOUISVILLE, KY
40299

Date or dates debt was incurred
09/05/2013

As of the petition filing date, the claim is:          UNDETERMINED
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.633   Nonpriority creditor's name and mailing address
STOKES, SAM, 201 EVELYN AVE, ROSEVILLE, CA 95678

Date or dates debt was incurred
08/31/2015

As of the petition filing date, the claim is:          UNDETERMINED
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.634   Nonpriority creditor's name and mailing address
STRANGE DNA LLC, 3744 W ROANOKE #7, PHOENIX, AZ 85009

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $11,729.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.635   Nonpriority creditor's name and mailing address
STS STAFFING & TEMPORARY SERVICES INC., 7986 UNIVERSITY AVE,
NE, FRIDLEY, MN 55432

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $224.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
STAFFING/ TEMPORARY SERVICES

Is the claim subject to offset?

○ No

○ Yes

3.636   Nonpriority creditor's name and mailing address
SUAREZ, RICHARD, 1006 SEA LANE, CORONA DEL MAR, CA 92625

Date or dates debt was incurred
08/19/2015

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.637   Nonpriority creditor's name and mailing address
SUMMER CLASSICS PRIVATE LABEL, 3140 PELHAM PARKWAY,
PELHAM, AL 35124

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $272.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.638   Nonpriority creditor's name and mailing address
SUN DELIVERY LLC, 13 STANLEY AVE, THOMASVILLE, NC 27360

Date or dates debt was incurred

As of the petition filing date, the claim is:    $83,924.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRANSPORTATION

Is the claim subject to offset?

○ No

○ Yes

3.639   Nonpriority creditor's name and mailing address
SURYA CARPETS, INC, PO BOX 566, CALHOUN, GA 30703

Date or dates debt was incurred

As of the petition filing date, the claim is:    $7,198.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.640   Nonpriority creditor's name and mailing address
TAMPA WESTSHORE ASSOCIATES LP, C/O COMERICA BANK - DEPT 177001, P.O. BOX 67000, DETROIT, MI 48267-1770

Date or dates debt was incurred

As of the petition filing date, the claim is:    $13,780.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.641   Nonpriority creditor's name and mailing address
TAUBMAN CHERRY CREEK SHOPPING CENTER LLC, DEPT 89801, P.O. BOX 67000, DETROIT, MI 48267-0898

Date or dates debt was incurred

As of the petition filing date, the claim is:    $12,903.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.642 Nonpriority creditor's name and mailing address
TB MALL AT UTC LLC, P.O. BOX 674647, DETROIT, MI 48267-4647

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

$10,325.81

---

3.643 Nonpriority creditor's name and mailing address
TEMPAPER, 381 MANTOLOKING ROAD, BRICK, NJ 08723

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

$2,176.20

---

3.644 Nonpriority creditor's name and mailing address
TERRENO 139TH LLC, 101 MONTGOMERY STREET, SAN FRANCISCO, CA 94104

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

$63,885.88

---

3.645 Nonpriority creditor's name and mailing address
THE CUSTOM COMPANIES, P.O. BOX 3270, NORTHLAKE, IL 60164-3270

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRANSPORTATION

Is the claim subject to offset?

○ No

○ Yes

$753.70

3.646  Nonpriority creditor's name and mailing address
THE HOWARD ELLIOT COLLECTION, 200A S. MITCHELL COURT STE
A, ADDISON, IL 60101

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $5,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.647  Nonpriority creditor's name and mailing address
THE UTTERMOST CO., P.O. BOX 79086, BALTIMORE, MD 21279-0086

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $7,673.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.648  Nonpriority creditor's name and mailing address
THEIN, NEIL, PO BOX 2867, PALM BEACH, FL 33480-2867

Date or dates debt was incurred
09/19/2018

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.649  Nonpriority creditor's name and mailing address
THEIN, NEIL, PO BOX 2867, PALM BEACH, FL 33480-2867

Date or dates debt was incurred
01/12/2019

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.650   Nonpriority creditor's name and mailing address
THEIN, NEIL, PO BOX 2867, PALM BEACH, FL 33480-2867

Date or dates debt was incurred
06/25/2014

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.651   Nonpriority creditor's name and mailing address
THEIN, NEIL, PO BOX 2867, PALM BEACH, FL 33480-2867

Date or dates debt was incurred
05/02/2014

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.652   Nonpriority creditor's name and mailing address
THOMAS S. KOTO, 701 BALTIC CIRCLE UNIT 709, REDWOOD CITY, CA
94065

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $8,160.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.653   Nonpriority creditor's name and mailing address
TIC RETAIL PROP-FASHION ISLAND, FASHION ISLAND - 034304, P.O.
BOX 840363, LOS ANGELES, CA 90084-0363

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $14,923.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.654  Nonpriority creditor's name and mailing address
TM WILLOW BEND SHOPS LP, P.O. BOX 205297, DALLAS, TX 75320-5297

Date or dates debt was incurred

As of the petition filing date, the claim is:  $8,303.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.655  Nonpriority creditor's name and mailing address
TOP ART LLC, 8830 REHCO RD, STE G, SAN DIEGO, CA 92121-3263

Date or dates debt was incurred

As of the petition filing date, the claim is:  $19,235.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.656  Nonpriority creditor's name and mailing address
TORRES, ANGELINA, 4585 W 130TH STREET, HAWTHORNE, CA 90250-5144

Date or dates debt was incurred
11/06/2018

As of the petition filing date, the claim is:  UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.657  Nonpriority creditor's name and mailing address
TORRES, RIGOBERTO, 904 NORMANDIE AVE APT. 3, LOS ANGELES, CA 90006

Date or dates debt was incurred
10/29/2015

As of the petition filing date, the claim is:  UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.658   Nonpriority creditor's name and mailing address
TOV FURNITURE, INC., 337 WASHINGTON AVENUE, CEDARHURST, NY
11516

Date or dates debt was incurred

As of the petition filing date, the claim is:                              $5,964.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.659   Nonpriority creditor's name and mailing address
TRACKSTAR PRINTING INC., 1140 W. MAHALO PLACE, RANCHO
DOMINGUEZ, CA 90220

Date or dates debt was incurred

As of the petition filing date, the claim is:                              $26,157.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.660   Nonpriority creditor's name and mailing address
TRANS-OCEAN IMPORT CO. INC., ATTN: PAYMENT PROCESSING, 10
MIDLAND AVE STE M00, PORT CHESTER, NY 10573-4927

Date or dates debt was incurred

As of the petition filing date, the claim is:                              $888.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.661   Nonpriority creditor's name and mailing address
TREVINO, LORI, 2204 W. PARK BLVD. #2701, PLANO, TX 75075

Date or dates debt was incurred
04/03/2014

As of the petition filing date, the claim is:                              UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.662  Nonpriority creditor's name and mailing address
TUSCANY 3PL, 740 S. POWERLINE RD STE F, DEERFIELD BEACH, FL
33442

Date or dates debt was incurred

As of the petition filing date, the claim is:    $520,492.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRANSPORTATION

Is the claim subject to offset?

○ No

○ Yes

3.663  Nonpriority creditor's name and mailing address
U.S. QUALITY FURNITURE INC., 8920 WINKLER DRIVE, HOUSTON, TX
77017

Date or dates debt was incurred

As of the petition filing date, the claim is:    $98.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.664  Nonpriority creditor's name and mailing address
UE PATSON MT. DIABLO A LP, C/O URBAN EDGE PROPERTIES, 210
ROUTE 4 EAST, PARAMUS, NJ 07652

Date or dates debt was incurred

As of the petition filing date, the claim is:    $23,048.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.665  Nonpriority creditor's name and mailing address
UNCLES AUTO REPAIR, 8689 BOWERS AVENUE, SOUTH GATE, CA
90280

Date or dates debt was incurred

As of the petition filing date, the claim is:    $6,612.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.666   Nonpriority creditor's name and mailing address
UNIVERSAL ARQUATI, 21139 CENTRE POINTE PKWY, SANTA
CLARITA, CA 91350

Date or dates debt was incurred

As of the petition filing date, the claim is:    $20,921.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

3.667   Nonpriority creditor's name and mailing address
UPS SUPPLY CHAIN SOLUTIONS INC., ATTN: BONIFACIO GAPULTOS,
55 GLENLAKE PARKWAY NE, ATLANTA, GA 30328

Date or dates debt was incurred

As of the petition filing date, the claim is:    $4,311,937.19
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
CUSTOMS AND DUTIES

Is the claim subject to offset?

○ No

○ Yes

3.668   Nonpriority creditor's name and mailing address
VALLEY MOULDING & FRAME, 10708 VANOWEN STREET, N.
HOLLYWOOD, CA 91605

Date or dates debt was incurred

As of the petition filing date, the claim is:    $4,649.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.669   Nonpriority creditor's name and mailing address
VAN HOUTEN, LORRAINE, 1985 S. OCEAN DR. #20D, HALLANDALE
BEACH, FL 33009

Date or dates debt was incurred
04/24/2016

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.670  Nonpriority creditor's name and mailing address
VASQUEZ, BRYAN, 428 14TH STREET #D, HUNTINGTON BEACH, CA
92648

Date or dates debt was incurred
10/18/2016

As of the petition filing date, the claim is:     UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.671  Nonpriority creditor's name and mailing address
VECTOR SECURITY INC., PO BOX 89462, CLEVELAND, OH 44101-6462

Date or dates debt was incurred

As of the petition filing date, the claim is:     $4,593.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.672  Nonpriority creditor's name and mailing address
VELAZQUEZ, ADOLFO, 447 W. SPRUCE STREET, COMPTON, CA 90220

Date or dates debt was incurred
03/06/2017

As of the petition filing date, the claim is:     UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.673  Nonpriority creditor's name and mailing address
VELAZQUEZ, ADOLFO, 447 W. SPRUCE STREET, COMPTON, CA 90220

Date or dates debt was incurred
06/04/2016

As of the petition filing date, the claim is:     UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.674  Nonpriority creditor's name and mailing address
VENEGAS, VICTOR

Date or dates debt was incurred
03/29/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

---

3.675  Nonpriority creditor's name and mailing address
VENTURA, CHRISTIAN, 1910 WESTMEAD DRIVE, HOUSTON, TX 77077

Date or dates debt was incurred
08/16/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

---

3.676  Nonpriority creditor's name and mailing address
VERDUGO, BENIGNO, 3413 S PLAZA DR APT P, SANTA ANA, CA 92704-7243

Date or dates debt was incurred
10/21/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

UNDETERMINED

---

3.677  Nonpriority creditor's name and mailing address
VERSAILLES HOME FASHIONS, 8551 RAY LAWSON BLVD., VILLE ANJOU, QC H1J 1K6 CANADA

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?
○ No
○ Yes

$116.50

3.678   Nonpriority creditor's name and mailing address
VIERUS, TINA, 440 SE 11TH TER., DANIA BEACH, FL 33004

Date or dates debt was incurred
08/19/2016

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.679   Nonpriority creditor's name and mailing address
VIERUS, TINA, 440 SE 11TH TER., DANIA BEACH, FL 33004

Date or dates debt was incurred
03/12/2015

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.680   Nonpriority creditor's name and mailing address
VILLAGE AT GULFSTREAM PARK, C/O REGIONS BANK/ATTN: V.
MUNOZ, 10245 CENTURION PKWY, 2ND FLOOR, JACKSONVILLE, FL
32256

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $376.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.681   Nonpriority creditor's name and mailing address
VILLAGE AT GULFSTREAM PARK LLC, GULFSTREAM PARK RACING
ASSOC/ACCTS REC., 901 S. FEDERAL HIGHWAY, HALLANDALE
BEACH, FL 33009

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $11,075.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.682  Nonpriority creditor's name and mailing address
VILLAGE AT WESTFIELD TOPANGA, PO BOX 54736, LOS ANGELES, CA
90074-4736

Date or dates debt was incurred

As of the petition filing date, the claim is:                                   $10,808.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.683  Nonpriority creditor's name and mailing address
VILLALOBOS, JUAN ORTIZ, 3033 E THUNDERBIRD RD #1136,
PHOENIX, AZ 85032

Date or dates debt was incurred
01/16/2018

As of the petition filing date, the claim is:                                   UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.684  Nonpriority creditor's name and mailing address
VILLASENOR, LUIS, 715 W BUENA DR, CHICAGO, IL 60613

Date or dates debt was incurred
12/22/2014

As of the petition filing date, the claim is:                                   UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.685  Nonpriority creditor's name and mailing address
VINCENT, LOGANNE, 482 ARBOR DRIVE, CARMEL, IN 46032

Date or dates debt was incurred
10/09/2017

As of the petition filing date, the claim is:                                   UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.686  Nonpriority creditor's name and mailing address
VINES, VALERIE, 3013 HARBOR DR. , FT. LAUDERDALE, FL 33316

Date or dates debt was incurred
09/09/2014

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.687  Nonpriority creditor's name and mailing address
WALSH, JIM, 2812 EDGEWOOD PKWY, WOODRIDGE, IL 60517

Date or dates debt was incurred
03/25/2015

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.688  Nonpriority creditor's name and mailing address
WATSON, KEENAN, 19401 TOMBALL PKWY #835, HOUSTON, TX 77070

Date or dates debt was incurred
12/12/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

---

3.689  Nonpriority creditor's name and mailing address
WATSON, SANQUAIN, 2900 LAMDRUM DRIVE, ATLANTA, GA 30311

Date or dates debt was incurred
07/25/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.690   Nonpriority creditor's name and mailing address
WATTERS CREEK OWNER LLC, PNC BANK, OHIO, P.O. BOX 677456,
DALLAS, TX 75267-7456

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $9,663.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.691   Nonpriority creditor's name and mailing address
WDI CO. OF OREGON INC., 7342 SW KABLE LANE, PORTLAND, OR
97224

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $7,696.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRANSPORTATION

Is the claim subject to offset?

○ No

○ Yes

3.692   Nonpriority creditor's name and mailing address
WESTFIELD ANNAPOLIS, BANK OF AMERICA-ANNAPOLIS MALL
OWNER LLC, 2706 MEDIA CENTER DR/LOCKBOX 54730, LOS
ANGELES, CA 90065

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $11,393.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.693   Nonpriority creditor's name and mailing address
WHEELER, BRIAN, 12 GLADSTONE STREET, SMITHFIELD, RI 02917

Date or dates debt was incurred
01/29/2018

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.694  Nonpriority creditor's name and mailing address
WHITAKER, CHELSEA, 10235 PAN AMERICAN DR, CUTLER BAY, FL
33189-3053

Date or dates debt was incurred
11/08/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.695  Nonpriority creditor's name and mailing address
WHITESTONE REIT, DEPT #234, P.O. BOX 4869, HOUSTON, TX 77210-
4869

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

$12,654.16

3.696  Nonpriority creditor's name and mailing address
WHITTINGTON, SUE, 220 W. ELDORADO BLVD. #109, FRIENDSWOOD,
TX 77546

Date or dates debt was incurred
07/21/2016

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.697  Nonpriority creditor's name and mailing address
WILD APPLE GRAPHICS LTD., 2513 WEST WOODSTOCK ROAD,
WOODSTOCK, VT 05091

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

$4,733.30

3.698   Nonpriority creditor's name and mailing address
WILLIAMS, ANKA, 1265 GILMAN STREET #C, BERLELEY, CA 94706

Date or dates debt was incurred
_____
_____

As of the petition filing date, the claim is:          $15,000.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.699   Nonpriority creditor's name and mailing address
WILLIAMS, DIEON, 595 COOPER STREET SW, ATLANTA, GA 30312

Date or dates debt was incurred
06/20/2018

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.700   Nonpriority creditor's name and mailing address
WILSON, ERICA, 15330 LIBERTY RIVER DRIVE, HOUSTON, TX 77049

Date or dates debt was incurred
11/27/2017

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.701   Nonpriority creditor's name and mailing address
WINDSTREAM, P.O. BOX 9001908, LOUISVILLE, KY 40290-1908

Date or dates debt was incurred
_____
_____

As of the petition filing date, the claim is:          $1,229.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.702  Nonpriority creditor's name and mailing address
WOOD, JOSHUA, 6227 RAYMOND RD, KAUFMAN, TX 75142

Date or dates debt was incurred
09/29/2017

As of the petition filing date, the claim is:                                   UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.703  Nonpriority creditor's name and mailing address
WOODFIELD MALL LLC, 7409 SOLUTION CENTER, CHICAGO, IL 60677-7004

Date or dates debt was incurred

As of the petition filing date, the claim is:                                   $12,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?
○ No
○ Yes

3.704  Nonpriority creditor's name and mailing address
WOODY, DEVIN, 410 TWISTED OAK CT. , SHENANDOAH, TX 77381

Date or dates debt was incurred
11/30/2013

As of the petition filing date, the claim is:                                   UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.705  Nonpriority creditor's name and mailing address
WORLD WIDE FABRIC INC., 910 S. WALL STREET, 2ND FLOOR, LOS ANGELES, CA 90015

Date or dates debt was incurred

As of the petition filing date, the claim is:                                   $55,779.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?
○ No
○ Yes

3.706   Nonpriority creditor's name and mailing address
WPROMOTE INC., MICHAEL STONE AND MARISSA ALLEN, 2100 EAST
GRAND AVENUE, FIRST FLOOR, EL SEGUNDO, CA 90245

Date or dates debt was incurred

As of the petition filing date, the claim is:                        $782,631.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
○ No
○ Yes

3.707   Nonpriority creditor's name and mailing address
WRIGHT JR, CEDRIC

Date or dates debt was incurred
07/13/2016

As of the petition filing date, the claim is:                        UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.708   Nonpriority creditor's name and mailing address
WRIGHT, MICHAEL, 312 STRATFORD PLACE #21, BLOOMINGDALE, IL
60108

Date or dates debt was incurred
08/28/2017

As of the petition filing date, the claim is:                        UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.709   Nonpriority creditor's name and mailing address
WYLIE, KEITH, 2003 SUNNYVIEW OVAL, KEASBEY, NJ 08832

Date or dates debt was incurred
05/24/2018

As of the petition filing date, the claim is:                        UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.710  Nonpriority creditor's name and mailing address
XPO LOGISTICS, 27724 NETWORK PLACE, CHICAGO, IL 60673-1277

Date or dates debt was incurred

As of the petition filing date, the claim is:        $216,583.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRANSPORTATION

Is the claim subject to offset?

○ No

○ Yes

3.711  Nonpriority creditor's name and mailing address
XSI TECHNOLOGIES INC., 300-204, RUE DU ST-SACREMENT,
MONTREAL, QC H2Y 1W8 CANADA

Date or dates debt was incurred

As of the petition filing date, the claim is:        $4,618.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.712  Nonpriority creditor's name and mailing address
YEARWOOD, ANTHONY, 7840 CARLYLE AVE. #4, MIAMI BEACH, FL
33141

Date or dates debt was incurred
12/06/2014

As of the petition filing date, the claim is:        UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.713  Nonpriority creditor's name and mailing address
YORK RISK SERVICES GROUP, INC., PO BOX 182808, COLUMBUS, OH
43218-2808

Date or dates debt was incurred

As of the petition filing date, the claim is:        $1,737.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.714 Nonpriority creditor's name and mailing address
YOUNG, VERONICA STRONG, 2259 SUTTON STREET SE, ATLANTA, GA 30317

Date or dates debt was incurred
07/11/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.715 Nonpriority creditor's name and mailing address
YRULER INC., 318 W ADAMS SUITE #1808, CHICAGO, IL 60606

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

$10,000.00

3.716 Nonpriority creditor's name and mailing address
Z GALLERIE HOLDINGS, LLC, 1855 W 139TH ST, GARDENA, CA 90249

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
INTERCOMPANY PAYABLE

Is the claim subject to offset?

○ No

○ Yes

$12,569.00

3.717 Nonpriority creditor's name and mailing address
ZAMANPOUR, NEWSHA, 26722 VIA ZARAGOSA, MISSION VIEJO, CA 92691

Date or dates debt was incurred
11/20/2017

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

UNDETERMINED

3.718   Nonpriority creditor's name and mailing address
ZAMAPOUR, NEWSHA, 26722 VIA ZARAGOSA, MISSION VIEJO, CA
92691

Date or dates debt was incurred
10/04/2016

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.719   Nonpriority creditor's name and mailing address
ZAMAPOUR, NEWSHA, 26722 VIA ZARAGOSA, MISSION VIEJO, CA
92691

Date or dates debt was incurred
04/12/2016

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMP CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.720   Nonpriority creditor's name and mailing address
ZEBRA RETAIL SOLUTIONS, 60 PLANT AVENUE, HAUPPAUGE, NY
11788

Date or dates debt was incurred

As of the petition filing date, the claim is:          $55,790.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

○ No

○ Yes

3.721   Nonpriority creditor's name and mailing address
ZEIDEN PROPERTIES, 1855 W. 139TH STREET, GARDENA, CA 90249

Date or dates debt was incurred

As of the petition filing date, the claim is:          $5,007.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
RENT/UTILITIES

Is the claim subject to offset?

○ No

○ Yes

3.722 Nonpriority creditor's name and mailing address
ZUO MODERN, 80 SWAN WAY SUITE 300, OAKLAND, CA 94621

As of the petition filing date, the claim is:
*Check all that apply.*                                    $1,888.31

Date or dates debt was incurred

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
MERCHANDISE

Is the claim subject to offset?

○ No

○ Yes

---

| Part 3: | List Others to BE Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line | |
| | ☐ Not listed. Explain | |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $9,749,449.15 |
| 5b. Total claims from Part 2 | 5b. | $60,347,589.90 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $70,097,039.05 |

**Fill in this information to identify the case:**

Debtor name: Z Gallerie, LLC

United States Bankruptcy for the District of: Delaware

Case number: 19-10488

☑ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ▇   Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206G)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑   Amended *Schedule*          E/F, Part 2, Question 3

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a
declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on          4/16/2019

/s/ Robert Otto
_____
Signature of individual signing on behalf of debtor

ROBERT OTTO
_____
Printed name

CHIEF FINANCIAL OFFICER
_____
Position or relationship to debtor