## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Z GALLERIE, LLC, *et al.*,[1] | ) Case No. 19-10488 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 106, 110, 234** |

## ORDER (I) APPROVING THE
## ADEQUACY OF THE DISCLOSURE STATEMENT; (II)
## APPROVING THE SOLICITATION AND NOTICE PROCEDURES
## WITH RESPECT TO CONFIRMATION OF THE DEBTORS' JOINT
## CHAPTER 11 PLAN; (III) APPROVING THE FORMS OF BALLOTS AND
## NOTICES IN CONNECTION THEREWITH; (IV) SCHEDULING CERTAIN
## DATES WITH RESPECT THERETO; AND (V) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of the Debtors for entry of an order pursuant to sections 105, 1125, 1126, and 1128 of the Bankruptcy Code, Bankruptcy Rules 2002, 3016, 3017, 3018, 3020, and Local Rules 3017-1, 3018-1, and 3020-1 approving: (a) the *Disclosure Statement for the First Amended Joint Plan of Reorganization of Z Gallerie, LLC and Z Gallerie Holding Company, LLC Pursuant to Chapter 11 of the Bankruptcy Code* (the "Disclosure Statement"); (b) the Disclosure Statement Hearing Date and Disclosure Statement Hearing Notice; (c) the Disclosure Statement Objection Deadline and Disclosure Statement Objection Response Deadline; (d) the Voting Record Date, Solicitation Deadline, and Voting Deadline; (e) the manner and form of the Solicitation Packages and the materials contained therein; (f) the Plan Supplement Notice; (g) the Non-Voting Status Notices; (h) the form of notices to

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Z Gallerie, LLC (3816) and Z Gallerie Holding Company, LLC (5949). The location of the Debtors' service address is: 1855 West 139th Street, Gardena, CA 90249.

[2]    Capitalized terms used and not defined have the meanings given to them in the Motion or the Disclosure Statement, as applicable.

counterparties to Executory Contracts and Unexpired Leases that will be assumed or rejected pursuant to the Plan; (i) the Solicitation and Voting Procedures; (j) the Plan Objection Deadline, Confirmation Hearing Date, and Confirmation Hearing Notice; and (k) the dates and deadlines related thereto, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as provided herein.

## I.      Approval of the Disclosure Statement.

2.      The Disclosure Statement is hereby approved as providing Holders of Claims entitled to vote on the Plan with adequate information to make an informed decision as to

whether to vote to accept or reject the Plan in accordance with section 1125(a)(1) of the Bankruptcy Code.

3.      The Disclosure Statement (including all applicable exhibits thereto) provides Holders of Claims, Holders of Interests, and other parties in interest with sufficient notice of the injunction, exculpation, and release provisions contained in Article VIII of the Plan, in satisfaction of the requirements of Bankruptcy Rule 3016(c).

**II.      Approval of the Solicitation and Voting Procedures.**

4.      The Debtors are authorized to solicit, receive, and tabulate votes to accept the Plan in accordance with the Solicitation and Voting Procedures attached hereto as **Exhibit 1**, which are hereby approved in their entirety.

5.      Any party wishing to file a motion under Bankruptcy Rule 3018(a) to temporarily allow a Claim or Interest for purposes of voting to accept or reject the Plan shall have until ten (10) days from the later of (a) the mailing of the Confirmation Hearing Notice and (b) the filing of a claim objection to file such a motion.  The Debtors and other parties in interest shall have until **May 17, 2019** as the deadline by which the Debtors or other parties in interest must file objections to any motion filed pursuant to Bankruptcy Rule 3018(a).

**III.      Approval of the Disclosure Statement Hearing Notice.**

6.      The Disclosure Statement Hearing Notice, the form of which is attached hereto as **Exhibit 2**, filed by the Debtors and served upon parties in interest in these chapter 11 cases, constitutes adequate and sufficient notice of the hearings to consider approval of the Disclosure Statement, the manner in which a copy of the Disclosure Statement (and exhibits thereto, including the Plan) could be obtained, and the time fixed for filing objections thereto, in

satisfaction of the requirements of the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.

**IV.    Approval of the Materials and Timeline for Soliciting Votes.**

    **A.    Approval of Key Dates and Deadlines with Respect to the Plan and Disclosure Statement.**

    7.    The following dates are hereby established (subject to modification as necessary) with respect to the solicitation of votes to accept, and voting on, the Plan as well as filing objections to the Plan and confirming the Plan (all times prevailing Eastern Time):

| Event | Date |
| --- | --- |
| Voting Record Date | May 1, 2019 |
| Solicitation Deadline | Three (3) business days from the entry of this Order |
| Publication Deadline | Five (5) business days from the entry of this Order |
| Bankruptcy Rule 3018(a) Objection Deadline | May 17, 2019 |
| Deadline to File Plan Supplement | May 28, 2019 |
| Voting Deadline | June 4, 2019 at 4:00 p.m. |
| Plan Objection Deadline | June 4, 2019 at 4:00 p.m. |
| Plan Objection Response Deadline | June 7, 2019 at 4:00 p.m. |
| Deadline to File Brief in Support of Confirmation | June 7, 2019 at 4:00 p.m. |
| Deadline to File Voting Report | June 10, 2019 at 4:00 p.m. |
| Confirmation Hearing Date | June 11, 2018 at 10:00 a.m. |

    8.    Any party who did not file a claim prior to the Voting Record Date that files a claim in the Chapter 11 Cases on or prior to the Bar Date of May 17, 2019 shall be entitled to vote in the appropriate Class and the Debtors shall issue Solicitation Packages to any such

Holders of any Claims or Interests who did not receive Solicitation Packages prior to the Solicitation Deadline as soon as reasonably practicable.

**B.      Approval of the Form of, and Distribution of, Solicitation Packages to Parties Entitled to Vote on the Plan.**

9.      In addition to the Disclosure Statement and exhibits thereto, the Solicitation Packages to be transmitted on or before the Solicitation Deadline to those Holders of Claims in the Voting Classes entitled to vote on the Plan as of the Voting Record Date, shall include the following, the form of each of which is hereby approved:

   a.      an appropriate form of Ballot substantially in the form attached hereto as **Exhibits 3A**, **3B**, **3C**, and **3D**, respectively;[3]

   b.      the Cover Letter substantially in the form attached hereto as **Exhibit 7**; and

   c.      the Confirmation Hearing Notice substantially in the form attached hereto as **Exhibit 8**.

10.      The Solicitation Packages provide the Holders of Claims entitled to vote on the Plan with adequate information to make informed decisions with respect to voting on the Plan in accordance with Bankruptcy Rules 2002(b) and 3017(d), the Bankruptcy Code, and the Local Rules.

11.      The Debtors shall distribute Solicitation Packages to all Holders of Claims entitled to vote on the Plan on or before the Solicitation Deadline.  Such service shall satisfy the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.

12.      The Debtors are authorized, but not directed or required, to distribute the Plan, the Disclosure Statement, and this Order to Holders of Claims entitled to vote on the Plan in

---

[3]   The Debtors will use commercially reasonable efforts to ensure that any Holder of a Claim who has filed duplicate Claims against the Debtors that are classified under the Plan in the same Voting Class, receives no more than one Solicitation Package (and, therefore, one Ballot) on account of such Claim and with respect to that Class.

electronic format  (*i.e.*, on a CD-ROM or flash drive).  **Only** the Ballots as well as the Cover Letter and the Confirmation Hearing Notice will be provided in paper form.  On or before the Solicitation Deadline, the Debtors (through their Solicitation Agent) shall provide complete Solicitation Packages (other than Ballots) to the U.S. Trustee and to all parties on the 2002 List as of the Voting Record Date.

13.     Any party that receives the materials in electronic format but would prefer to receive materials in paper format, may contact the Solicitation Agent and request paper copies of the corresponding materials previously received in electronic format (to be provided at the Debtors' expense).

14.     The Solicitation Agent is authorized to assist the Debtors in:  (a) distributing the Solicitation Package; (b) receiving, tabulating, and reporting on Ballots cast to accept or reject the Plan by Holders of Claims against the Debtors; (c) responding to inquiries from Holders of Claims and Interests and other parties in interest relating to the Disclosure Statement, the Plan, the Ballots, the Solicitation Packages, and all other related documents and matters related thereto, including the procedures and requirements for voting to accept or reject the Plan and for objecting to the Plan; (d) soliciting votes on the Plan; and (e) if necessary, contacting creditors regarding the Plan.

15.     The Solicitation Agent is also authorized to accept Ballots via electronic online transmission solely through a customized online balloting portal on the Debtors' case website. The encrypted ballot data and audit trail created by such electronic submission shall become part of the record of any Ballot submitted in this manner and the creditor's electronic signature will be deemed to be immediately legally valid and effective.  Ballots submitted via the customized online balloting portal shall be deemed to contain an original signature.

16.     All votes to accept or reject the Plan must be cast by using the appropriate Ballot. All Ballots must be properly executed, completed, and delivered according to their applicable voting instructions by:  (a) first-class mail, in the return envelope provided with each Ballot; (b) overnight delivery; or (c) personal delivery, so that the Ballots are **actually received** by the Solicitation Agent no later than the Voting Deadline at the return address set forth in the applicable Ballot.  Alternatively, Ballots may be submitted via an electronic Ballot through the Solicitation Agent's on-line electronic Ballot submission portal at https://cases.stretto.com/zgallerie by no later than the Voting Deadline.  The Debtors are authorized to extend the Voting Deadline in their sole discretion and without further order of the Court.

17.     To the extent the Debtors (in consultation with the Committee and the Winning Bidder, as applicable) reclassify any Class 7 Claims  as Class 6 Claims, any Holder of such reclassified Class 6 Claim that voted to accept the Plan on account of such Holder's Class 7 Claim shall be deemed to have voted to accept the Plan on account of such Holder's Class 6 Claim and the Debtors will not resolicit such Holders; *provided*, *however*, if any Holder of a reclassified Class 6 Claim did not vote to accept the Plan on account of such Holder's Class 7 Claim, the Debtors will resolicit such Holders as Holders of Class 6 Claims as soon as reasonably possible prior to the Confirmation Hearing.

## C.     Approval of the Confirmation Hearing Notice.

18.     The Confirmation Hearing Notice, substantially in the form attached hereto as **Exhibit 8**, when timely filed constitutes adequate and sufficient notice of the hearings to consider approval of the Plan, the manner in which a copy of the Plan could be obtained, and the time fixed for filing objections thereto, in satisfaction of the requirements of the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.  The Debtors

shall publish the Confirmation Hearing Notice (in a format modified for publication) one time on or before the date that is five (5) business days from the entry of the Order in the national edition of *The New York Times* and the *Los Angeles Times*.

> **D.      Approval of Notice of Filing of the Plan Supplement.**

19.     The Debtors are authorized to send notice of the filing of the Plan Supplement, which will be filed and served by the earlier of (a) at least seven (7) days prior to the Voting Deadline or the Objection Deadline or (b) fourteen (14) days prior to the Confirmation Hearing, substantially in the form attached hereto as **Exhibit 9**, on the date the Plan Supplement is filed or as soon as reasonably practicable thereafter.

> **E.      Approval of the Form of Notices to Non-Voting Classes.**

20.     Except to the extent the Debtors determine otherwise, the Debtors are not required to provide Solicitation Packages to Holders of Claims or Interests in Non-Voting Classes, as such Holders are not entitled to vote on the Plan.  Instead, on or before the Solicitation Deadline, the Solicitation Agent shall mail (first-class postage pre-paid) a Non-Voting Status Notice in lieu of Solicitation Packages, the form of each of which is hereby approved, to those parties, outlined below, who are not entitled to vote on the Plan:

> a.     ***Not Impaired Claims—Conclusively Presumed to Accept.***  Holders of Claims in Classes 1, 2, and 3 are not impaired under the Plan and, therefore, are conclusively presumed to have accepted the Plan.  As such, Holders of such Claims will receive a notice, substantially in the form attached hereto as **Exhibit 4**, in lieu of a Solicitation Package.

> b.     ***Other Interests and Claims—Deemed to Reject.***  Holders of Claims and Interests in Classes 10 (if any) and 11 are receiving no distribution under the Plan and, therefore, are deemed to reject the Plan and will receive a notice, substantially in the form attached hereto as **Exhibit 5**, in lieu of a Solicitation Package.

> c.     ***Disputed Claims.***    Absent a Resolution Event (as defined in the Solicitation and Voting Procedures), Holders of Claims that are subject to a pending objection by the Debtors filed on or before the Solicitation

Deadline are not entitled to vote the disputed portion of their claim. As such, Holders of such Claims will receive a notice, substantially in the form attached to this Order as **Exhibit 6**.

21.     The Debtors are not required to mail Solicitation Packages or other solicitation materials to: (a) Holders of Claims that have already been paid in full during these chapter 11 cases; or (b) any party to whom the Disclosure Statement Hearing Notice was sent but was subsequently returned as undeliverable.

22.     The Debtors will not provide the Holders of Class 8 Intercompany Claims or Class 9 Intercompany Interests with a Solicitation Package or any other type of notice in connection with solicitation.

**F.      Approval of Notices to Contract and Lease Counterparties.**

23.     The Debtors are authorized to mail a notice of assumption or rejection of any Executory Contracts or Unexpired Leases (and any corresponding cure claims), substantially in the forms attached hereto as **Exhibit 10** and **Exhibit 11** to the applicable counterparties to Executory Contracts and Unexpired Leases that will be assumed or rejected pursuant to the Plan (as the case may be), within the time periods specified in the Plan.

**V.      Approval of Procedures for Confirming the Plan.**

**A.      Approval of the Timeline for Filing Objections to the Plan and Confirming the Plan.**

24.     The following dates are hereby established (subject to modification as needed) with respect to filing objections to the Plan and confirming the Plan:

a.     **June 4, 2019, at 4:00 p.m.** prevailing Eastern Time shall be the Plan Objection Deadline;

b.     **June 7, 2019, at 4:00 p.m.** prevailing Eastern Time shall be the Plan Objection Response Deadline;

c.     **June 7, 2019, at 4:00 p.m.** prevailing Eastern Time shall be the date by which the Debtors shall file their brief in support of Confirmation;

    d.      **June 10, 2019** shall be the date by which the the Voting Report shall be filed with the Court; and

    e.      **June 11, 2019 at 10:00 a.m.** prevailing Easter Time shall be the Confirmation Hearing Date.

    **B.**    **Approval of the Procedures for Filing Objections to the Plan.**

25.    Objections to the Plan will not be considered by the Court unless such objections are timely filed and properly served in accordance with this Order.  Specifically, all objections to confirmation of the Plan or requests for modifications to the Plan, if any, **<u>must</u>**:  (a) be in writing; (b) conform to the Bankruptcy Rules and the Local Rules; (c) state, with particularity, the legal and factual basis for the objection and, if practicable, a proposed modification to the Plan (or related materials) that would resolve such objection; and (d) be filed with the Court (contemporaneously with a proof of service) and served upon the notice parties identified in the Confirmation Hearing Notice on or before **June 4, 2019, at 4:00 p.m.** prevailing Eastern Time.

**VI.**    **Miscellaneous.**

26.    The Debtors reserve the right to modify the Plan in accordance with Article X thereof, including the right to withdraw the Plan as to any or all Debtors at any time before the Confirmation Date.

27.    Nothing in this order shall be construed as a waiver of the right of the Debtors or any other party in interest, as applicable, to object to a proof of claim after the Voting Record Date.

28.    All time periods set forth in this order shall be calculated in accordance with Bankruptcy Rule 9006(a).

29.    The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

30.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: May 2nd, 2019**
**Wilmington, Delaware**