**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Z GALLERIE, LLC, *et al.*,[1] | ) | Case No. 19-10488 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FILING OF PLAN SUPPLEMENT**

**PLEASE TAKE NOTICE THAT** the above-captioned debtors and debtors in possession (the "Debtors") hereby file this plan supplement (the "Plan Supplement") in support of the *First Amended Joint Plan of Reorganization of Z Gallerie, LLC and Z Gallerie Holding Company, LLC Pursuant to Chapter 11 of the Bankruptcy Code* (as may be modified, amended, or supplemented from time to time, the "Plan");[2]

**PLEASE TAKE FURTHER NOTICE THAT** this Plan Supplement includes the current drafts of the following documents as may be modified, amended, or supplemented from time to time in accordance with the Plan:[3]

- **Exhibit A**—Schedule of Assumed Executory Contracts and Unexpired Leases;

- **Exhibit B**—Schedule of Rejected Executory Contracts and Unexpired Leases; and

- **Exhibit C**—Schedule of Retained Causes of Action.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Z Gallerie, LLC (3816) and Z Gallerie Holding Company, LLC (5949). The location of the Debtors' service address is: 1855 West 139th Street, Gardena, CA 90249.

[2]  Capitalized terms used and not defined herein have the meanings given to them in the Plan.

[3]  As announced on May 24, 2019, the Debtors and the Winning Bidder entered into the Plan Support Agreement regarding the Plan, pursuant to which the parties will consummate the Sale Transaction [Docket No. 300, Exhibit A]. The Winning Bidder is conducting ongoing diligence and may determine to modify the schedules contained herein.

Pursuant to a revised Plan with respect to the Sale Transaction which will be filed as soon as reasonably practicable, the Winning Bidder reserves the right to modify the Schedule of Assumed Executory Contracts and Unexpired Leases and Schedule of Rejected Executory Contracts and Unexpired Leases as follows: (i) with respect to Unexpired Leases, through and including the Confirmation Date and (ii) with respect to Executory Contracts, through and including ninety (90) days following the Effective Date.

The Winning Bidder is finalizing the New Organizational Documents and Exit Credit Agreement Documents, and the Debtors will file such documents as soon as reasonably practicable following their completion.

**PLEASE TAKE FURTHER NOTICE THAT** the documents contained in the Plan Supplement are integral to, and are considered part of, the Plan. If the Plan is approved, the documents contained in the Plan Supplement will be approved by the Bankruptcy Court pursuant to the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE THAT** certain documents, or portions thereof, contained in the Plan Supplement remain subject to ongoing review, revision, and further negotiation among the Debtors and interested parties with respect thereto. The Debtors, with the consent of the Winning Bidder, reserve the right to alter, amend, modify, or supplement any document in this Plan Supplement in accordance with the Plan at any time before the Effective Date of the Plan or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court; *provided* that if any document in this Plan Supplement is altered, amended, modified, or supplemented in any material respect prior to the date of the Confirmation Hearing, the Debtors will file a blackline of such document with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors will seek confirmation of the Plan at the Confirmation Hearing scheduled for **June 11, 2019, at 10:00 a.m.** prevailing Eastern Time, before the Honorable Laurie Selber Siverstein, in the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market St., Willington, Delaware.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline for filing objections to the Plan is **June 4, 2019, at 4:00 p.m.** prevailing Eastern Time (the "Confirmation Objection Deadline"); *provided* that any objection to the Plan Supplement may be raised at the Confirmation Hearing. Any objection to the Plan *must*:  (a) be in writing; (b) conform to the Bankruptcy Rules, the Bankruptcy Local Rules, and any orders of the Court; (c) state, with particularity, the basis and nature of any objection to the Plan and, if practicable, a proposed modification to the Plan that would resolve such objection; and (d) be filed with the Court (contemporaneously with a proof of service) on or before the Confirmation Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Disclosure Statement, the Plan, the Plan Supplement, or related documents, you may access  (a) the Debtors' restructuring website at https://cases.stretto.com/zgallerie or (b) the Bankruptcy Court's website at http://www.deb.uscourts.gov/.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated:  May 28, 2019 | */s/ Domenic Pacitti* |
| Wilmington, Delaware | Domenic E. Pacitti (DE Bar No. 3989) |

Michael W. Yurkewicz (DE Bar No. 4165)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:     (302) 426-1189
Facsimile:     (302) 426-9193

-and-

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

-and-

Justin R. Bernbrock (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

*Co-Counsel for the Debtors and Debtors in Possession*

## Exhibit A

**Schedule of Assumed Executory Contracts and Unexpired Leases**

**Pursuant to a revised Plan with respect to the Sale Transaction which will be filed as soon as reasonably practicable, the Winning Bidder reserves the right to modify the Schedule of Assumed Executory Contracts and Unexpired Leases and Schedule of Rejected Executory Contracts and Unexpired Leases as follows:  (i) with respect to Unexpired Leases, through and including the Confirmation Date and (ii) with respect to Executory Contracts, through and including ninety (90) days following the Effective Date.**

**Z Gallerie**
**Plan Supplement-Unexpired Leases**

| No | Counterparty Name | State what the contract or lease is for and the nature of the debtor's interest | Cure Amount | Assignee (if Applicable) |
|---|---|---|---|---|
| 1 | 119 Leawood LLC - Town Center Crossing | Lease re: Store #95 (Town Center Crossing), dated 7/2/2008 | $4,839 | Winning Bidder |
| 2 | 119th Street Development LLC - Town Center Crossing | Lease re: Store #95 (Town Center Crossing), dated 7/2/2008 | Included Above | Winning Bidder |
| 3 | 119th Street Development LLC - Town Center Crossing | Lease re: Store #95 (Town Center Crossing), dated 7/2/2008 | Included Above | Winning Bidder |
| 4 | 119th Street Development LLC - Town Center Crossing | Lease re: Store #95 (Town Center Crossing), dated 7/2/2008 | Included Above | Winning Bidder |
| 5 | 168th and Dodge LP - The Mall in Columbia Business Trust | Lease re: Store #70 (Mall in Columbia), dated 6/30/2017 | $10,422 | Winning Bidder |
| 6 | 223-1 DL Holdings - The Shops at Dos Lagos | Lease re: Store #89 (Dos Lagos), dated 10/6/2006 | $17,353 | Winning Bidder |
| 7 | 4th Street Holdings, LLC | Lease: re Store #21 and Buying Office (Berkeley) dated 10/1/1991 | $28,202 | Winning Bidder |
| 8 | 4th Street Holdings, LLC - Drew Properties | Lease: re Store #21 and Buying Office (Berkeley) dated 10/1/1991 | Included Above | Winning Bidder |
| 9 | AD Pembroke Land Co - The Shops At Pembroke Gardens | Lease re: Store #96 (Pembroke Pines), dated 8/7/2008 | $8,118 | Winning Bidder |
| 10 | AD Pembroke Land Co - The Shops At Pembroke Gardens | Lease re: Store #96 (Pembroke Pines), dated 8/7/2008 | Included Above | Winning Bidder |
| 11 | AD Pembroke Land Co - The Shops At Pembroke Gardens | Lease re: Store #96 (Pembroke Pines), dated 8/7/2008 | Included Above | Winning Bidder |
| 12 | AD Pembroke Land Co - The Shops At Pembroke Gardens | Lease re: Store #96 (Pembroke Pines), dated 8/7/2008 | Included Above | Winning Bidder |
| 13 | Berman Enterprises - Downtown at the Gardens Ltd | Lease re: Store #83 (Downtown at the Gardens), dated 1/7/2006 | $11,933 | Winning Bidder |
| 14 | Berman Enterprises - Downtown at the Gardens Ltd | Lease re: Store #83 (Downtown at the Gardens), dated 1/7/2006 | Included Above | Winning Bidder |
| 15 | Beverly Drive Enterprises - Beverly Drive Enterprises | Lease re: Store #75 (Beverly Hills), dated 2/1/2005 | $17,625 | Winning Bidder |
| 16 | BV Centercal, LLC | Lease re: Store #76 (Bridgeport Village), dated 5/19/2005 | $12,460 | Winning Bidder |
| 17 | BV Centercal, LLC | Lease re: Store #76 (Bridgeport Village), dated 5/19/2005 | Inluded Above | Winning Bidder |
| 18 | CBL & Associates - JG North Raleigh LLC | Lease re: Store #55 (Triangle Town Center), dated 8/14/2002 | $2,501 | Winning Bidder |
| 19 | City Centre Partners - Citycentre Two Partners LP | Lease re: Store #20 (CityCentre), dated 9/12/2013 | $9,546 | Winning Bidder |
| 20 | Clearfork Retail Venture | Lease re: Store #17 (Shops at Clearfork), dated 9/14/2017 | $11,072 | Winning Bidder |
| 21 | Clearfork Retail Venture | Lease re: Store #17 (Shops at Clearfork), dated 9/14/2017 | Included Above | Winning Bidder |
| 22 | Coventry II DDR/Trademark Montgomery Farm | Lease re: Store #19 (Watters Creek), dated 6/1/2013 | $3,117 | Winning Bidder |
| 23 | Coventry II DDR/Trademark Montgomery Farm | Lease re: Store #19 (Watters Creek), dated 6/1/2013 | Included Above | Winning Bidder |
| 24 | Coventry II DDR/Trademark Montgomery Farm - Watters Creek Owner, LLC | Lease re: Store #19 (Watters Creek), dated 6/1/2013 | Included Above | Winning Bidder |
| 25 | Encinitas Town Center Assoc. - Encinitas Town Center Associates I, LLC | Lease re: Store #69 (Encinitas Ranch Town Center), dated 4/11/2015 | $8,347 | Winning Bidder |
| 26 | Eskridge (E&A) LLC - Mosaic District | Lease re: Store #24 (Mosaic District), dated 5/26/2017 | $10,358 | Winning Bidder |
| 27 | Eskridge (E&A) LLC - Mosaic District | Lease re: Store #24 (Mosaic District), dated 5/26/2017 | Included Above | Winning Bidder |
| 28 | Forest City - Forest City Commercial Management | Lease re: Store #10 (Village at Gulfstream Park), dated 2/3/2011 | $11,638 | Winning Bidder |
| 29 | Forest City - Forest City Commercial Management | Lease re: Store #10 (Village at Gulfstream Park), dated 2/3/2011 | Included Above | Winning Bidder |
| 30 | Forest City - KeyBank National Association | Lease re: Store #10 (Village at Gulfstream Park), dated 2/3/2011 | Included Above | Winning Bidder |
| 31 | Forest City - KeyBank Real Estate Capital | Lease re: Store #10 (Village at Gulfstream Park), dated 2/3/2011 | Included Above | Winning Bidder |
| 32 | FRIT  San Jose Town & Country - FRIT  San Jose Town & Country LLC | Lease re: Store #57 (Santana Row), dated 11/7/2002 | $15,788 | Winning Bidder |
| 33 | General Growth Properties, Inc. - Crocker Downtown Development Associates | Lease re: Store #64 (Mizner Park), dated 3/15/2003 | $15,737 | Winning Bidder |
| 34 | General Growth Properties, Inc. - Crocker Downtown Development Associates | Lease re: Store #64 (Mizner Park), dated 3/15/2003 | Included Above | Winning Bidder |
| 35 | General Growth Properties, Inc. - Fashion Place | Lease re: Store #32 (Fashion Place), dated 9/14/2012 | $9,454 | Winning Bidder |
| 36 | General Growth Properties, Inc. - Fashion Place, LLC | Lease re: Store #32 (Fashion Place), dated 9/14/2012 | Included Above | Winning Bidder |
| 37 | General Growth Properties, Inc. - Fashion Show Mall LLC | Lease re: Store #65 (Fashion Show), dated 4/12/2003 | $15,896 | Winning Bidder |
| 38 | General Growth Properties, Inc. - Fashion Show Mall LLC | Lease re: Store #65 (Fashion Show), dated 4/12/2003 | Included Above | Winning Bidder |
| 39 | General Growth Properties, Inc. - General Growth Properties, Inc. | Lease re: Store #46 (Perimeter Mall), dated 7/1/2011 | $11,441 | Winning Bidder |
| 40 | General Growth Properties, Inc. - Hocker Oxmoor LLC | Lease re: Store #87 (Oxmoor Center), dated 6/15/2006 | $7,740 | Winning Bidder |

| 41 | General Growth Properties, Inc. - Hocker Oxmoor LLC | Lease re: Store #87 (Oxmoor Center), dated 6/15/2006 | Included Above | Winning Bidder |
|---|---|---|---|---|
| 42 | General Growth Properties, Inc. - La Cantera Specialty Retail, LP | Lease re: Store #11 (La Cantera), dated 8/10/2011 | $7,782 | Winning Bidder |
| 43 | General Growth Properties, Inc. - Oakbrook Center | Lease re: Store #40 (Oakbrook Center), dated 8/28/2014 | $20,268 | Winning Bidder |
| 44 | General Growth Properties, Inc. - Oakbrook Shopping Center, LLC | Lease re: Store #40 (Oakbrook Center), dated 8/28/2014 | Included Above | Winning Bidder |
| 45 | General Growth Properties, Inc. - Perimeter Mall | Lease re: Store #46 (Perimeter Mall), dated 7/1/2011 | Included Above | Winning Bidder |
| 46 | General Growth Properties, Inc. - Perimeter Mall, LLC | Lease re: Store #46 (Perimeter Mall), dated 7/1/2011 | Included Above | Winning Bidder |
| 47 | General Growth Properties, Inc. - The Mall in Columbia Business Trust | Lease re: Store #70 (Mall in Columbia), dated 6/30/2017 | Included Above | Winning Bidder |
| 48 | General Growth Properties, Inc. - The Shops at La Cantera Phase II | Lease re: Store #11 (La Cantera), dated 8/10/2011 | Included Above | Winning Bidder |
| 49 | Genova Burns, LLC - Paramus Design Center | Lease re: Store #91 (Paramus Design Center), dated 2/16/2018 | $9,960 | Winning Bidder |
| 50 | George P. Johnson Company - Gardena Outlet | Lease re: Store #12 (Gardena Outlet), dated 2/15/2009 | Included Below | Winning Bidder |
| 51 | Highland Village LTD Partnership - Highland Village Holding, Inc. | Lease re: Store #68 (Highland Village), dated 8/2/2003 | $26,454 | Winning Bidder |
| 52 | Jones Lang LaSalle - Perkins Rowe Associates II | Lease re: Store #93 (Perkins Rowe), dated 10/26/2007 | $6,263 | Winning Bidder |
| 53 | Jones Lang LaSalle - Perkins Rowe Associates II | Lease re: Store #93 (Perkins Rowe), dated 10/26/2007 | Included Above | Winning Bidder |
| 54 | Jones Lang LaSalle - PPF RTL Atlantic Town Center LLC | Lease re: Store #80 (Atlantic Station), dated 10/25/2005 | $9,577 | Winning Bidder |
| 55 | Jones Lang LaSalle - PPF RTL Atlantic Town Center LLC | Lease re: Store #80 (Atlantic Station), dated 10/25/2005 | Included Above | Winning Bidder |
| 56 | Jones Lang LaSalle - PPF RTL Atlantic Town Center LLC | Lease re: Store #80 (Atlantic Station), dated 10/25/2005 | Included Above | Winning Bidder |
| 57 | Knox St Village Holdings - Knox St Village Holdings | Lease re: Store #51 (Knox Street), dated 4/1/2001 | $26,539 | Winning Bidder |
| 58 | Macerich - Macerich Arizona Partners LLC | Lease re: Store #18 (Kierland Commons), dated 10/1/2000 | $31,028 | Winning Bidder |
| 59 | Macerich - PHXAZ Limited Partnership | Lease re: Store #18 (Kierland Commons), dated 10/1/2000 | Included Above | Winning Bidder |
| 60 | Macerich - Scottsdale Fashion Square LLC | Lease re: Store #16 (Scottsdale Fashion Square), dated 8/28/2010 | $8,615 | Winning Bidder |
| 61 | Macerich - Scottsdale Fashion Square LLC | Lease re: Store #16 (Scottsdale Fashion Square), dated 8/28/2010 | Included Above | Winning Bidder |
| 62 | Mercato, LLP managed by Madison Marquette | Lease re: Store #9 (The Mercato), dated 2/15/2009 | $8,262 | Winning Bidder |
| 63 | Millenia Crossing | Lease re: Store #60 (Millenia Crossing), dated 10/18/2002 | $11,540 | Winning Bidder |
| 64 | Millenia Crossing | Lease re: Store #60 (Millenia Crossing), dated 10/18/2002 | Included Above | Winning Bidder |
| 65 | Millenia Crossing LLC | Lease re: Store #60 (Millenia Crossing), dated 10/18/2002 | Included Above | Winning Bidder |
| 66 | Old Town De Lacey LLC | Lease re: Store #8 (De Lacey Ave Pasadena), dated 4/28/2016 | $12,288 | Winning Bidder |
| 67 | Regency Galleria North | Lease re: Store #42 (Dallas Galleria), dated 9/1/1999 | $5,979 | Winning Bidder |
| 68 | Regency Galleria North | Lease re: Store #42 (Dallas Galleria), dated 9/1/1999 | Included Above | Winning Bidder |
| 69 | Regency Galleria North | Lease re: Store #42 (Dallas Galleria), dated 9/1/1999 | Included Above | Winning Bidder |
| 70 | Regency Galleria North | Lease re: Store #42 (Dallas Galleria), dated 9/1/1999 | Included Above | Winning Bidder |
| 71 | Second Paramus Associates - Paramus Design Center | Lease re: Store #91 (Paramus Design Center), dated 2/16/2018 | Included Above | Winning Bidder |
| 72 | Shops At St. Johns LLC - Shops at St. Johns | Lease re: Store #22 (St Johns Town Center), dated 5/1/2018 | $16,000 | Winning Bidder |
| 73 | Simon Property Group - Arboretum at Great Hills | Lease re: Store #92 (Arboretum), dated 3/9/2012 | $8,823 | Winning Bidder |
| 74 | Simon Property Group - Del Amo Fashion Center Operating Company LLC | Lease re: Store #94 (Del Amo Fashion Center), dated 10/9/2015 | $14,234 | Winning Bidder |
| 75 | Simon Property Group - North George Premium Outlets | Lease re: Store #6 (Georgia Premium Outlets), dated 4/28/2018 | $4,428 | Winning Bidder |
| 76 | Simon Property Group - Shops at Mission Viejo, LLC | Lease re: Store #44 (Shops at Mission Viejo), dated 9/1/1999 | $8,522 | Winning Bidder |
| 77 | Simon Property Group - Shops at Sunset, LLC | Lease re: Store #36 (The Shops at Sunset Place), dated 1/1/1999 | $9,117 | Winning Bidder |
| 78 | Simon Property Group - Woodfield Mall LLC | Lease re: Store #30 (Woodfield Mall), dated 9/1/1995 | $13,096 | Winning Bidder |
| 79 | Skyview Drive LLC | Lease re: Atlanta Distribution Center | $28,530 | Winning Bidder |
| 80 | SLTS Grand Avenue - SLTS Grand Avenue | Lease re: Store #47 (Southlake Town Square), dated 4/22/2016 | $6,893 | Winning Bidder |
| 81 | South Coast Plaza | Lease re: Store #52 (South Coast Plaza), dated 5/5/2001 | $20,785 | Winning Bidder |
| 82 | South Coast Plaza - South Coast Plaza Management Offices | Lease re: Store #52 (South Coast Plaza), dated 5/5/2001 | Included Above | Winning Bidder |
| 83 | Southglenn Property Holdings LLC | Lease re: Store #31 (The Streets at South Glenn), dated 9/1/2013 | $3,325 | Winning Bidder |
| 84 | Southglenn Property Holdings LLC | Lease re: Store #31 (The Streets at South Glenn), dated 9/1/2013 | Included Above | Winning Bidder |
| 85 | Steiner & Assoc - CBL & Associates Management Inc | Lease re: Store #54 (Easton Gateway District), dated 8/1/2015 | $8,732 | Winning Bidder |

| 86 | Steiner & Assoc - G&I VII CBL TTC LLC | Lease re: Store #54 (Easton Gateway District), dated 8/1/2015 | Included Above | Winning Bidder |
|---|---|---|---|---|
| 87 | Taubman Centers, Inc. | Lease re: Store #35 (University Town Center), dated 10/7/2014 | $11,856 | Winning Bidder |
| 88 | Taubman Centers, Inc. | Lease re: Store #38 (Cherry Creek), dated 12/1/1999 | $14,519 | Winning Bidder |
| 89 | Taubman Centers, Inc. - Davis Street Land Company of Tennessee LLC | Lease re: Store #82 (Green Hills), dated 10/28/2005 | $5,323 | Winning Bidder |
| 90 | Taubman Centers, Inc. - Davis Street Land Company of Tennessee LLC | Lease re: Store #82 (Green Hills), dated 10/28/2005 | Included Above | Winning Bidder |
| 91 | Taubman Centers, Inc. - Tampa Westshore Associates Limited Partnership | Lease re: Store #63 (International Plaza), dated 3/29/2003 | $14,929 | Winning Bidder |
| 92 | Taubman Centers, Inc. - Willow Bend Shopping Center Limited Partnership | Lease re: Store #29 (Shops at Willow Bend), dated 4/18/2012 | $10,206 | Winning Bidder |
| 93 | Terreno 139th LLC - Paramus Design Center | Lease re: Gardena Distribution Center and HQ | $63,886 | Winning Bidder |
| 94 | Terreno 139th LLC - Paramus Design Center | Lease re: Store #91 (Paramus Design Center), dated 2/16/2018 | Included Above | Winning Bidder |
| 95 | The Irvine Company, LLC | Lease re: Store #25 (Fashion Island), dated 11/1/1993 | $14,923 | Winning Bidder |
| 96 | The Irvine Company, LLC | Lease re: Store #25 (Fashion Island), dated 11/1/1993 | Included Above | Winning Bidder |
| 97 | The Mall in Columbia Business Trust | Lease re: Store #70 (Mall in Columbia), dated 6/30/2017 | Included Above | Winning Bidder |
| 98 | The Mall in Columbia Business Trust | Lease re: Store #70 (Mall in Columbia), dated 6/30/2017 | Included Above | Winning Bidder |
| 99 | The Retail Property Trust | Lease re: Store #72 (Roosevelt Field), dated 10/28/2016 | $14,111 | Winning Bidder |
| 100 | The Retail Property Trust | Lease re: Store #72 (Roosevelt Field), dated 10/28/2016 | Included Above | Winning Bidder |
| 101 | The Roseville Fountains LP - The Fountains | Lease re: Store #97 (The Fountains at Roseville), dated 6/27/2008 | $7,861 | Winning Bidder |
| 102 | The Roseville Fountains LP - The Fountains | Lease re: Store #97 (The Fountains at Roseville), dated 6/27/2008 | Included Above | Winning Bidder |
| 103 | TM Market ST - TM Market Street LLC | Lease re: Store #74 (Market St), dated 10/26/2002 | $8,666 | Winning Bidder |
| 104 | TM Market ST - TM Market Street LLC | Lease re: Store #74 (Market St), dated 10/26/2002 | Included Above | Winning Bidder |
| 105 | Town Center Lakeside - Town Center Lakeside Ltd | Lease re: Store #84 (Sugarland Town Square), dated 11/10/2005 | $8,459 | Winning Bidder |
| 106 | Village Square Dana Park, LLC | Lease re: Store #98 (Village Square at Dana Park), dated 8/16/2008 | $7,184 | Winning Bidder |
| 107 | Village Square Dana Park, LLC | Lease re: Store #98 (Village Square at Dana Park), dated 8/16/2008 | Included Above | Winning Bidder |
| 108 | Village Square Dana Park, LLC | Lease re: Store #98 (Village Square at Dana Park), dated 8/16/2008 | Included Above | Winning Bidder |
| 109 | Village Square Dana Park, LLC | Lease re: Store #98 (Village Square at Dana Park), dated 8/16/2008 | Included Above | Winning Bidder |
| 110 | Village Square Dana Park, LLC | Lease re: Store #98 (Village Square at Dana Park), dated 8/16/2008 | Included Above | Winning Bidder |
| 111 | Washington Prime Group - Clay Terrace Partners, LLC | Lease re: Store #73 (Clay Terrace), dated 10/15/2004 | $7,863 | Winning Bidder |
| 112 | Westfield Corp. - Annapolis Mall Owner LLC | Lease re: Store #79 (Annapolis Mall), dated 11/11/2016 | $11,677 | Winning Bidder |
| 113 | Westfield Corp. - Sherman Oaks Fashion Associates LP | Lease re: Store #45 (Fashion Square), dated 6/27/2014 | $15,880 | Winning Bidder |
| 114 | Westfield Corp. - Village at Westfield Topanga | Lease re: Store #34 (Village at Topanga), dated 9/1/1998 | $11,247 | Winning Bidder |
| 115 | Westfield Corp. - West Valley Owner LLC | Lease re: Store #34 (Village at Topanga), dated 9/1/1998 | Included Above | Winning Bidder |
| **Total** | | | **$799,215** | |

**Z Gallerie**
**Plan Supplement-Executory Contracts and Agreements**

| No. | Counterparty Name | Debtor | State what the contract or lease is for and the nature of the debtor's interest | Amount Required to Cure Default Thereunder, If Any | Assignee (if Applicable) |
|---|---|---|---|---|---|
| 1 | 24 Seven Staffing LLC | Z Gallerie LLC | Agreement for Staffing Services for Z Gallerie, LLC | $0 | Winning Bidder |
| 2 | 4Cite Marketing, LLC | Z Gallerie LLC | Master Service Agreement - Marketing Services | $12,581 | Winning Bidder |
| 3 | 80Twenty LLC | Z Gallerie LLC | Agreement for Staffing Services for Z Gallerie, LLC | $0 | Winning Bidder |
| 4 | A&G Realty Partners, LLC | Z Gallerie LLC | Real Estate Services Agreement | $0 | Winning Bidder |
| 5 | A&G Realty Partners, LLC | Z Gallerie LLC | Real Estate Services Agreement | $0 | Winning Bidder |
| 6 | Accurate Personnel, LLC | Z Gallerie LLC | Staffing Agreement | $0 | Winning Bidder |
| 7 | ACE American Insurance Company (Chubb) | Z Gallerie LLC | Insurance Policy - General Liability, Employee Benefits Liability, Contingent Auto Liability | $0 | Winning Bidder |
| 8 | Adobe Systems Inc. | Z Gallerie LLC | Adobe Sales Order DR1677518 | $0 | Winning Bidder |
| 9 | Adobe Systems Inc. | Z Gallerie LLC | Adobe Sales Order DR2166008 | $0 | Winning Bidder |
| 10 | Adobe Systems Inc. | Z Gallerie LLC | Adobe Sales Order DR 1043830 | $0 | Winning Bidder |
| 11 | Advantage Human Resourcing, Inc. | Z Gallerie LLC | Temporary Staffing Agreement | $0 | Winning Bidder |
| 12 | Aerotek, Inc. | Z Gallerie LLC | Agreement for Staffing Services for Z Gallerie, LLC | $0 | Winning Bidder |
| 13 | Aetna Life Insurance Company | Z Gallerie LLC | Aetna Group Insurance Policy | $0 | Winning Bidder |
| 14 | Affirm, Inc. | Z Gallerie LLC | Merchant Agreement | $0 | Winning Bidder |
| 15 | Alphapoint, Inc. | Z Gallerie LLC | Agreement for Retirement Plan Investment & Consulting Services dated 1/1/2016 | $0 | Winning Bidder |
| 16 | American Express Travel Related Services Com | Z Gallerie LLC | CORPORATE SERVICES COMMERCIAL ACCOUNT AGREEMENT | $0 | Winning Bidder |
| 17 | American Heritage Billiards, Inc. | Z Gallerie LLC | Vendor Agreement | $21,919 | Winning Bidder |
| 18 | Anchor Computer | Z Gallerie LLC | Database Services Agreement | $0 | Winning Bidder |
| 19 | Anchor Computer | Z Gallerie LLC | Licensing Agreement | $0 | Winning Bidder |
| 20 | Social Annex, Inc.(dba Annex cloud) | Z Gallerie LLC | Service Agreement | $12,600 | Winning Bidder |
| 21 | Aptos, Inc. | Z Gallerie LLC | Subscription Services Order Form & Software Support Addendum | $456,256 | Winning Bidder |
| 22 | Aptos, Inc. | Z Gallerie LLC | Statement of Work Issued 9/21/2015 | Included above | Winning Bidder |
| 23 | Aptos, Inc. | Z Gallerie LLC | Statement of Work - Work Schedule - Merch RBI Data Connectors Implementation | Included above | Winning Bidder |
| 24 | Aptos, Inc. | Z Gallerie LLC | Statement of Work - Work Schedule - Customer Implementation | Included above | Winning Bidder |
| 25 | Aptos, Inc. | Z Gallerie LLC | Statement of Work - Work Schedule - Implementation | Included above | Winning Bidder |
| 26 | Aptos, Inc. | Z Gallerie LLC | Statement of Work - Work Schedule - Adoption Services | Included above | Winning Bidder |
| 27 | Aptos, Inc. | Z Gallerie LLC | Data Transfer Form | Included above | Winning Bidder |
| 28 | Aptos, Inc. | Z Gallerie LLC | Hardware Order | Included above | Winning Bidder |
| 29 | Aptos, Inc. | Z Gallerie LLC | Hardware Order - HP MP9 Server Configuration - Labs - Quote #41916-1 dated 4/20/2016 | Included above | Winning Bidder |
| 30 | Aptos, Inc. | Z Gallerie LLC | Hardware Order - RF Hardware Configuration - Quote #021517-4 dated 4/27/2017 | Included above | Winning Bidder |
| 31 | Aptos, Inc. | Z Gallerie LLC | Amendment to Subscription Service Order Addendum | Included above | Winning Bidder |
| 32 | Aptos, Inc. | Z Gallerie LLC | Master Agreement | Included above | Winning Bidder |
| 33 | Aptos, Inc. | Z Gallerie LLC | Statement of Work | Included above | Winning Bidder |
| 34 | AT&T | Z Gallerie LLC | Universal Extension - Amendment to AT&T Business Network Service Pricing Schedule or Service Agreement #20120207-0040 | $25,207 | Winning Bidder |
| 35 | AT&T | Z Gallerie LLC | AT&T Managed Internet Service Pricing Schedule - Contract ID 8432644 | Included above | Winning Bidder |
| 36 | AT&T | Z Gallerie LLC | Transfer of Service Agreement (143944UA) | Included above | Winning Bidder |
| 37 | AT&T | Z Gallerie LLC | AT&T Business Local Calling ILEC Pricing Schedule - Contract ID 8850752 | Included above | Winning Bidder |
| 38 | AT&T | Z Gallerie LLC | AT&T Business Local Calling ILEC Pricing Schedule - Contract ID 8850753 | Included above | Winning Bidder |
| 39 | AT&T | Z Gallerie LLC | AT&T Hybrid Cloud Solutions Pricing Schedule - Contract ID 143944UA | Included above | Winning Bidder |
| 40 | AT&T | Z Gallerie LLC | AT&T Hybrid Cloud Solutions Pricing Schedule - Contract ID 143944UA | Included above | Winning Bidder |
| 41 | AT&T | Z Gallerie LLC | AT&T VPN Service Pricing Addendum for Access Channels - Contract ID 143944UA | Included above | Winning Bidder |
| 42 | AT&T | Z Gallerie LLC | AT&T VPN Service Pricing Addendum for Access Channels - Contract ID 143944UA | Included above | Winning Bidder |
| 43 | AT&T | Z Gallerie LLC | AT&T Network Based IP VPN Remote Access Pricing Schedule - Contract ID 143944UA | Included above | Winning Bidder |
| 44 | AT&T | Z Gallerie LLC | AT&T Network Based IP VPN Remote Access Pricing Schedule - Contract ID 143944UA | Included above | Winning Bidder |
| 45 | Atlas Employment Services, Inc | Z Gallerie LLC | Agreement for Staffing Services for Z Gallerie Inc. | $0 | Winning Bidder |
| 46 | AudioEye, Inc. | Z Gallerie LLC | Mutual Non-Disclosure Agreement | $12,634 | Winning Bidder |
| 47 | AudioEye, Inc. | Z Gallerie LLC | SAAS Subscription Agreement | Included above | Winning Bidder |
| 48 | AudioEye, Inc. | Z Gallerie LLC | Renewal Subscription | Included above | Winning Bidder |
| 49 | AudioEye, Inc. | Z Gallerie LLC | Statement of Work No.1 | Included above | Winning Bidder |
| 50 | Aurico Reports, Inc. | Z Gallerie LLC | Regulatory Compliacne Agreement | $0 | Winning Bidder |
| 51 | Automation Personnel Services, Inc. | Z Gallerie LLC | Agreement for Staffing Services for Z Gallerie, LLC | $0 | Winning Bidder |
| 52 | Avalara, Inc. | Z Gallerie LLC | Sales Order for Sales Tax Software - Purchase Order IT-01AVA-20160826 | $0 | Winning Bidder |
| 53 | Avalara, Inc. | Z Gallerie LLC | Sales Order for Sales Tax Software - Renewal | $0 | Winning Bidder |
| 54 | Avalara, Inc. | Z Gallerie LLC | Statement of Work Sales Audit Tax Content Consulting Project | $0 | Winning Bidder |
| 55 | Avalara, Inc. | Z Gallerie LLC | Statement of Work | $0 | Winning Bidder |
| 56 | Bank of America Merchant Services LLC | Z Gallerie LLC | Mutual Confidentialty Agreement | Included below | Winning Bidder |

**Z Gallerie**
**Plan Supplement-Executory Contracts and Agreements**

| No. | Counterparty Name | Debtor | State what the contract or lease is for and the nature of the debtor's interest | Amount Required to Cure Default Thereunder, If Any | Assignee (if Applicable) |
|---|---|---|---|---|---|
| 57 | Bank Of America | Z Gallerie LLC | Equipment Agreement | Included below | Winning Bidder |
| 58 | Bank of America Merchant Services LLC | Z Gallerie LLC | Amendment to Replacement Agreement | Included below | Winning Bidder |
| 59 | Bank of America Merchant Services LLC | Z Gallerie LLC | Amendment to the Stored Value Card Processing Agreement | Included below | Winning Bidder |
| 60 | Bank of America Merchant Services LLC | Z Gallerie LLC | Service Confirmation Agreement | $9,581 | Winning Bidder |
| 61 | Bassett Mirror Co., Inc. | Z Gallerie LLC | Vendor Agreement | $0 | Winning Bidder |
| 62 | Belardi/Ostroy | Z Gallerie LLC | Consulting Agreement | $52,846 | Winning Bidder |
| 63 | BOSS Logistics, LLC | Z Gallerie LLC | 3rd PARTY LOGISTICS DISTRIBUTION and FULFILLMENT SERVICES AGREEMENT dated 7/1/2018 | $10,189 | Winning Bidder |
| 64 | Brentwood Associates Private Equity V, L.P. | Z Gallerie LLC | Letter of Credit ("LOC") | $0 | Winning Bidder |
| 65 | Brentwood Private Equity V, LP | Z Gallerie LLC | Financing Agreement-Unsecured Notes | $0 | Winning Bidder |
| 66 | Brink's US | Z Gallerie LLC | Services Agreement #10000097850 dated  1/27/2017 | $2,215 | Winning Bidder |
| 67 | C.N.A | Z Gallerie LLC | Insurance Policy - Cargo Stock Throughput | $0 | Winning Bidder |
| 68 | Cabrillo Advisors, Inc. | Z Gallerie LLC | Consulting Agreement | $0 | Winning Bidder |
| 69 | California Physicians' Service dba Blue Shield of California | Z Gallerie LLC | Group Health Service Contract-Blue Shield of California PPO Plan | $0 | Winning Bidder |
| 70 | California Physicians' Service dba Blue Shield of California | Z Gallerie LLC | Group Health Service Contract-Blue Shield of California Access+ HMO® Plan | $0 | Winning Bidder |
| 71 | California Physicians' Service dba Blue Shield of California | Z Gallerie LLC | Group Health Service Contract-Blue Shield of California PPO Savings Plan | $0 | Winning Bidder |
| 72 | California Physicians' Service dba Blue Shield of California | Z Gallerie LLC | Group Health Service Contract-Blue Shield of California Trio ACO HMO Plan | $0 | Winning Bidder |
| 73 | California Umbrella | Z Gallerie LLC | Vendor Agreement | $0 | Winning Bidder |
| 74 | Caltronics Business Systems | Z Gallerie LLC | Equipment Lease Agreement | $24 | Winning Bidder |
| 75 | CareWorks Absence Management | Z Gallerie LLC | Leave administration, disability claim administration and integrated disability management services agreement | $0 | Winning Bidder |
| 76 | CDM Search, LLC | Z Gallerie LLC | Recruiting Services Invoices | $0 | Winning Bidder |
| 77 | CDW Corporation | Z Gallerie LLC | Licensing Subscription | $4,653 | Winning Bidder |
| 78 | Century Group Professionals, LLC | Z Gallerie LLC | Settlement Agreement | $0 | Winning Bidder |
| 79 | Chandra Rugs | Z Gallerie LLC | Vendor Agreement | $0 | Winning Bidder |
| 80 | Citibank, N.A. | Z Gallerie LLC | Letter of Credit ("LOC") | $0 | Winning Bidder |
| 81 | Classic Home | Z Gallerie LLC | Vendor Agreement | $0 | Winning Bidder |
| 82 | Comenity Bank f/k/a World Financial Network | Z Gallerie LLC | Private Label Credit Card Program Agreement dated October 15, 2003 | $0 | Winning Bidder |
| 83 | Comenity Bank f/k/a World Financial Network | Z Gallerie LLC | First Amendment to the Private Label Credit Card Program Agreement dated October 15, 2003 | $0 | Winning Bidder |
| 84 | Comenity, LLC | Z Gallerie LLC | Point of Sale Test Account Set up | $0 | Winning Bidder |
| 85 | Comenity, LLC | Z Gallerie LLC | Mutual Non-Disclosure Agreement | $0 | Winning Bidder |
| 86 | Commonwealth Home Fashions | Z Gallerie LLC | Vendor Agreement | $27,423 | Winning Bidder |
| 87 | Connexity, Inc. | Z Gallerie LLC | Merchant Program Agreement | $40,454 | Winning Bidder |
| 88 | Container Marketing, Inc. (CMI) | Z Gallerie LLC | Vendor Agreement | $0 | Winning Bidder |
| 89 | Corra Technology, Inc. | Z Gallerie LLC | Services Agreement | $0 | Winning Bidder |
| 90 | Corra Technology, Inc. | Z Gallerie LLC | Master Service Agreement | $0 | Winning Bidder |
| 91 | Corra Technology, Inc. | Z Gallerie LLC | Scope Change Order - Work Order #ZGAL.ECM.1802.1.4 | $0 | Winning Bidder |
| 92 | Corra Technology, Inc. | Z Gallerie LLC | Scope Change Order - Work Order #ZGAL.ECM.1802.1.8 | $0 | Winning Bidder |
| 93 | Corra Technology, Inc. | Z Gallerie LLC | Scope Change Order - Work Order #ZGAL.ECM.1802.1.9 | $0 | Winning Bidder |
| 94 | Corra Technology, Inc. | Z Gallerie LLC | Scope Change Order - Work Order #ZGAL.ECM.1802.1.5 | $0 | Winning Bidder |
| 95 | Crown Equipment Corporation | Z Gallerie LLC | Short Term Rental Agreement | $28,864 | Winning Bidder |
| 96 | Crown Equipment Corporation d/b/a Crown Lift Trucks - Long Beach | Z Gallerie LLC | Proposal-Equipment Rental | Included above | Winning Bidder |
| 97 | Crown Equipment Corporation d/b/a Crown Lift Trucks - Atlanta | Z Gallerie LLC | Full Maintenance Service Agreement | Included above | Winning Bidder |
| 98 | Crown Equipment Corporation d/b/a Crown Lift Trucks - Long Beach | Z Gallerie LLC | Full Maintenance Service Agreement | Included above | Winning Bidder |
| 99 | Curalate Inc. | Z Gallerie LLC | Master Service List and License Agreement | $0 | Winning Bidder |
| 100 | Cybernetic Solutions, Inc. | Z Gallerie LLC | Consulting Agreement | $28,287 | Winning Bidder |
| 101 | Dallimore & Co. | Z Gallerie LLC | Services Agreement | $0 | Winning Bidder |
| 102 | Discovery Benefits, Inc. | Z Gallerie LLC | Administrative Services Agreement | $0 | Winning Bidder |
| 103 | Downtown Company Luxury Bedding, Inc. | Z Gallerie LLC | Vendor Agreement | $938 | Winning Bidder |
| 104 | Ecova, Inc. | Z Gallerie LLC | Services Agreement | $0 | Winning Bidder |
| 105 | EFT Media Productions LLC d/b/a Evolution Media | Z Gallerie LLC | Location Contract for Filming Vanderpump Rules | $0 | Winning Bidder |

**Z Gallerie**
**Plan Supplement-Executory Contracts and Agreements**

| No. | Counterparty Name | Debtor | State what the contract or lease is for and the nature of the debtor's interest | Amount Required to Cure Default Thereunder, If Any | Assignee (if Applicable) |
|---|---|---|---|---|---|
| 106 | Emtrain | Z Gallerie LLC | Add-On Order Form re License Agreement | $0 | Winning Bidder |
| 107 | ENGIE Insight Services, Inc., f/k/a Ecova, Inc. | Z Gallerie LLC | Change of Name Agreement for a Services Agreement | $39,853 | Winning Bidder |
| 108 | ENGIE Insight Services, Inc., f/k/a Ecova, Inc. | Z Gallerie LLC | Change Authorization/Amendment to a Total Energy and Sustainabiity Services Agreement (not signed by counterparty) | Included above | Winning Bidder |
| 109 | Equest Corp. | Z Gallerie LLC | Maintenance Renewal | $0 | Winning Bidder |
| 110 | Euro Style, Inc. | Z Gallerie LLC | Vendor Agreement | $0 | Winning Bidder |
| 111 | Facilitysource, LLC | Z Gallerie LLC | Facilities Maintenance Services Agreement | $267,115 | Winning Bidder |
| 112 | Federal Insurance Company (Chubb) | Z Gallerie LLC | Insurance Policy - Crime & Fiduciary | $0 | Winning Bidder |
| 113 | FedEx Corporate Services, Inc. | Z Gallerie LLC | Fedex Technology Incentive Program Agreement | $876,283 | Winning Bidder |
| 114 | FedEx Corporate Services, Inc. | Z Gallerie LLC | Pricing Agreement | Included above | Winning Bidder |
| 115 | Fireman's Fund Insurance Company (Allianz SE) | Z Gallerie LLC | Insurance Policy - Property, Auto, Inland Marine, | $0 | Winning Bidder |
| 116 | First Data Services, LLC, as asignee of IPS Card Solutions, d/b/a ValueLink | Z Gallerie LLC | Services Agreement | $0 | Winning Bidder |
| 117 | Gasthalter & Co. LP | Z Gallerie LLC | Engagement Letter re Retention of Communications Consultant | $0 | Winning Bidder |
| 118 | Gift Solutions LLC | Z Gallerie LLC | Services Agreement | $0 | Winning Bidder |
| 119 | Goudarzi | Z Gallerie LLC | Agreement for Unarmed Protective Services | $1,993 | Winning Bidder |
| 120 | Granite Telecommunications LLC | Z Gallerie LLC | AT&T Virtual Private Network Service Commercial Interconnect Authorization and Addendum to Pricing Schedule | $31,760 | Winning Bidder |
| 121 | Granite Telecommunications LLC | Z Gallerie LLC | Commerical Account Form and Letter of Agency | Included above | Winning Bidder |
| 122 | Great American Insurance Company of New York | Z Gallerie LLC | Insurance Policy - Umbrella | $0 | Winning Bidder |
| 123 | Great West Trust Company, LLC | Z Gallerie LLC | Trust Agreement | $0 | Winning Bidder |
| 124 | Home Meridian Intl.,Inc. | Z Gallerie LLC | Vendor Agreement | $0 | Winning Bidder |
| 125 | HR Personnel Services | Z Gallerie LLC | Agreement for Staffing Services for Z Gallerie, LLC | $0 | Winning Bidder |
| 126 | iCIMS, Inc. | Z Gallerie LLC | Renewal Order Form | $0 | Winning Bidder |
| 127 | International Color Services | Z Gallerie LLC | Agreement for Services re Graphics and Printing | $57,508 | Winning Bidder |
| 128 | Invesp | Z Gallerie LLC | CRO Service Agreement | $0 | Winning Bidder |
| 129 | IPS Card Solutions, Inc. | Z Gallerie LLC | Stored Value Card Processing Agreement | $0 | Winning Bidder |
| 130 | IPS Card Solutions, Inc. d/b/a Valuelink | Z Gallerie LLC | Stored Value Card Processing Agreement | $0 | Winning Bidder |
| 131 | Iron Mountain Secure Shredding, Inc. | Z Gallerie LLC | Secure Shredding Services Agreement effective 9/22/2015 | $1,577 | Winning Bidder |
| 132 | Jaipur Rugs,Inc.Norcross, GA(dba Jaipur Rugs) | Z Gallerie LLC | Vendor Agreement | $3,025 | Winning Bidder |
| 133 | JDA Software Inc | Z Gallerie LLC | Schedule 2-A Amended Maintenance Schedule | $77,414 | Winning Bidder |
| 134 | Jenna Couture | Z Gallerie LLC | Settlement Agreement | $0 | Winning Bidder |
| 135 | Jules & Associates | Z Gallerie LLC | Master Equipment Lease No. 200772418, Schedule No. 1 | $0 | Winning Bidder |
| 136 | KeyBank National Association | Z Gallerie LLC | Letter of Credit Reimbursement and Security Agreement (Standby Letter of Credit for benefit of Hanover Insurance Company) | $0 | Winning Bidder |
| 137 | KeyBank National Association | Z Gallerie LLC | Letter of Credit Reimbursement and Security Agreement (Standby Letter of Credit for benefit of Hartford Fire Insurance Company) | $0 | Winning Bidder |
| 138 | KHL Engineered Packaging Solutions | Z Gallerie LLC | Equipment Rental Agreement dated 4/28/2008 | $0 | Winning Bidder |
| 139 | Klehr Harrison Harvey Branzburg LLP | Z Gallerie LLC | Engagement Letter re Retention of Klehr Harrison as Conflicts Counsel | $0 | Winning Bidder |
| 140 | Kount, Inc. | Z Gallerie LLC | Kount Services Agreement and Amendments | $3,405 | Winning Bidder |
| 141 | Landsberg Orora | Z Gallerie LLC | Equipment Rental Agreement | $179,388 | Winning Bidder |
| 142 | LANtelligence | Z Gallerie LLC | Shoretel Licenses - Quote #MT-005750 | $0 | Winning Bidder |
| 143 | LANtelligence | Z Gallerie LLC | 2016-2017 ShoreTel Partner Support Renewal - Quote # MT-007122 | $0 | Winning Bidder |
| 144 | LANtelligence | Z Gallerie LLC | Shoretel Licenses - Quote # MT-007378 | $0 | Winning Bidder |
| 145 | LANtelligence | Z Gallerie LLC | 2017-2018 ShoreTel Partner Support - Quote # LP009000 | $0 | Winning Bidder |
| 146 | LANtelligence | Z Gallerie LLC | 2018-2019 Partner Support - Quote # LP1000075 | $0 | Winning Bidder |
| 147 | LinkedIn | Z Gallerie LLC | LinkedIn Subscription Agreement | $0 | Winning Bidder |
| 148 | Listrak, Inc. | Z Gallerie LLC | Services Agreement | $96,320 | Winning Bidder |
| 149 | Lloyd's of London/Euclid Executive | Z Gallerie LLC | Insurance Policy - D&O | $0 | Winning Bidder |
| 150 | Lloyd's of London/Euclid Executive | Z Gallerie LLC | Insurance Policy - Excess D&O | $0 | Winning Bidder |
| 151 | Magento, Inc. | Z Gallerie LLC | Services Agreement | $0 | Winning Bidder |
| 152 | Magento, Inc. | Z Gallerie LLC | License Agreement - Order Form #0061500000WB10WAAT | $0 | Winning Bidder |
| 153 | Magento, Inc. | Z Gallerie LLC | License Agreement - Order Form #0061C00000WQkaqQAD | $0 | Winning Bidder |
| 154 | Manning Consulting Group, Inc. | Z Gallerie LLC | Transportation Management Solutions Agreement | $103,626 | Winning Bidder |
| 155 | Manning Consulting Group, Inc. | Z Gallerie LLC | Transportation Management Solutions Agreement re software and support services | Included above | Winning Bidder |
| 156 | M.C. Dean, Inc. | Z Gallerie LLC | Annual Maintenance Contract | $0 | Winning Bidder |
| 157 | Meltwater News US Inc | Z Gallerie LLC | Agreement for "Social Influencers/Engage Professionals" | $22,000 | Winning Bidder |

**Z Gallerie**
**Plan Supplement-Executory Contracts and Agreements**

| No. | Counterparty Name | Debtor | State what the contract or lease is for and the nature of the debtor's interest | Amount Required to Cure Default Thereunder, If Any | Assignee (if Applicable) |
|---|---|---|---|---|---|
| 158 | Metropolitan Life Insurance Company | Z Gallerie LLC | Group Long Term Disability Insurance Policy | $0 | Winning Bidder |
| 159 | Metropolitan Telecommunications a/k/a MetTel | Z Gallerie LLC | Agreement for Voice, Advanced Voice, Data & IP Services | $43,882 | Winning Bidder |
| 160 | Microexcel Inc. | Z Gallerie LLC | SOW - Aptos CRM Feeds | $129,832 | Winning Bidder |
| 161 | Microexcel Inc. | Z Gallerie LLC | SOW - BOPS Phase II Enhancements | Included above | Winning Bidder |
| 162 | Microexcel Inc. | Z Gallerie LLC | SOW - Open Orders Export Using Shopvisible API | Included above | Winning Bidder |
| 163 | Microexcel Inc. | Z Gallerie LLC | SOW - Order Tracking II ETA Message | Included above | Winning Bidder |
| 164 | Microexcel Inc. | Z Gallerie LLC | SOW - Taxware Enhancements | Included above | Winning Bidder |
| 165 | Microexcel Inc. | Z Gallerie LLC | SOW - Web Customer Export Vi API | Included above | Winning Bidder |
| 166 | Microexcel Inc. | Z Gallerie LLC | SOW - Annex Cloud Ratings Reviews API Integration | Included above | Winning Bidder |
| 167 | Microexcel Inc. | Z Gallerie LLC | SOW - Buy Online Pickup Phase 1 | Included above | Winning Bidder |
| 168 | Microexcel Inc. | Z Gallerie LLC | SOW - Kount Integration on Website | Included above | Winning Bidder |
| 169 | Microexcel Inc. | Z Gallerie LLC | SOW - Custom Furniture/Product Variation Improvement | Included above | Winning Bidder |
| 170 | Microexcel Inc. | Z Gallerie LLC | SOW - Coupon Module Enhancements | Included above | Winning Bidder |
| 171 | Microexcel Inc. | Z Gallerie LLC | SOW - BOPS Portal | Included above | Winning Bidder |
| 172 | Microexcel Inc. | Z Gallerie LLC | SOW - A+ Page Development | Included above | Winning Bidder |
| 173 | Microexcel Inc. | Z Gallerie LLC | SOW - Aptos CRM API Integration | Included above | Winning Bidder |
| 174 | Microexcel Inc. | Z Gallerie LLC | SOW - Avalara Tax Engine Integration | Included above | Winning Bidder |
| 175 | Microexcel Inc. | Z Gallerie LLC | SOW - Internal Application | Included above | Winning Bidder |
| 176 | Microexcel Inc. | Z Gallerie LLC | SOW - Load Testing Website | Included above | Winning Bidder |
| 177 | Microexcel Inc. | Z Gallerie LLC | SOW - Payeezy Integration | Included above | Winning Bidder |
| 178 | Microexcel Inc. | Z Gallerie LLC | SOW - Annex Cloud Ratings Reviews API Integration | Included above | Winning Bidder |
| 179 | Microexcel Inc. | Z Gallerie LLC | SOW - BOPS Portal Customer Service | Included above | Winning Bidder |
| 180 | Microexcel Inc. | Z Gallerie LLC | SOW - Custom SKU Search | Included above | Winning Bidder |
| 181 | Microexcel Inc. | Z Gallerie LLC | Audioeye Accessibility Compliance Enhancements | Included above | Winning Bidder |
| 182 | Mission Cloud Services | Z Gallerie LLC | Change Order Request re: Proxy Setup | $968 | Winning Bidder |
| 183 | Modus Furniture International | Z Gallerie LLC | Vendor Agreement | $10,612 | Winning Bidder |
| 184 | Moovweb | Z Gallerie LLC | Order Form Full Service - Order Form #ZGallerie20190101 | $0 | Winning Bidder |
| 185 | Moovweb | Z Gallerie LLC | Order Form Full Service - Order Form #ZGallerie20170427 | $0 | Winning Bidder |
| 186 | Moovweb | Z Gallerie LLC | Order Form Full Service - Order Form #ZGallerie20180220 | $0 | Winning Bidder |
| 187 | Moovweb | Z Gallerie LLC | Order Form Full Service - Order Form #ZGallerie20160419 | $0 | Winning Bidder |
| 188 | Moovweb | Z Gallerie LLC | Master Service Agreement | $0 | Winning Bidder |
| 189 | Moovweb | Z Gallerie LLC | Order Form for online services | $0 | Winning Bidder |
| 190 | Moovweb | Z Gallerie LLC | Order Form for online services | $0 | Winning Bidder |
| 191 | MVP Systems Software, Inc. | Z Gallerie LLC | JAMS Software Maintenance Subscription | $0 | Winning Bidder |
| 192 | Oliver Gal. Inc. | Z Gallerie LLC | Vendor Agreement | $0 | Winning Bidder |
| 193 | Onica Group LLC | Z Gallerie LLC | Cloud Optimizer Terms and Conditions | $37,050 | Winning Bidder |
| 194 | Oracle America Inc | Z Gallerie LLC | Executable Quote re Endeca | $44,268 | Winning Bidder |
| 195 | Oracle America Inc | Z Gallerie LLC | Purchase Order #IT-01ENDECA-180119-1 | Included above | Winning Bidder |
| 196 | Oracle America Inc | Z Gallerie LLC | Purchase Order #IT-01ORACLE-20160105-1 | Included above | Winning Bidder |
| 197 | Oracle America Inc | Z Gallerie LLC | Purchase Order #IT-01ORACLE-20160105-2 | Included above | Winning Bidder |
| 198 | Oracle Premier Support Renewal Center | Z Gallerie LLC | Technical Support Services Renewal Order - Support Service #6243176 | Included above | Winning Bidder |
| 199 | Oriental Weavers | Z Gallerie LLC | Vendor Agreement | $307 | Winning Bidder |
| 200 | Park Place Technologies | Z Gallerie LLC | Pricing Schedule | $0 | Winning Bidder |
| 201 | PlayNetwork, Inc. | Z Gallerie LLC | Amendment to Master Services Agreement | $10,094 | Winning Bidder |
| 202 | Print Strategy Inc | Z Gallerie LLC | Quote for Printing and Mailing Proposal for Paper products (executed by both parties) | $28,395 | Winning Bidder |
| 203 | RR Donnelly & Sons Company | Z Gallerie LLC | Agreement | $64,126 | Winning Bidder |
| 204 | R Squared Marketing Inc. | Z Gallerie LLC | Master Service Agreement with R2 Marketing | $0 | Winning Bidder |
| 205 | Reliastar Insurance Company (VOYA) | Z Gallerie LLC | Critical Illness Insurance Plan | $3,641 | Winning Bidder |
| 206 | RetailNext, Inc. | Z Gallerie LLC | Purchase Agreement | $69,411 | Winning Bidder |
| 207 | RetailNext, Inc. | Z Gallerie LLC | Master Purchse Agreement 01 | Included above | Winning Bidder |
| 208 | RetailNext, Inc. | Z Gallerie LLC | Amendment to Master Service Agreement 01 | Included above | Winning Bidder |
| 209 | Rizzy Home, aGeorgiacorporation (dba Rizzy) | Z Gallerie LLC | Vendor Agreement | $3,126 | Winning Bidder |
| 210 | Robert N. Weingarten | Z Gallerie LLC | Consulting Agreement with Robert Weingarten | $0 | Winning Bidder |
| 211 | Robert Otto | Z Gallerie LLC | Severance Agreement | $0 | Winning Bidder |
| 212 | SADA Systems, Inc | Z Gallerie LLC | G Suite Customer Agreement and Ordering Document | $75,000 | Winning Bidder |
| 213 | SADA Systems, Inc | Z Gallerie LLC | Services Agreement | Included above | Winning Bidder |

**Z Gallerie**
**Plan Supplement-Executory Contracts and Agreements**

| No. | Counterparty Name | Debtor | State what the contract or lease is for and the nature of the debtor's interest | Amount Required to Cure Default Thereunder, If Any | Assignee (if Applicable) |
|---|---|---|---|---|---|
| 214 | salesforce.com, inc. | Z Gallerie LLC | Order Form - Quote #Q-00373916 | $0 | Winning Bidder |
| 215 | Samanage USA, Inc. | Z Gallerie LLC | Subscription Services for ITAM Licenses | $0 | Winning Bidder |
| 216 | SAMS International | Z Gallerie LLC | Vendor Agreement | $1,487 | Winning Bidder |
| 217 | Select Staffing | Z Gallerie LLC | Agreement for Staffing Services for Z Gallerie, LLC | $74,663 | Winning Bidder |
| 218 | SeoMoz, Inc. | Z Gallerie LLC | Local Agreement for digital location management | $0 | Winning Bidder |
| 219 | Sompo America Insurance Company | Z Gallerie LLC | Insurance Policy - Workers Compensation (AOS) | $55,000 | Winning Bidder |
| 220 | Sompo America Insurance Company | Z Gallerie LLC | Insurance Policy - Workers Compensation (WI) | Included above | Winning Bidder |
| 221 | Sovos Compliance, LLC | Z Gallerie LLC | Order Form re Sovos Cloud Solution Licenses effective 12/31/2018 | $104,280 | Winning Bidder |
| 222 | SPS Commerce | Z Gallerie LLC | Scope and Proposal for IT Services | $0 | Winning Bidder |
| 223 | Summer Classics/ Private Label | Z Gallerie LLC | Vendor Agreement | $13,032 | Winning Bidder |
| 224 | Summer Classics/ Private Label | Z Gallerie LLC | Vendor Agreement | Included above | Winning Bidder |
| 225 | Syndicate 2623/623 at Lloyd's | Z Gallerie LLC | Insurance Policy - Tech, E&O, Policy | $0 | Winning Bidder |
| 226 | Taxware, LLC | Z Gallerie LLC | Taxware Master License and Services Agreement | $0 | Winning Bidder |
| 227 | Technology Management Concepts | Z Gallerie LLC | Consulting Agreement | $0 | Winning Bidder |
| 228 | TeleCheck Services, Inc. | Z Gallerie LLC | Paper Warranty Services Agreement | $0 | Winning Bidder |
| 229 | TeleCheck Services, Inc. | Z Gallerie LLC | Paper Warranty Services Agreement | $0 | Winning Bidder |
| 230 | The CIT group/Commercial Services, Inc. and/or CIT Bank, N.A. | Z Gallerie LLC | Letter of Credit ("LOC") | $0 | Winning Bidder |
| 231 | The Ultimate Software Group, Inc. | Z Gallerie LLC | Amendment to The Ultimate Software Group, Inc. UltiPro Agreement | $5,755 | Winning Bidder |
| 232 | The Ultimate Software Group, Inc. | Z Gallerie LLC | The Ultimate Software Group, Inc. UltiPro Agreement | Included above | Winning Bidder |
| 233 | The Ultimate Software Group, Inc. | Z Gallerie LLC | Ultipro Affordable Care Act Distribution Services Supplement to The Ultimate Software Group, Inc. UltiPro Agreement - Employees healthcare benefits software subscription/support services | Included above | Winning Bidder |
| 234 | The Ultimate Software Group, Inc. | Z Gallerie LLC | Ultipro Benefits Prime Supplement to The Ultimate Software Group, Inc. UltiPro Agreement | Included above | Winning Bidder |
| 235 | The Uttermost Co. | Z Gallerie LLC | Vendor Agreement | $9,283 | Winning Bidder |
| 236 | Threat Management and Protection, Inc. | Z Gallerie LLC | Agreement for Investigative and Security Services | $0 | Winning Bidder |
| 237 | Threat Management and Protection, Inc. | Z Gallerie LLC | Agreement for Investigative and Security Services | $0 | Winning Bidder |
| 238 | TOV Furniture | Z Gallerie LLC | Vendor Agreement | $32,165 | Winning Bidder |
| 239 | TrueBlue Enterprises, Inc. as Agent for Its Subsidiaries and Affiliates | Z Gallerie LLC | Agreement for Operation of Equipment | $0 | Winning Bidder |
| 240 | Tuscany 3PL | Z Gallerie LLC | Home Delivery Vendor Agreement (effective August 03, 2018) | $520,492 | Winning Bidder |
| 241 | Unbounce Marketing Solutions, Inc. | Z Gallerie LLC | Subscription Services | $0 | Winning Bidder |
| 242 | Vaco Los Angeles, LLC | Z Gallerie LLC | Client Services Agreement (Contract Hybrid) re Consulting Services | $0 | Winning Bidder |
| 243 | Vector Security, Inc. | Z Gallerie LLC | Security Agreement | $6,821 | Winning Bidder |
| 244 | Vision Service Plan | Z Gallerie LLC | Group Vision Care Plan | $0 | Winning Bidder |
| 245 | VPLS Solutions, LLC | Z Gallerie LLC | Brocade Essential Direct Support Subscription Services | $0 | Winning Bidder |
| 246 | VPLS Solutions, LLC | Z Gallerie LLC | Fortinet Router Solution Services | $0 | Winning Bidder |
| 247 | Wells Fargo Insurance | Z Gallerie LLC | Broker Letter of Record | $0 | Winning Bidder |
| 248 | Workfront | Z Gallerie LLC | Z Gallerie Sales Order with Workfront Pro Flex License | $0 | Winning Bidder |
| 249 | Wpromote, Inc. | Z Gallerie LLC | Feed Management Services Agreement | $782,632 | Winning Bidder |
| 250 | Wpromote, Inc. | Z Gallerie LLC | Search Engine Marketing Services Agreement | Included above | Winning Bidder |
| 251 | X.Commerce, Inc. d/b/a Magento, Inc. | Z Gallerie LLC | Services Agreement | $0 | Winning Bidder |
| 252 | XSI Technologies | Z Gallerie LLC | Proposal -Microsoft Dynamics GP2015 with Retail Bridge for APTOS | $2,104 | Winning Bidder |
| 253 | yRuler Inc. | Z Gallerie LLC | Master Service Agreement for on-line non-downloadable cloud computing software | $10,000 | Winning Bidder |
| 254 | yRuler Inc. | Z Gallerie LLC | Statement of Work for access to yRuler Inc. "Tangiblee Platform" | Included above | Winning Bidder |
| 255 | Zones Inc | Z Gallerie LLC | Statement of Work Bank Card Replacement | $0 | Winning Bidder |
| 256 | Google LLC | Z Gallerie LLC | Advertising Services Agreement | $38,473 | Winning Bidder |
| 257 | Flexport International LLC | Z Gallerie LLC | Cerificate of Award for Customs Brokerage Services | $0 | Winning Bidder |
| Total | | | | $4,684,834 | |

## Exhibit B

## Schedule of Rejected Executory Contracts and Unexpired Leases

**Pursuant to Article V of the Plan, on the Effective Date, except as otherwise provided herein, each Executory Contract or Unexpired Lease, not previously assumed, assumed and assigned, or rejected shall be deemed automatically rejected, pursuant to sections 365 and 1123 of the Bankruptcy Code, unless such Executory Contract or Unexpired Lease:  (1) is identified on the Schedule of Assumed Executory Contracts and Unexpired Leases; (2) is the subject of a motion to assume such Executory Contracts or Unexpired Leases that is pending on the Confirmation Date; (3) is a contract, release, or other agreement or document entered into in connection with the Plan; or (4) is an insurance policy.**

**Exhibit C**

**Schedule of Retained Causes of Action**

In accordance with section 1123(b) of the Bankruptcy Code, but subject to Article VIII of the Plan, to the extent not sold to the Winning Bidder or released pursuant to the Plan, the Reorganized Debtors, as applicable, shall retain and may enforce all rights to commence and pursue, as appropriate, any and all Causes of Action, whether arising before or after the Petition Date, including any actions specifically enumerated in the Schedule of Retained Causes of Action, and the Reorganized Debtors' rights to commence, prosecute, or settle such Causes of Action shall be preserved notwithstanding the occurrence of the Effective Date, other than the Causes of Action released by the Debtors pursuant to the releases and exculpations contained in the Plan, including in Article VIII thereof.

To the extent not sold to the Winning Bidder or released pursuant to the Plan, Reorganized Debtors may pursue such Causes of Action, as appropriate, in accordance with the best interests of the Reorganized Debtors. **No Entity may rely on the absence of a specific reference in the Plan, the Plan Supplement, or the Disclosure Statement to any Cause of Action against it as any indication that the Debtors or the Reorganized Debtors, as applicable, will not pursue any and all available Causes of Action against it. The Debtors or the Reorganized Debtors, as applicable, expressly reserve all rights to prosecute any and all Causes of Action against any Entity, except as otherwise expressly provided in the Plan, including in Article VIII thereof.** Unless any Causes of Action against an Entity are expressly waived, relinquished, exculpated, released, compromised, or settled in the Plan or a Bankruptcy Court order, the Reorganized Debtors expressly reserve all Causes of Action, for later adjudication, and, therefore, no preclusion doctrine, including the doctrines of res judicata, collateral estoppel, issue preclusion, claim preclusion, estoppel (judicial, equitable, or otherwise), or laches, shall apply to such Causes of Action upon, after, or as a consequence of the Confirmation or Consummation.

To the extent not sold to the Winning Bidder or released pursuant to the Plan, the Reorganized Debtors reserve and shall retain such Causes of Action notwithstanding the rejection or repudiation of any Executory Contract or Unexpired Lease during the Chapter 11 Cases or pursuant to the Plan. In accordance with section 1123(b)(3) of the Bankruptcy Code, any Causes of Action that a Debtor may hold against any Entity shall vest in the Reorganized Debtors, except as otherwise expressly provided in the Plan, including in Article VIII thereof. The applicable Reorganized Debtors, through their authorized agents or representatives, shall retain and may exclusively enforce any and all such Causes of Action. The Reorganized Debtors shall have the exclusive right, authority, and discretion to determine and to initiate, file, prosecute, enforce, abandon, settle, compromise, release, withdraw, or litigate to judgment any such Causes of Action and to decline to do any of the foregoing without the consent or approval of any third party or further notice to or action, order, or approval of the Bankruptcy Court.