# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Z GALLERIE, LLC, *et al.*,[1] | ) Case No. 19-10488 (LSS) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

## NOTICE OF RESCHEDULED CONFIRMATION/OMNIBUS HEARING TIME

**PLEASE TAKE NOTICE** that on March 29, 2019, the Court entered an **Order Scheduling Hearing Dates** [Docket No. 127] that scheduled hearing dates in these cases, among which was June 11, 2019 at 10:00 a.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that at the direction of the Court, the hearing time of the confirmation/omnibus hearing scheduled for June 11, 2019 at 10:00 a.m. has been rescheduled to **June 11, 2019 at 11:30 a.m. (Prevailing Eastern Time)**.

**{Remainder of Page Intentionally Left Blank}**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Z Gallerie, LLC (3816) and Z Gallerie Holding Company, LLC (5949). The location of the Debtors' service address is: 1855 West 139th Street, Gardena, CA 90249.

PHIL1 7938907v.1

| | |
|---|---|
| Dated: June 4, 2019<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:   (302) 426-1189<br>Facsimile:    (302) 426-9193<br>Domenic E. Pacitti (DE Bar No. 3989)<br><br>-and-<br><br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>-and-<br><br>Justin R. Bernbrock (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |