IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Z GALLERIE, LLC, *et al.*,[1] | ) Case No. 19-10488 (LSS) |
| Debtors. | ) (Jointly Administered) |

**CERTIFICATION OF STRETTO REGARDING
TABULATION OF VOTES IN CONNECTION WITH
THE FIRST AMENDED JOINT PLAN OF REORGANIZATION
OF Z GALLERIE, LLC AND Z GALLERIE HOLDING COMPANY, LLC**

I, James Sean McGuire, depose and say under the penalty of perjury:

1. I am a Director at Stretto, which has offices located at 410 Exchange, Suite 100, Irvine, California 92602. I am over the age of eighteen years and neither I nor Stretto is a party to these proceedings. I am duly authorized to submit this certification on behalf of Stretto (the "Certification"). Except as otherwise indicated, all matters set forth herein are based upon my personal knowledge, and, if called as a witness, I could and would testify competently thereto.

2. I submit this Certification in connection with the tabulation of votes to accept or reject the *First Amended Joint Plan of Reorganization of Z Gallerie, LLC and Z Gallerie Holding Company, LLC Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 255] filed in the above-captioned case (as further amended, modified or supplemented, the "Plan").

3. Except as otherwise noted, I have personal knowledge of the facts set forth herein. As to statements of facts of which I do not have direct personal knowledge, I understand and believe them to be true based upon information gathered from other employees of Stretto and my review of relevant documents and court pleadings. As to statements that represent opinions, I

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Z Gallerie, LLC (3816) and Z Gallerie Holding Company, LLC (5949). The location of the Debtors' service address is: 1855 West 139th Street, Gardena, CA 90249.

believe that I am qualified to offer such opinions. I am authorized to submit this Declaration on behalf of Stretto. If I were called to testify, I could and would testify competently as to the facts set forth herein.

4. This Court authorized Stretto's retention as (a) the claims and noticing agent to the above-captioned debtors and debtors in possession (collectively, the "Debtors") pursuant to the *Order Authorizing Retention and Appointment of Stretto as Claims and Noticing Agent*, dated March 12, 2019 [Docket No. 52] and (b) the administrative advisor pursuant to the *Order Authorizing Employment and Retention of Stretto as Administrative Advisor Nunc Pro Tunc to the Petition Date*, dated April 9, 2019 [Docket No. 170] (collectively, the "Retention Orders"). The Retention Orders authorize Stretto to assist the Debtors with, among other things, the service of solicitation materials and tabulation of votes cast to accept or reject the Plan. Stretto and its employees have considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans. *See, e.g.*, *In re Oklahoma ProCure Management, LLC*, No. 18-12622 (MFW); *In re Sancilio Pharmaceuticals Company, Inc., et al.*, No. 18-11333 (CSS); *In re BICOM NY, LLC, et al.*, No. 17-11906 (MEW); *In re Francis' Drilling Fluids, Ltd, et al.*, No. 18-35441 (MJ); *In re Elk Petroleum, Inc., et al.*, No. 19-11157.

5. On May 2, 2019, the Court entered the *Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan; (III) Approving the Forms of Ballots and Notices in Connection Therewith; (IV) Scheduling Certain Dates with Respect Thereto; and (V) Granting Related Relief* (Docket No. 259) (the "Disclosure Statement Order").[2]

---

[2] Capitalized terms utilized but not otherwise defined herein shall have the meanings as ascribed to them in the Solicitation Procedures Order.

6. Pursuant to the Disclosure Statement Order, and in accordance with the solicitation procedures and the tabulation rules set forth therein (collectively the "Solicitation Procedures and Tabulation Rules"), Stretto worked with the Debtors to solicit votes for the Plan and to tabulate ballots of creditors entitled to vote on the Plan. The Plan designated Claims in Class 4 (Secured Revolving Loan Claims), Class 5 (Secured Term Loan Claims), Class 6 (Critical Trade Claims), and Class 7 (General Unsecured Claims) (the "Voting Classes") as Impaired and entitled the Holders of such Claims to vote on the Plan. Further, the Disclosure Statement Order established May 1, 2019 as the Voting Record Date for determining which Holders of Claims were entitled to receive Solicitation Packages and, where applicable, vote on the Plan.

7. Using the Debtors books and records and best available information, Stretto created a voting database (the "Database") reflecting the names of potential Holders of Claims, addresses, voting amounts, and classifications of Claims in the Voting Classes. Using the Database, Stretto generated Ballots for potential Holders of Claims entitled to vote to accept or reject the Plan.

8. On May 6, 2019, pursuant to and in accordance with the Disclosure Statement Order, Stretto served the Solicitation Packages (including the Ballots) on Holders of Claims entitled to vote on the Plan.[3] An affidavit evidencing Stretto's service of the foregoing was filed with the Court on May 7, 2019 [Docket No. 263]. Subsequent Solicitation Packages were periodically served on Holders of Claims entitled to vote on the Plan on account of a) forwarding instructions included on Solicitation Packages returned as undeliverable, and b) additional proofs of claims filed after the Voting Record Date. These additional services are evidenced by affidavits filed with the Court [Docket Nos. 268, 282, 284, 292, 296, 299, 308, 313, 314, and 317].

---

[3] Stretto also served required documentation, including the Non-Voting Status Notice and the Confirmation Hearing Notice on Holders of Claims or Interests in Non-Voting Classes and other parties in interest pursuant to and in accordance with the Solicitation Procedures Order.

Additionally, copies of the Disclosure Statement and its exhibits, including the Plan, were made available via the internet at https://cases.stretto.com/zgallerie on May 2, 2019.

9. The Disclosure Statement Order established June 4, 2019 at 4:00 p.m. (prevailing Eastern Time) as the deadline by which all Ballots were to have been received by Stretto in order to be counted as a valid vote to accept or reject the Plan (the "Voting Deadline").

10. Pursuant to the Disclosure Statement Order, and in accordance with the Solicitation Procedures and the Tabulation Rules approved thereby, Stretto received and tabulated the Ballots as follows:

   a. With respect to hard copy Ballots:
      i. Each returned Ballot was opened and/or inspected at Stretto's offices; and
      ii. Ballots were date-stamped upon receipt; and
   b. With respect to Ballots submitted through the online portal:
      i. Encrypted ballot data, date-stamp, and audit trail were created upon submittal; and
      ii. Electronic images of Ballots were created using the submitted ballot data.
   c. All Ballots received were then tabulated in accordance with the Tabulation Rules set forth in the Disclosure Statement Order.

11. In order for a Ballot to be counted as valid, the Ballot was required to have complied with the Solicitation Procedures and Tabulation Rules, including the requirement that the Ballot be properly completed, executed by the Holder of the Claim (or such Holder's authorized

representative) and received by Stretto on or before the Voting Deadline.[4] Ballots that did not comply with the Solicitation Procedures and Tabulation Rules were not counted. Except as set forth herein or in the exhibits attached hereto, (i) all Ballots that complied with the Solicitation Procedures and Tabulation Rules were tabulated in accordance with the Tabulation Rules, which were not modified in any respect and (b) there were no defects or irregularities with any of the Ballots and no votes were changed or modified after they were cast.

12. Stretto also examined each valid ballot to determine which creditors opted out of the release provided in Article IX.C of the Plan (the "Release Opt Out"). Based on this review, nine (9) Holders of claims in the Voting Classes affirmatively selected the Release Opt Out, which parties are indicated on **Exhibit A**.[5]

13. I hereby certify that attached hereto as **Exhibit A** is a detailed voting report of all Ballots submitted to Stretto as of the filing of this Declaration.

14. I hereby certify that the results of the voting by Holders of Claims in the Voting Classes are as set forth in **Exhibit B** to this Certification, which is a true and correct copy of the final tabulation of votes, cast by timely and properly completed Ballots received by Stretto.

15. I hereby certify that attached hereto as **Exhibit C** is a detailed voting report of all non-tabulated Ballots submitted to Stretto as of the filing of this Declaration.

---

[4] Out of an abundance of caution, Stretto treated all ballots received on June 4, 2019 as timely-filed, including those received after 4:00 p.m. (prevailing Eastern Time). Ballots received on June 4, 2019 after 4:00 p.m. (prevailing Eastern Time) are marked with an asterisk ("*") on **Exhibit A**. The exclusion of these ballots would not materially affect the outcome of the Voting Classes' overall acceptance or rejection of the Plan, both in terms of numerosity or total voting dollars.

[5] In accordance with the ballot instructions, both (a) Holders that vote to accept or reject the Plan and do not affirmatively exercise the Release Opt Out and (b) Holders in the Voting Classes that abstain from voting and do not affirmatively exercise the Release Opt Out are deemed to have provided the third-party release provided in Article VIII.C of the Plan. The figure provided herein includes only those Holders who validly exercised the Release Opt Out.

16. To the best of my knowledge, information and belief, the foregoing information concerning the distribution, submission and tabulation of Ballots in connection with the Plan is true and correct.

Dated:  June 7, 2019            */s/ James Sean McGuire*
                                James Sean McGuire
                                Director
                                Stretto

## **EXHIBIT A**

**Detailed Report of All Submitted Ballots**

**Exhibit A**
Detailed Report of All Submitted Ballots
(Sorted by Name)

### Class 4 Ballots - Secured Revolving Loan Claims

| Ballot # | Debtor | Name | Date Filed | Voting Amount | Accept or Reject? | Opt-Out of Release? | Tabulation Status | Reason Unacceptable |
|---|---|---|---|---|---|---|---|---|
| 1 | Z Gallerie, LLC | KEYBANK NATIONAL ASSOCIATION, AS AGENT | 6/4/2019 | $500,000.00 | Accept | No | Allowed | |

### Class 5 Ballots - Secured Term Loan Claims

| | Ballot # | Debtor | Name | Date Filed | Voting Amount | Accept or Reject? | Opt-Out of Release? | Tabulation Status | Reason Unacceptable |
|---|---|---|---|---|---|---|---|---|---|
| | 6 | Z Gallerie, LLC | FS KKR CAPITAL CORP | 6/3/2019 | $32,441,260.27 | Accept | No | Allowed | |
| | 4 | Z Gallerie, LLC | KKR CREDIT SELECT FUNDING LLC | 6/3/2019 | $2,892,096.35 | Accept | No | Allowed | |
| | 1 | Z Gallerie, LLC | KKR LENDING PARTNERS FUNDING LLC | 6/3/2019 | $13,609,877.81 | Accept | No | Allowed | |
| | 5 | Z Gallerie, LLC | KKR LENDING PARTNERS II L.P. | 6/3/2019 | $16,949,971.61 | Accept | No | Allowed | |
| | 2 | Z Gallerie, LLC | KKR-VIOLET CALIFORNIA L.P. | 6/3/2019 | $3,069,793.17 | Accept | No | Allowed | |
| | 3 | Z Gallerie, LLC | LINCOLN INVESTMENT SOLUTIONS, INC. | 6/3/2019 | $2,644,025.77 | Accept | No | Allowed | |
| * | 7 | Z Gallerie, LLC | MISSOURI LOCAL GOVERNMENT EMPLOYEES RETIREMENT SYSTEM | 6/4/2019 | $9,755,725.42 | Accept | No | Allowed | |
| * | 9 | Z Gallerie, LLC | SIC JV SPV FUNDING I LLC | 6/4/2019 | $5,000,814.00 | Accept | No | Allowed | |
| * | 8 | Z Gallerie, LLC | SIERRA INCOME CORPORATION | 6/4/2019 | $4,754,911.00 | Accept | No | Allowed | |

### Class 6 Ballots - Critical Trade Claims

| Ballot # | Debtor | Name | Date Filed | Voting Amount | Accept or Reject? | Opt-Out of Release? | Tabulation Status | Reason Unacceptable |
|---|---|---|---|---|---|---|---|---|
| | | | *[NO BALLOTS SUBMITTED]* | | | | | |

### Class 7 Ballots - General Unsecured Claims

| | Ballot # | Debtor | Name | Date Filed | Voting Amount | Accept or Reject? | Opt-Out of Release? | Tabulation Status | Reason Unacceptable |
|---|---|---|---|---|---|---|---|---|---|
| | 45 | Z Gallerie, LLC | 1515 N. HALSTED, LLC | 6/4/2019 | $541,428.20 | Reject | Yes | Allowed | |
| | 4 | Z Gallerie, LLC | 4CITE MARKETING, LLC | 5/10/2019 | $10,000.00 | Accept | No | Allowed | |
| | 57 | Z Gallerie, LLC | ADVANCE JEWEL INT'L CO., LTD | 6/5/2019 | $707.17 | Accept | No | Unacceptable | Late-Filed Ballot |
| | 12 | Z Gallerie, LLC | ALFREDO RUIZ | 5/15/2019 | $7,890.00 | Accept | No | Allowed | |
| | 20 | Z Gallerie, LLC | ARIZONA ON SITE REPAIR & SERVICE | 5/20/2019 | $45.00 | Reject | No | Allowed | |
| | 1 | Z Gallerie, LLC | AVERY DENNISON RETAIL INFORMATION SERVICES, LLC | 5/13/2019 | $11,992.00 | Accept | No | Allowed | |
| | 40 | Z Gallerie, LLC | BALTIMORE GAS AND ELECTRIC CO | 6/3/2019 | $575.56 | Accept | No | Allowed | |
| | 41 | Z Gallerie, LLC | BALTIMORE GAS AND ELECTRIC CO | 6/3/2019 | $1,107.30 | Accept | No | Allowed | |
| | 51 | Z Gallerie, LLC | BASSETT MIRROR COMPANY, INC. | 6/4/2019 | $1,742,806.60 | Accept | No | Allowed | |
| | 14 | Z Gallerie, LLC | BELARDI WONG | 5/16/2019 | $50,902.33 | Accept | No | Allowed | |
| | 22 | Z Gallerie, LLC | BEN BROCK FURNITURE REPAIR | 5/20/2019 | $280.00 | Accept | No | Allowed | |
| * | 56 | Z Gallerie, LLC | BOX BROTHERS OF COLORADO LLC | 6/4/2019 | $37,153.90 | Accept | No | Allowed | |
| | 47 | Z Gallerie, LLC | BPE GROWTH & OPERATIONS, LLC | 6/4/2019 | $456,112.52 | Accept | No | Allowed | |
| | 46 | Z Gallerie, LLC | BRENTWOOD PRIVATE EQUITY V, L.P. | 6/4/2019 | $750,000.00 | Accept | No | Allowed | |
| | 49 | Z Gallerie, LLC | BRENTWOOD PRIVATE EQUITY, LLC | 6/4/2019 | $103,542.83 | Accept | No | Allowed | |
| | 50 | Z Gallerie, LLC | COMENITY BANK | 6/4/2019 | $1.00 | Abstain | Yes | Allowed | |
| | 38 | Z Gallerie, LLC | CONNEXITY, INC. | 5/31/2019 | $45,664.05 | Reject | Yes | Allowed | |
| | 21 | Z Gallerie, LLC | CROWN EQUIPMENT CORPORATION | 5/20/2019 | $49,575.44 | Reject | Yes | Allowed | |

In re: Z Gallerie, LLC, et al.
Case Number: 19-10488

Page 1 of 3

**Exhibit A**
Detailed Report of All Submitted Ballots
(Sorted by Name)

| | | **Class 7 Ballots - General Unsecured Claims** | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Ballot #** | **Debtor** | **Name** | **Date Filed** | **Voting Amount** | **Accept or Reject?** | **Opt-Out of Release?** | **Tabulation Status** | **Reason Unacceptable** |
| 53 | Z Gallerie, LLC | CRYSTORAMA | 6/4/2019 | $37,889.71 | Accept | No | Allowed | |
| 44 | Z Gallerie, LLC | CYBERNETIC SOLUTIONS, INC | 6/4/2019 | $28,297.09 | Reject | No | Allowed | |
| 52 | Z Gallerie, LLC | EDC MOVING SYSTEMS | 6/4/2019 | $406,117.22 | Reject | Yes | Allowed | |
| 15 | Z Gallerie, LLC | EXCEL GARDENS LLC | 5/14/2019 | $11,841.06 | Abstain | Yes | Allowed | |
| 6 | Z Gallerie, LLC | FORTITUDE TECHNOLOGY | 5/13/2019 | $35,980.95 | Accept | No | Allowed | |
| 18 | Z Gallerie, LLC | FURNITURE DELIVERY SOLUTIONS INC. | 5/17/2019 | $42,831.00 | Accept | No | Allowed | |
| 42 | Z Gallerie, LLC | GLOBAL GLASS COMPANY DBA GRAND GLASS CO | 6/3/2019 | $13,221.00 | Accept | No | Allowed | |
| 23 | Z Gallerie, LLC | GRAND IMAGE | 5/20/2019 | $2,325.48 | Accept | No | Allowed | |
| 27 | Z Gallerie, LLC | INTERNATIONAL COLOR SERVICES INC. | 5/24/2019 | $61,637.60 | Accept | No | Allowed | |
| 32 | Z Gallerie, LLC | JAIPUR LIVING, INC. | 5/28/2019 | $6,519.17 | Accept | No | Allowed | |
| 13 | Z Gallerie, LLC | K.K.W. TRUCKING INC. | 5/16/2019 | $91,909.48 | Reject | No | Allowed | |
| 10 | Z Gallerie, LLC | LANDSBERG ORORA | 5/13/2019 | $250,256.08 | Accept | No | Allowed | |
| 11 | Z Gallerie, LLC | LISTRAK INC. | 5/15/2019 | $95,750.00 | Accept | No | Allowed | |
| 39 | Z Gallerie, LLC | LSC COMMUNICATIONS US LLC | 6/3/2019 | $225,185.21 | Accept | No | Allowed | |
| 25 | Z Gallerie, LLC | MAX HOME LLC. | 5/22/2019 | $426.00 | Accept | No | Allowed | |
| 9 | Z Gallerie, LLC | MODUS FURNITURE INTERNATIONAL | 5/14/2019 | $14,344.75 | Reject | No | Allowed | |
| 2 | Z Gallerie, LLC | MOMENI INC. | 5/13/2019 | $4,034.02 | Accept | No | Allowed | |
| 26 | Z Gallerie, LLC | NIELSEN & BAINBRIDGE LLC | 5/23/2019 | $17,935.00 | Accept | No | Allowed | |
| 31 | Z Gallerie, LLC | NSTAR GAS COMPANY DBA EVERSOURCE ENERGY | 5/28/2019 | $193.11 | Accept | No | Allowed | |
| 55 | Z Gallerie, LLC | OLD TOWN DE LACEY LLC | 6/4/2019 | $12,705.48 | Accept | No | Allowed | |
| 35 | Z Gallerie, LLC | ORACLE AMERICA, INC., INCLUDING AS SUCCESSOR IN INTEREST TO ENDECA ("ORACLE") | 5/30/2019 | $43,602.22 | Abstain | Yes | Allowed | |
| 54 | Z Gallerie, LLC | OUTLOOK RESOURCES, INC. DBA LEFT BANK ART | 6/4/2019 | $6,057.50 | Reject | Yes | Allowed | |
| 37 | Z Gallerie, LLC | QINGDAO SMILE TRADING CO., LTD. | 5/31/2019 | $56,070.84 | Accept | No | Allowed | |
| 17 | Z Gallerie, LLC | RED CARPET MOVING INC. | 5/17/2019 | $16,228.39 | Accept | No | Allowed | |
| 34 | Z Gallerie, LLC | REEVE STORE EQUIPMENT COMPANY INC. | 5/29/2019 | $4,780.27 | Accept | No | Allowed | |
| 36 | Z Gallerie, LLC | REGENCY LIGHTING | 5/30/2019 | $2,644.93 | Reject | No | Allowed | |
| 48 | Z Gallerie, LLC | RR DONNELLEY | 6/4/2019 | $102,625.06 | Accept | No | Allowed | |
| 24 | Z Gallerie, LLC | SAMS INTERNATIONAL | 5/21/2019 | $1,091.00 | Accept | No | Allowed | |
| 33 | Z Gallerie, LLC | SIMON AND SCHUSTER | 5/28/2019 | $4,739.04 | Accept | No | Allowed | |
| 43 | Z Gallerie, LLC | TECHNICAL TRANSPORTATION INC. | 6/3/2019 | $4,136.74 | Accept | No | Allowed | |
| 16 | Z Gallerie, LLC | TOWN SQUARE VENTURES, L.P. | 5/14/2019 | $7,241.37 | Abstain | Yes | Allowed | |
| 5 | Z Gallerie, LLC | TUSCANY 3PL | 5/10/2019 | $520,492.25 | Accept | No | Allowed | |
| 29 | Z Gallerie, LLC | TXU ENERGY RETAIL COMPANY LLC | 5/28/2019 | $2,284.59 | Accept | No | Allowed | |
| 19 | Z Gallerie, LLC | WILD APPLE GRAPHICS LTD. | 5/20/2019 | $4,794.97 | Accept | No | Allowed | |

In re: Z Gallerie, LLC, et al.
Case Number: 19-10488

Page 2 of 3

**Exhibit A**
Detailed Report of All Submitted Ballots
(Sorted by Name)

| | | Class 7 Ballots - General Unsecured Claims | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Ballot #** | **Debtor** | **Name** | **Date Filed** | **Voting Amount** | **Accept or Reject?** | **Opt-Out of Release?** | **Tabulation Status** | **Reason Unacceptable** |
| 28 | Z Gallerie, LLC | WORLD WIDE FABRIC INC. | 5/28/2019 | $97,309.25 | Accept | No | Unacceptable | Amended by Ballot #30 |
| 30 | Z Gallerie, LLC | WORLD WIDE FABRIC INC. | 5/28/2019 | $64,591.75 | Accept | No | Allowed | |
| 7 | Z Gallerie, LLC | XSI TECHNOLOGIES INC. | 5/14/2019 | $2,103.75 | Accept | No | Allowed | |
| 8 | Z Gallerie, LLC | XSI TECHNOLOGIES INC. | 5/14/2019 | $416.44 | Accept | No | Allowed | |
| 3 | Z Gallerie, LLC | ZUO MODERN | 5/9/2019 | $3,916.20 | Accept | No | Allowed | |

In re: Z Gallerie, LLC, et al.
Case Number: 19-10488

Page 3 of 3

## **EXHIBIT B**

## **Tabulation Summary**

**Exhibit B**
Tabulation Summary

### Class 4 Ballots - Secured Revolving Loan Claims

|  | Count | % | Dollars | % |
|---|---|---|---|---|
| **Accept:** | 1 | 100.0% | $500,000.00 | 100.0% |
| **Reject:** | 0 | 0.0% | $0.00 | 0.0% |
| **Tabulated Ballot Totals:** | 1 |  | $500,000.00 |  |
| **Abstain:** | 0 |  | $0.00 |  |
| **Unacceptable:** | 0 |  | $0.00 |  |

### Class 5 Ballots - Secured Term Loan Claims

|  | Count | % | Dollars | % |
|---|---|---|---|---|
| **Accept:** | 9 | 100.0% | $91,118,475.40 | 100.0% |
| **Reject:** | 0 | 0.0% | $0.00 | 0.0% |
| **Tabulated Ballot Totals:** | 9 |  | $91,118,475.40 |  |
| **Abstain:** | 0 |  | $0.00 |  |
| **Unacceptable:** | 0 |  | $0.00 |  |

### Class 6 Ballots - Critical Trade Claims

|  | Count | % | Dollars | % |
|---|---|---|---|---|
| **Accept:** | 0 | 0.0% | $0.00 | 0.0% |
| **Reject:** | 0 | 0.0% | $0.00 | 0.0% |
| **Tabulated Ballot Totals:** | 0 |  | $0.00 |  |
| **Abstain:** | 0 |  | $0.00 |  |
| **Unacceptable:** | 0 |  | $0.00 |  |

### Class 7 Ballots - General Unsecured Claims

|  | Count | % | Dollars | % |
|---|---|---|---|---|
| **Accept:** | 41 | 80.4% | $4,767,524.14 | 80.1% |
| **Reject:** | 10 | 19.6% | $1,186,083.66 | 19.9% |
| **Tabulated Ballot Totals:** | 51 |  | $5,953,607.80 |  |
| **Abstain:** | 4 |  | $62,685.65 |  |
| **Unacceptable:** | 2 |  | $98,016.42 |  |

In re: Z Gallerie, LLC, et al.
Case No. 19-10488

Page 1 of 1

# **EXHIBIT C**

**Detailed Report of All Non-Tabulated Ballots Received**

**Exhibit C**
Detailed Report of All Ballots Not Tabulated
(Sorted by Name)

| Ballot # | Class | Debtor | Name | Date Filed | Voting Amount | Accept or Reject? | Opt-Out of Release? | Reason Unacceptable |
|---|---|---|---|---|---|---|---|---|
| 57 | Class 7 | Z Gallerie, LLC | ADVANCE JEWEL INT'L CO., LTD | 6/5/2019 | $707.17 | Accept | No | Late-Filed Ballot |
| 28 | Class 7 | Z Gallerie, LLC | WORLD WIDE FABRIC INC. | 5/28/2019 | $97,309.25 | Accept | No | Amended by Ballot #30 |

In re: Z Gallerie, LLC, et al.
Case Number: 19-10488

Page 1 of 1