# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Z GALLERIE, LLC, *et al.*,[1] | ) ) ) | Case No. 19-10488 (LSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 13, 2019 AT 2:00 P.M. (PREVAILING EASTERN TIME)[2]

<u>UNCONTESTED MATTERS GOING FORWARD</u>:

1. Debtors' Motion Seeking Entry of an Order (I) Approving the Debtors Key Employee Incentive Program, (II) Approving the Debtors Key Employee Retention Program, and (III) Granting Related Relief [Docket No. 301; Filed 5/25/2019]

    Related Documents:

    A. Debtors' Motion Seeking Entry of an Order to Shorten Notice Regarding Debtors Motion Seeking Entry of an Order (I) Approving the Debtors Key Employee Incentive Program, (II) Approving the Debtors Key Employee Retention Program, and (III) Granting Related Relief [Docket No. 302; Filed 5/25/2019]

    B. Order Shortening Notice Regarding Debtors' Motion Seeking Entry of an Order (I) Approving the Debtors Key Employee Incentive Program, (II) Approving the Debtors Key Employee Retention Program, and (III) Granting Related Relief [Docket No. 303; Filed 5/28/2019]

    C. Notice of Hearing With Respect to the Debtors' Motion Seeking Entry of an Order (I) Approving the Debtors Key Employee Incentive Program, (II) Approving the Debtors Key Employee Retention Program, and (III) Granting Related Relief [Docket No. 304; Filed 5/28/2019]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Z Gallerie, LLC (3816) and Z Gallerie Holding Company, LLC (5949). The location of the Debtors' service address is: 1855 West 139th Street, Gardena, CA 90249.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

PHIL1 7945656v.4

  D. [FILED UNDER SEAL] Notice of Confidential Information With Respect to Debtors' Motion Seeking Entry of an Order (I) Approving the Debtors Key Employee Incentive Program, (II) Approving the Debtors Key Employee Retention Program, and (III) Granting Related Relief [Docket No. 354; Filed 6/7/2019]

  E. [REDACTED] Notice of Confidential Information With Respect to Debtors' Motion Seeking Entry of an Order (I) Approving the Debtors Key Employee Incentive Program, (II) Approving the Debtors Key Employee Retention Program, and (III) Granting Related Relief [Docket No. 355; Filed 6/7/2019]

  F. Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certain Confidential Information Related to the Motion Seeking Entry of an Order (I) Approving the Debtors Key Employee Incentive Program, (II) Approving the Debtors Key Employee Retention Program, and (III) Granting Related Relief [Docket No. 356; Filed 6/7/2019]

Response Deadline: June 7, 2019 at 11:59 p.m.

Responses Received:

  A. Informal comments from the Office of the United States Trustee

Status: This matter is going forward. The informal comments from the Office of the United States Trustee have been resolved.

## CONTESTED MATTERS GOING FORWARD:

2. [Solicitation Version] First Amended Joint Plan of Reorganization of Z Gallerie, LLC and Z Gallerie Holding Company, LLC Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 255; Filed 5/1/2019]

  Related Documents:

   A. [Blacklined] Solicitation Version First Amended Joint Plan of Reorganization of Z Gallerie, LLC and Z Gallerie Holding Company, LLC Pursuant to Chapter 11 of the Bankruptcy Code [Docket 256; Filed 5/1/2019]

   B. [Solicitation Version] Disclosure Statement Relating to the First Amended Joint Plan of Reorganization of Z Gallerie, LLC and Z Gallerie Holding Company, LLC Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 257; Filed 5/1/2019]

C. Notice of Filing of Plan Supplement [Docket No. 309; Filed 5/28/2019]

D. Notice of Rescheduled Confirmation/Omnibus Hearing Time [Docket No. 331; Filed 6/4/2019]

E. Notice of Rescheduled Confirmation/Omnibus Hearing [Docket No. 347; Filed 6/6/2019]

F. Certification of Stretto Regarding Tabulation of Votes in Connection With the First Amended Joint Plan of Reorganization of Z Gallerie, LLC and Z Gallerie Holding Company, LLC Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 351; Filed 6/7/2019]

G. Notice of Filing of Second Plan Supplement [Docket No. 357; Filed 6/10/2019]

H. Debtors Memorandum of Law In Support of Confirmation of the Modified First Amended Joint Plan of Reorganization of Z Gallerie, LLC and Z Gallerie Holding Company, LLC Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 362; Filed 6/11/2019]

I. Declaration of Jason A. Cohen in Support of Confirmation of the Modified First Amended Joint Plan of Reorganization of Z Gallerie, LLC and Z Gallerie Holding Company, LLC Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 363; Filed 6/11/2019]

J. Notice of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Modified First Amended Joint Plan of Reorganization of Z Gallerie, LLC and Z Gallerie Holding Company, LLC Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 364; Filed 6/11/2019]

K. Declaration of Mark Weinsten in Support of Confirmation of the Modified First Amended Joint Plan of Reorganization of Z Gallerie, LLC and Z Gallerie Holding Company, LLC Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 365; Filed 6/11/2019]

L. Notice of Filing of Modified First Amended Joint Plan of Reorganization of Z Gallerie, LLC and Z Gallerie Holding Company, LLC Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 366; Filed 6/11/2019]

Response Deadline:   June 4. 2019 at 4:00 p.m.

Responses Received:

    A.    Informal comments from the Office of the United States Trustee

    B.    Objection by Westfield, LLC and Certain of its Affiliates to the First Amended Joint Plan of Reorganization of Z Gallerie, LLC and Z Gallerie Holding Company, LLC Pursuant to Chapter 11 of the Bankruptcy Code, Including the Proposed Assumption and Assignment of Certain Unexpired Leases of Non-Residential Real Property [Docket No. 320; Filed 6/4/2019]

    C.    KD Knox Street Village Holdco, LLC's Objection to the Notice of Filing of Plan Supplement [Docket No. 321; Filed 6/4/2019]

    D.    The Taubman Landlords Preliminary Limited Objection to the First Amended Joint Plan of Reorganization Plan and Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and Cure Claim Objection and Reservation of Rights [Docket No. 322; Filed 6/4/2019]

    E.    South Coast Plaza's Objection to Cure Amount [Docket No. 324; Filed 6/4/2019]

    F.    Limited Objection of Simon Property Group, L.P. to Debtors' First Amended Plan of Reorganization of Z Gallerie and Z Gallerie Holding Company, LLC Pursuant to Chapter 11 of the Bankruptcy Code, Including the Proposed Assumption and Assignment of Certain Unexpired Leases of Non- Residential Real Property [Docket No. 325; Filed 6/4/2019]

    G.    Creditor Terreno 139th LLC's Objection to Debtors' First Amended Joint Consolidated Plan of Reorganization For Z Gallerie, LLC and Z Gallerie Holding Company, LLC Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 326; Filed 6/4/2019]

    H.    Limited Objection and Reservation of Rights of CityCentre Two Partners, L.P. to Cure Amount Set Forth in the Schedule of Assumed Executory Contracts and Unexpired Leases [Docket No. 328; Filed 6/4/2019]

    I.    CBL & Associates Management, Inc.'s Limited Objection to Debtor's Stated Cure Amounts [Docket No. 329; Filed 6/4/2019]

J.  Regency Galleria North's Limited Objection to First Amended Joint Plan of Reorganization of Z Gallerie, LLC and Z Gallerie Holding Company, LLC Pursuant to Chapter 11 of the Bankruptcy Code and Notice of Possible Cure Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and Cure Claim Objection and Reservation of Rights [Docket No. 330; Filed 6/4/2019]

K.  Oracle's Limited Objection and Reservation of Rights Regarding: (1) First Amended Joint Plan of Reorganization of Z Gallerie, LLC and Z Gallerie Holding Company, LLC Pursuant to Chapter 11 of the Bankruptcy Code; and (2) Notice of Filing of Plan Supplement [Docket No. 332; Filed 6/4/2019]

L.  Objection of Eskridge (E&A), LLC to Proposed Cure Amount [Docket No. 333; Filed 6/4/2019]

M.  Comenity Bank's Objections and Reservations of Rights with Respect to (1) the Proposed Plan, Including the Sale Transaction and (2) the Proposed Contract Assumptions [Docket No. 334; Filed 6/4/2019]

N.  Limited Objection of Brookfield Operating Partnership LP, Centercal Properties LLC, Crawfish, LLC, Federal Realty Investment Trust, PGIM Real Estate, Starwood Retail Partners LLC, The Macerich Company, and Watters Creek Owner, LLC to Debtors' Notice of Filing of Plan Supplement [Docket No. 339; Filed 6/4/2019]

O.  Supplemental Objection of Eskridge (E&A), LLC to Proposed Cure Amount [Docket No. 342; Filed 6/5/2019]

P.  Objection and Reservation of Rights of Washington Prime Group Inc. to the Cure Amounts Proposed in the Debtors Plan Supplement [Docket No. 344; Filed 6/6/2019]

Q.  Objection of 4th Street Holdings, LLC to Debtors' First Amended Joint Plan of Reorganization and Plan Supplement and Joinder in Objections Filed by Other Landlords [Docket No. 348; Filed 6/7/2019]

R.  Amended Objection of Brookfield Property REIT INC., Centercal Properties LLC, Crawfish, LLC, Federal Realty Investment Trust, PGIM Real Estate, Starwood Retail Partners LLC, The Macerich Company, and Watters Creek Owner, LLC to Debtors Notice Of Filing of Plan Supplement [Docket No. 349; Filed 6/7/2019]

S. Objection of Site Centers Corp. as Managing Agent for Mellenia Crossing LLC to Notice of Filing of Plan Supplement [Docket No. 350; Filed 6/7/2019]

T. Objection of Brookfield Property REIT Inc., Centercal Properties LLC, Crawfish, LLC, Federal Realty Investment Trust, PGIM Real Estate, PR 150 Roosevelt Shops, LLC, Starwood Retail Partners LLC, The Macerich Company, Urban Edge Properties, And Watters Creek Owner, LLC to (A) Debtors Motion Seeking Entry of an Order (I) Approving the Bidding Procedures, (II) Scheduling the Bid Deadlines and the Auction, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief and (B) the First Amended Joint Plan of Reorganization of Z Gallerie, LLC and Z Gallerie Holding Company, LLC Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 358; Filed 6/10/2019]

U. Limited Objection by Easton Gateway, LLC to Debtors' Notice of Filing Plan Supplement including Objection to Cure Amount [Docket No. 360; Filed 6/10/2019]

Status: This matter is going forward. The Debtors anticipate filing the remaining Plan related pleadings, including an additional plan supplement, on or before June 12, 2019.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  June 11, 2019<br>Wilmington, Delaware | */s/ Domenic E. Pacitti* |

Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:     (302) 426-1189
Facsimile:     (302) 426-9193

-and-

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

-and-

Justin R. Bernbrock (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

*Co-Counsel for the Debtors and Debtors in Possession*