**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Z GALLERIE, LLC, *et al.*,[1] | ) | Case No. 19-10488 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF (I) ENTRY OF CONFIRMATION ORDER,**
**(II) OCCURRENCE OF EFFECTIVE DATE, AND (III) RELATED BAR DATES**

**PLEASE TAKE NOTICE THAT** on June 20, 2019, the United States Bankruptcy Court for the District of Delaware (the "Court") confirmed the *First Amended Joint Chapter 11 Plan of Reorganization of Z Gallerie, LLC and Z Gallerie Holding Company, LLC Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 375] (the "Plan"), which was attached as Exhibit A to the *Findings of Fact, Conclusions of Law, and Order Confirming the First Amended Joint Chapter 11 Plan of Reorganization of Z Gallerie, LLC and Z. Gallerie Holding Company, LLCs Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 397] (the "Confirmation Order").[2]

**PLEASE TAKE FURTHER NOTICE THAT** the Effective Date, as defined in the Plan, occurred on **June 21, 2019**.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Article V.C of the Plan, unless otherwise provided by a Final Order of the Bankruptcy Court, all Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases, pursuant to the Plan or the Confirmation Order, if any, must be Filed with the Bankruptcy Court within 30 days after the later of (1) the date of entry of an order of the Bankruptcy Court (including the Confirmation Order) approving such rejection, (2) the effective date of such rejection, or (3) the Effective Date. **Any Holders of Claims arising from the rejection of an Executory Contract or Unexpired Lease not Filed with the Bankruptcy Court within such time and after notice to the Holder of such Claim shall be precluded from receiving any distribution from the Debtors on account of such claims in these Chapter 11 Cases.** All Allowed Claims arising from the rejection of the Debtors' Executory Contracts or Unexpired Leases shall be classified in accordance with the Bankruptcy Code and in full and final

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Z Gallerie, LLC (3816) and Z Gallerie Holding Company, LLC (5949). The location of the Debtors' service address is: 1855 West 139th Street, Gardena, CA 90249.

[2] Capitalized terms used but not otherwise defined in this Motion shall have the meanings given to them in the *Joint Plan of Reorganization of Z Gallerie, LLC and Z Gallerie Holding Company, LLC, Pursuant to Chapter 11 of the Bankruptcy Code*, which is appended as Exhibit A to the Disclosure Statement filed at Docket No. 105 (as may be amended, modified, or supplemented the "Plan").

satisfaction, release, and discharge of and in exchange for such Claims each Holder of such Claims shall receive the same treatment provided to Holders of Allowed General Unsecured Claims in Class 7 set forth in Article III of the Plan or such other treatment as agreed to by the Post-Effective Date Debtors and the Holder of such Claim.

**PLEASE TAKE FURTHER NOTICE THAT**, except as otherwise provided by the Confirmation Order, the Plan, or a Final Order of the Court, the deadline for filing requests for payment of Administrative Claims shall be the later of **July 22, 2019** (which is the first Business Day that is 30 days after the Effective Date), or 30 days after the Unexpired Lease Rejection Date applicable to each rejected unexpired lease, as applicable. If a Holder of an Administrative Claim (other than DIP Claims, cure Claims, or Professional Fee Claims) that is required to, but does not, file and serve a request for payment of such Administrative Claim by the Administrative Claims Bar Date, such Holder shall not be entitled to participate in any distribution in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Plan, the Deadline to file final requests for payment of Professional Fee Claims is **August 5, 2019** (which is the first Business Day that is 45 days after the Effective Date, the "Professional Fee Application Deadline"). All professionals must file final requests for payment of Professional Fee Claims by no later than the Professional Fee Application Deadline to receive final approval of the fees and expenses incurred in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan and its provisions are binding on the Debtors, the Post-Effective Date Debtors, any Holder of a Claim or Interest and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is Impaired under the Plan, and whether or not such Holder or Entity voted to accept the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan, the Confirmation Order, and other documents and materials filed in these Chapter 11 Cases may be obtained at no charge from Stretto, the notice and claims agent retained by the Debtors in these chapter 11 cases, by: (a) calling the Debtors' restructuring hotline at (855) 376-9008; (b) visiting the Debtors' restructuring website at: http://www.cases.stretto.com/zgallerie; and/or (c) writing to Z Gallerie, LLC Ballot Processing, c/o Stretto, 8269 East 23rd Avenue, Suite 275, Denver, Colorado 80238; and/or (d) emailing TeamZGallerie@stretto.com. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: http://www.deb.uscourts.gov.

| | |
|---|---|
| Dated:  June 21, 2019<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:    (302) 426-1189<br>Facsimile:     (302) 426-9193<br><br>-and-<br><br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br><br>-and-<br><br>Justin R. Bernbrock (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |